1872833

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

February 23, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

**FILED**

FEB 2 8 2005

MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 3 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Re: Daniel Lewis Lee
    v. United States
    No. 04-8773
    (Your No. 02-2389)

4:97 CR 00243

Dear Clerk:

The petition for a writ of certiorari in the above-entitled case was filed on February 18, 2005 and placed on the docket February 23, 2005 as No. 04-8773.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
FEB 2 8 2005
U.S. COURT OF APPEAL
EIGHTH CIRCUIT

*1055*