FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 05 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                    **PLAINTIFF / RESPONDENT**

V.                          NO. 4:97CR243(1) GTE
                            NO. 4:04CV493 GTE

CHEVIE O'BRIEN KEHOE                        **DEFENDANT / MOVANT**


**SUPPLEMENT TO**
**AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT**
**SENTENCE UNDER 28 U.S.C. §2255**


Movant CHEVIE O'BRIEN KEHOE, appearing by and through undersigned counsel, respectfully requests the Court to accept this supplement to his motion to vacate, set aside, or correct his sentence of life imprisonment without parole pursuant to 28 U.S.C. §2255 filed on July 1, 2005. In Movant's §2255 motion at paragraph A.3, reference was made to an attached "Exhibit A". Inadvertently, "Exhibit A" was not attached to the motion. As such, movant now submits "Exhibit A", attached hereto, to correct the inadvertent error.


Respectfully submitted,
Attorneys for Chevie O'Brien Kehoe

_T. Clifton Harvel_
T. CLIFTON HARVIEL (TN# 5589)
Lead counsel
50 N. Front Str., Suite 850
Memphis, TN 38103
(901) 543-9799

AND

MAC GOLDEN (AR# 97156)
Second counsel
303B President Clinton Ave.
Little Rock, Arkansas 72201
(501) 454-6676

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on the plaintiff/respondent by mailing the same to Dan Stripling, Assistant U.S. Attorney, P.O. Box 1229, Little Rock, AR 72203, this day, July 5, 2005.

Mac Golden

2