## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                   **Case No. 4:97-CR-00243 (02) GTE**

**DANIEL LEWIS LEE**

### ORDER APPOINTING COUNSEL FOR POST-CONVICTION REMEDIES

Before the Court is Defendant Daniel Lewis Lee's Motion for Appointment of Counsel to Pursue Post-Conviction Remedies.  Therein, Defendant seeks the appointment of attorneys David Ruhnke and Larry Komp as lead counsel to pursue all available post-conviction remedies on Mr. Lee's behalf.  This Court is required by statute to appoint "one or more" attorneys to assist Mr. Lee, who is indigent, in seeking relief of his federal capital conviction.  21 U.S.C. § 848(q)(4)(B).

Proposed counsel Mr. Ruhnke and Mr. Komp appear to be qualified by education and experience for this appointment.  Mr. Ruhnke in particular has extensive experience, having been court-appointed to represent defendants in over twenty-five federal death penalty cases at the trial level.  It further appears that attorneys Ruhnke and Komp have already established a working relationship with Mr. Lee, that they are aware of the magnitude of the case and have the resources to devote to preparing and filing a § 2255 petition.

Accordingly, for good cause shown and pursuant to 21 U.S.C. § 848(q)(4)(B),

IT IS HEREBY ORDERED THAT Defendant Daniel Lewis Lee's Motion for Appointment of Counsel to Pursue Post-Conviction Remedies (Docket No. 1078) be, and it is hereby, GRANTED.  Attorneys David Ruhnke and Larry Komp are hereby appointed, *pro hac*

*vice*, for the purpose of providing legal assistance to Daniel Lewis Lee in connection with his

post-conviction remedies.  For the limited purpose of this pending litigation, the Court waives

Local Rule 83.5(d)'s requirement that appointed counsel, neither of which is licensed to practice

law in Arkansas, associate local counsel with an Arkansas office.[1]  By accepting this

appointment, Attorneys David Ruhnke and Larry Komp agree to be governed by the Uniform

Federal Rules of Disciplinary Enforcement and to subject themselves to the authority of this

Court as to any issues related to this case or matters of discipline.

      IT IS SO ORDERED this 26th  day of August, 2005.

               _/s/Garnett Thomas Eisele_____
               UNITED STATES DISTRICT JUDGE

---

[1]  The Court requests that counsel familiarize themselves with the Local Rules adopted by the Eastern and Western Districts of the United States District Courts of Arkansas, a copy of which is available on this Court's website (www.are.uscourts.gov).