## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas
### U.S. Court House
### 600 West Capitol, Suite 402
### Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:97-cr-243

True and correct copies of document # **1079** along with a copy of the NEF were mailed by the clerk to the following on 08/30/2005

Eddie Mac Golden
Attorney at Law
303 President Clinton Avenue
Suite B
Little Rock, AR 72201

Clifford Harviel
Attorney at Law
50 North Front Street
Suite 850
Memphis, TN 38103

**You chose to print mailing labels.**

**Preparing documents for the printer: intake-820...**

request id is intake-820-17887 (1 file(s))
request id is intake-820-17888 (1 file(s))
request id is intake-820-17890 (1 file(s))
request id is intake-820-17891 (1 file(s))
request id is intake-820-17892 (1 file(s))
request id is intake-820-17893 (1 file(s))