UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


* * MAILING CERTIFICATE OF CLERK * *


Re: 4:97CR000243-02


True and correct copy of document # 1113 was mailed by the clerk to the following on May 25, 2006


David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042