**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF/**
                                                                **RESPONDENT**

**v.**                               **Case No. 4:97-cr-00243 (02) GTE**


**DANIEL LEWIS LEE**                                   **DEFENDANT/MOVANT**

### ORDER

The Government is hereby directed to file a response to Petitioner's Motion to Vacate

Conviction and Sentence, filed pursuant to 28 U.S.C. § 2255.

The United States shall file a response by **November 17, 2006**, addressing each and every

contention raised in Petitioner's motion.

IT IS SO ORDERED THIS 26th day of September, 2006.

                                    __/s/ Garnett Thomas Eisele_____
                                    UNITED STATES DISTRICT JUDGE

- 1 -