IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

PLAINTIFF/RESPONDENT

vs.                              NO. 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                                    DEFENDANT/MOVANT

**MOTION**

The United States by, Bud Cummins, United States Attorney, and Dan Stripling,

Assistant United States Attorney, for its Motion states:

1.     Pending before the Court is the 2255 Petition of Daniel Lewis Lee. As part of the

       proceeding, Movant Lee seeks to have a hair introduced into evidence at his trial

       examined by Serology Research Institute, 3053 Research Drive, Richmond,

       California, 94806.

2.     The hair was introduced into evidence at Movant's trial. It is currently stored with

       other evidence under the custody of the Bureau of Alcohol, Tobacco, Explosives

       and Firearms. The Court should enter an Order directing Glen Jordan, Special

       Agent with the  Bureau of Alcohol, Tobacco, Explosives and Firearms to forward

       the hair to the above named institution together with the known samples of Mr.

       Lee's hair gathered during the course of the investigation.

3.     The attorney for the Government has discussed the matter with Mr. Lee's attorney

       who agrees that an appropriate order should be entered.

WHEREFORE, Plaintiff/Respondent prays that an appropriate order be entered and for

all proper relief.

Respectfully Submitted,
BUD CUMMINS
United States Attorney

/s/ Dan Stripling

By: Dan Stripling, AR Bar No. 74142
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600


Certificate of Service

I hereby certify that a copy of the foregoing was electronically filed and a copy was

forwarded to the following on this 26 day of October, 2006:

David A. Ruhnke
Ruhkne & Barrett
47 Park Street
Montclair, NJ 07042

Laurence E. Komp
Attorney at Law
423 Madrina
Ballwin, MO 63021

/s/ Dan Stripling

Dan Stripling,