IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

vs.                                    NO. 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                                            DEFENDANT/MOVANT

## ORDER

On this 26th day of October, 2006, is presented to the Court the Motion of the Untied

States seeking that an Order be entered directing Glen Jordan, Special Agent for the  Bureau of

Alcohol, Tobacco, Explosives and Firearms, to forward to Serology Research Institute, 3053

Research Drive, Richmond, California, 94806, the hair introduced into evidence at Mr. Lee's

trial as coming from a raid cap and the known samples of Mr. Lee's hair collected prior to trial.

The Court finds that the Order should be entered.

It is therefore ORDERED that Glen Jordan, Special Agent with the  Bureau of Alcohol,

Tobacco, Explosives and Firearms forward to Serology Research Institute, 3053 Research Drive,

Richmond, California, 94806, the hair introduced into evidence at the trial of Daniel Lewis Lee

as coming from raid cap and the known samples of Mr. Lee's hair.

_/s/ Garnett Thomas Eisele____
United States District Judge