IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT


vs.                                        NO. 4:97-CR-00243(02) GTE


DANIEL LEWIS LEE                                            DEFENDANT/MOVANT


**MOTION TO EXTEND DEADLINE FOR FILING RESPONSE TO
MOVANT'S 28 U.S.C. §2255 MOTION (Docket Entry 1118)**


1.      On or about September 26, 2006 the Court entered its Order requiring the United States to respond to Movant's §2255 Motion by November 17, 2006.

2.      Attorneys preparing the response are Assistant United States Attorney Dan Stripling and Department of Justice Attorney Gwynn X. Kinsey. Mr. Kinsey is preparing that portion of the response which addresses capital punishment issues. Mr. Kinsey is currently involved in preparing the response to a §2255 Motion pending in *United States v. Richard Allen Jackson* 1:00-CR0-74 (W.D.N.C.) and in the Department of Justice review of a multi-defendant racketeering murder prosecution involving members of the MS13 gang, *United States v. Ramos-Cruz*, #05-039 (D. Md.). Work involved in editing, reviewing and filing the response in the Jackson case and review of the multi-defendant Ramos-Cruz case has been and continues to be extensive and time consuming. Mr. Kinsey had believed that he would have had sufficient time to complete work on the Jackson and Ramos-Cruz cases and complete his work in preparing a response to Movant's motion. However, it is now apparent that Mr. Kinsey will be unable to complete work on those two cases in time to complete his work in this matter.

3.     Movant's counsel has no objection to an extension of time for the government to respond to Movant's motion.

WHEREFORE, Respondent United States of America prays that the deadline for responding to Movant's motion be extended to December 8, 2006 and for all proper relief.

BUD CUMMINS
United States Attorney

/s/ Dan Stripling
_____

By: Dan Stripling, AR Bar No. 74142
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600

Certificate of Service

I hereby certify that a copy of the foregoing was electronically filed and a copy was forwarded to the following on this 13th day of November, 2006:

David A. Ruhnke
Ruhkne & Barrett
47 Park Street
Montclair, NJ 07042

Laurence E. Komp
Attorney at Law
423 Madrina
Ballwin, MO 63021

/s/ Dan Stripling
_____

Dan Stripling