IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL LEWIS LEE,                        :

    Movant,                              :

vs.                                      :        No. 4:97-CR-00243(2) GTE

UNITED STATES OF AMERICA,                :

    Respondent.                          :


**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Now Comes Laurence E. Komp, one of the attorneys for Daniel Lewis Lee, and

gives notice of change of address. Effective immediately, Mr. Komp will be located at:

> Laurence E. Komp - Attorney at Law
> P.O. Box 1785
> Manchester, MO 63011
> Phone (636) 207-7330
> Fax (636) 207-7351
> E-mail: lekomp@swbell.net

Mr. Komp's phone numbers and e-mail address have not changed.

Respectfully Submitted,

/s/ Laurence E. Komp
Laurence E. Komp  - 0060142 (Ohio)
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
Phone (636) 207-7330
Fax (636) 207-7351
E-mail: lekomp@swbell.net

-and-

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street

Montclair, New Jersey 07042
Phone (973)744-1000
Fax (973)746-1490
E-mail: davidruhnke@ruhnkeandbarrett.com

CERTIFICATE OF SERVICE

Petitioner filed this pleading electronically via this Court's CM/ECF system on this 20th day of November 2006.  I hereby certify that a true and accurate version of the foregoing is available to counsel for Respondent via this Court's CM/ECF system.

/s/ Laurence E. Komp
COUNSEL FOR PETITIONER