IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2005

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA,                    PLAINTIFF/RESPONDENT,

VS.                    No.  4:97CR00243(01) GTE
                             4:04CV00493 GTE

CHEVIE O'BRIEN KEHOE,                         DEFENDANT/MOVANT.

ADDENDUM TO SUPPLEMENT TO AMENDED MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

Comes now Chevie O'Brien Kehoe, appearing by and through undersigned counsel and respectfully submits this Addendum to his Supplement to his Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.  On July 5, 2005, movant filed a Supplement to His Amended Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 which had a 3 page "Exhibit A" attached to it.  The 3 page Exhibit A attachment was a copy of a fax that counsel had received.  Counsel included the entire content of the fax that was received as Exhibit A.

Counsel was advised that the documents that were faxed came from Kirby Kehoe's wallet.  The bulk of these items are essentially of no significance in our case with the exception of the two documents at the bottom of the first page of Exhibit A.  Those two documents are Kirby Kehoe's VA Patient Data Card and VA Medical Center Appointment Card respectively.

At the time counsel received these documents, turned them over to the investigator, and filed them it was thought that the VA

Appointment Card could help establish that Mr. Kirby Kehoe's alibi was not correct and that he had been in Arkansas at the time of the murders herein. However, investigation revealed that Mr. Kehoe did not keep his appointment at the Fayetteville VA Medical Center and, therefore, at this point, the Appointment Card and VA Patient Data Card are of little or no value. Some of the remaining documents potentially were in support of the theory that Kirby had been ill and therefore in need of medical treatment while the remainder were provided simply as a good faith effort to come forward with all of the information that counsel had been provided.

Counsel understands that the quality of some of these copies is poor, however, counsel only has copies from a fax and is supplying the best copies that he has at this time. Attached hereto are the best copies counsel has.

Respectfully Submitted,

T. CLIFTON HARVIEL, - (TN)5589
Counsel for Chevie Kehoe
Suite, 850, 50 N. Front Street
Memphis, Tennessee 38103
(901) 543-9799

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon Mr. Dan Stripland, Assistant U.S. Attorney, P.O. Box 1229, Little Rock, Arkansas 72203, this 17th day of November, 2006.

T. Clifton Harviel

2











**EXHIBIT A**















'97 Jan 3 o'clock 60 minutes Patins



POWER ball

CATCH THE POWERBALL
DRAWINGS LIVE ON KTRV
CHANNEL 12 AT 8:59 P.M.!!

CASH OPTION

A  05 12 21 41 46 QP – POWER 38 QP

FEB07 98  IDAHO .00
534 658 30119852 01239 0934

WAL*MART

WE SELL
FOR LESS
STORE #2485
ST# 2485 OP# 00000618 TE# 14 TR# 09090
BRAKE FLUID 007874201587
CARB CLEAN 060538800751          2.67 J
LUBRICANT 007874269452          0.87 J
LUBRICANT 007874269452          0.87 J
DRI-BOTTOMS 075940900520         0.37 J
SAW 00287707059            4.77 J
BIB OVERALL 002931112085        39.97 J
                    SUBTOTAL       26.86 J
SALES TAX 1                     77.08
                    TOTAL        3.86
CASH TEND                      80.94
CHANGE DUE                    100.04
                                19.10
           TC# 560316061291499
* SAVE RECEIPT FOR REFUNDS/EXCHANGES *
*    OF WARRANTY ITEMS PURCHASED      *
WAL-MART MASTERCARD 1-800-858-3100 *
    07/23/97      18:33:06