## AFFIDAVIT OF JACK T. LASSITER

I, Jack T. Lassiter, one of Daniel Lewis Lee's trial attorneys, state on oath:

1.  Government attorneys advised defense attorneys and the Court that the government had determined not to call Kirby Kehoe as a government witness. I believe that the United States Marshal's Service was anxious to return Mr. Kehoe to the custody to the Bureau of Prisons. Judge Eisle advised defense attorneys that they could call Kirby Kehoe out of turn if they chose to do so. Otherwise, Mr. Kehoe would be returned to the custody of the Bureau of Prisons. Following this discussion, Mark Hampton, one of Chevie Kehoe's attorney and I were given adequate time to interview Kirby Kehoe. Also present was Mr. Kehoe's attorney, Pat Aydelott. Mr. Hampton and I questioned Mr. Kehoe extensively. We determined that Mr. Kehoe's testimony would not be helpful to the defense case. We therefore determined not to call Kirby Kehoe to testify as a defense witness.

2.  We were aware of the availability of David Hill to testify. He was interviewed extensively twice by my co-counsel Mark Hampton and an investigator. Based upon these interviews, it was determined that Mr. Hill was not a witness who could provide any testimony which could be beneficial to the defense.

3.  Defense counsel considered calling Faron Loveless as a witness. It was determined that Mr. Loveless was too unstable to be trusted to call as a witness. When Mr. Loveless would be interviewed, he would indicate that he had material which would aid the defense. However, Mr. Loveless repeatedly refused to state what that evidence would be.

GOVERNMENT EXHIBIT D

PENGAD-Bayonne, N. J.

_Jack T. Lassiter_

STATE OF ARKANSAS
COUNTY OF PULASKI

Subscribed and sworn to me, a Notary Public, this \1st\ day of ~~November,~~ December, 2006.

Notary Public

My Commission Expires:

