AFFIDAVIT

I, Karen Whatley, do hereby state and affirm:

1.  At no time since joining the United States Attorney's Office have I revealed any attorney-client privileged information or trial/case strategy learned during the course of my representation of Danny Lee.

2.  Upon my arrival at the United States Attorney's Office on January 4, 1999, the Kehoe prosecution team was in the process of moving to offices in another building to prepare for trial. Until such time as they left the office, I made it a point not to be in the general vicinity of the offices of those attorneys.

3.  My main task during the defense of Danny Lee was to organize and catalog the evidence received from the prosecution.

4.  While I did have numerous conversations with Danny Lee during the course of my representation of him, those conversations were to gather information for use to the defense and to relay the information to other members of the defense team. At no time have I divulged information learned during those conversations to anyone other than attorneys representing Mr. Lee.

So stated this 13th day of October 2006.

_Karen Whatley_
Karen Whatley

Subscribed and sworn to before me on this 13th day of October 2006.

_____
Notary Public

My commission expires _1-26-08_.

SUZANN PETERS
COMM. EXP.
NOTARY PUBLIC
01-26-2008
JEFFERSON COUNTY, ARK.


GOVERNMENT
EXHIBIT
E