C:\Case Files\Lee\Motions\Motion for reply date 12-18-2006.wpd

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF/ RESPONDENT

vs.                          NO: 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                                  DEFENDANT/MOVANT

CONSENT MOTION TO ALLOW MOVANT 90 DAYS
TO FILE HIS REPLY TO THE ANSWER OF THE UNITED STATES

COMES NOW Daniel Lewis Lee ("Movant"), by his undersigned counsel, and moves for an

order, pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States

District Courts ("the 2255 Rules"), allowing Movant 90 days from the date of this motion in which

to file his reply to the answer of the United States. The United States consents to the motion.

In support of the motion, Movant states the following:

1.      On June 26, 2006, Daniel Lee ("Movant") filed a motion pursuant to 28 U.S.C. §

2255 to vacate and set aside his conviction and sentence of death. On December 6, 2006, the United

States filed its reply.

2.      Rule 5(d) of the 2255 Rules permits the moving party to reply to the answer by

respondent "within a time fixed by the judge." By this motion, Movant seeks 90 days from the date

of this motion – to and including March 19, 2007 – within which to reply. The United States

1

consents to the relief sought.

3.    The reply of the United States is 102 pages long and is supported by exhibits and affidavits.  The United States challenges and disputes virtually every factual and legal aspect of the motion to vacate the judgments of conviction and sentences of death.  Additionally, one of Movant's counsel, David A. Ruhnke, Esquire, is scheduled to commence a federal death penalty trial in the Eastern District of New York on January 8, 2007.  That trial is expected to carry through the month of February.  Movant's other counsel, Laurence Komp, Esquire, is presently engaged in post-conviction hearings in a capital case in Kentucky and has not been able to turn his attention to the government's answer.

WHEREFORE, for the reasons set forth above, this Court should enter an order allowing Movant to file his reply to the answer of respondent on or before March 19, 2007.

Respectfully submitted,

Co-counsel for Movant,
Daniel Lewis Lee

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

/s/ Laurence E. Komp
Laurence E. Komp
Attorney at Law
P.O. Box 1785
Manchester, Missouri 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

CERTIFICATE OF SERVICE

Counsel have filed this motion on today's date via ECF, thereby serving the United States and all parties.

/s/ David A. Ruhnke
COUNSEL FOR MOVANT


Dated:        Montclair, New Jersey
              Manchester, Missouri
              December 18, 2006