PDF for document number 1128 does not exist.

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
### U.S. Court House
### 600 West Capitol, Suite 402
### Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 4:97-cr-243

True and correct copies of document # **1128** along with a copy of the NEF were mailed by the clerk to the following on 12/18/2006

Clifford Harviel
Attorney at Law
50 North Front Street
Suite 850
Memphis, TN 38103

**You chose to print mailing labels.**

**Preparing documents for the printer: gte-e35...**

request id is gte-e35-102568 (1 file(s))
request id is gte-e35-102569 (1 file(s))