IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL LEWIS LEE,                         :

    Movant,                               :

vs.                                       :         No. 4:97-CR-00243(2) GTE

UNITED STATES OF AMERICA,                 :

    Respondent.                           :

**CONSENTED TO MOTION FOR EXTENSION OF TIME OF
FOURTEEN DAYS FOR MOVANT TO FILE HIS REPLY**

COMES NOW Daniel Lewis Lee ("Movant"), by his undersigned counsel, and

moves for an extension of fourteen (14) days to file a reply to the answer filed by the

United States.  The United States consents to the motion.

In support of the motion, Movant states the following:

1)      Pursuant to Rule 5(d) of the Rules Governing 2255 Proceedings, this

Court set the time for the filing of a reply on or before March 19, 2007.

2)      After that date was set, time sensitive matters developed in other cases for

both Movant's counsel that could not be put aside.  Attorney Ruhnke completed a federal

death penalty trial on February 9, 2007, he has been catching up his practice caused by

the trial, and is currently on a long-planned family vacation to return March 18, 2007.

Attorney Komp has been required to file a supplemental memorandum in support of

objections from the recommendation to deny a 2254 capital writ, a motion for

rehearing/rehearing en banc from a 2254 capital appeal, and a response in opposition to

objections from the recommendation to grant a 2254 capital writ.

3)      By this motion, Movant seeks fourteen (14) days from the current due date

up to and including April 2, 2007 within which to file a reply.  This request is not for purposes of delay.  The United States consents to the motion.

WHEREFORE, Petitioner requests an extension of fourteen (14) days, up to and including April 2, 2007 within which to file a reply.

Respectfully Submitted,

/s/ Laurence E. Komp
Laurence E. Komp  - 0060142 (Ohio)
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
Phone (636) 207-7330
Fax (636) 207-7351
E-mail: lekomp@swbell.net

-and-

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
Phone (973)744-1000
Fax (973)746-1490
E-mail: davidruhnke@ruhnkeandbarrett.com

CERTIFICATE OF SERVICE

Petitioner filed this pleading electronically via this Court's CM/ECF system on this 13th day of March 2007.  I hereby certify that a true and accurate version of the foregoing is available to counsel for Respondent via this Court's CM/ECF system.

/s/ Laurence E. Komp
COUNSEL FOR MOVANT