IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL LEWIS LEE,                          :

    Movant,                             :

vs.                                        :          No. 4:97-CR-00243(2) GTE

UNITED STATES OF AMERICA,                  :

    Respondent.                         :

**CONSENTED TO MOTION FOR EXTENSION OF TIME OF
SEVEN DAYS FOR MOVANT TO FILE HIS REPLY**

COMES NOW Daniel Lewis Lee ("Movant"), by his undersigned counsel, and moves for an extension of seven (7) days to file a reply to the answer filed by the United States. The United States consents to the extension.

In support of the motion, Movant states the following:

1)      Movant's reply is currently due on April 2, 2007.

2)      This Court extended the time to that date pursuant to a consented to motion for extension of time.

3)      Attorney Komp erred in informing co-counsel that April 2, 2007, would provide adequate time for him to perform his assigned tasks. When filing the previous motion, Attorney Komp's work calendar omitted the memorial service for his father scheduled for this coming weekend in Louisville, KY, which requires him to leave today, Thursday March 29, 2007. Attorney Komp has been diligently working to meet his responsibility to his client and co-counsel, and will be unable to meet them.

4)      By this motion, Movant seeks seven (7) days from the current due date up to and including April 9, 2007, within which to file a reply. The United States consents

to the extension.

5)    Attorney Komp apologizes to the Court and to opposing counsel for this

oversight when filing the previous request.

WHEREFORE, Movant requests an extension of seven (7) days, up to and

including April 9, 2007 within which to file a reply.

                                        Respectfully Submitted,

                                        /s/ Laurence E. Komp
                                        Laurence E. Komp  - 0060142 (Ohio)
                                        Attorney at Law
                                        P.O. Box 1785
                                        Manchester, MO 63011
                                        Phone (636) 207-7330
                                        Fax (636) 207-7351
                                        E-mail: lekomp@swbell.net

                                             -and-

                                        DAVID A. RUHNKE
                                        Ruhnke & Barrett
                                        47 Park Street
                                        Montclair, New Jersey 07042
                                        Phone (973)744-1000
                                        Fax (973)746-1490
                                        E-mail: davidruhnke@ruhnkeandbarrett.com


                        CERTIFICATE OF SERVICE

       Petitioner filed this pleading electronically via this Court's CM/ECF system on
this 29th day of March 2007.  I hereby certify that a true and accurate version of the
foregoing is available to counsel for Respondent via this Court's CM/ECF system.

                                        /s/ Laurence E. Komp
                                        COUNSEL FOR MOVANT