C:\Case Files\Lee\Supplemental submission (mtDNA) 06-12-2007.wpd

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                            PLAINTIFF/RESPONDENT

vs.                              NO: 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                                      DEFENDANT/MOVANT

SUPPLEMENTAL SUBMISSION (mtDNA RESULTS) IN ADDITIONAL SUPPORT
OF MOTION TO VACATE CONVICTION AND SENTENCE OF DEATH

COMES NOW Daniel Lewis Lee ("Movant" or "Mr. Lee"), by his undersigned

counsel, and files this supplemental submission in further support of his motion to set aside

his conviction and sentence of death.  Submitted herewith, as Attachment A, are the results

of mitochondrial DNA testing (mtDNA) recently conducted comparing the hair recovered

from the FBI raid cap to known hairs of Mr. Lee.  The result of the mtDNA analysis

excluded Mr. Lee as the source of the hair recovered from the raid cap.

                                    Respectfully submitted,

                                    /s/ David A. Ruhnke
                                    Ruhnke & Barrett
                                    47 Park Street
                                    Montclair, New Jersey 07042
                                    (973)744-1000
                                    (973)746-1490 (fax)
                                    davidruhnke@ruhnkeandbarrett.com

/s/ Laurence E. Komp

Laurence E. Komp

Attorney at Law

423 Madrina

Ballwin, MO 63021

(636) 207–7330

(636) 207–7351 (fax)

lekomp@swbell.net

CO-COUNSEL FOR MOVANT,   DANIEL LEWIS LEE

CERTIFICATE OF SERVICE

Movant's counsel have filed this reply on today's date via ECF, thereby serving the United States and all parties.

/s/ David A. Ruhnke

COUNSEL FOR MOVANT

Electronically filed: Little Rock, Arkansas

June 12, 2007