IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA )    PLAINTIFF
 )
VS. )  Case No. 4:97-CR-00243(02) GTE
 )
DANIEL LEWIS LEE )    DEFENDANT

## MOTION TO EXTEND TIME IN WHICH TO FILE ITS SUPPLEMENTAL REPLY

The United States by Jane W. Duke, Acting United States Attorney, and Dan Stripling, Assistant United States Attorney, for its Motion for Extension of Time to Reply to Petitioner Lee's Supplement states:

1. On August 1, 2007 this Court entered an Order granting the government an extension of time to file a supplemental reply to the supplement filed by petitioner Lee (documents 1138, 1139). The government was granted up to August 14, 2007 to file its supplemental reply.

2. The United States is in the process of obtaining documents which will be attached as exhibits to the reply. The necessary documents have not yet been obtained despite the diligent effort of the government to obtain them. The government requests that it be given an additional week in which to prepare its supplemental reply.

3. David Ruhnke, attorney for petitioner Lee, has been contacted and has no objection to this extension.

WHEREFORE the United States prays that it be given until August 21, 2007 to file its supplemental reply in response to petitioner Lee's supplement (document nos. 1138, 1139) and for all proper relief.

Respectfully submitted,

JANE W. DUKE
ACTING UNITED STATES ATTORNEY


By:    */s/ Dan Stripling*
DAN STRIPLING, AR BAR #74142
Assistant U. S. Attorney
P. O. Box 1229
Little Rock,  AR  72203
(501) 340-2600


## CERTIFICATE OF SERVICE

I certify that a copy was mailed on this 14th day of August, 2007, to:

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

Laurence E. Komp
Attorney at Law
Post Office Box 1785
Manchester, MO 63011


*/s/ Dan Stripling*
Dan Stripling