AFFIDAVIT OF TERRY MELTON, Ph.D.

I, Terry Melton, being first duly sworn, state as follows:

1. I am President and CEO of Mitotyping Technologies, LLC, 2565 Park Center Boulevard, Suite 200, State College, PA 16801. My company conducts forensic mitochondrial DNA ("mtDNA") examinations on samples submitted to our laboratory, especially hairs and skeletal remains, analyzes the results of these examinations, and reports the results to the submitting parties. My laboratory is accredited by the American Society of Crime Laboratory Directors/Laboratory Accreditation Board under ISO 17035 Standards.

2. I have a Bachelor of Science degree from Wake Forest University and both a Master of Science degree and a Doctor of Philosophy degree in genetics from the Pennsylvania State University. I have approximately sixteen years of laboratory experience with human mitochondrial DNA analysis, including experience with DNA extraction, polymerase chain reaction ("PCR") amplification techniques; and DNA sequencing.

3. I am a fellow of the American Academy of Forensic Sciences, have published extensively in the field of mitochondrial DNA forensics, and frequently teach on the subject as well as present papers at regional, national and international forensic meetings.

4. My knowledge of the historical availability of forensic mtDNA analysis on hairs is as follows: My company began providing mtDNA hair analysis in March of 1999. Up until that date, there was only one private forensic laboratory providing this service, LabCorp in North Carolina. LabCorp began providing this service in 1998 at a date unknown to me. I do not know their policy on the size of hair that they deemed analyzable. At Penn State University between 1993-1998 (Dr. Mark Stoneking's laboratory), Dr. Stoneking and I were providing the occasional

1

EXHIBIT NO. 2

forensic mtDNA analysis for attorneys, but we did not accept single hair cases. The only other option for attorneys seeking testing during this time was the FBI, which accepts only FBI qualified cases and does no testing specifically on behalf of defense.

_Terry Melton_

Terry Melton, PhD

Signed and sworn to before me this 2nd day of August 2007.

_Gloria J. Dimick_

Notary Public

My commission expires _Feb 3rd 2008_ .

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Gloria J. Dimick, Notary Public
Ferguson Twp., Centre County
My Commission Expires Feb. 3, 2008

Member, Pennsylvania Association Of Notaries

2