## AFFIDAVIT OF MEGHAN E. CLEMENT

STATE OF NORTH CAROLINA    )
                                   )ss.

COUNTY OF DURHAM          )

I, Meghan E. Clement, being first duly sworn upon my oath, do state as follows:

1. I am employed as a Technical Director in the Forensic Identity Department at Laboratory Corporation of America, Holdings, Inc. I have been employed in the Forensic Department since November 1994 and am familiar with the protocols and procedures that have been implemented throughout the years since my employment.

2. LabCorp was performing mitochondrial DNA (mtDNA) analysis on hairs in 1998.

3. The protocol in use in 1998 outlined that 2cm of a hair should be used for mtDNA analysis. Attached is an excerpt from the protocol in use in 1998 that outlines this.

4. If mtDNA analysis were requested on a hair less than 2cm in length, LabCorp would attempt the analysis only after obtaining permission from the submitting agency to consume the entire sample.


_Meghan E. Clement_
Meghan E. Clement, MS

_10 Aug 07_
Date


Subscribed and sworn to before me
this 10 day of Aug , 20 07
at Research Triangle Park, NC.

_Trinette Holley Jones_
Notary Public

TRINETTE HOLLEY JONES
Notary Public, North Carolina
Durham County
My Commission Expires
August 03, 2009

EXHIBIT NO. E

Excerpt from LabCorp Mitochondrial DNA protocol - 1998

1.2.2  DNA Extraction

The removal of hairs from glass microscope slide for DNA analysis should be performed under a flow or dead space hood (if possible) as follows:

1. Remove the cover slip over the root end of the hair to be tested.  If desired, the entire cover slip may be removed.

2. Tease out the questioned hair until approximately 2 cm of the root end of the hair can be cut off.

3. Briefly place the 2 cm portion of hair in a sterile 1.5 ml plastic tube containing n-Octane to remove any adhering mounting media.

4. Remove the 2 cm portion of hair and place in a sterile 1.5 ml plastic tube containing 100% ethanol or $diH_20$.

5. Remove the remaining portion of the hair from the slide , rinse with n-Octane, and place it in a 1.5 ml plastic tube and store or remount the remaining hair on a glass microscope slide.