IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF / RESPONDENT |
| | ) | |
| | ) | |
| VS. | ) | Case No. 4:97-CR-00243(02) GTE |
| | ) | |
| DANIEL LEE LEWIS | ) | DEFENDANT / MOVANT |
| | ) | |

### UNITED STATES' SUPPLEMENT TO ITS SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE CONVICTION AND SENTENCE

The United States, by Jane Duke, Acting United States Attorney, Dan Stripling, Assistant United States Attorney, and Gwynn X Kinsey, Jr., Trial Attorney, United States Department of Justice, for its Supplement to its Supplemental Memorandum in Opposition to Daniel Lewis Lee's Motion pursuant to 28 U.S.C. § 2255 to vacate conviction and sentence states:

In the Supplemental Memorandum in Opposition to Motion Pursuant to 28 U.S.C. §2255 to Vacate Conviction and Sentence filed August 21, 2007, the government stated that it was unable to obtain the signature of Agent Glen Jordan to his affidavit. The government has obtained Agent Jordan's signature. Agent Jordan's affidavit is attached to this submission as Exhibit A..

Respectfully submitted,

JANE W. DUKE
ACTING UNITED STATES ATTORNEY

By:    */s/ Dan Stripling*
DAN STRIPLING, AR BAR #74142
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 340-2600

GWYNN X. KINSEY, JR.
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE

## CERTIFICATE OF SERVICE

I certify that a copy was mailed on this 29th day of August, 2007, to:

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042

Laurence E. Komp
Attorney at Law
P.O. Box 1785
Manchester, MO 63011

*/s/ Dan Stripling*
Dan Stripling

## AFFIDAVIT OF ATF SPECIAL AGENT GLEN JORDAN

I, Glen Jordan, am a Bureau of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) special agent assigned to the Little Rock office, state on oath:

1.    I was assigned to the Little Rock office beginning in June, 1987 and have continuously been assigned to the Little Rock office since that date. I was one of the principal investigators in the Mueller Family murder investigation.

2.    During the preparation for Lee's trial agents made inquiries whether DNA testing could be conducted on the hair found in the raid cap following the Ohio shooting. Agents were informed that no nuclear DNA testing could be conducted because the hair had no root and that in order for mitochondrial DNA testing to be conducted two centimeters of hair was needed.

Further, AFFIANT SAYETH NOT.

Executed this 29 day of August, 2007, in Little Rock, Arkansas.

_Glen Jordan_
Glenn Jordan

State of Arkansas
Pulaski County

Subscribed and sworn to before me, a Notary Public, this 29th day of August, 2007.

_Kimberly K. Squires_
Notary Public

My Commission expires:
12-12

EXHIBIT NO. A