IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL LEWIS LEE,                          :

    Movant,                               :

vs.                                        :            No. 4:97-CR-00243(2) GTE

UNITED STATES OF AMERICA,                  :

    Respondent.                           :

**AGREED TO MOTION FOR EXTENSION OF TIME OF
FILE HIS COMBINED RESPONSE AND REPLY**

COMES NOW Daniel Lewis Lee ("Movant"), by his undersigned counsel, and moves for an extension of time up to and including October 8, 2007, in which to file a reply to the response filed by the United States regarding the mtDNA and a response as to the supplemental authority offered by the United States.  The United States agrees to the extension.

In support of the motion, Movant states the following:

1)    Movant previously filed a supplemental memo regarding the results of mtDNA testing.

2)    The United States filed a response with supporting affidavits regarding the mtDNA, as well as, additional authority and arguments related to other claims raised by Movant.  The United States recently filed a supplement to its supplement with an additional supporting affidavit.

3)    Movant is in the process of having those affidavits reviewed by its expert. Movant forwarded materials to its expert but has not received a response from its expert as of the filing of this motion.

4)    Assistant United States Attorney Dan Stripling has been contacted and has no objection to the extension.

WHEREFORE, Movant requests an extension of fourteen (14) days, up to and including October 8, 2007 within which to file a combined reply and response.

Respectfully Submitted,

/s/ Laurence E. Komp
Laurence E. Komp  - 0060142 (Ohio)
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
Phone (636) 207-7330
Fax (636) 207-7351
E-mail: lekomp@swbell.net

-and-

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
Phone (973)744-1000
Fax (973)746-1490
E-mail: davidruhnke@ruhnkeandbarrett.com

CERTIFICATE OF SERVICE

Petitioner filed this pleading electronically via this Court's CM/ECF system on this 24th day of September 2007.  I hereby certify that a true and accurate version of the foregoing is available to counsel for Respondent via this Court's CM/ECF system.

/s/ Laurence E. Komp
COUNSEL FOR MOVANT