

**SEROLOGICAL     RESEARCH     INSTITUTE**

## AFFIDVAIT OF BRIAN WRAXALL

I, Brian Wraxall, as per 28 USC sec.1746, hereby state under penalty of perjury as follows:

1.      I am the Chief Forensic Serologist with Serological Research Institute ("SERI"), 3053 Research Dr., Richmond, CA 94806. A copy of my resume is attached. SERI is an ASCLD accredited laboratory and, among other services, conducts forensic mitochondrial DNA ("mtDNA") examinations, including the testing of hair samples.

2.      I previously tested a known hair sample of Daniel Lewis Lee and an unknown hair sample in the case of *United States v. Daniel Lewis Lee*, 4:97-cr-00243.

3.      The results of the mtDNA tests excluded Mr. Lee as the source of the unknown hair sample.

4.      The technology to conduct the forensic mtDNA examination on the 1.1 cm sample, which I conducted in 2007, existed in 1998 and 1999.

5.      In 1998 and 1999, both government and private labs were conducting forensic mtDNA testing similar to the testing I conducted in 2007.

6.      Mr. Lee's attorneys asked me to review the Government's filing, particularly the attached affidavits and protocols, and I have reviewed such materials.

7.      None of the affidavits or protocols indicates that a minimum of 2 cm sample was required to conduct forensic mtDNA testing.

8.      The technology existed then, as it does today, to allow for the testing of a hair sample under 2 cm in length for mtDNA examination.

9.     The protocols stated that approximately a 2 cm sample would be required

for mtDNA testing.  However, as Meghan Clement's affidavit suggests, testing was

available for a hair less than 2 cm when the lab received permission to consume the

sample.


BRIAN WRAXALL,                                    10:5-07
Chief Forensic Serologist                         Date


SERI1/CaseFiles/M7094!07/AffidavitOfBrianWraxall