C:\Case Files\Lee\Motions\Motion for status conference (11-01-2007).wpd

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF/ RESPONDENT

vs.                                    NO: 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                                            DEFENDANT/MOVANT

JOINT MOTION TO SET STATUS CONFERENCE

COMES NOW Daniel Lewis Lee ("Movant"), by his undersigned counsel, and requests a status conference to discuss the need for a hearing, scheduling, and any other pertinent issues.  In support of the motion, Movant states the following:

1.      It now appears that all briefing in this case is complete.

2.      When the parties conferred in person with regard to this matter during the summer, both sides agreed that a status conference before the Court might be useful.  This joint motion is made, however, with the understanding that it is the Court who must decide whether there is, at this point, utility in scheduling such a conference.

WHEREFORE, for the reasons set forth above, if the Court is of the view that a status conference in this matter would be helpful, the parties would be pleased to discuss dates with

1

members of the Court's staff in order to arrive at a date that is convenient to all.

Respectfully submitted,

Co-counsel for Movant,
Daniel Lewis Lee

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

/s/ Laurence E. Komp
Laurence E. Komp
Attorney at Law
P.O. Box 1785
Manchester, Missouri 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

CERTIFICATE OF SERVICE

Counsel have filed this motion on today's date via ECF, thereby serving the United States and all parties.

/s/ David A. Ruhnke
COUNSEL FOR MOVANT

Electronically filed: Little Rock, Arkansas
November 1, 2007

2