**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**DANIEL LEWIS LEE**                                                                    **PETITIONER**

**VS.**                          **NO. 4:97-CR-00243(02) GTE**
                                 **4:04-CV-00493**

**UNITED STATES OF AMERICA**                                           **RESPONDENT**

## ORDER

Petitioner Daniel Lewis Lee has requested "a status conference to discuss the need for a hearing, scheduling, and any other pertinent issues."  The Court concludes that there is no reason for a status conference at this time.  This Court does not conduct status conferences.  Rather, this Court's practice is to schedule hearings only when there is an issue before the Court requiring additional input from the parties, legal argument, or the presentation of evidence.   There is no such issue at this time.  When the Court considers Mr. Lee's § 2255 motion, it will schedule a hearing if it concludes that a hearing will be helpful in the resolution of the motion.

IT IS HEREBY ORDERED THAT the Joint Motion to Set Status Conference (Docket No. 1152) be, and it hereby, is DENIED.

IT IS SO ORDERED this  29th  day of February, 2008.

                                                          /s/Garnett Thomas Eisele
                                                         UNITED STATES DISTRICT JUDGE