# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    NO.  4:97-CR-00243-(1) & (2) GTE

CHEVIE KEHOE and DANIEL LEWIS LEE

### ORDER

Petitioners Chevie Kehoe and Daniel Lewis Lee ("Danny Lee") both have pending motions to vacate their respective convictions and sentences pursuant to 28 U.S.C. § 2255. The Court is in the process of reviewing those motion papers. The Court wishes to clarify the record with respect to two of Petitioners' allegations.

Both Petitioners have alleged that their counsel was ineffective for failing to cross-examine Gloria Kehoe regarding a statement she allegedly made to authorities that Chevie Kehoe and Danny Lee "waited around a few days after the murders" for media reaction prior to returning to Spokane.[1] The Government suggests that Gloria Kehoe never made such a statement. Mr. Kehoe, in a supplemental pleading, refers to a March 31, 1998, tape-recorded interview of Gloria Kehoe by law enforcement officers, but has not produced the interview. The record is unclear as to whether such a prior statement actually exists. Petitioners are directed to produce the interview to which they are referring.

Petitioner Kehoe asserted in a supplemental filing that newly discovered evidence exists which would establish that Kirby Kehoe in fact was not in Arizona at the time of the Mueller

---

[1] (Kehoe's Am. Pet., Doc. # 1067, at p. 29; Lee's Petition, Doc. # 1118, at p. 13).

- 1 -

murders. That evidence is described more particularly in Docket # 1066 (sealed) at p. 2, ¶ A.13.[2]

The evidence referenced has not been produced. Nor has Petitioner acknowledged that such evidence does not exist or is not helpful to their case.[3] If such evidence exists and Petitioner still contends it is supportive of his claims, Petitioner is directed to produce same.

The Court requests that Petitioners respond to this Order not later than **June 2, 2008.**

IT IS SO ORDERED THIS _15ᵗʰ_ day of May, 2008.

_Garnett Thomas Eisele_
UNITED STATES DISTRICT JUDGE

---

[2] The Court describes the evidence generically because Petitioner's filing describing the evidence was sealed.

[3] Petitioner Kehoe acknowledged that other previously alleged "newly discovered evidence" in the form of appointment cards for Kirby Kehoe at the Fayetteville VA Medical Center was, after further investigation, determined not supportive of his original claim. *See* Docket # 1125.

- 2 -