UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                          NO.  4:97-CR-00243-(2) GTE

DANIEL LEWIS LEE

## <u>ORDER</u>

Pending before the Court is a motion pursuant to 28 U.S.C. § 2255 filed by Petitioner

Daniel Lewis Lee ("Danny Lee") to vacate his  conviction and sentences of death.   Mr. Lee

advises in his motion that he has "kept legal argument to a minimum" and he requests a status

conference to address briefing and scheduling issues.   In response, the Government complains

that Petitioner is seeking to prolong this litigation unnecessarily.  The Government has attempted

to include all necessary legal briefing in its response, while reserving the right to respond to any

subsequent filings by Lee.

Petitioner Lee is hereby provided with one final opportunity to put before the Court

additional legal authority or argument in support of the grounds for relief currently before the

Court.  The Court notes that a great deal of legal authority has already been provided by the

Government and by Petitioner Kehoe, who has a § 2255 motion pending which raises many of

the same guilt phase issues.  And, counsel, qualified as they are to handle cases such as this one,

are undoubtedly aware of the controlling legal precedent in this area of the law and relied upon

same when they asserted the presently pending claims for relief.

Petitioner Lee shall have until **June 20, 2008**, to file a supplemental brief, which shall be

limited to providing additional legal authority and analysis for claims previously presented.  The

Government shall have until **July 7, 2008,** to respond to Petitioner's brief, if it wishes to do so.

If the Government files such a response, Petitioner will have until **July 14, 2008**, to reply thereto.

The Court concludes that a status conference is unnecessary at this time.  Once the

briefing is complete, the Court will assess whether an evidentiary hearing or conference is

necessary prior to ruling on Petitioner's § 2255 motion

IT IS SO ORDERED THIS  22nd  day of May, 2008.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE