IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 02 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA,
PLAINTIFF/RESPONDENT

VS.                                    No. 04:97CR-00243-(01)&(2) GTE

CHEVIE KEHOE &
DANIEL LOUIS LEE,
DEFENDANTS/MOVANTS

## RESPONSE TO ORDER

COMES NOW T. Clifton Harviel, Attorney of Record for Mr. Chevie Kehoe in the above styled matter and in response to the Order filed May 15, 2008, responds as follows:

1. Counsel of Record for Mr. Kehoe has had the tape of the March 31, 1998 interview of Gloria Kehoe transcribed. A copy of that transcription is attached hereto and incorporated verbatim by reference at this point. The relevant language appears at page 106, lines 15-20.

Current Counsel of Record respectfully submits that it was ineffective of trial counsel not to pursue this line of questioning with Ms. Kehoe. If, in fact, the defendants "hung around for a few days", this would destroy the Government's critical time line in the case. Therefore, it is respectfully submitted that this line of questioning should have been pursued and that it was ineffective assistance of trial counsel to fail to pursue it.

2. With regard to the evidence described more particularly in

Docket No. 1066 (Sealed) at p.2, ¶A.13, it has been investigated. The specific item referred to above has not been located at this point. Therefore, it is not in the possession of the defense team and we are therefore unable to produce same at this point.

Respectfully Submitted,

T. CLIFTON HARVIEL, - (TN)5589
Lead Counsel for Chevie Kehoe
50 N. Front Street, Suite 850
Memphis, Tennessee 38103
(901) 543-9799

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon Mr. Dan Stripland, Assistant U.S. Attorney, P.O. Box 1229, Little Rock, Arkansas 72203, and Lawrence Komp, 423 Madrina, Ballwin, Missouri, 63021, Counsel of Record for Daniel Louis Lee this 2nd day of June, 2008.

T. CLIFTON HARVIEL