FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 02 2008

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

**TAPE TRANSCRIPT**

INTERVIEW OF GLORIA LOUISE KEHOE

MARCH 31, 1998

ALSO PRESENT:    GLENN JORDAN
STEVE GUNDERSON
MIKE SPRINGER

ALPHA REPORTING CORPORATION
236 Adams Avenue
Memphis, TN 38103
901-523-8974
www.alphareporting.com

ORIGINAL

MR. JORDAN: Okay. Charlotte, if you would put this on the report. The date is going to be Tuesday, 3/31 of '98. Interview being conducted at Libby, Montana, in the presence of Glenn Jordan, Steve Gunderson, Mike Springer.

Ma'am, what is your name?

MS. KEHOE: Gloria Louise Kehoe.

MR. JORDAN: And Gloria, are you aware that this conversation is being taped?

MS. KEHOE: Yes, I am.

MR. JORDAN: Has anybody threatened you or coerced you or tried to get you talk to us out of that? Are you doing this on your own free will?

MS. KEHOE: I'm doing it on my free will.

MR. JORDAN: What is your age and birthday?

MS. KEHOE: May age is 43, 9/15/54.

MR. JORDAN: And your current

address?

MS. KEHOE:  South Fort Yack River Road, Yack, Montana.

MR. JORDAN:  Okay.  And you are the wife of Kirby Kehoe.  Is that correct?

MS. KEHOE:  Kirby Keith Kehoe.

MR. JORDAN:  And how many children do you have?

MS. KEHOE:  Eight.

MR. JORDAN:  And --

MS. KEHOE:  Eight boys.

MR. JORDAN:  Eight boys.  I want to get into back when you came to Arkansas.  How many times have you lived in Arkansas?

MS. KEHOE:  Well, we bought a place in Arkansas -- you're referring to traveling back and forth from Washington?

MR. JORDAN:  No.  Just living there.

MS. KEHOE:  Staying -- living there.  One time.

MR. JORDAN:  And when did you move to Arkansas?  Do you remember what

year?

MS. KEHOE:  I would have to look on my (inaudible).  I would say it would be around '95.  I can't positively say that year..

MR. JORDAN:  Did you purchase property in Arkansas?

MS. KEHOE:  Yes, we did, in Harrison.

MR. JORDAN:  Now, did you live in the city of Harrison or outside in the county?

MS. KEHOE:  No.  We lived outside in the rural area.

MR. JORDAN:  Do you remember what county you lived in?

MS. KEHOE:  I guess about 10, 15 miles from a place called Kingston.

MR. JORDAN:  And who -- who lived there with you besides Kirby, the name of your children that lived there.

MS. KEHOE:  It would be Shane, Casey, Kelvy, Luke, Noah, I had Levy there in our home in Harrison.

MR. JORDAN: Chevy actually lived in the home there with you?

MS. KEHOE: Chevy came and stayed. Actually (inaudible). I'm not really sure I understand that. He came and stayed on the property for a while, but it was periodically. It wasn't anything like a constant stay.

MR. JORDAN: How many years did you live there on this property in Kingston?

MS. KEHOE: I'll say about two years.

MR. JORDAN: So if you moved there in -- could you have lived there in '94 instead of '95?

MS. KEHOE: That's what I'm thinking now.

MR. JORDAN: Okay.

MS. KEHOE: I think back. Because I -- if I had my house --

MR. JORDAN: Let me ask you. Do you remember when you sold the property, when that was?

MS. KEHOE: Around '96, the end of '96.

MR. JORDAN: The end of '96?

MS. KEHOE: No.

MR. JORDAN: Could it have been the end of '95? Okay. Gloria, let me ask you now. You said Levy was born in Kingston. Is that correct?

MS. KEHOE: Yes.

MR. JORDAN: And how old is Levy?

MS. KEHOE: Levy is three. He will be four in July.

MR. JORDAN: So that --

MS. KEHOE: Exactly.

MR. JORDAN: Now, so you sold your property then in '95. Is that right?

MS. KEHOE: Around that time. Yes.

MR. JORDAN: Now, was Shane living there at the time?

MS. KEHOE: Yes, he was.

MR. JORDAN: And Chevy would come in and stay at times and then leave

again?

MS. KEHOE: Yes. He'd go back to Washington.

MR. JORDAN: Was Chevy married?

MS. KEHOE: Yes, he was.

MR. JORDAN: And who was he married to?

MS. KEHOE: Karena.

MR. JORDAN: Now, let me ask you, was Chevy working any place in Arkansas when he would come there?

MS. KEHOE: No. Just doing the gun shows, except for one job.

MR. JORDAN: And what --

MS. KEHOE: Him and Kirby did, and that was to help build on a house close to Kingston.

MR. JORDAN: And Chevy helped Kirby with that?

MS. KEHOE: Yes, he did.

MR. JORDAN: Did you know a family, when you lived there, by the name of William and Nancy Mueller?

MS. KEHOE: Yes.

MR. JORDAN: William was also called Bill.

MS. KEHOE: Right.

MR. JORDAN: And they had a daughter named Sarah?

MS. KEHOE: Exactly.

MR. JORDAN: When did you first meet the Muellers?

MS. KEHOE: Well, Kirby had known them before me quite some time because of running gun shows. I always kept the children at home. I was pregnant.

It would have been at one of the gun shows. Which one, I can't honestly tell you. It would have been one in the surrounding area of Arkansas. Maybe Springdale.

MR. JORDAN: Okay. Do you know where Bill and Nancy were living at the time that you first met them?

MS. KEHOE: When I first met them, no. But I have been to their home.

MR. JORDAN: Okay. Now, they -- at one time, they had two homes. One was

at Nogo, and the other one was real close to Tilly.

MS. KEHOE: Okay. The one close to Tilly, I believe it was where there was -- that was the first home that they owned, and then they sold it. Correct?

MR. JORDAN: At Nogo.

MS. KEHOE: At Nogo. Okay. So it would be the one at Tilly.

MR. JORDAN: Okay.

MS. KEHOE: I was going to say they had (inaudible) in that home.

MR. JORDAN: By the name of the Masons?

MS. KEHOE: I'm not sure of the name.

MR. JORDAN: Okay. Did your family ever stay in that home like overnight?

MS. KEHOE: No.

MR. JORDAN: Did -- your children, were they ever in the home of Bill and Nancy Mueller there at Tilly?

MS. KEHOE: Yes.

MR. JORDAN:  Has Chevy been there?

MS. KEHOE:  Yes.  Shelby's been there.

MR. JORDAN:  And has Shane been there?

MS. KEHOE:  I'm not sure if Shane ever even went there, to be honest with you.  I'm just not sure about that.

MR. JORDAN:  Were you considered friends or close friends with the Muellers?

MS. KEHOE:  I knew Bill and Nancy.  Nancy and I got along very well.

MR. JORDAN:  Gloria, let me ask, were you ever with Nancy at gun shows?

MS. KEHOE:  Yes.

MR. JORDAN:  Were you close enough to Nancy that she would make things for you or give things to you?

MS. KEHOE:  Yes.

MR. JORDAN:  And what would -- what did she make for you?

MS. KEHOE:  She made -- I was

pregnant.  And she made a bib for Levy, and I still have it.

MR. JORDAN:  Do you consider Kirby and Chevy knowing Bill Mueller better than you knew --

MS. KEHOE:  Yes.

MR. JORDAN:  -- the family?

MS. KEHOE:  Yes.

MR. JORDAN:  Was this through their association at gun shows?

MS. KEHOE:  Yes.  Because Kirby used to keep Bill's tables for him.  Bill used to ask him to keep them.

MR. JORDAN:  Is this at gun shows the times that y'all would socialize with Bill and Nancy?

MS. KEHOE:  Yes.  We have had dinner with them.

MR. JORDAN:  In their -- in their home?

MS. KEHOE:  In their home in Tilly.  Also, we went over to order some books for home schooling.  She had like a small get together.

MR. JORDAN:  Did y'all ever attend church or --

MS. KEHOE:  The meetings -- no.  I never wanted to go to the meetings, because I didn't like or trust some of the individuals that were going.

MR. JORDAN:  Did Kirby or Chevy ever go to the meetings?  If you don't remember, that's fine.

MS. KEHOE:  I don't think so.

MR. JORDAN:  Do you remember some of the gun shows that y'all attended together?

MS. KEHOE:  Eureka, Springdale, Hot springs, as far as for me.  I did not go to that many gun shows.  I stayed at home with the children, the younger children.

As far as the other gun shows, Kirby was very active in them, and he went all around.  Normally, Bill would tell him when they were, and they would do them together.

MR. JORDAN:  Would Bill go by and pick up Kirby at y'all's residence or --

MS. KEHOE:  No.

MR. JORDAN:  -- Kirby would always meet Bill at his or --

MS. KEHOE:  Yes.

MR. JORDAN:  -- at the gun show?

MS. KEHOE:  They would always -- no.  They all -- all went in different rigs.

MR. JORDAN:  Okay.  Do you remember attending a gun show in Fort Smith, Arkansas?  Have you ever been there?

MS. KEHOE:  I've been to Fort Smith.  Where is Fort Smith?

MR. JORDAN:  It is on the border of Oklahoma and Arkansas.

Okay.  Gloria, let me try to clarify this gun show in Fort Smith.  There was an accidental discharge at a gun show in Fort Smith at Bill's table.  Were you there at that time?

MS. KEHOE:  No, I was not.  But Kirby was

MR. JORDAN:  So you heard about

it through Kirby.

MS. KEHOE:  Yes.

MR. JORDAN:  Okay.

MS. KEHOE:  And then the next time I saw Bill and Nancy, they told me about it, too.

MR. JORDAN:  Now, I want to get into an incident that occurred at the Muellers' residence in February of 1995. Did you hear about a burglary that occurred at Bill and Nancy's house?

MS. KEHOE:  Yes.

MR. JORDAN:  Did you know anything about this burglary prior to it happening?

MS. KEHOE:  No.

MR. JORDAN:  So you were not involved in the burglary.

MS. KEHOE:  No.

MR. JORDAN:  Where did you hear about this burglary?  Who told you?

MS. KEHOE:  When Kirby and Chevy came in from doing the burglary was the first time that I knew about it.  And I

did not handle it very well.

MR. JORDAN:  Who told you about the burglary?

MS. KEHOE:  Kirby.

MR. JORDAN:  And what did he tell you in detail about this burglary, planning it, going into the house?  Just what do you have knowledge of about this that he told you?

MS. KEHOE:  Okay.  The situation was they came home, and he said that he just had this feeling that they were supposed to go back.  And if I'm not mistaken, Bill and Nancy were still at the gun show.

MR. JORDAN:  Do you remember what gun show it was?

MS. KEHOE:  I could not tell you --

MR. JORDAN:  Okay.

MS. KEHOE:  -- to be honest with you.  I just know they were still at the gun snow.

MR. JORDAN:  Okay.

MS. KEHOE:  And they had not gotten home.  I know there was plenty of time.  They did it all -- the details, the gloves, they left a card of another individual that everyone knew at the gun show.

See, everyone used to go and fly at gun shows together.  You know, everyone knew everyone.

They had left a card there. They had left a cigarette --

MR. JORDAN:  Do you remember what --

MS. KEHOE:  -- butt.

MR. JORDAN:  Do you remember what kind of cigarette butt?

MS. KEHOE:  No, I do not.  I just know that they did this to make --

MR. JORDAN:  It seem like somebody else did it?

MS. KEHOE:  -- someone else had walked in and done it.  And that's all -- they knew the dog.  So there was no problem.

And I want to say something about tire tracks. I'm not really sure. It seems like that came up. But I can't remember exactly if it had been raining or something of this nature.

But that's how it came down, and that's how they did it.

MR. JORDAN: Okay. Let me follow up on a couple of things there. Let's -- did they tell you how they entered the residence?

MS. KEHOE: Through the bottom door. See, it was two story like.

MR. JORDAN: Uh-huh (affirmative response).

MS. KEHOE: And they came in through the bottom.

MR. JORDAN: Did they break in? Was it unlocked?

MS. KEHOE: It was not unlocked. They had to get in themselves.

MR. JORDAN: They wore gloves?

MS. KEHOE: Uh-huh (affirmative response).

MR. JORDAN:  Yes?

MS. KEHOE:  Surgical gloves.

MR. JORDAN:  Surgical gloves.

MS. KEHOE:  (Inaudible) fingerprints.

MR. JORDAN:  Okay.  What vehicle were they in?

MS. KEHOE:  A Suburban, a blue one.

MR. JORDAN:  Who did that vehicle belong to?

MS. KEHOE:  Chevy.

MR. JORDAN:  Whose idea was it to do the Muellers?

MS. KEHOE:  Kirby.

MR. JORDAN:  Why?

MS. KEHOE:  If I knew that, I wouldn't be here today.  And I'm not meaning to be rude or obnoxious.

MR. JORDAN:  I understand.

MS. KEHOE:  He just said he had this great spirit come over him.

MR. JORDAN:  Okay.  So they break in through the bottom door, knowing

the Muellers was not there.  Is that correct?

MS. KEHOE:  Exactly.

MR. JORDAN:  Do you remember what day of the week this was?

MS. KEHOE:  It had to have either been a Friday or a Saturday.

MR. JORDAN:  Day or night?

MS. KEHOE:  It would have been right at evening, going into evening. Because if I'm not mistaken, that weekend they were also security, being security guards at a gun show, if I'm not mistaken.

MR. JORDAN:  How many times did they go back to that house?  Did they just --

MS. KEHOE:  That one -- one time.  That is all that I know of.  And I would have known if they would have went back.  I would have known.

MR. JORDAN:  So they removed the property and got it all in the Suburban?

MS. KEHOE:  Yes.

MR. JORDAN: They didn't have a trailer of any type?

MS. KEHOE: No. They did not need a trailer.

MR. JORDAN: Was it just Kirby and Chevy only?

MS. KEHOE: It was only Kirby and Chevy only.

MR. JORDAN: Shane was not involved?

MS. KEHOE: Shane has never been involved in any of that, never. And that's honestly speaking. I'm not trying to cover up for him. But Christopher, which is Shane, has never.

MR. JORDAN: Now, let me just get off just for a second. I want to talk about vehicles. This was Shelby's vehicle.

Do you know where this vehicle is right now, this Suburban that he used?

MS. KEHOE: That would be really hard to say. Because you don't know the Kehoes. And the Kehoes go in and out of rigs like people eat ice cream.

MR. JORDAN: Okay. If you don't know, that's fine.

MS. KEHOE: No, I don't. I'll be very honest. It's hard to say. Not to repeat myself, we -- we go through a lot of rigs. It's always been his father's nature. He's always been into making a living.

MR. JORDAN: Do you remember what vehicle you and Kirby owned at that time? And if you don't, that's fine.

MS. KEHOE: We had a Seabrig station wagon, and we also had a truck, a Chevy truck.

MR. JORDAN: Do you remember what colors they were?

MS. KEHOE: The station wagon was a little gold -- a gold type of paint, and the truck would be a (inaudible) white.

MR. JORDAN: Okay. Do you remember what make of truck, Chevy, Ford?

MS. KEHOE: It was a Chevy truck.

MR. JORDAN: Now, when they

loaded up the property, do you know where they took this property?

MS. KEHOE:  They took it to Washington state.

MR. JORDAN:  Not immediately, I mean.  When they left --

MS. KEHOE:  Oh, it was gone pretty immediately.

MR. JORDAN:  When the Muellers -- when they left the Muellers' house, did they bring that property directly back to your house?

MS. KEHOE:  Oh, yes.

MR. JORDAN:  Is this --

MS. KEHOE:  And I got overly excited.

MR. JORDAN:  Is this when you found out about  it --

MS. KEHOE:  Yes.

MR. JORDAN:  -- as soon as they came back?

MS. KEHOE:  Uh-huh.

MR. JORDAN:  Who told you about this?

MS. KEHOE:  Kirby.  And then, of course, Chevy put his two cents in, trying to calm me down.

MR. JORDAN:  Did they actually tell you they did the burglary?

MS. KEHOE:  Sure, did they did.  Our family's tight.

MR. JORDAN:  Now, let me back up just a second.  About two to three days prior to this burglary, there was a theft that occurred in Harrison of an Avion travel trailer.  Were you aware of this?

Gloria, let me ask you a question.  When is the first time that you saw this Avion travel trailer?

MS. KEHOE:  Couple of days before the burglary.

MR. JORDAN:  Okay.  Couple of days prior to the Mueller burglary.

MS. KEHOE:  Yes.

MR. JORDAN:  And this trailer showed up at your house?

MS. KEHOE:  Yes, it did.

MR. JORDAN:  Who brought it to

your house?

MS. KEHOE:  Chevy.

MR. JORDAN:  Pulled by the Suburban?

MS. KEHOE:  Yes.

MR. JORDAN:  Now, did they take the Avion trailer to the Mueller residence to do the burglary?

MS. KEHOE:  No.

MR. JORDAN:  Now, when they came back from the Mueller residence with the property, did they put the property in the --

MS. KEHOE:  Yes.

MR. JORDAN:  -- travel trailer?

MS. KEHOE:  Yes, they did.

MR. JORDAN:  Immediately or within a day or two?

MS. KEHOE:  I'd say within a day.

MR. JORDAN:  And where did that property and the trailer go from there?

MS. KEHOE:  Elahoon City.

MR. JORDAN:  And who took it to Elahoon City.

MS. KEHOE:  Chevy.

MR. JORDAN:  I'm going to ask you to speak up just a little.

MS. KEHOE:  Chevy took it to Elahoon.

MR. JORDAN:  Pulled by the Suburban?

MS. KEHOE:  Yes.

MR. JORDAN:  And who went with Chevy?

MS. KEHOE:  Karena and his daughter.

MR. JORDAN:  Did you and Kirby and your children stay at the residence, or did you --

MS. KEHOE:  Yes.

MR. JORDAN:  -- go to Elahoon?

MS. KEHOE:  In Kingston.  No. We did not go to Elahoon.

MR. JORDAN:  Now, where was Shane at this time?

MS. KEHOE:  Shane was working

for an individual who had a saw mill.  Shane was not even involved in that.  Shane had moved out from home and was living on the individual who owned the saw mill --

MR. JORDAN:  Close to --

MS. KEHOE:  Johnny.  Johnny. If you'll give me a few minutes, I might be able to think of Johnny's last name.  He lived closer to the seat of the county we lived in, which would be Jasper.  Johnny lived closer to Jasper.  And Johnny was allowing Shane to live in a slide-in camper.

MR. JORDAN:  Okay.

MS. KEHOE:  But Shane had no idea of what was going on or any involvement.

MR. JORDAN:  Shane had no knowledge of the burglary or the theft of the trailer.

MS. KEHOE:  No.  He had --

MR. JORDAN:  Was Shane at Elahoon City when the travel trailer arrived there?

MS. KEHOE:  That would be

something I would have to think on.  Because Shane did live in Elahoon City.

MR. JORDAN:  Okay.

MS. KEHOE:  Shane has lived there.  Now, that would be the dates, too, that I'm not really sure of.

MR. JORDAN:  My question to you is, you and Kirby did not go to --

MS. KEHOE:  No.  We did not go to Elahoon City with Chevy.

MR. JORDAN:  Now, do you know how long Chevy stayed there?

MS. KEHOE:  It wasn't long at all.  I would say not over a week.

MR. JORDAN:  Have you been there?

MS. KEHOE:  Yes.

MR. JORDAN:  How many times?  Numerous?

MS. KEHOE:  Numerous times.  Yes.

MR. JORDAN:  What do you think of the place?

MS. KEHOE:  It's a real dump.

It's a real joke. It's a lot of rituals that goes on, in my opinion. It's -- I did not like the place.

When Christopher, which is Shane -- I call him Christopher -- when he went over there to live, I was beside myself. Because I did not like the way that things were handled, the way that young people conducted themselves. It was just not a place I wanted my children to go and stay.

MR. JORDAN: And why would you go there?

MS. KEHOE: Because my husband really liked Grandpa. Grandpa was a nice person. They had a lot of -- they had a lot of same beliefs at the time and a lot of the same --

MR. JORDAN: Grandpa?

MS. KEHOE: Grandpa is --

MR. JORDAN: Robert Milard?

MS. KEHOE: Yes.

MR. JORDAN: Do you feel comfortable being around him? Do you like

him?

MS. KEHOE:  I think Grandpa's a nice person.  But there was something that I can't -- have you ever had a feeling about someone that you just didn't know what it was?  And that's the best way I can explain I it .  Maybe an intuition.  That would be the word that I'm looking for.

MR. JORDAN:  Okay.  Now, when the Avion trailer went to Elahoon City, it eventually ended back out at Washington.  Is that correct?

MS. KEHOE:  Yes.

MR. JORDAN:  Okay.  Do you know a man by the name of Farren Lovelace?

MS. KEHOE:  I've met him.

MR. JORDAN:  Where did you met Farren?

MS. KEHOE:  I've been around him maybe twice.  Three times would be the most.  And I met him out in Washington state.

MR. JORDAN:  You never met him at Elahoon City?

MS. KEHOE:  No.  I never met him at Elahoon City.

MR. JORDAN:  Okay.  When the property from the Mueller burglary arrived in Washington, were y'all still in Arkansas?

MS. KEHOE:  Yes.

MR. JORDAN:  Did you ever see this property again after it left your residence in Kingston?

MS. KEHOE:  Yes.

MR. JORDAN:  Now, did you see the property while it was at your residence?

MS. KEHOE:  In the back of the Suburban.

MR. JORDAN:  Do you remember any specific items that you saw?

MS. KEHOE:  I would just -- any particular item.

MR. JORDAN:  We -- I'm sorry.

MS. KEHOE:  Go ahead.

MR. JORDAN:  We showed you a list earlier, a list prepared by Bill and Nancy right after the burglary where Nancy typed up two or three pages.  And you looked

at this.

Does any of those items -- do you remember seeing any of these items?  You want to look at it again?

Okay.  Gloria, you're looking at this list here.  Is there anything specific that you remember?

MS. KEHOE:  Yes.  It would be the silver.

MR. JORDAN:  And what about this silver?  Did you or Kirby -- or did Kirby receive any silver from this burglary?

MS. KEHOE:  Yes, he did.  And he took it up to Missouri to trade out for money, so that we would have some money.

MR. JORDAN:  Do you remember how much money he got from for this silver?

MS. KEHOE:  It wasn't very much.  From looking at this, I did not see that much.  I did not see that much.  He did not have that much.

MR. JORDAN:  And what happened to the other silver?

MS. KEHOE:  Chevy would have had to have had it.

MR. JORDAN:  Do you remember a lot of ammunition being in the back of that Suburban when you looked in there?  Do you remember seeing anything like that?

MS. KEHOE:  It was packed pretty tight.  So I don't want to say something that I did not see.

MR. JORDAN:  I understand.  Did any of the property from the Mueller burglary stay at your residence and not go to Washington?

MS. KEHOE:  No.

MR. JORDAN:  Other than the silver?

MS. KEHOE:  I just remember the silver.  Because I was having a fit over it.  It was -- I did not approve of it.  That would be another thing.  If I would have known ahead of time, I -- no.

MR. JORDAN:  Okay.  Now, did Bill or Nancy, to your knowledge, ever confront Kirby or Chevy about this burglary?

MS. KEHOE:  They came home from the gun show.  And Bill had asked Kirby about it jokingly.  And he had threatened Kirby's life.  If he ever found out the truth, he said he'd kill Kirby.

MR. JORDAN:  If he found out that he did the burglary?

MS. KEHOE:  Yes.  That he would kill Kirby.

MR. JORDAN:  Were you aware that Bill confronted Kirby at a gun show at Fort Smith about this burglary?

MS. KEHOE:  Evidently, that must be the time that I'm referring to.

MR. JORDAN:  Who told you about this?

MS. KEHOE:  Kirby and Chevy.

MR. JORDAN:  Excuse me.  Who?

MS. KEHOE:  Kirby and Chevy.  And it upset Chevy because he said that he -- it was a cliche of something I will put lead in your body, I will kill you.  What he was referring to was that he would kill Kirby.  And Chevy did not like that at

all, because it was his father.

MR. JORDAN:  Did you get the feeling that Bill knew they committed the burglary, or was he just --

MS. KEHOE:  I think Bill was just stabbing in the dark.

MR. JORDAN:  Do you know how many times he confronted Kirby or Chevy about this?

MS. KEHOE:  No, I don't.  It was a very sore subject with me, because it scared me.  I didn't want to be involved in that.  I didn't want my children to see that.  I didn't want them to see that, hey, we can do this, it's okay.

Because it all boils down to getting back to white identity.  Nancy was part Cherokee, part white.  So if you're a breed -- you have to understand the white identity beliefs.

MR. JORDAN:  The -- Chevy and Karena and the trailer went to Washington. Do you know how long Chevy stayed at the city?

MS. KEHOE:  Elahoon City?

MR. JORDAN:  Elahoon City.

MS. KEHOE:  I don't believe it was over a week.

MR. JORDAN:  Okay.  Do you know where he went directly from there to Washington, where he went in Washington?

MS. KEHOE:  I want to say Shadows or Priest River.  Because he did have a place in Priest River.  I don't -- maybe he didn't have the place in Priest River yet.

MR. JORDAN:  Okay.  So he --

MS. KEHOE:  I can't be quoted on that.

MR. JORDAN:  So probably the Shadows Motel?

MS. KEHOE:  That is what I -- I do believe.

MR. JORDAN:  Now, when was it again that you saw Chevy or had contact with him after he left?  Do you remember?  If you don't --

MS. KEHOE:  No, I don't, to be

honest.  I really don't remember.

MR. JORDAN:  Let me ask you. Do you know a place called Ponca, Arkansas?

MS. KEHOE:  I sure do.

MR. JORDAN:  Did Chevy ever go there with this property and stay there before he left for Washington?

MS. KEHOE:  Ponca.

MR. JORDAN:  It's on the --

MS. KEHOE:  Yeah.  I know where Ponca is.  I'm just trying to place.  Not that I know of.  Not that I know of.  Are you referring to like camping out?

MR. JORDAN:  Right.  Or staying there with the property and the trailer until he left and went to Washington.

MS. KEHOE:  No.  I believe he went straight over there.  He may have -- he may have gone to Ponca and spent the night. Because like I said, I just couldn't believe he did this.  And when we found out, I was very nervous about the trailer being there. Because all I could think of was, my goodness, it's just right there.  And I

didn't want any more problems than --

MR. JORDAN:  Let me ask you something.

MS. KEHOE:  -- I already had.

MR. JORDAN:  Two items specifically, there is a cross bow that was in your husband's possession over here in Helena -- I mean, that they received in this search warrant of your husband's property. Do you know where that cross bow came from? Did it come from the Muellers?  Because there was a cross bow listed in the Mueller property.

MS. KEHOE:  Uh-huh.  I don't think that one did.

MR. JORDAN:  Do you know what happened to the cross bow in the Mueller property?

MS. KEHOE:  I'm sure it was sold at a gun show.

MR. JORDAN:  Okay.  Now -- go ahead.

MS. KEHOE:  I don't believe that was -- no.  I believe we got that other

cross bow. Was it a green camo?

MR. JORDAN: I don't know specifically.

MS. KEHOE: Because if it was green camo, no. That was not -- we had a black cross bow, also, that we had purchased at a gun show. Because that's the black one (inaudible).

MR. JORDAN: You don't remember?

MS. KEHOE: No. I do remember us having one.

MR. JORDAN: Okay.

MS. KEHOE: But I'm not saying -- I honestly can't tell you.

MR. JORDAN: So let me get this straight in my mind. Right after the burglary, the property came back to your residence. Chevy and Kirby loaded it in the -- loaded it in the Avion trailer.

MS. KEHOE: I'm not sure if Kirby helped load it or not.

MR. JORDAN: But Chevy did.

MS. KEHOE: Yes.

MR. JORDAN: And then it left and went to Elahoon City.

MS. KEHOE: Yes.

MR. JORDAN: Okay. The .45 pistol that Shane used in the Ohio shoot out, did that come from the Muellers? Do you have knowledge of that?

MS. KEHOE: No.

MR. JORDAN: Do you know where it came from, that pistol?

MS. KEHOE: At a gun show. We dealt so much with gun shows. That was -- that was our life.

MR. JORDAN: Okay.

MS. KEHOE: Gun shows were our life.

MR. JORDAN: Now, did y'all -- in '95, prior to selling of your property and after the Mueller burglary and prior to selling of your property, did y'all ever go back to Washington?

MS. KEHOE: Yes, we did. And we lived on Rocky Creek in Cargill, Washington. And then we went back home to

Arkansas. And I was living in Rocky Creek, and Kirby went back to Arkansas to finish working on the house to get it ready to sell.

MR. JORDAN: Okay. Did y'all ever stay at the Shadows Motel when you went back to Washington?

MS. KEHOE: Yes, we did.

MR. JORDAN: Was Chevy there?

MS. KEHOE: Yes, he was.

MR. JORDAN: Was the Avion trailer there?

MS. KEHOE: Yes, it was.

MR. JORDAN: Do you know what happened to that trailer, where it ended up?

MS. KEHOE: Yes. It's out in Priest River on his little piece of property.

MR. JORDAN: Now, you sold your house and property in Arkansas at Kingston. Is that correct?

MS. KEHOE: Yes.

MR. JORDAN: And you netted

some money.  Is that correct?

MS. KEHOE:  Yes.

MR. JORDAN:  Did you ever give any of this money to Chevy?

MS. KEHOE:  No.

MR. JORDAN:  Have you ever given large amounts of cash to your son?

MS. KEHOE:  No.  We've given him a truck, the green beast.

MR. JORDAN:  But you never -- you never gave any money from the sale of the Kingston property to Chevy?

MS. KEHOE:  No.

MR. JORDAN:  When you sold the property in Kingston, was Chevy in Washington?

MS. KEHOE:  Yes.

MR. JORDAN:  Where was Shane at?

MS. KEHOE:  I'm trying to think if Shane was back from Elahoon City at the time.  Shane may have been at Elahoon City. We may have gone by and picked him up, come to think about it.

Because he had this red truck, which is a real dump. Don't ever tell him I told you this.

MR. JORDAN: Okay.

MS. KEHOE: And he was working on it in Elahoon City. And he had got tired of Elahoon City, and he was seeing things in Elahoon City, too. So -- that I had pointed out to him that children of that age do not want to see, because they want to see what they want to see.

MR. JORDAN: Right.

MS. KEHOE: But I do believe that is where we picked him up at. I'd really have to sit down and think about it, to be honest. I really would.

MR. JORDAN: The two vehicles that you described to me earlier, the Chevy pickup and the station wagon, is this the vehicles y'all owned when you sold your property?

MS. KEHOE: No.

MR. JORDAN: What did you -- what did you own when you sold your

property?

MS. KEHOE:  We had -- well, we were over here in Washington, D.C.  We had picked up a crew cab dually Chevy.  And it was very cheap, because it was run down.  Matter of fact, we had bought it from some sheriff.  We bought it out of Spokane.  And some sheriff owned it, and his brother-in-law was selling it, if I'm not mistaken.

MR. JORDAN:  Okay.

MS. KEHOE:  And we fixed it up.  Because Kirby is fantastic at fixing.  He's a auto body man.

MR. JORDAN:  Do you remember what color it was?

MS. KEHOE:  At the time?

MR. JORDAN:  Uh-huh (affirmative response).

MS. KEHOE:  It was white when we left Arkansas.

MR. JORDAN:  Y'all didn't paint it white.  That was the color --

MS. KEHOE:  No.  We painted it.  We had someone paint it.

MR. JORDAN: White?

MS. KEHOE: Uh-huh (affirmative response).

MR. JORDAN: Here in or there in Arkansas?

MS. KEHOE: Yes. (Inaudible) Springdale, this little auto body shop.

MR. JORDAN: Okay. Did the whole family that was at home in Kingston all travel back to Washington in this vehicle?

MS. KEHOE: Wait a minute. Wait a minute. Wait a minute. Okay.

MR. JORDAN: Now, tell -- tell me the vehicles that you had just prior to the selling of your property that you remember.

Okay. Gloria, let me -- let's talk about these vehicles. And let me get one thing straight in our minds. When you sold your property in Kingston in November of '95, what vehicles did you and Kirby own at the time that you sold the property?

MS. KEHOE: We had a crew cab

Chevy truck.  That was the only rig at the time.

MR. JORDAN:  White in color?

MS. KEHOE:  Yes.  We'd just had it painted.

MR. JORDAN:  Okay.  Now, when the property sold, were you living at that residence at Kingston?

MS. KEHOE:  Yes.

MR. JORDAN:  Okay.  Was Shane living there?

MS. KEHOE:  No.  He was married in Washington.  He had just gotten married, actually.

MR. JORDAN:  So Chevy was not there.

MS. KEHOE:  No.  Chevy was back in Washington.  And he was either at Shadows or Priest River.  He had a piece of property at Priest River.

MR. JORDAN:  Do you know what vehicle Shane had at the time that you sold your property?

MS. KEHOE:  Yes.  We had given

him a short bed -- and I believe it was a 1978 four by four Chevy truck, and it was maroon.  It was factory paint for that year.

MR. JORDAN:  Do you know what vehicles Chevy owned at the time that you sold your property?

MS. KEHOE:  I believe it was -- I want to say a Suburban.

MR. JORDAN:  And where was Chevy living with Karena at the time that you sold your property?

MS. KEHOE:  It would either be at Shadows or at Priest River.  And even though they owned the place at Priest River, they still stayed at Shadows a lot.

MR. JORDAN:  When you sold your property in Kingston, where did y'all move to?

MS. KEHOE:  To Shadows.

MR. JORDAN:  Okay.  Was Chevy there?

MS. KEHOE:  Yes.

MR. JORDAN:  Was the Avion trailer there?  If you don't remember,

that's fine.

MS. KEHOE:  We -- we sold that piece of property.  And when we sold it, I remember coming back across and picking up a motor home in Wyoming, because I got the grand privilege of driving a motor home in the winter through a winter storm on snow and ice.

MR. JORDAN:  And what happened to that motor home?

MS. KEHOE:  We sold it.

MR. JORDAN:  You did not give it to Chevy?

MS. KEHOE:  No.  We did not give it to Chevy.  This --

MR. JORDAN:  Now -- I'm sorry.

MS. KEHOE:  It was a completely different motor home than the motor home that he had.

MR. JORDAN:  Okay.  And I want to get into that in just a minute.  The -- so you moved back to the Shadows Motel.  Do you remember the Avion trailer being there or not?

MS. KEHOE: That had to have been out at Priest River.

MR. JORDAN: Okay.

MS. KEHOE: That had to be at Priest River.

MR. JORDAN: Do you remember seeing any Mueller property at the Shadows Motel when y'all came back from Washington? Or correction. When y'all came back from Arkansas.

MS. KEHOE: No. No, I do not.

MR. JORDAN: Do you know what happened to the Mueller property from the burglary?

MS. KEHOE: From what I understood, it was taken to gun shows and put off in pawn shops.

MR. JORDAN: Who received the money from these gun shows from the selling of this property?

MS. KEHOE: I can't answer that one. I don't know if it was -- I don't really, still to this day, understand how things were divided up. Because of me going

off getting so upset over the situation, they didn't want me to know anything.

MR. JORDAN:  So Kirby could have received some proceeds from the burglary.

MS. KEHOE:  He could have.  But I wouldn't have known about it.

MR. JORDAN:  Did you receive anything from that burglary?  Anything --

MS. KEHOE:  Meaning?

MR. JORDAN:  Any of the properties.

MS. KEHOE:  No.  No.  I was too pissed.

MR. JORDAN:  Do you know at this --

MS. KEHOE:  I mean, I didn't want it.  Don't misunderstand me here.

MR. JORDAN:  But you didn't want stolen property --

MS. KEHOE:  No.

MR. JORDAN:  -- in your house.

MS. KEHOE:  No, I did not.  That's why they left so soon.  You just have

not seen me on a good --

MR. JORDAN: As we sit here today, do you have any firsthand knowledge of where any of the Mueller property is from the burglary?

MS. KEHOE: No, I don't.

MR. JORDAN: Okay. Now, I want to jump back to Elahoon City. You were not there when Chevy arrived there with the property and met Farren Lovelace. Is that --

MS. KEHOE: No. No. I didn't even know he lived there until I came back up to Washington and I was told about this. I didn't even know his name was Lovelace.

MR. JORDAN: Do you know what the relationship was between Chevy and Lovelace?

MS. KEHOE: No, I do not. No. I have no idea.

MR. JORDAN: Do you remember when Chevy married Karena, what year it was and month?

MS. KEHOE: Oh, boy. They're

not legally married. They had their own little ceremony. That was another big hassle in our family.

MR. JORDAN: Do you remember when that was he started living with them?

MS. KEHOE: I don't think Karena finished school. So it would be probably the year that she -- she was in her senior year.

MR. JORDAN: Okay. Had Chevy -- did he -- was he married to somebody before Karena?

MS. KEHOE: No.

MR. JORDAN: Was Karena the first person he  ever --

MS. KEHOE: Yes.

MR. JORDAN:  -- lived with?

MS. KEHOE: First person he ever dated.

MR. JORDAN: At any time in Kingston or any time in Washington, did you ever hear Chevy and Kirby talk about forming any type of groups?

MS. KEHOE: No. No. There was

never any discussion of.

MR. JORDAN:  Did you ever hear Kirby or Chevy talk about robbing a gun dealer?

MS. KEHOE:  No.

MR. JORDAN:  Did you ever hear Kirby talk about possibly robbing a gun show?  Did Kirby ever talk about robbing a gun dealer or a gun show?

MS. KEHOE:  There was different -- different scenarios played out but not any actuality but for an effort that I know of.

MR. JORDAN:  Okay.  So you have no firsthand knowledge of any specific gun shows --

MS. KEHOE:  No.

MR. JORDAN:  -- he might have mentioned.

MS. KEHOE:  No.

MR. JORDAN:  Have you ever heard of Rock Candy Mountain?  Does that term, is that familiar with you?

MS. KEHOE:  Sure, it is.

MR. JORDAN:  What is it?

MS. KEHOE:  It's a gun shop.

MR. JORDAN:  And have you ever --

MS. KEHOE:  It used to be a camp ground behind it.

MR. JORDAN:  Have you ever been there?

MS. KEHOE:  Sure have.  Good dealings with them.  Not me, personally.

MR. JORDAN:  But Kirby has?

MS. KEHOE:  Yes.

MR. JORDAN:  What kind of dealings?

MS. KEHOE:  Buying and selling, swapping back and forth.

MR. JORDAN:  How about Chevy?

MS. KEHOE:  Yes.

MR. JORDAN:  Same thing?

MS. KEHOE:  Yes.

MR. JORDAN:  Do you know or do you have any knowledge if some of the Mueller property went to that place?

MS. KEHOE:  Boy, that's a

good -- that's a good question right there. Not -- not that I know of. Not that I know of. But we have had dealings with that one individual.

MR. JORDAN: Do you remember the individual's name that you dealt with?

MS. KEHOE: No. But it was the owner.

MR. JORDAN: Okay.

MS. KEHOE: It was the owner. I can describe the place to a T.

MR. JORDAN: I know. You're familiar with it. I believe you.

MS. KEHOE: Yes.

MR. JORDAN: Do you remember a man living in Harrison by the name of Bill Miller, M-I-L-L-E-R?

MS. KEHOE: Yes, I do. He's a mid husband. We used to get a kick because he's a mid wife. But I used to call him a mid husband.

MR. JORDAN: Okay. Do you know if Kirby ever had any discussions with him concerning gun shows or the robbing of gun

shows or anything?

MS. KEHOE: No. I wouldn't know that. Because when you come to that situation, that's going to be the men.

MR. JORDAN: Now, during this time that you lived at Kingston, what was Kirby's main means of support, supporting his family? Where did he get his money?

MS. KEHOE: Gun shows, work -- buying good deals, selling. He'd pick up a few carpentry jobs. He worked on cars on the side.

MR. JORDAN: How about Chevy?

MS. KEHOE: Chevy was gun shows.

MR. JORDAN: In Arkan --

MS. KEHOE: And one carpentry jot. Now, this was in Kingston. Is this what you're referring to?

MR. JORDAN: In Kingston, in Arkansas.

MS. KEHOE: Yes.

MR. JORDAN: How about in Washington state?

MS. KEHOE:  Washington state? Just odd jobs and working on people's rigs and gun shows.  See, gun shows is -- been a very important part of our lives.

MR. JORDAN:  After you sold your property in Kingston, did you ever come back to Arkansas?

MS. KEHOE:  No.  I never went back to Arkansas.

MR. JORDAN:  At any time during 1995 after the burglary, did Nancy ever talk to you about the burglary?

MS. KEHOE:  Matter of fact -- do you want to hear something really odd?  I kept their child when they went to a gun show.  And they came over and talked to me at the time.

MR. JORDAN:  Come over to your house?

MS. KEHOE:  This was after the burglary.

MR. JORDAN:  Okay.  Gloria, let -- let me clarify this question.  After the burglary in February of '95, did you

ever have any conversation with Nancy Mueller concerning that burglary?

MS. KEHOE:  Yes.

MR. JORDAN:  And where did this place -- where did this occur?

MS. KEHOE:  The first time we discussed it was in our living room, and her and Bill left their daughter with me to keep for the whole weekend.  And they spent -- excuse me.

MR. JORDAN:  I'm sorry.  Go ahead.

MS. KEHOE:  No.  This was another time that they had spent the night with us.

MR. JORDAN:  And did Nancy approach you about the burglary?

MS. KEHOE:  Her and Bill both did.  They just asked me if I had heard about it.

MR. JORDAN:  And what -- what was your answer?

MS. KEHOE:  I told them yes, and it was all over my face.

MR. JORDAN:  Did they accuse Kirby and Chevy  of --

MS. KEHOE:  Not to me.

MR. JORDAN:  -- committing the burglary?

MS. KEHOE:  Not to me.

MR. JORDAN:  Was that the only conversation you had with Nancy or Bill concerning the burglary?

MS. KEHOE:  No.  I had another conversation with Nancy at a gun show.  And I want to say that it was in -- another conversation that Nancy and I had was at Eureka Springs on the burglary.

MR. JORDAN:  Nancy by herself or Nancy with Bill?

MS. KEHOE:  Yes.  Nancy and I were watching the tables, and Bill was walking around looking for good deals to buy.

MR. JORDAN:  And what did Nancy -- what was her conversation with you about?

MS. KEHOE:  It was about the

insurance situation, how they had kind of rode over on it.

MR. JORDAN:  What do you mean rode over?

MS. KEHOE:  They added things that didn't really come up missing.

MR. JORDAN:  Talking about padding the insurance?

MS. KEHOE:  Exactly.

MR. JORDAN:  Did she ever accuse your family?

MS. KEHOE:  Never said a word to me.

MR. JORDAN:  Never said a word? Okay.

MS. KEHOE:  Never said a word to me.  She did go in depth on it, though, with me on the break-in and everything.

MR. JORDAN:  Was this break-in, this burglary, staged by your husband, Chevy and the Muellers?  Do you have knowledge of that?  Do you think it was?

MS. KEHOE:  It's crossed my mind, but I can't say that it was.

MR. JORDAN: Kirby or Chevy never brought that up?

MS. KEHOE: Never brought that up.

MR. JORDAN: Okay.

MS. KEHOE: No.

MR. JORDAN: Before I go on to something else, let me ask you a couple of names from when you lived up in Arkansas. David and Sylvia Mason. Does that -- those names ring familiar with you? They were the landlords of the Muellers.

MS. KEHOE: I had had a dealing with her. I bought some apples from her. And she got very upset with me, because I took the apples back. Because as I started canning them, the inside was rotten. And Nancy's was the same way. But Nancy didn't have enough nerves to say to her landlord these apples stink, and I did.

MR. JORDAN: Was that your only communication with the Masons?

MS. KEHOE: Yes.

MR. JORDAN: Did you ever know

a man by name of Bob Davidson?

MS. KEHOE:  I need more background.  I knew a lot of people.  And faces -- I'm not very good at names sometimes unless I have a background.

MR. JORDAN:  He was real close with the Masons, real close to them.

MS. KEHOE:  No.  I wasn't familiar.

MR. JORDAN:  I'll ask you about James Wilson.  Have you ever heard that name?

MS. KEHOE:  I'd have to have background on him.

MR. JORDAN:  Lived with the Masons.  His real name was Timothy Coombs.

MS. KEHOE:  Timothy Coombs.  Is that Coombs or Combs?

MR. JORDAN:  It's C-O-O-M-B-S.

MS. KEHOE:  I heard that name mentioned with them.  But I'd like to remind you that I did not know -- I did not get that involved with them as my husband was because of doing so many gun shows with

Nancy and Bill.

MR. JORDAN:  One thing I want to touch -- touch on that you mentioned a minute ago, Kirby and Chevy left cigarette butts at the Muellers' residence to throw law enforcement off.  Is that correct?

MS. KEHOE:  Yes (inaudible).

MR. JORDAN:  But you don't know the brand that they left?

MS. KEHOE:  No.

MR. JORDAN:  Did Kirby smoke at that time?

MS. KEHOE:  No.  Neither one smokes.

MR. JORDAN:  Okay.  Now, this business card --

MS. KEHOE:  It's one of the dealers.

MR. JORDAN:  Do you remember the dealer's name?

MS. KEHOE:  No, I don't.  All I know is he traveled a lot with everyone.

MR. JORDAN:  Was there anything else on that business card besides the

dealers' information?

MS. KEHOE:  Yes, there was. There was a map on the back, if I'm not mistaken, that they had done.

MR. JORDAN:  Who drew that map?

MS. KEHOE:  I believe Kirby did.

MR. JORDAN:  And do you remember what the map was about?

MS. KEHOE:  I want to say it was a way to get to the Muellers' house.

MR. JORDAN:  And again, that was to throw law enforcement off?

MS. KEHOE:  Yes, it was.

MR. JORDAN:  Okay.  Now, are you familiar with any other crimes committed by your husband or Chevy in the state of Arkansas other than the Mueller burglary? I'm not talking about prior to -- I'm talking about prior to the murders.

MS. KEHOE:  No.  No.

MR. JORDAN:  Okay.

MS. KEHOE:  No.  No, I'm not.

MR. JORDAN:  Now, I want to get

into the murder of the Muellers. Before I do, though, I want to back up. And I hope I don't confuse you anymore, but just to get it straight in my mind.

MS. KEHOE: Uh-huh (affirmative response).

MR. JORDAN: 1995, I want to go month by month, and you just tell me where you lived during '95.

MS. KEHOE: I'll try.

MR. JORDAN: Okay. January.

MS. KEHOE: Of 1995?

MR. JORDAN: Right.

MS. KEHOE: I want to say Shadows. No. We went to Arizona. We were in Arizona. Like --

MR. JORDAN: '95. Did you have the property in Kingston?

MS. KEHOE: I want to say yes. But see, we moved to Rocky Creek and came back.

MR. JORDAN: Still owning the property at Kingston?

MS. KEHOE: Yes. See, Kirby --

well, I stayed at Rocky Creek with the children. We were caretaking. And then he came back to Arkansas and finished remodeling the house.

MR. JORDAN: Okay. Did he come back by himself?

MS. KEHOE: No.

MR. JORDAN: Who was with him?

MS. KEHOE: A very nice -- yes. A gentleman by the name of Dale Kanutsin went back. He's a contractor. He had the tools to help finish. And he would invest -- other words, if he would give us money to finish doing the house, remodeling it, then we would give him so much money for his involvement of remodeling the house. And that's who came back with Kirby.

MR. JORDAN: And do you remember exactly when this was? What -- what month of '95? Summer? Spring?

MS. KEHOE: I would say it was around summer.

MR. JORDAN: Okay. And you were at?

MS. KEHOE:  Rocky Creek, caretaking.

MR. JORDAN:  Where was Chevy at, summer of '95?

MS. KEHOE:  The summer of '95. He was either at Shadows or Priest River.

MR. JORDAN:  And where was Shane at?  This would be prior to his marriage.

MS. KEHOE:  Prior to his marriage.  He was there with me.

MR. JORDAN:  He did not come back to Arkansas with Kirby?

MS. KEHOE:  No.

MR. JORDAN:  Okay.

MS. KEHOE:  No, he did not.  He was in love.

MR. JORDAN:  Now, what vehicle did Kirby come back in to Arkansas?

MS. KEHOE:  I believe they took Dale's.

MR. JORDAN:  Did y'all still own this --

MS. KEHOE:  No.  Wait a minute.

Maybe they took the truck.  Because see, Shane had to drive Dale's work construction van back to Rocky Creek.  Because I remember buying two packs of cigarettes and watching out of my rear view mirror the kid smoke two packs of cigarettes.  But I believe that's the incident.

MR. JORDAN:  Okay.

MS. KEHOE:  I really do believe that's the incident.

MR. JORDAN:  But Shane was living with you.

MS. KEHOE:  Yes.  Shane was with me.

MR. JORDAN:  And Chevy and Karena was either at Shadows --

MS. KEHOE:  Or at Priest River.

MR. JORDAN:  -- or Priest River.

MS. KEHOE:  Uh-huh (affirmative response).  Now, see they -- I didn't -- there was a time I didn't -- wait a minute.  They could have been living out at Caldville out at Lead Point.  And I'm not trying to

68

confuse anyone.

MR. JORDAN:  But you're not for sure.

MS. KEHOE:  No.  I'm not for sure where Chevy and Karena was.

MR. JORDAN:  But it's somewhere in Washington or out of --

MS. KEHOE:  Yes.  It was some place between Washington and Priest River.

MR. JORDAN:  Now, do you know your -- you've heard the story that the Muellers were killed.

MS. KEHOE:  Yes.

MR. JORDAN:  In January of 1996, did you and Kirby go to Arizona?

MS. KEHOE:  Yes, we did.  We took the family and the motor home.

MR. JORDAN:  Okay.  Do you remember exactly when?

MS. KEHOE:  December.  It -- I don't know.  December, January, February.  I just remember...

MR. JORDAN:  Could it have been December of '95?

MS. KEHOE:  It sure could have.

MR. JORDAN:  Okay.  December, Christmas.  Do you remember if it was prior to Christmas?

MS. KEHOE:  Wait a minute. Maybe it was around the Christmas time. Because we didn't celebrate Christmas.

MR. JORDAN:  How long --

MS. KEHOE:  I'm sorry.  I'm just --

MR. JORDAN:  That's okay.

MS. KEHOE:  So much has been packed in these last few years.

MR. JORDAN:  Do you -- how long were you at -- in Arizona?

MS. KEHOE:  Oh, just a few months, couple of months.

MR. JORDAN:  So it could have been December and January or --

MS. KEHOE:  Yes.  And February.

MR. JORDAN:  Okay.

MS. KEHOE:  I believe I left in February.  I left Kirby in February.

MR. JORDAN:  Of '96?

MS. KEHOE:  Yes.

MR. JORDAN:  Okay.

MS. KEHOE:  Wait.  That can't be correct.  I have to think on the times and the dates.

MR. JORDAN:  When you went to Arizona with Kirby in the motor home and the children --

MS. KEHOE:  Uh-huh.

MR. JORDAN:  -- this was prior to you leaving Kirby.

MS. KEHOE:  No.  I was in Arizona, and I left Kirby.  This is confusing everyone.

MR. JORDAN:  No.  No.

MS. KEHOE:  I'm not meaning to.  I'm just trying to get everything.  I left Kirby in Arizona.

MR. JORDAN:  Did you leave him after you saw Chevy in Arizona?

MS. KEHOE:  Yes.

MR. JORDAN:  Now, Chevy came to Arizona with who?

MS. KEHOE:  Danny Lee.

71

MR. JORDAN:  Is that what you know him as, Danny Lee?

MS. KEHOE:  I've known him by a lot of different names.

MR. JORDAN:  Like what?

MS. KEHOE:  Gosh.  They just -- there's been so many, you'd have to throw some at me.  See, I always called him Danny.

MR. JORDAN:  I want to show you a picture here.  And can you tell me who that is?

MS. KEHOE:  That's Danny.  He got this.

MR. JORDAN:  You're pointing to some tattoos?

MS. KEHOE:  Yes.  That's Danny's tattoos.  Wait.  Is that -- okay. This is Danny Lee.  I remember Danny Lee got some.  Did he get them on his leg?  Or he got them somewhere.  And it really upset Kirby, because he was being a real smart butt.

MR. JORDAN:  Why would it upset Kirby?

MS. KEHOE:  Well, because of what it said.  Danny's got more tattoos than that, doesn't he?  Danny's got more than that.  Yeah.

MR. JORDAN:  I can tell you.

MS. KEHOE:  Danny's got more than that.

MR. JORDAN:  This is the arms of Danny Graham.

MS. KEHOE:  Yeah.  Yeah.  I know his tattoos. Oh, it's his tattoos on his neck.  Because it was just being obnoxious.

MR. JORDAN:  Okay.  But this is Danny Lee Graham?

MS. KEHOE:  Oh, that's Danny Lee.  And he only has one eye.

MR. JORDAN:  Do you know him as Danny Lee or Danny Lee Graham?

MS. KEHOE:  I only knew him as Danny Lee.  Danny.

MR. JORDAN:  Now, can you tell me, when was it that he and Danny -- that he and Chevy came to Arizona?  Was it in

January of '96?

MS. KEHOE:  I know it was the first of the year.

MR. JORDAN:  Okay.  What were they driving?

MS. KEHOE:  They were driving a white diesel truck which belonged to us.

MR. JORDAN:  Are you sure on the color?

MS. KEHOE:  No.  It wasn't white at the time.  Because Chevy got it painted at Shadows.  The paint was peeling office.  It was original factory, and that year, the factory had problems with the paint.  But it was our truck originally before he owned it.

MR. JORDAN:  And do you remember what color it was when they --

MS. KEHOE:  Yeah.  It was blue.  Blue.  Yeah.  It was blue.

MR. JORDAN:  Did it have a. --

MS. KEHOE:  (Inaudible).  Yes.

MR. JORDAN:  Okay.  Was he pulling a trailer or anything?

MS. KEHOE:  No, he was not. They had sleeping bags in the back.

MR. JORDAN:  Was anybody with them?

MS. KEHOE:  It was just him and Danny.

MR. JORDAN:  And y'all were at Dale Kanutsin's residence?

MS. KEHOE:  It was not Dale's. It was a friend of his.  That's it.

MR. JORDAN:  Yeah.  I'm showing you --

MS. KEHOE:  See how the paint is?

MR. JORDAN:  Yeah.  I'm showing you a picture  --

MS. KEHOE:  That's because of factory.

MR. JORDAN:  -- of a vehicle or truck through some trees.

MS. KEHOE:  Uh-huh (affirmative response).

MR. JORDAN:  Okay.  That's it?

MS. KEHOE:  Uh-huh (affirmative

response).

MR. JORDAN: Now -- that's yes?

MS. KEHOE: Yes.

MR. JORDAN: Okay.

MS. KEHOE: Excuse me.

MR. JORDAN: No problem. How long did Danny and Chevy stay at this place where you were at in Arizona?

MS. KEHOE: Just a few days.

MR. JORDAN: And did they stay with you in the motor home?

MS. KEHOE: Bud did. That's Chevy. That's Shelby's nickname, Bud.

MR. JORDAN: And do you know if --

MS. KEHOE: Danny slept in the truck. Excuse me. I don't mean to interrupt you.

MR. JORDAN: No problem. Do you remember any conversations that Danny and Chevy and Kirby had during this time?

MS. KEHOE: There was no conversation in front of me. It was

thereafter what I found out, and I was very disturbed.

MR. JORDAN:  And what was it that you found out?

MS. KEHOE:  I found out -- Kirby had told me -- which they didn't tell Mom again, because they knew I would have put a stop to it.  I would have gone to some desperate means that time.

In other words, they had already pulled one over on me the first time.  And they were going to break in at the Muellers.  Danny Lee is a hired assassin by the skin heads.

MR. JORDAN:  Now, who told you that they were going to break in to the Muellers?

MS. KEHOE:  Kirby did.

MR. JORDAN:  You said there was no one else with Danny --

MS. KEHOE:  And Bud.

MR. JORDAN:  -- or Chevy or Bud.

MS. KEHOE:  No.  Not when they

came through in Arizona.

MR. JORDAN:  Where was Karena?

MS. KEHOE:  Karena was at her sister's house.

MR. JORDAN:  And where was Shane?

MS. KEHOE:  Shane was back living with his -- living with his in-laws, Tanna's parents and grandparents.  It was a very full house.

MR. JORDAN:  Do you have any knowledge of any conversations between Danny, Chevy and Kirby concerning breaking into the Muellers this time?

MS. KEHOE:  No.  I was never told.  They knew that if I knew, all hell would break loose.

MR. JORDAN:  Did you see any type of firearms or any property that Danny and Chevy had in their pickup truck?

MS. KEHOE:  Sure.  I saw the -- I saw --

MR. JORDAN:  What did you see? Did you see firearms?

MS. KEHOE:  Yes.

MR. JORDAN:  What kind of firearms?

MS. KEHOE:  (Inaudible).

MR. JORDAN:  Did you see any shotguns?

MS. KEHOE:  No.  I can't honestly say if I saw a shotgun.  Please keep in mind, they went to Reno to a gun show, too.  What went on in the dealings at that gun show, I don't know.  They could have got into them, and I might have not known.

MR. JORDAN:  Okay.  They stayed in Arizona for two days, and then they went to Reno?

MS. KEHOE:  Mike, did you ever --

MR. SPRINGER:  No.  I haven't yet.

MS. KEHOE:  Okay.  They -- the three of them went up to Reno to a gun show.

MR. JORDAN:  Kirby, Chevy and Danny?

MS. KEHOE:  Yes.  And then they came back.  It was overnight.  Actually, it was a very fast overnight trip.

MR. JORDAN:  When they got back from Reno, how long did they stay in Arizona with y'all?

MS. KEHOE:  I think they spent the night, and they left.  See, I was told that Chevy was taking Danny home to visit his mother and sister in Oklahoma.  That's what I was told.

MR. JORDAN:  Do you think that Kirby and Chevy and Danny talked about the Muellers at any time in Arizona?

MS. KEHOE:  I would -- you know, assumptions are very -- that's a word that I don't really like to use, and that would be a word that you're wanting me to use right now to a certain extent.

I would have to tell you that Chevy and his father talked about it, because Kirby would not go.  I had asked Kirby point blank in one of our many, many arguments, because it stirred the whole

family up, this murder.  It's ruined the whole family.  I asked him over and over, did you know that they were going to kill those people, did you know this.  And he denies it.

MR. JORDAN:  Did he have knowledge that they were going there, though?

MS. KEHOE:  Yes.  And Chevy wanted his father to go, and he wouldn't go.

MR. JORDAN:  Why not?

MS. KEHOE:  Because it involved Danny.  People talk, mouths run.

MR. JORDAN:  Did Kirby tell you exactly what happened at the Mueller residence?

MS. KEHOE:  No.

MR. JORDAN:  Do you know what happened at the time of the homicide?

MS. KEHOE:  I didn't know about it till afterwards.

MR. JORDAN:  And who told you?

MS. KEHOE:  Chevy.

MR. JORDAN:  What did Chevy

tell you?  First of all, when did Chevy tell you?

MS. KEHOE:  When Danny and Chevy came through -- they went to Reno to a gun show, came back.  And I was told that they were going to Danny's to take Danny home to his mother, to see his mother and sister.

Oh, it was just a little short time, maybe a week or two, maybe thereafter, I left Kirby.

MR. JORDAN:  And where did you go?

MS. KEHOE:  I went to Shadows Motel.

MR. JORDAN:  How did you get there?

MS. KEHOE:  I took the crew cab with Casey, Luke, Noah and Levy.  Kirby kept Kelvy, because Kelvy wanted to stay with his father.  And I went straight back to Shadows.  Washington, I felt, was my home.

And he gave me $800 and told me I could have -- he gave me a choice, the

motor home or dually.  Well, it was winter

back home.  I knew a four-wheel drive -- I

had enough experience with selling rigs, I

knew I could get rid of the four-wheel drive

crew cab to be able --

MR. JORDAN:  So you were at the

Shadows when Chevy told you about the

homicide?

MS. KEHOE:  Yeah.

MR. JORDAN:  In person?

MS. KEHOE:  Yeah.

MR. JORDAN:  Do you remember

exactly when this was?

MS. KEHOE:  Some time in

February.

MR. JORDAN:  In February?

MS. KEHOE:  February, first of

March.

MR. JORDAN:  How did Chevy

bring this up to you?

MS. KEHOE:  Started off, we --

I had pulled in.  I was upset, of course.  I

had driven through some torrentious

weather.  I was very upset about his father

and I split.  I was just tired of the whole situation.

And I had to go get food for the children.  And there's a Safeway right down from Shadows.  I know you're not familiar with it.  Mike and Steve Gunderson is.  And you, too?  Oh, and you, too?  Okay.  All right. You know about it, then.

And so we were going to -- we went.  And he had things.  And I couldn't put two and two together.  And I said, this isn't right.

MR. JORDAN:  What kind of things?

MS. KEHOE:  Guns, jewelry, (inaudible).  He was going to be taking airplane lessons, the handbooks.  And I knew something had happened.  He had ran into some money somehow, and Mom wanted to know how.

MR. JORDAN:  Money that you did not give him?

MS. KEHOE:  No.  I did not give him.  No.  That we did not give him.  No.

MR. JORDAN: Now, he took you to Safeway?

MS. KEHOE: Yes, he did.

MR. JORDAN: What were you in?

MS. KEHOE: We were in Shelby's truck.

MR. JORDAN: His?

MS. KEHOE: Yes.

MR. JORDAN: Okay. So you asked him how he came into possession of all this stuff.

MS. KEHOE: Yes.

MR. JORDAN: And what was his answer?

MS. KEHOE: He didn't want to tell me at first, but you know how persistent mothers can be, and you know when a child's lying. And he said that he put Bill and Nancy on a liquid diet. How sick is that?

MR. JORDAN: He said he put Bill and Nancy on a liquid diet?

MS. KEHOE: Yes.

MR. JORDAN: What for?

MS. KEHOE: Because they were dead. And what did he do with them? He threw the bodies in the river. That's a liquid diet. You have to understand skin. That talk -- I guess that's skin head talk. It's sick any way you look at it, to be told.

And I said, what are you talking about, a liquid diet? And that's when the guy and (inaudible) put me on (inaudible).

MR. JORDAN: And what -- tell us exactly what he told you, the details.

Okay. Gloria, we had to just take a second here. I was asking you the information that Chevy passed on to you while y'all were in his truck, this blue pickup truck that he had, concerning the Muellers and what happened to them. And he mentioned to you that he gave them a liquid diet.

MS. KEHOE: Yes.

MR. JORDAN: Which means they were thrown into a river.

MS. KEHOE: They were disposed of in a river.

MR. JORDAN: Okay. What specifically did he tell you occurred with the Muellers?

MS. KEHOE: Him and Danny -- I can't remember if they had waited for a gun show. They had parked down the road, and they went in to investigate the situation, check the grounds out. They -- I can't exactly remember how Chevy said they got in.

Chevy had masks. They both wore black masks. They had ATF FBI jackets that they had on.

Danny hid behind the couch, and Chevy hid -- when you first walked in, to the left, there was like washing machines. Or maybe Chevy was behind the couch and Danny was there.

And as they were coming in, they hollered bust, ATF. And they made them sit down on the couch. And they talked to them. And they said, well, we've got to go

secure upstairs. And Chevy acted like he was running up and down the stairs like there was a bunch of people. And he hollered, you know, for the -- for them to answer upstairs and that type of situation. I'm sure it was trying to confuse them.

They separated them. They put ties on the -- on their hands. Not the feet at that time, just the hands. Asked them questions to make them think it was an ATF bust or FBI. He had the badge and the jackets all in black.

I want to say they took Bill out first. Bill created a really big fight. I'm a little bit confused. Because in the paper, they said that they were shot in the head, but that's not what happened. Bill was hit -- Bill fought like hell for his life. He fought like hell. They said that he broke the ties once, and they had to redo them.

So then they took a shotgun, I believe it was a shotgun, and hit him on the back of his head, because he was just

getting out of hand, and they both were having a hard time controlling him, and that -- and I did see the butt end of the rifle or shotgun.  I was in such shock.  When I went back to the motel, he showed me what he had done to it.

There was a little bit of blood, he said, but they cleaned it up.  I freaked, and I said, my God, that's evidence.  And he said, no, they'll never find it, we cleaned it up too good.

The way that it was done, there was -- the bathroom where they stored food -- I'm a little bit sketchy on this, so -- they took one at a time back there.  What they did was -- there's a shocker.  And he held it -- you can hold it right here somewhere.

MR. JORDAN:  On your neck?

MS. KEHOE:  Uh-huh (affirmative response).  It will knock them out.  And then the plastic bags were put over their heads and tagged.  And they were knocked out, and they would suffocate to death.

Nancy -- and all Bill could say was, don't take my money that my father gave me, don't take my money that my father gave me.  Chevy said it really upset him, because he wasn't even concerned about his wife and his daughter.  He was only concerned about the money, not Nancy or Nancy's daughter.  And he said it made him sick.

And then Nancy -- Nancy helped put the damned bag over her head.

MR. JORDAN:  Nancy helped put the bag over whose head?

MS. KEHOE:  Her head.  Because she thought it was real.

MR. JORDAN:  She thought what?

MS. KEHOE:  It was a real bust.  Bill knew it wasn't.  Bill knew.  His instincts kicked in.  And then the little girl was left.

MR. JORDAN:  Pardon me?  Okay.  Gloria, we took just a short break here so you could compose yourself.  We're at Sarah.  What did Chevy say about Sarah?

MS. KEHOE:  Well, first off --

well, they didn't cuff Sarah at first, because she was just a child. And Nancy -- Danny had Bill in the back room. And Nancy kept trying to get Sarah to get the pin to -- you know, they always had a key.

It was really strange. They always carried their gun wherever they went. They got out of the rig, they had it. It just so happened that night, they didn't carry their guns with them inside of the home. Because if they had, it would have been a different situation, I personally felt.

And Nancy kept wanting Sarah to -- did they have them in handcuffs at first? Because Chevy made a comment that Nancy kept wanting Sarah to go and get her special little key or straight winder to where you could pick your own handcuff. And they wouldn't let her. And Sarah is the one who told them where everything was, the little girl.

And then they took Nancy out, and then Sarah was the last to go. And all

of them were executed that way, with the shocking on the neck so many times to where they -- you hit a main nerve.  I was -- I was so numb, I just -- it was like a dream when I walked into Safeway that night.

MR. JORDAN:  Did Chevy tell you as they took the bodies out, what they placed them in, what vehicle?

MS. KEHOE:  From what I understood, they were put...

MR. JORDAN:  Or did Chevy tell you that?

MS. KEHOE:  I know he said that they loaded up the trailer.  They took the trailer.  They had not unloaded it.

MR. JORDAN:  You're talking about Bill's trailer.

MS. KEHOE:  Yes.  The one that he had just got.

MR. JORDAN:  Okay.

MS. KEHOE:  Because they just gotten home from a gun show, keep this in mind.  And I asked him -- and this is probably bizarre to you.  I said, my God,

what possessed -- then he told me that they put them -- I want to say their Wagoneer, and they took them -- and then they took and tied rocks to them so that they wouldn't float or they -- so they wouldn't float up or they wouldn't go down.

And I asked them, I said why didn't you bury them?  What -- first of all, I was in total shock.  And he said, Mom, I panicked, I panicked at the end.

MR. JORDAN:  Did he tell you specifically who killed who?  He did?  Who killed Bill?

MS. KEHOE:  Danny.

MR. JORDAN:  Danny Lee?  I know this is tough, Gloria.  I'm going to have to ask you to just speak up, because I don't want it to sound like I'm putting words in your mouth.

MS. KEHOE:  You're not putting words in my mouth.

MR. JORDAN:  Danny Lee killed Bill?

MS. KEHOE:  And Nancy.

MR. JORDAN:  And Nancy?

MS. KEHOE:  And he came in, and he said I couldn't take the little girl out.

MR. JORDAN:  So Chevy killed Sarah.  You're shaking your head yes.

Did he tell you who drove the jeek -- Jeep Wagoneer and the trailer and who drove the pickup truck away from the residence?  He did not?

MS. KEHOE:  No.

MR. JORDAN:  Did he tell you where they took the Jeep and the trailer at?

MS. KEHOE:  Parked it down the road somewhere.

MR. JORDAN:  Did he tell you how the bodies got to the river or water they threw them in?

MS. KEHOE:  Him and Danny took them together.

MR. JORDAN:  In what vehicle?

MS. KEHOE:  I want to say the truck.  I keep thinking that it was the Wagoneer, but --

MR. JORDAN:  The blue pickup truck?

MS. KEHOE:  Yeah.  Blue pickup.

MR. JORDAN:  Did he tell you where at, the specific location that they disposed of the bodies?

MS. KEHOE:  It was some -- some river -- some river way out, in other words.  And it was late.

MR. JORDAN:  Did he tell you how they picked this spot?

MS. KEHOE:  No.  He didn't tell me that.

MR. JORDAN:  Gloria, if I showed you a picture of an individual, would you tell me if you had ever met this man before?

MS. KEHOE:  Yes.

MR. JORDAN:  Have you ever seen this gentleman?

MS. KEHOE:  I'm not sure I have.

MR. JORDAN:  I'm showing you a picture of Paul Edward Humphrey.  You do not

know this man?

MS. KEHOE:  No.  I don't know him.

MR. JORDAN:  Did Chevy ever tell you that they had help in Arkansas on setting up Bill or disposing of the bodies?

MS. KEHOE:  No.  It was just him and Danny.

MR. JORDAN:  No one else?

MS. KEHOE:  No one else.

MR. JORDAN:  I want to go back and touch on some things that you -- you said.  Now, this was told to you by Chevy. Is that correct?

MS. KEHOE:  Yes, it was.

MR. JORDAN:  Was anybody with you and Chevy when he told you this?

MS. KEHOE:  No.  It was just Chevy and I.  The children stayed there at the motel with Karena.

MR. JORDAN:  Okay.

MS. KEHOE:  I saw the shotgun. I want to say shotgun and rifle.  I was just so shocked.  The barrel where they had to

take and --

MR. JORDAN:  Hit Bill?  You're shaking your head yes.

Okay.  Gloria, like I said, I want to -- I want to go back to a couple of things.  Chevy was telling you this while you were traveling in his blue pickup.  Is that correct?

MS. KEHOE:  Yes.

MR. JORDAN:  Okay.  Now, Chevy was familiar with this home that Bill and Nancy lived in.  Right?

MS. KEHOE:  Yes.

MR. JORDAN:  Did he tell you how they got into the home?

MS. KEHOE:  Yes, he did.  But you know, I don't remember.  I want to say that they -- I don't remember that.

MR. JORDAN:  Okay.  No problem.

MS. KEHOE:  I just -- I don't remember that.

MR. JORDAN:  You mentioned they put handcuffs on them or some type of restraint.  Did -- did Chevy ever mention

using handcuffs?

MS. KEHOE:  Well, the reason why I'm saying that is because Nancy kept wanting her daughter to go get the keys for the cuffs.  And it's a special key that will unlock all the handcuffs.  They sell them at gun shows.

Chevy used to wear one all the time in his belt.

MR. JORDAN:  Do you know the difference between a handcuff and a flex cuff?  Do you know what flex cuffs are?

MS. KEHOE:  The ties.

MR. JORDAN:  Right.

MS. KEHOE:  They're the ties.

MR. JORDAN:  My ties.

MS. KEHOE:  Yeah.  My ties.

MR. JORDAN:  Did you -- did he mention using handcuffs and my ties?

MS. KEHOE:  Well, evidently, he must have used handcuffs at first to make it look official for Nancy's -- for her to keep asking --

MR. JORDAN:  When you --

MS. KEHOE:  -- her daughter to go get one.  But in the end, they put ties on their feet and their -- they used the my ties on their hands, and they also used them on their --

MR. JORDAN:  Feet.

MS. KEHOE:  -- legs, ankles.

MR. JORDAN:  When you were in Arizona and when Danny and Chevy came by, did you see any of this in that vehicle, like the FBI stuff?

MS. KEHOE:  Uh-huh (affirmative response).

MR. JORDAN:  You did?

MS. KEHOE:  Uh-huh (affirmative response).

MR. JORDAN:  What all did you see?

MS. KEHOE:  I saw the FBI, the mask, the badge, the jacket.

MR. JORDAN:  In Arizona?  Do you know where Chevy got these?

MS. KEHOE:  Gun shows.

MR. JORDAN:  Did you ask him at

that time what are you doing with this stuff?

MS. KEHOE:  Yes, I did.

MR. JORDAN:  And what was his answer?

MS. KEHOE:  He goes, we just picked them up at gun shows, Mom.  I didn't really -- I mean, why would I put two and two together?  Do you see what I'm saying?

MR. JORDAN:  Right.

MS. KEHOE:  That's -- what mother would put two and two together like that?

MR. JORDAN:  Tell me again. This blood, is this -- that they had to clean up -- is this from Bill Mueller being struck with the shotgun?

MS. KEHOE:  Yes.

MR. JORDAN:  Did he tell you what room they were in when Bill Mueller was hit with the shotgun?

MS. KEHOE:  It was my assumption that it was all taken care of downstairs.  Because remember, they had got

set up at living quarters.

MR. JORDAN: Right. Did he tell you if they hit anybody else?

MS. KEHOE: No.

MR. JORDAN: Did he ever tell you if Nancy or Sarah was sexually abused?

MS. KEHOE: No. But were they?

MR. JORDAN: We don't know.

MS. KEHOE: No. No. No. Because that -- this may sound odd. But I did ask that. Because the situation was sick enough.

But no. I didn't -- I don't even know why I would ask that. Maybe it's because I'm a mother.

MR. JORDAN: Could be.

MS. KEHOE: And I didn't -- Danny Lee's strange.

MR. JORDAN: The shotgun that Bill was hit with, you saw the shotgun?

MS. KEHOE: I saw the busted.

MR. JORDAN: Busted stock?

MS. KEHOE: Yeah.

MR. JORDAN:  Did you see blood on it?

MS. KEHOE:  No.  There was no blood on it.

MR. JORDAN:  Do you know what happened to that shotgun?

MS. KEHOE:  The -- he changed the stock, and I believe he sold it.

MR. JORDAN:  Do you know where he sold it at?

MS. KEHOE:  It'd be out somewhere in Washington or -- pick between Washington and the east coast.

MR. JORDAN:  You don't know specifically?

MS. KEHOE:  No.  I didn't want to know.

MR. JORDAN:  Did Chevy know about this money from Bill's father --

MS. KEHOE:  No.

MR. JORDAN:  -- prior to going to the Muellers' residence?

MS. KEHOE:  No, he did not.

MR. JORDAN:  Did he tell you if

he got any money from Bill?

MS. KEHOE:  From what I understood -- the only reason I know about the money is because Chevy was really upset that all Bill could do -- he said he was just crying about his father's money.  He wasn't concerned about Nancy --

MR. JORDAN:  Did he tell --

MS. KEHOE:  -- and the little girl.

MR. JORDAN:  Did Chevy tell you how much money this was?

MS. KEHOE:  No.  He did not go into that.

MR. JORDAN:  Did you see Chevy with a large amount of money?

MS. KEHOE:  I never saw Chevy with bills.  I did see gold bullions.  Is that what they're called?  Yes.  I did see him with that.  So -- with some of that.  I didn't see a great quantity of it.  But he did show me that.

MR. JORDAN:  Did he show you any other property from the Muellers, from

this homicide?

MS. KEHOE:  Well, sure, in the garage at Shadows.

MR. JORDAN:  And what was in the garage?

MS. KEHOE:  Guns.

MR. JORDAN:  Did you recognize any guns, what type?

MS. KEHOE:  Oh, ARs.  It was a variety.  SKSs.  There was knives.  There was, my God, anything and everything you can think of that they sold at the show.

MR. JORDAN:  Did he ever tell you what Danny Lee got out of this?

MS. KEHOE:  Danny Lee was supposed to be paid a thousand dollars for the hit.

MR. JORDAN:  So they knew they were going to hit the Muellers prior to going there?

MS. KEHOE:  Yes.  But they didn't tell me when they came through.  They told Kirby -- they told Kirby.  Chevy told --

MR. JORDAN: The -- you told me that Danny Lee was paid a thousand dollars.

MS. KEHOE: From my understanding.

MR. JORDAN: Do you know if he received any other property other than the thousand dollars?

MS. KEHOE: I think he received a couple of rifles.

MR. JORDAN: Do you know --

MS. KEHOE: That could have changed, though. I mean, things were changing all the time.

MR. JORDAN: Do you know if he received a shotgun?

MS. KEHOE: I'm sure. I can't honestly say. There was just --

MR. JORDAN: So much?

MS. KEHOE: Yeah. And then Chevy kept Danny at arms length all the time.

MR. JORDAN: Do you know what Danny did with any of the items that we got?

MS. KEHOE:  No.  I'm sure that he needed money, he sold them.

MR. JORDAN:  Did he tell -- did Chevy tell you how they attached the rocks to the bodies when they disposed of them?

MS. KEHOE:  They just tied rope around them and tied the rocks to the rope, so it could be real firm for the body to hold them down.

MR. JORDAN:  Did he tell you how long they were in close to the Muellers' house before they actually took them down? Were they there for a day or two?

MS. KEHOE:  No.

MR. JORDAN:  Did they scope things out?

MS. KEHOE:  No.  From what I understood, he said that the job was done and they took them.  And then they rode around in the Wagoneer for the -- to see what came in the paper, see if the Muellers would come up missing or -- in other words, how the media would handle it.

MR. JORDAN:  They rode around

in the Wagoneer?

MS. KEHOE:  That's what I'm -- that's what I'm believing he said.

MR. JORDAN:  So they stayed in that area for a while?

MS. KEHOE:  I'm not sure if it was that area or the outside of that area. I can't be quoted on that.

MR. JORDAN:  Did he tell you where he and Danny went right after they disposed of the bodies, where did they go?

MS. KEHOE:  You know, I was in shock by then.  I'll be very honest with you.

I believe they just headed straight back to Spokane.  I just remember him saying that they hung around for a few days.  That could have been at Danny's mother's house.  And then they came back to Spokane.

MR. JORDAN:  Now, I want to talk about this truck.  The truck was still blue when you -- when he told you about this in February.

MS. KEHOE:  Yes.

MR. JORDAN:  Do you -- is this the truck -- or let me back up.  Do you know where Chevy got this truck?

MS. KEHOE:  We owned it the first -- at first.

MR. JORDAN:  Was it blue?

MS. KEHOE:  Yeah.

MR. JORDAN:  Okay.

MS. KEHOE:  It was blue.  Chevy had it painted there at Shadows.  It wasn't painted at Shadows.  He knew a guy that did painting, and he was an Italian young kid.

MR. JORDAN:  This was after the homicide.

MS. KEHOE:  Yes.

MR. JORDAN:  Do you know what color he had it painted?

MS. KEHOE:  White.

MR. JORDAN:  Do you know why he had it painted?

MS. KEHOE:  (Inaudible).

MR. JORDAN:  (Inaudible) white

pickup truck when Shane turned himself in?

MS. KEHOE:  Yes.

MR. JORDAN:  Is this the pickup truck that was painted blue and used in the homicide of the Muellers?

MS. KEHOE:  Yes, it was.

MR. JORDAN?  And that's the truck that Chevy had at the time he's telling you this?

MS. KEHOE:  Yes.  But it was blue still.  It had not been painted white yet.

MR. JORDAN:  Okay.  Now, you said you saw a lot of the Mueller property at a garage or something at Shadows Motel.

MS. KEHOE:  Yes.

MR. JORDAN:  Do you know if your husband had any dealings with this property, received any of the property as it was divided up?

MS. KEHOE:  I don't understand the statement by divide it up.  Who divided it up?

MR. JORDAN:  Okay.  Who -- who

was controlling the property at --

MS. KEHOE:  Chevy.

MR. JORDAN:  Okay.  Did he give your husband any of this property?

MS. KEHOE:  Not that I know of give.  I'm sure there was probably trading going on.

MR. JORDAN:  Do you think your husband received any property from the Muellers from Chevy?

MS. KEHOE:  It would have only been on trades.  In other -- you're asking me right out, did their dad take this?

MR. JORDAN:  Yes.

MS. KEHOE:  No.  No.

MR. JORDAN:  Gloria, are you aware of any gun shows, specific gun shows, where any of the Mueller property was disposed of?

MS. KEHOE:  That would be from here to the east coast.  They were put in pawn shops.

MR. JORDAN:  Are you aware of a gun show -- are you aware of a gun show in

Seattle in February where Chevy and Kirby were at in Seattle, Washington?

MS. KEHOE:  I know they went to it.

MR. JORDAN:  Do you know if any of the property was disposed there?

MS. KEHOE:  It was disposed all over.

MR. JORDAN:  Did --

MS. KEHOE:  I'm sure it was.

MR. JORDAN:  Did Kirby ever tell you that he sold a pistol or firearm or pistol belonging to Nancy Mueller at that gun show?

MS. KEHOE:  Now, we -- you know, we're going to have to go under assumption again.  And you know assumption is not a very good word to use.

MR. JORDAN:  Right.

MS. KEHOE:  Especially when --

MR. JORDAN:  Do you have any firsthand knowledge of it?

MS. KEHOE:  Wouldn't you think if I knew, that you would know?  And I don't

mean to --

MR. JORDAN:  I know.

MS. KEHOE:  This is very hard what I'm doing.  And I wouldn't wish this on any mother.  But I have to do it.

MR. JORDAN:  I understand.

MS. KEHOE:  What would that say to my other children?

BLANK PAGE

C E R T I F I C A T E

STATE OF TENNESSEE:

COUNTY OF SHELBY:

I, KORIAN NEAL, RPR, CCR and Notary Public, Shelby County, Tennessee, CERTIFY:

The foregoing proceedings were transcribed from audio cassette tape.

The foregoing pages contain a true and correct transcript of said audio cassette tape to the best of my ability.

I am not in the employ of and am not related to any of the parties or their counsel, and I have no interest in the matter involved.

I further certify that in order for this document to be considered a true and correct copy, it must bear my signature seal, and that any reproduction in whole or in part of this document is not authorized and not to be considered authentic.

Witness my signature, this the 29th day of May, 2008.

_____
KORIAN NEAL, RPR, CCR

Notary Public at Large
For the State of Tennessee

My Commission Expires:
May 12, 2010

BLANK PAGE

**A**

ability 112:8
ible 26:8 82:5
abused 100:6
accidental 13:19
accuse 58:1 59:11
acted 87:1
active 12:19
actuality 52:12
Adams 1:22
added 59:5
address 3:1
affirmative 17:15,23
    43:18 44:2 64:5
    67:20 74:21,24 88:20
    98:12,15
age 2:20,22 42:9
ago 62:4
ahead 30:20 32:21
    37:22 57:12
airplane 83:17
allowing 26:12
ALPHA 1:22
ammunition 32:4
amount 102:16
amounts 41:7
ankles 98:7
answer 48:21 57:22
    84:14 87:5 99:5
nybody 2:14 74:3
    95:16 100:3
anymore 64:3
apples 60:14,16,20
approach 57:17
approve 32:19
area 4:14 8:16 106:5,7
    106:7
arguments 79:24
Arizona 64:15,16
    68:15 69:15 70:7,13
    70:18,20,23 72:24
    75:9 77:1 78:15 79:5
    79:14 98:9,21
Arkan 55:16
Arkansas 3:14,15,17
    3:24 4:7 7:10 8:16
    13:12,16 30:5 36:3
    40:1,2,21 43:20 44:5
    48:10 55:21 56:7,9
    60:9 63:18 65:3
    66:13,19 95:5
arms 72:8 104:20
arrived 26:22 30:4
    50:9
ARs 103:9
asked 33:2 57:19 79:22
    80:2 84:10 87:9
    91:23 92:7
asking 85:15 97:23
    109:12
assassin 76:13

association 11:10
assumption 99:23
    110:17,17
assumptions 79:16
ATF 86:14,22 87:10
attached 105:4
attend 12:2
attended 12:12
attending 13:11
audio 112:6,8
authentic 112:14
authorized 112:14
auto 43:13 44:7
Avenue 1:22
Avion 23:11,15 24:7
    29:10 38:20 40:11
    46:23 47:23
aware 2:11 23:12 33:10
    109:17,23,24

**B**

back 3:13,18 5:20 7:2
    15:13 19:15,20 22:11
    22:21 23:8 24:11
    29:11 30:13 32:4
    34:17 38:18 39:21,24
    40:2,7 41:21 44:10
    45:17 47:4,22 48:8,9
    50:8,13 53:16 56:7,9
    60:16 63:3 64:2,21
    65:3,6,11,17 66:13
    66:19 67:3 74:2 77:7
    79:2,4 81:5,21 82:2
    87:24 88:5,15 90:3
    95:11 96:5 106:16,19
    107:3
background 61:3,5,14
badge 87:11 98:20
bag 89:10,12
bags 74:2 88:22
barrel 95:24
bathroom 88:13
bear 112:13
beast 41:9
bed 46:1
beliefs 28:17 34:20
believe 9:4 35:3,19
    36:17,20 37:23,24
    42:13 46:1,7 54:13
    63:6 66:20 67:6,9
    69:22 87:23 101:8
    106:15
believing 106:3
belong 18:11
belonged 73:7
belonging 110:13
belt 97:9
best 29:6 112:8
better 11:4
bib 11:1
big 51:2 87:14

Bill 8:2,19 9:22 10:13
    11:4,12,16 12:20,23
    13:3 14:5,11 15:14
    30:22 32:23 33:2,11
    34:3,5 54:16 57:8,18
    58:8,16,18 62:1
    84:19,22 87:13,14,18
    87:18 89:1,17,17
    90:3 92:13,23 95:6
    96:2,11 99:16,20
    100:21 102:1,5
bills 102:18
Bill's 11:12 13:20
    91:17 101:19
birthday 2:21
bit 87:15 88:7,14
bizarre 91:24
black 38:6,7 86:14
    87:12
blank 79:23
blood 88:8 99:15 101:1
    101:4
blue 18:8 73:20,20,20
    85:17 94:1,3 96:7
    106:23 107:7,10
    108:4,11
Bob 61:1
bodies 85:3 91:7 93:17
    94:6 95:6 105:5
    106:11
body 33:22 43:13 44:7
    105:8
boils 34:16
books 11:23
border 13:16
born 6:7
bottom 17:12,17 18:24
bought 3:16 43:6,7
    60:14
bow 37:6,10,12,17 38:1
    38:6
boy 50:24 53:24
boys 3:11,12
brand 62:9
break 17:18 18:24
    76:12,16 77:17 89:21
breaking 77:13
break-in 59:18,19
breed 34:19
bring 22:11 82:20
broke 87:20
brother-in 43:8
brought 23:24 60:2,3
Bud 75:13,14 76:21,23
build 7:16
bullions 102:18
bunch 87:3
burglary 14:10,14,18
    14:21,23 15:3,6 23:5
    23:10,17,19 24:8
    26:18 30:4,23 31:13

32:12,24 33:7,12
    34:4 38:18 39:19
    48:14 49:5,9 50:5
    56:11,12,21,24 57:2
    57:17 58:5,9,14
    59:20 63:18
bury 92:8
business 62:16,24
bust 86:22 87:11 89:17
busted 100:22,23
butt 16:14,16 71:22
    88:3
butts 62:5
buy 58:20
buying 53:15 55:10
    67:4

**C**

C 112:1,1
cab 43:4 44:24 81:18
    82:5
Caldville 67:23
call 28:5 54:20
called 4:18 8:2 36:3
    71:8 102:19
calm 23:3
camo 38:1,5
camp 53:6
camper 26:12
camping 36:13
Candy 52:22
canning 60:17
card 16:4,10 62:16,24
care 99:23
caretaking 65:2 66:2
Cargill 39:23
carpentry 55:11,17
carried 90:7
carry 90:10
cars 55:11
Casey 4:23 81:19
cash 41:7
cassette 112:6,8
CCR 112:4,18
celebrate 69:7
cents 23:2
ceremony 51:2
certain 79:19
certify 112:5,12
changed 101:7 104:12
changing 104:13
Charlotte 2:1
cheap 43:5
check 86:10
Cherokee 34:18
Chevy 5:1,3 6:23 7:4
    7:10,18 10:1 11:4
    12:8 14:23 18:12
    20:6,8 21:14,21,22
    23:2 24:2 25:3,6,12
    27:10,12 32:1,24

33:17,19,20,24 34:8
    34:21,23 35:21 36:5
    38:19,23 40:9 41:4
    41:12,15 42:18 43:4
    45:1,15,17 46:2,5,10
    46:20 47:13,15 50:9
    50:17,22 51:11,22
    52:3 53:17 55:13,14
    58:2 59:21 60:1 62:4
    63:17 66:3 67:15
    68:5 70:20,22 72:24
    73:11 75:8,14,22
    76:22 77:13,20 78:23
    79:9,13,21 80:9,23
    80:24 81:1,4 82:7,19
    85:16 86:11,13,17,19
    87:1 89:4,23 90:16
    91:6,11 93:4 95:4,13
    95:17,19 96:6,10,24
    97:8 98:9,22 101:18
    102:4,11,15,17
    103:23 104:20 105:4
    107:4,11 108:8 109:2
    109:10 110:1
child 56:15 90:2
children 3:8 4:21 8:12
    9:22 12:17,17 25:16
    28:10 34:13 42:9
    65:2 70:8 83:4 95:19
    111:8
child's 84:18
choice 81:24
Christmas 69:3,4,6,7
Christopher 20:14
    28:4,5
church 12:2
cigarette 16:11,16 62:4
cigarettes 67:4,6
city 4:11 24:24 25:2
    26:22 27:2,10 29:10
    29:24 30:2 34:24
    35:1,2 39:2 41:21,22
    42:6,7,8 50:8
clarify 13:18 56:23
clean 99:16
cleaned 88:8,11
cliche 33:21
close 7:16 9:1,4 10:11
    10:18 26:5 61:6,7
    105:11
closer 26:9,11
coast 101:13 109:21
coerced 2:15
color 43:15,22 45:3
    73:9,18 107:19
colors 21:16
Combs 61:18
come 6:24 7:11 18:22
    37:11 39:6 41:23
    55:3 56:6,18 59:6
    65:5 66:12,19 105:22

comfortable 28:24
coming 47:4 86:21
comment 90:16
Commission 112:20
committed 34:3 63:16
committing 58:4
communication 60:22
completely 47:17
compose 89:22
concerned 89:5,6 102:7
concerning 54:24 57:2
  58:9 77:13 85:18
conducted 2:4 28:9
confront 32:24
confronted 33:11 34:8
confuse 64:3 68:1 87:6
confused 87:15
confusing 70:14
consider 11:3
considered 10:11
  112:12,14
constant 5:8
construction 67:2
contact 35:21
contain 112:7
contractor 65:11
controlling 88:2 109:1
conversation 2:11 57:1
  58:8,11,13,22 75:24
conversations 75:21
  77:12
Coombs 61:16,17,18
copy 112:13
CORPORATION 1:22
correct 3:5 6:8 9:6 19:2
  29:12 40:22 41:1
  62:6 70:4 95:14 96:8
  112:8,13
correction 48:9
couch 86:16,19,23
counsel 112:10
county 4:12,16 26:9
  112:3,4
couple 17:9 23:16,18
  60:8 69:17 96:5
  104:9
course 23:2 82:22
cover 20:14
cream 20:24
created 87:14
Creek 39:23 40:1 64:20
  65:1 66:1 67:3
crew 43:4 44:24 81:18
  82:5
crimes 63:16
cross 37:6,10,12,17
  38:1,6
crossed 59:23
crying 102:6
cuff 90:1 97:12
cuffs 97:5,12

current 2:24
C-O-O-M-B-S 61:19

**D**

dad 109:13
Dale 65:10 74:8
Dale's 66:21 67:2 74:9
damned 89:10
Danny 70:24 71:2,8,12
  71:18,18 72:9,15,16
  72:19,19,21,21,23
  74:6 75:8,17,21
  76:13,20 77:13,19
  78:24 79:9,13 80:13
  81:3,6 86:6,16,20
  90:3 92:14,15,22
  93:19 95:8 98:9
  100:19 103:14,15
  104:2,20,23 106:10
Danny's 71:17 72:2,3,6
  81:6 106:18
dark 34:6
date 2:3
dated 51:19
dates 27:5 70:5
daughter 8:5 25:14
  57:8 89:6,7 97:4 98:1
David 60:10
Davidson 61:1
day 19:5,8 24:19,21
  48:23 105:13 112:16
days 23:9,16,19 75:10
  78:15 106:18
dead 85:2
dealer 52:4,9
dealers 62:18 63:1
dealer's 62:20
dealing 60:13
dealings 53:10,14 54:3
  78:10 108:18
deals 55:10 58:19
dealt 39:12 54:6
death 88:24
December 68:20,21,24
  69:2,19
denies 80:5
depth 59:17
describe 54:11
described 42:18
desperate 76:9
detail 15:6
details 16:3 85:13
diesel 73:7
diet 84:19,22 85:4,9,21
difference 97:11
different 13:9 47:18
  52:10,11 71:4 90:12
dinner 11:18
directly 22:11 35:6
discharge 13:19
discussed 57:7

discussion 52:1
discussions 54:23
disposed 86:1 94:6
  105:5 106:11 109:19
  110:6,7
disposing 95:6
disturbed 76:2
divide 108:22
divided 48:24 108:20
  108:22
document 112:12,14
dog 16:23
doing 2:17,18 7:12
  14:23 61:24 65:14
  99:1 111:4
dollars 103:16 104:2,7
door 17:13 18:24
downstairs 99:24
dream 91:4
drew 63:5
drive 67:2 82:2,4
driven 82:23
driving 47:6 73:5,6
drove 93:6,8
dually 43:4 82:1
dump 27:24 42:2
D.C 43:3

**E**

E 112:1,1
earlier 30:22 42:18
east 101:13 109:21
eat 20:24
Edward 94:24
effort 52:12
Eight 3:9,11,12
either 19:7 45:18 46:12
  66:6 67:16
Elahoon 24:24 25:2,7
  25:19,21 26:22 27:2
  27:10 29:10,24 30:2
  35:1,2 39:2 41:21,22
  42:6,7,8 50:8
employ 112:9
ended 29:11 40:15
enforcement 62:6
  63:13
entered 17:10
Especially 110:20
Eureka 12:14 58:14
evening 19:10,10
eventually 29:11
evidence 88:10
evidently 33:13 97:20
exactly 6:15 8:6 17:4
  19:3 59:9 65:19
  68:19 80:15 82:13
  85:13 86:11
excited 22:16
excuse 33:18 57:10
  75:6,18

executed 91:1
experience 82:3
Expires 112:20
explain 29:6
extent 79:19
eye 72:17

**F**

F 112:1
face 57:24
faces 61:4
fact 43:6 56:13
factory 46:3 73:13,14
  74:18
familiar 52:23 54:13
  60:11 61:9 63:16
  83:6 96:11
family 7:22 9:18 11:7
  44:9 51:3 55:8 59:11
  68:17 80:1,2
family's 23:7
fantastic 43:12
far 12:15,18
Farren 29:15,18 50:10
fast 79:3
father 34:1 79:21 80:10
  81:21 82:24 89:2,3
  101:19
father's 21:6 102:6
FBI 86:14 87:11 98:11
  98:19
February 14:9 56:24
  68:21 69:20,23,23
  82:15,16,17 106:24
  110:1
feel 28:23
feeling 15:12 29:4 34:3
feet 87:8 98:3,6
felt 81:22 90:13
fight 87:15
find 88:11
fine 12:9 21:2,11 47:1
fingerprints 18:5
finish 40:2 65:12,14
finished 51:7 65:3
firearm 110:12
firearms 77:19,24 78:3
firm 105:8
first 8:7,20,21 9:5
  14:24 23:14 51:15,18
  57:6 73:3 76:11 81:1
  82:17 84:16 86:17
  87:14 89:24 90:1,16
  92:8 97:21 107:6,6
firsthand 50:3 52:15
  110:22
fit 32:18
fixed 43:11
fixing 43:12
flex 97:11,12
float 92:5,5

fly 16:8
follow 17:9
food 83:3 88:14
Ford 21:21
foregoing 112:6,7
forming 51:22
Fort 3:2 13:11,13,14,18
  13:20 33:12
forth 3:18 53:16
fought 87:18,19
found 22:18 33:4,6
  36:21 76:1,4,5
four 6:13 46:2,2
four-wheel 82:2,4
freaked 88:9
free 2:17,19
Friday 19:7
friend 74:10
friends 10:11,11
front 75:24
full 77:10
further 112:12

**G**

garage 103:3,5 108:15
gentleman 65:10 94:20
getting 34:17 49:1 88:1
girl 89:19 90:22 93:3
  102:10
give 10:20 26:7 41:3
  47:12,15 65:13,15
  83:22,23,24 109:3,6
given 41:7,8 45:24
Glenn 1:14 2:5
Gloria 1:7 2:8,10 6:6
  10:15 13:17 23:13
  31:5 44:18 56:22
  85:14 89:21 92:16
  94:14 96:4 109:16
gloves 16:4 17:22 18:2
  18:3
go 7:2 12:4,8,15,23
  15:13 16:7 19:15
  20:23 21:5 24:23
  25:19,21 27:8,9
  28:10,13 30:20 32:12
  36:5 37:21 39:20
  57:11 59:17 60:7
  64:7 68:15 79:22
  80:10,10 81:13 83:3
  86:24 90:17,24 92:6
  95:11 96:5 97:4 98:2
  102:13 106:11
  110:16
God 88:9 91:24 103:11
goes 28:2 99:6
going 2:3 9:11 12:6
  15:7 19:10 25:4
  26:15 48:24 55:4
  76:12,16 80:3,7 81:6
  83:9,16 92:16 101:21

103:19,20 109:7 110:16
;old 21:18,18 102:18
good 50:1 53:9 54:1,1 55:10 58:19 61:4 88:11 110:18
goodness 36:24
Gosh 71:6
gotten 16:2 45:13 91:22
Graham 72:9,15,19
grand 47:6
Grandpa 28:15,15,19 28:20
grandparents 77:9
Grandpa's 29:2
great 18:22 102:21
green 38:1,5 41:9
ground 53:6
grounds 86:10
groups 51:23
guards 19:13
guess 4:17 85:5
gun 7:13 8:11,14 10:16 11:10,14 12:12,16,18 13:5,11,18,19 15:15 15:17,23 16:5,8 19:13 33:2,11 37:20 38:7 39:11,12,15 48:16,19 52:3,7,9,9 52:15 53:2 54:24,24 55:9,14 56:3,3,15 58:11 61:24 78:9,11 78:22 81:5 86:7 90:7 91:22 97:7 98:23 99:7 109:17,17,24,24 110:14
Gunderson 1:14 2:6 83:6
guns 83:15 90:10 103:6 103:8
guy 85:10 107:12

**H**

hand 88:1
handbooks 83:17
handcuff 90:19 97:11
handcuffs 90:15 96:23 97:1,6,19,21
handle 15:1 105:23
handled 28:8
hands 87:8,9 98:4
happened 31:23 37:17 40:15 47:9 48:13 80:15,19 83:18 85:19 87:17 90:9 101:6
happening 14:15
.ard 20:22 21:4 88:2 111:3
Harrison 4:9,11,24 23:11 54:16

hassle 51:3
head 85:5 87:17,24 89:10,12,13 93:5 96:3
headed 106:15
heads 76:14 88:23
hear 14:10,20 51:22 52:2,6 56:14
heard 13:24 52:22 57:19 61:11,20 68:11
held 88:17
Helena 37:8
hell 77:16 87:18,19
help 7:16 65:12 95:5
helped 7:18 38:22 89:9 89:11
hey 34:14
hid 86:16,17
hired 76:13
hit 87:18,23 91:3 96:2 99:21 100:3,21 103:17,19
hold 88:17 105:9
hollered 86:22 87:4
home 4:24 5:2 8:12,22 9:5,12,18,22 11:20 11:21,23 12:16 15:11 16:2 26:3 33:1 39:24 44:9 47:5,6,10,18,18 68:17 70:7 75:12 79:9 81:7,22 82:1,2 90:11 91:22 96:11,15
homes 8:24
homicide 80:19 82:8 103:1 107:16 108:5
honest 10:8 15:21 21:4 36:1 42:16 106:13
honestly 8:14 20:13 38:15 78:8 104:17
hope 64:2
Hot 12:15
house 5:21 7:16 14:11 15:7 19:15 22:10,12 23:22 24:1 40:3,21 49:22 56:19 63:11 65:4,14,16 77:4,10 105:12 106:19
Humphrey 94:24
hung 106:17
husband 28:14 54:19 54:21 59:20 61:23 63:17 108:18 109:4,9
husband's 37:7,9

**I**

ice 20:24 47:8
idea 18:13 26:15 50:20
identity 34:17,20
immediately 22:5,8 24:18
important 56:4

inaudible 4:3 5:4 9:12 18:4 21:19 38:8 44:6 62:7 73:22 78:4 83:16 85:10,11 107:23,24
incident 14:8 67:7,10
individual 16:5 26:1,4 54:4 94:15
individuals 12:6
individual's 54:6
information 63:1 85:16
inside 60:17 90:10
instincts 89:18
insurance 59:1,8
interest 112:10
interrupt 75:19
Interview 1:7 2:4
intuition 29:7
invest 65:13
investigate 86:9
involved 14:18 20:10 20:12 26:2 34:12 61:23 80:12 112:11
involvement 26:16 65:16
in-laws 77:8
Italian 107:13
item 30:18
items 30:16 31:2,3 37:5 104:23
It'd 101:11

**J**

jacket 98:20
jackets 86:14 87:12
James 61:11
January 64:11 68:14 68:21 69:19 73:1
Jasper 26:10,11
jeek 93:7
Jeep 93:7,12
jewelry 83:15
job 7:13 105:18
jobs 55:11 56:2
Johnny 26:6,6,10,11
Johnny's 26:8
joke 28:1
jokingly 33:3
Jordan 1:14 2:1,5,10 2:14,20,24 3:4,7,10 3:12,19,23 4:6,10,15 4:19 5:1,9,14,19,22 6:3,5,10,14,16,20,23 7:4,6,9,14,18,21 8:1 8:4,7,18,23 9:7,10,13 9:17,21 10:1,5,10,15 10:18,22 11:3,7,9,14 11:19 12:1,7,11,23 13:2,5,10,15,24 14:3 14:7,13,17,20 15:2,5 15:16,20,24 16:12,15

16:19 17:8,14,18,22 18:1,3,6,10,13,16,20 18:23 19:4,8,14,21 20:1,5,9,16 21:1,9,15 21:20,24 22:5,9,14 22:17,20,23 23:4,8 23:18,21,24 24:3,6 24:10,15,18,22 25:1 25:4,8,11,15,19,22 26:5,13,17,21 27:3,7 27:11,15,18,22 28:12 28:19,21,23 29:9,14 29:17,23 30:3,7,11 30:15,19,21 31:10,17 31:23 32:3,10,15,22 33:6,10,15,18 34:2,7 34:21 35:2,5,13,16 35:20 36:2,5,9,14 37:2,5,16,21 38:2,9 38:13,16,23 39:1,4,9 39:14,17 40:5,9,11 40:14,20,24 41:3,6 41:10,14,18 42:4,12 42:17,23 43:10,14,17 43:21 44:1,4,8,14 45:3,6,10,15,21 46:4 46:9,16,20,23 47:9 47:12,16,20 48:3,6 48:12,18 49:3,8,11 49:15,19,22 50:2,7 50:16,21 51:4,10,14 51:17,20 52:2,6,14 52:18,21 53:1,3,7,11 53:13,17,19,21 54:5 54:9,12,15,22 55:5 55:13,16,20,23 56:5 56:10,18,22 57:4,11 57:16,21 58:1,4,7,15 58:21 59:3,7,10,14 59:19 60:1,5,7,21,24 61:6,10,15,19 62:2,8 62:11,15,19,23 63:5 63:8,12,15,22,24 64:7,11,13,17,22 65:5,8,18,23 66:3,7 66:12,15,18,22 67:8 67:11,15,18 68:2,6 68:10,14,18,23 69:2 69:8,11,14,18,21,24 70:2,6,10,15,19,22 71:1,5,9,14,23 72:5,8 72:14,18,22 73:4,8 73:17,21,23 74:3,7 74:11,15,19,23 75:2 75:5,7,11,15,20 76:3 76:15,19,22 77:2,5 77:11,18,23 78:2,5 78:14,23 79:4,12 80:6,11,14,18,22,24 81:12,16 82:6,10,12 82:16,19 83:13,21

84:1,4,7,9,13,21,24 85:12,23 86:3 88:19 89:11,15,20 91:6,11 91:16,20 92:11,15,22 93:1,4,11,16,21 94:1 94:4,10,14,19,23 95:4,9,11,16,21 96:2 96:10,14,19,22 97:10 97:14,16,18,24 98:6 98:8,14,17,21,24 99:4,10,14,19 100:2 100:5,9,17,20,23 101:1,5,9,14,18,21 101:24 102:8,11,15 102:23 103:4,7,13,18 104:1,5,10,14,18,22 105:3,10,15,24 106:4 106:9,21 107:2,7,9 107:15,18,21,24 108:3,7,13,17,24 109:3,8,14,16,23 110:5,9,11,19,21 111:2,6
jot 55:18
July 6:13
jump 50:8

**K**

Kanutsin 65:11
Kanutsin's 74:8
Karena 7:8 25:13 34:22 46:10 50:22 51:7,12,14 67:16 68:5 77:2,3 95:20
keep 11:12,13 57:8 78:9 91:22 93:23 97:22
Kehoe 1:7 2:8,9,13,18 2:22 3:2,5,6,6,9,11 3:16,21 4:2,8,13,17 4:22 5:3,12,17,20 6:1 6:4,9,12,15,18,22 7:2 7:5,8,12,15,20,24 8:3 8:6,9,21 9:3,8,11,15 9:20,24 10:3,7,13,17 10:21,24 11:6,8,11 11:17,21 12:3,10,14 13:1,4,7,13,22 14:2,4 14:12,16,19,22 15:4 15:10,18,21 16:1,14 16:17,21 17:12,16,20 17:23 18:2,4,8,12,15 18:17,21 19:3,6,9,17 19:24 20:3,7,11,21 21:3,12,17,22 22:3,7 22:13,15,19,22 23:1 23:6,16,20,23 24:2,5 24:9,14,17,20,24 25:3,6,10,13,18,20 25:24 26:6,14,20,24 27:4,9,13,17,20,24

28:14,20,22 29:2,13
29:16,19 30:1,6,10
30:13,17,20 31:8,14
31:19 32:1,7,14,17
33:1,8,13,17,19 34:5
34:10 35:1,3,8,14,18
35:24 36:4,8,10,17
37:4,14,19,23 38:4
38:11,14,21,24 39:3
39:8,11,15,22 40:8
40:10,13,17,23 41:2
41:5,8,13,17,20 42:5
42:13,22 43:2,11,16
43:19,23 44:2,6,12
44:24 45:4,9,12,17
45:24 46:7,12,19,22
47:2,11,14,17 48:1,4
48:11,15,21 49:6,10
49:13,17,21,23 50:6
50:12,19,24 51:6,13
51:16,18,24 52:5,10
52:17,20,24 53:2,5,9
53:12,15,18,20,24
54:7,10,14,18 55:2,9
55:14,17,22 56:1,8
56:13,20 57:3,6,13
57:18,23 58:3,6,10
58:17,24 59:5,9,12
59:16,23 60:3,6,13
60:23 61:2,8,13,17
61:20 62:7,10,13,17
62:21 63:2,6,10,14
63:21,23 64:5,10,12
64:14,19,24 65:7,9
65:21 66:1,5,10,14
66:16,20,24 67:9,13
67:17,20 68:4,8,13
68:16,20 69:1,5,9,12
69:16,20,22 70:1,3,9
70:12,16,21,24 71:3
71:6,12,16 72:1,6,10
72:16,20 73:2,6,10
73:19,22 74:1,5,9,13
74:17,21,24 75:4,6
75:10,13,17,23 76:5
76:18,21,24 77:3,7
77:15,21 78:1,4,7,17
78:21 79:1,7,15 80:9
80:12,17,20,23 81:3
81:14,18 82:9,11,14
82:17,21 83:15,23
84:3,5,8,12,15,23
85:1,22 86:1,6 88:20
89:13,16,24 91:9,13
91:18,21 92:14,20,24
93:2,10,14,19,22
94:3,7,12,18,21 95:2
95:7,10,15,18,22
96:9,13,16,20 97:2
97:13,15,17,20 98:1
98:7,12,15,19,23

99:3,6,11,18,22
100:4,7,10,18,22,24
101:3,7,11,16,20,23
102:2,9,13,17 103:2
103:6,9,15,21 104:3
104:8,11,16,19 105:1
105:6,14,17 106:2,6
106:12 107:1,5,8,10
107:17,20,23 108:2,6
108:10,16,21 109:2,5
109:11,15,20 110:3,7
110:10,15,20,23
111:3,7
**Kehoes** 20:23,23
**Keith** 3:6
**Kelvy** 4:23 81:20,20
**kept** 8:11 56:15 81:19
  90:4,14,17 97:3
  104:20
**key** 90:5,18 97:5
**keys** 97:4
**kick** 54:19
**kicked** 89:18
**kid** 67:5 107:14
**kill** 33:5,9,22,24 80:3
**killed** 68:12 92:12,13
  92:22 93:4
**kind** 16:16 53:13 59:1
  78:2 83:13
**Kingston** 4:18 5:11 6:8
  7:17 25:20 30:9
  40:21 41:12,15 44:9
  44:21 45:8 46:17
  51:21 55:6,18,20
  56:6 64:18,23
**Kirby** 3:5,6 4:20 7:15
  7:19 8:9 11:4,11 12:7
  12:19,24 13:2,23
  14:1,22 15:4 18:15
  20:5,7 21:10 23:1
  25:15 27:8 31:11,12
  32:24 33:2,5,9,11,17
  33:19,24 34:8 38:19
  38:22 40:2 43:12
  44:22 49:3 51:22
  52:3,7,8 53:11 54:23
  58:2 60:1 62:4,11
  63:6 64:24 65:17
  66:13,19 68:15 69:23
  70:7,11,13,18 71:21
  71:24 75:22 76:6,18
  77:13 78:23 79:13,22
  79:23 80:14 81:11,19
  103:23,23 110:1,11
**Kirby's** 33:4 55:7
**knew** 10:13 11:5 14:24
  16:5,9,23 18:17 34:3
  61:3 72:20 76:7
  77:16,16 82:2,4
  83:17 89:17,17
  103:18 107:12

110:24
**knives** 103:10
**knock** 88:21
**knocked** 88:23
**know** 7:21 8:18 14:13
  15:22 16:2,8,18
  19:18 20:19,22 21:2
  22:1 27:11 29:5,14
  34:7,23 35:5 36:3,10
  36:12,12 37:10,16
  38:2 39:9 40:14
  45:21 46:4 48:12,22
  49:2,15 50:13,15,16
  52:12 53:21 54:2,2
  54:12,22 55:3 60:24
  61:22 62:8,22 68:10
  68:21 71:2 72:11,18
  73:2 75:15 78:11
  79:16 80:3,4,18,20
  83:5,8,19 84:16,17
  87:4 90:5 91:13
  92:15 95:1,2 96:17
  97:10,12 98:22 100:9
  100:15 101:5,9,14,17
  101:18 102:3 104:5
  104:10,14,22 106:12
  107:3,18,21 108:17
  109:5 110:3,5,16,17
  110:24 111:2
**knowing** 11:4 18:24
**knowledge** 15:8 26:18
  32:23 39:7 50:3
  52:15 53:22 59:22
  77:12 80:7 110:22
**known** 8:10 19:19,20
  32:21 49:7 71:3
  78:13
**KORIAN** 112:4,18

---
**L**
---
**landlord** 60:19
**landlords** 60:12
**large** 41:7 102:16
  112:19
**late** 94:9
**law** 43:9 62:6 63:13
**lead** 33:22 67:24
**leave** 6:24 70:19
**leaving** 70:11
**Lee** 70:24 71:2,18,18
  72:15,17,19,19,21
  76:13 92:15,22
  103:14,15 104:2
**Lee's** 100:19
**left** 16:4,10,11 22:6,10
  30:8 35:22 36:7,16
  39:1 43:20 49:24
  57:8 62:4,9 69:22,23
  70:13,18 79:8 81:11
  86:18 89:19
**leg** 71:19

**legally** 51:1
**legs** 98:7
**length** 104:20
**lessons** 83:17
**let's** 17:10 44:18
**Levy** 4:23 6:7,11,12
  11:1 81:19
**Libby** 2:4
**life** 33:4 39:13,16 87:19
**liked** 28:15
**liquid** 84:19,22 85:4,9
  85:20
**list** 30:22,22 31:6
**listed** 37:12
**little** 21:18 25:5 40:18
  44:7 51:2 81:9 87:15
  88:7,14 89:18 90:18
  90:22 93:3 102:9
**live** 4:10 5:10 26:12
  27:2 28:6
**lived** 3:14 4:13,16,20
  4:21 5:2,15 7:22 26:9
  26:10,11 27:4 39:23
  50:13 51:17 55:6
  60:9 61:15 64:9
  96:12
**lives** 56:4
**living** 3:19,21 6:21 8:19
  21:8 26:3 40:1 45:7
  45:11 46:10 51:5
  54:16 57:7 67:12,23
  77:8,8 100:1
**load** 38:22
**loaded** 22:1 38:19,20
  91:14
**location** 94:5
**long** 27:12,13 34:23
  69:8,14 75:8 79:5
  105:11
**look** 4:3 31:4 85:6
  97:22
**looked** 30:24 32:5
**looking** 29:8 31:5,20
  58:19
**loose** 77:17
**lot** 21:5 28:1,16,16,17
  32:4 46:15 61:3
  62:22 71:4 108:14
**Louise** 1:7 2:8
**love** 66:17
**Lovelace** 29:15 50:10
  50:15,18
**Luke** 4:23 81:19
**lying** 84:18

---
**M**
---
**machines** 86:18
**main** 55:7 91:3
**making** 21:7
**man** 29:15 43:13 54:16
  61:1 94:16 95:1

**map** 63:3,5,9
**March** 1:8 82:18
**maroon** 46:3
**marriage** 66:9,11
**married** 7:4,7 45:12,13
  50:22 51:1,11
**mask** 98:20
**masks** 86:13,14
**Mason** 60:10
**Masons** 9:14 60:22
  61:7,16
**matter** 43:6 56:13
  112:11
**Ma'am** 2:7
**mean** 22:6 37:8 49:17
  59:3 75:18 99:8
  104:12 111:1
**meaning** 18:18 49:10
  70:16
**means** 55:7 76:9 85:23
**media** 105:23
**meet** 8:8 13:3
**meetings** 12:3,4,8
**Memphis** 1:23
**men** 55:4
**mention** 96:24 97:19
**mentioned** 52:19 61:21
  62:3 85:20 96:22
**met** 8:20,21 29:16,17
  29:21,23 30:1 50:10
  94:16
**mid** 54:19,20,21
**Mike** 1:15 2:6 78:17
  83:6
**Milard** 28:21
**miles** 4:18
**mill** 26:1,4
**Miller** 54:17
**mind** 38:17 59:24 64:4
  78:9 91:23
**minds** 44:20
**minute** 44:12,13,13
  47:21 62:4 66:24
  67:22 69:5
**minutes** 26:7
**mirror** 67:5
**missing** 59:6 105:22
**Missouri** 31:15
**mistaken** 15:14 19:11
  19:13 43:9 63:4
**misunderstand** 49:18
**Mom** 76:7 83:19 92:9
  99:7
**money** 31:16,16,18
  41:1,4,11 48:19 55:8
  65:14,15 83:19,21
  89:2,3,7 101:19
  102:1,4,6,12,16
  105:2
**Montana** 2:4 3:3
**month** 50:23 64:8,8

65:20
months 69:17,17
motel 35:17 40:6 47:22 48:8 81:15 88:5 95:20 108:15
mother 79:10 81:7,7 99:12 100:16 111:5
mothers 84:17
mother's 106:19
motor 47:5,6,10,18,18 68:17 70:7 75:12 82:1
Mountain 52:22
mouth 92:19,21
mouths 80:13
move 3:24 46:17
moved 5:14 26:3 47:22 64:20
Mueller 7:23 9:23 11:4 23:19 24:7,11 30:4 32:11 37:12,17 39:19 48:7,13 50:4 53:23 57:2 63:18 80:15 99:16,20 108:14 109:18 110:13
Muellers 8:8 10:12 14:9 18:14 19:1 22:9 22:10 37:11 39:6 59:21 60:12 62:5 63:11 64:1 68:12 76:13,17 77:14 79:14 85:19 86:5 101:22 102:24 103:19 105:11,21 108:5 109:10
murder 64:1 80:1
murders 63:20
M-I-L-L-E-R 54:17

**N**

name 2:7 4:20 7:22 9:13,16 26:8 29:15 50:15 54:6,16 61:1 61:12,16,20 62:20 65:10
named 8:5
names 60:9,11 61:4 71:4
Nancy 7:23 8:19 9:23 10:14,14,16,19 11:16 14:5 15:14 30:23,23 32:23 34:17 56:11 57:1,16 58:8,11,13 58:15,16,17,22 60:18 62:1 84:19,22 89:1,7 89:9,9,11 90:2,3,14 90:17,23 92:24 93:1 96:12 97:3 100:6 102:7 110:13
Nancy's 14:11 60:18 89:7 97:22

nature 17:5 21:7
NEAL 112:4,18
neck 72:12 88:19 91:2
need 20:4 61:2
needed 105:2
Neither 62:13
nerve 91:3
nerves 60:19
nervous 36:22
netted 40:24
never 12:4 20:11,12,15 29:23 30:1 41:10,11 52:1 56:8 59:12,14 59:16 60:2,3 77:15 88:10 102:17
nice 28:15 29:3 65:9
nickname 75:14
night 19:8 36:19 57:14 79:8 90:9 91:5
Noah 4:23 81:19
Nogo 9:1,7,8
Normally 12:20
Notary 112:4,19
November 44:21
numb 91:4
Numerous 27:19,20

**O**

obnoxious 18:19 72:13
occur 57:5
occurred 14:8,10 23:11 86:4
odd 56:2,14 100:11
office 73:13
official 97:22
Oh 22:7,13 50:24 69:16 72:11,16 81:9 83:7 103:9
Ohio 39:5
okay 2:1 3:4 5:19 6:6 8:18,23 9:3,8,10,17 13:10,17 14:3 15:10 15:20,24 17:8 18:6 18:23 21:1,20 23:18 26:13 27:3 29:9,14 30:3 31:5 32:22 34:15 35:5,13 37:21 38:13 39:4,14 40:5 42:4 43:10 44:8,13 44:18 45:6,10 46:20 47:20 48:3 50:7 51:10 52:14 54:9,22 56:22 59:15 60:5 62:15 63:15,22 64:11 65:5,23 66:15 67:8 68:18 69:2,11,21 70:2 71:17 72:14 73:4,23 74:23 75:5 78:14,21 83:8 84:9 85:14 86:3 89:20 91:20 95:21 96:4,10

96:19 107:9 108:13 108:24 109:3
Oklahoma 13:16 79:10
old 6:10
once 87:20
opinion 28:2
order 11:22 112:12
original 73:13
originally 73:15
outside 4:11,14 106:7
overly 22:15
overnight 9:19 79:2,3
owned 9:6 21:10 26:4 42:20 43:8 46:5,14 73:16 107:5
owner 54:8,10
owning 64:22

**P**

packed 32:7 69:13
packs 67:4,6
padding 59:8
pages 30:24 112:7
paid 103:16 104:2
paint 21:18 43:21,24 46:3 73:12,15 74:13
painted 43:23 45:5 73:12 107:11,12,19 107:22 108:4,11
painting 107:13
panicked 92:10,10
paper 87:16 105:21
Pardon 89:20
parents 77:9
parked 86:8 93:14
part 34:18,18 56:4 112:14
particular 30:18
parties 112:10
passed 85:16
Paul 94:24
pawn 48:17 109:22
peeling 73:12
people 20:24 28:9 61:3 80:4,13 87:3
people's 56:2
periodically 5:7
persistent 84:17
person 28:16 29:3 51:15,18 82:10
personally 53:10 90:12
pick 12:24 55:10 90:19 101:12
picked 41:23 42:14 43:4 94:11 99:7
picking 47:4
pickup 42:19 77:20 85:18 93:8 94:1,3 96:7 108:1,3
picture 71:10 74:16 94:15,24

piece 40:18 45:19 47:3
pin 90:4
pissed 49:14
pistol 39:5,10 110:12 110:13
place 3:17 4:18 7:10 27:23 28:3,10 35:10 35:11 36:3,11 46:14 53:23 54:11 57:5 68:9 75:8
placed 91:8
planning 15:7
plastic 88:22
played 52:11
Please 78:8
plenty 16:2
point 67:24 79:23
pointed 42:8
pointing 71:14
Ponca 36:3,8,11,19
positively 4:4
possessed 92:1
possession 37:7 84:10
possibly 52:7
pregnant 8:12 11:1
prepared 30:22
presence 2:5
PRESENT 1:14
pretty 22:8 32:8
Priest 35:9,10,11 40:18 45:19,20 46:13,14 48:2,5 66:6 67:17,18 68:9
prior 14:14 23:10,19 39:18,19 44:15 63:19 63:20 66:8,10 69:3 70:10 101:21 103:19
privilege 47:6
probably 35:16 51:8 91:24 109:6
problem 16:24 75:7,20 96:19
problems 37:1 73:14
proceedings 112:6
proceeds 49:4
properties 49:12
property 4:7 5:6,10,23 6:17 19:22 22:1,2,11 24:12,12,23 30:4,8 30:12 32:11 36:6,15 37:9,13,18 38:18 39:18,20 40:19,21 41:12,15 42:21 43:1 44:16,21,23 45:7,19 45:23 46:6,11,17 47:3 48:7,13,20 49:20 50:4,10 53:23 56:6 64:18,23 77:19 102:24 104:6 108:14 108:19,19 109:1,4,9 109:18 110:6

Public 112:4,19
pulled 24:3 25:8 76:11 82:22
pulling 73:24
purchase 4:6
purchased 38:6
put 2:2 23:2 24:12 33:22 48:17 76:8 83:11 84:18,21 85:10 87:7 88:22 89:10,11 91:10 92:2 96:23 98:2 99:8,12 109:21
putting 92:18,20

**Q**

quantity 102:21
quarters 100:1
question 23:14 27:7 54:1 56:23
questions 87:10
quite 8:10
quoted 35:14 106:8

**R**

R 112:1
raining 17:4
ran 83:18
ready 40:3
real 9:1 27:24 28:1 42:2 61:6,7,16 71:21 89:14,16 105:8
really 5:5 17:2 20:22 27:6 28:15 36:1 42:15,16 48:23 56:14 59:6 67:9 71:20 79:17 87:14 89:4 90:6 99:8 102:4
rear 67:5
reason 97:2 102:3
receive 31:12 49:8
received 37:8 48:18 49:4 104:6,8,15 108:19 109:9
recognize 103:7
red 42:1
redo 87:21
referring 3:17 33:14,23 36:13 55:19
related 112:10
relationship 50:17
remember 3:24 4:15 5:23 12:9,11 13:11 15:16 16:13,15 17:4 19:4 21:9,15,21 30:15 31:3,7,17 32:3 32:6,17 35:22 36:1 38:10,11 43:14 44:17 46:24 47:4,23 48:6 50:21 51:4 54:5,15 62:19 63:9 65:19 67:3 68:19,22 69:3

71:18 73:18 75:21
82:12 86:7,11 96:17
96:18,21 99:24
106:16
remind 61:21
remodeling 65:4,14,16
removed 19:21
Reno 78:9,16,22 79:5
81:4
repeat 21:5
report 2:2
REPORTING 1:22
reproduction 112:13
residence 12:24 14:9
17:11 24:7,11 25:16
30:9,12 32:12 38:19
45:8 62:5 74:8 80:16
93:9 101:22
response 17:15,24
43:18 44:3 64:6
67:21 74:22 75:1
88:21 98:13,16
restraint 96:24
rid 82:4
rifle 88:4 95:23
rifles 104:9
rig 45:1 90:8
right 6:17 8:3 19:10
20:20 30:23 36:14,24
38:17 42:12 54:1
64:13 79:19 83:4,8
83:12 88:17 96:12
97:14 99:10 100:2
106:10 109:13
110:19
rigs 13:9 20:24 21:6
56:2 82:3
ring 60:11
rituals 28:1
river 3:3 35:9,10,12
40:18 45:19,20 46:13
46:14 48:2,5 66:6
67:17,19 68:9 85:3
85:24 86:2 93:17
94:8,8
road 3:3 86:8 93:15
robbing 52:3,7,8 54:24
Robert 28:21
Rock 52:22
rocks 92:4 105:4,7
Rocky 39:23 40:1
64:20 65:1 66:1 67:3
rode 59:2,4 105:19,24
room 57:7 90:3 99:20
rope 105:6,7
rotten 60:17
RPR 112:4,18
rude 18:19
ruined 80:1
run 43:5 80:13
running 8:11 87:2

rural 4:14

_____ S _____
Safeway 83:4 84:2 91:5
sale 41:11
Sarah 8:5 89:23,23
90:1,4,14,17,20,24
93:5 100:6
Saturday 19:7
saw 14:5 23:15 26:1,4
30:16 35:21 70:20
77:21,22 78:8 95:22
98:19 100:21,22
102:17 108:14
saying 38:15 97:3 99:9
106:17
scared 34:12
scenarios 52:11
school 51:7
schooling 11:23
scope 105:15
Seabrig 21:12
seal 112:13
search 37:9
seat 26:9
Seattle 110:1,2
second 20:17 23:9
85:15
secure 87:1
security 19:12,12
see 16:7 17:13 30:7,11
31:20,21 32:9 34:13
34:14 42:10,10,11
56:3 64:20,24 67:1
67:21 71:8 74:13
77:18,23,24 78:5
79:8 81:7 88:3 98:10
98:18 99:9 101:1
102:15,18,19,21
105:20,21
seeing 31:3 32:6 42:7
48:7
seen 50:1 94:19
sell 40:4 97:6
selling 39:18,20 43:9
44:16 48:19 53:15
55:10 82:3
senior 51:9
separated 87:7
set 100:1
setting 95:6
sexually 100:6
Shadows 35:9,17 40:6
45:18 46:13,15,19
47:22 48:7 64:15
66:6 67:16 73:12
81:14,22 82:7 83:5
103:3 107:11,12
108:15
shaking 93:5 96:3
Shane 4:22 6:20 10:5,8

20:9,11,15 25:23,24
26:1,2,12,14,17,21
27:2,4 28:5 39:5
41:18,21,22 45:10,22
66:8 67:2,11,13 77:6
77:7 108:1
Shelby 112:3,4
Shelby's 10:3 20:18
75:14 84:5
sheriff 43:7,8
shock 88:4 92:9 106:13
shocked 95:24
shocker 88:16
shocking 91:2
shoot 39:5
shop 44:7 53:2
shops 48:17 109:22
short 46:1 81:9 89:21
shot 87:16
shotgun 78:8 87:22,23
88:4 95:22,23 99:17
99:21 100:20,21
101:6 104:15
shotguns 78:6
show 13:6,11,18,19
15:15,17 16:6 19:13
33:2,11 37:20 38:7
39:11 52:8,9 56:16
58:11 71:9 78:10,11
78:22 81:5 86:8
91:22 102:22,23
103:12 109:24,24
110:14
showed 23:22 30:21
88:5 94:15
showing 74:11,15
94:23
shows 7:13 8:11,14
10:16 11:10,15 12:12
12:16,18 16:8 39:12
39:15 48:16,19 52:16
54:24 55:1,9,15 56:3
56:3 61:24 97:7
98:23 99:7 109:17,17
sick 84:19 85:6 89:8
100:13
side 55:12
signature 112:13,15
silver 31:9,11,12,18,24
32:16,18
sister 79:10 81:8
sister's 77:4
sit 42:15 50:2 86:23
situation 15:11 49:1
55:4 59:1 83:2 86:9
87:5 90:12 100:12
sketchy 88:14
skin 76:14 85:4,5
SKSs 103:10
sleeping 74:2
slept 75:17

slide-in 26:12
small 11:24
smart 71:21
Smith 13:11,14,14,18
13:20 33:12
smoke 62:11 67:5
smokes 62:14
snow 15:23 47:7
socialize 11:15
sold 5:23 6:16 9:6
37:20 40:20 41:14
42:20,24 44:21,23
45:7,22 46:6,11,16
47:2,3,11 56:5 101:8
101:10 103:12 105:2
110:12
somebody 16:20 51:12
son 41:7
soon 22:20 49:24
sore 34:11
sorry 30:19 47:16
57:11 69:9
sound 92:18 100:11
South 3:2
speak 25:5 92:17
speaking 20:13
special 90:18 97:5
specific 30:16 31:7
52:15 94:5 109:17
specifically 37:6 38:3
86:4 92:12 101:15
spent 36:19 57:9,14
79:7
spirit 18:22
split 83:1
Spokane 43:7 106:16
106:20
spot 94:11
Spring 65:20
Springdale 8:17 12:14
44:7
Springer 1:15 2:6
78:19
springs 12:15 58:14
stabbing 34:6
staged 59:20
stairs 87:2
started 51:5 60:16
82:21
state 22:4 29:22 55:24
56:1 63:17 112:2,19
statement 108:22
station 21:13,17 42:19
stay 5:8 6:24 9:18
25:16 28:11 32:12
36:6 40:6 75:8,11
79:5 81:20
stayed 5:4,6 12:16
27:12 34:23 46:15
65:1 78:14 95:19
106:4

staying 3:21 36:14
Steve 1:14 2:5 83:6
stink 60:20
stirred 79:24
stock 100:23 101:8
stolen 49:20
stop 76:8
stored 88:13
storm 47:7
story 17:13 68:11
straight 36:18 38:17
44:20 64:4 81:21
90:18 106:16
strange 90:6 100:19
struck 99:17
stuff 84:11 98:11 99:2
subject 34:11
Suburban 18:8 19:23
20:20 24:4 25:9
30:14 32:5 46:8
suffocate 88:24
summer 65:20,22 66:4
66:5
support 55:7
supporting 55:7
supposed 15:13 103:16
sure 5:5 9:15 10:7,9
17:2 23:6 27:6 36:4
37:19 38:21 52:24
53:9 68:3,5 69:1 73:8
77:21 87:6 94:21
103:2 104:16 105:1
106:6 109:6 110:10
Surgical 18:2,3
surrounding 8:16
swapping 53:16
Sylvia 60:10

_____ T _____
T 54:11 112:1,1
table 13:20
tables 11:12 58:18
tagged 88:23
take 24:6 81:6 85:15
89:2,3 93:3 96:1
109:13
taken 48:16 99:23
talk 2:16 20:17 44:19
51:22 52:3,7,8 56:11
80:13 85:5,5 106:22
talked 56:16 79:13,21
86:23
talking 59:7 63:19,20
85:9 91:16
Tanna's 77:9
tape 1:2 112:6,8
taped 2:12
tattoos 71:15,17 72:2
72:11,11
tell 8:15 12:20 15:6,18
17:10 23:5 38:15

42:2 44:14,14 64:8 71:10 72:5,22 76:6 79:20 80:14 81:1,1 84:16 85:12 86:4 91:6,11 92:11 93:6 93:11,16 94:4,10,12 94:16 95:5 96:14 99:14,19 100:3,5 101:24 102:8,11 103:13,22 105:3,4,10 106:9 110:12
**telling** 96:6 108:9
**Tennessee** 112:2,4,19
**term** 52:23
**theft** 23:10 26:18
**thing** 32:20 44:20 53:19 62:2
**things** 10:19,20 17:9 28:8 42:7 48:24 59:5 83:10,14 95:12 96:6 104:12 105:16
**think** 5:20 12:10 26:8 27:1,22 29:2 34:5 36:23 37:15 41:20,24 42:15 51:6 59:22 70:4 79:7,12 87:10 103:12 104:8 109:8 110:23
**thinking** 5:18 93:23
**thought** 89:14,15
**thousand** 103:16 104:2 104:7
**threatened** 2:15 33:3
**three** 6:12 23:9 29:20 30:24 78:22
**threw** 85:3 93:18
**throw** 62:5 63:13 71:7
**thrown** 85:24
**tied** 92:4 105:6,7
**ties** 87:8,20 97:13,15 97:16,17,19 98:2,4
**tight** 23:7 32:8
**till** 80:21
**Tilly** 9:2,4,9,23 11:22
**time** 3:22 6:18,21 8:10 8:19,24 13:21 14:5 14:24 16:3 19:18 21:11 23:14 25:23 28:17 32:21 33:14 41:22 43:16 44:23 45:2,22 46:5,10 51:20,21 55:6 56:10 56:17 57:6,14 62:12 67:22 69:6 73:11 75:22 76:9,12 77:14 79:14 80:19 81:10 82:14 87:9 88:2,15 97:9 99:1 104:13,21 108:8
**times** 3:14 6:24 11:15 19:14 27:18,20 29:20

34:8 70:4 91:2
**Timothy** 61:16,17
**tire** 17:2
**tired** 42:6 83:1
**TN** 1:23
**today** 18:18 50:3
**told** 14:5,21 15:2,9 22:23 33:15 42:3 50:14 57:23 76:6,15 77:16 79:8,11 80:22 81:5,23 82:7 85:7,13 90:21 92:1 95:13,17 103:23,23,24 104:1 106:23
**tools** 65:12
**torrentious** 82:23
**total** 92:9
**touch** 62:3,3 95:12
**tough** 92:16
**tracks** 17:2
**trade** 31:15
**trades** 109:12
**trading** 109:6
**trailer** 20:2,4 23:12,15 23:21 24:7,16,23 26:19,22 29:10 34:22 36:15,22 38:20 40:12 40:15 46:24 47:23 73:24 91:14,15,17 93:7,12
**transcribed** 112:6
**transcript** 1:2 112:8
**travel** 23:11,15 24:15 26:22 44:10
**traveled** 62:22
**traveling** 3:18 96:7
**trees** 74:20
**tried** 2:15
**trip** 79:3
**truck** 21:13,14,19,21 21:23 41:9 42:1 45:1 46:2 67:1 73:7,15 74:20 75:18 77:20 84:6 85:17,18 93:8 93:23 94:2 106:22,22 107:3,4 108:1,4,8
**true** 112:7,12
**trust** 12:5
**truth** 33:5
**try** 13:17 64:10
**trying** 20:13 23:3 36:11 41:20 67:24 70:17 87:6 90:4
**Tuesday** 2:3
**turned** 108:1
**twice** 29:20
**two** 5:12 8:24 17:13 23:2,9 24:19 30:24 37:5 42:17 67:4,5 78:15 81:10 83:11,11 99:8,9,12,12 105:13

**type** 20:2 21:18 51:23 77:19 87:5 96:23 103:8
**typed** 30:24

---
**U**

**Uh-huh** 17:14,23 22:22 37:14 43:17 44:2 64:5 67:20 70:9 74:21,24 88:20 98:12 98:15
**understand** 5:5 18:20 32:10 34:19 48:23 85:4 108:21 111:6
**understanding** 104:4
**understood** 48:16 91:10 102:3 105:18
**unloaded** 91:15
**unlock** 97:6
**unlocked** 17:19,21
**upset** 33:20 49:1 60:15 71:20,23 82:22,24 89:4 102:4
**upstairs** 87:1,5
**use** 79:17,19 110:18

---
**V**

**van** 67:3
**variety** 103:10
**vehicle** 18:7,11 20:18 20:19 21:10 44:11 45:22 66:18 74:19 91:8 93:21 98:10
**vehicles** 20:18 42:17,20 44:15,19,22 46:5
**view** 67:5
**visit** 79:9

---
**W**

**wagon** 21:13,17 42:19
**Wagoneer** 92:2 93:7,24 105:20 106:1
**wait** 44:12,13,13 66:24 67:22 69:5 70:3 71:17
**waited** 86:7
**walked** 16:22 86:17 91:5
**walking** 58:19
**want** 3:13 14:7 17:1 20:17 31:4 32:8 34:12,13,14 35:8 37:1 42:10,10,11 46:8 47:20 49:2,18 49:20 50:7 56:14 58:12 62:2 63:10,24 64:2,7,14,19 71:9 84:15 87:13 92:2,18 93:22 95:11,23 96:5 96:5,17 101:16 106:21

**wanted** 12:4 28:10 80:10 81:20 83:19
**wanting** 79:18 90:14 90:17 97:4
**warrant** 37:9
**washing** 86:18
**Washington** 3:18 7:3 22:4 29:11,21 30:5 32:13 34:22 35:7,7 36:7,16 39:21,24 40:7 41:16 43:3 44:10 45:13,18 48:8 50:14 51:21 55:24 56:1 68:7,9 81:22 101:12,13 110:2
**wasn't** 5:7 27:13 31:19 61:8 73:10 89:5,17 102:7 107:12
**watching** 58:18 67:4
**water** 93:17
**way** 28:7,8 29:6 60:18 63:11 85:6 88:12 91:1 94:8
**wear** 97:8
**weather** 82:24
**week** 19:5 27:14 35:4 81:10
**weekend** 19:11 57:9
**went** 10:8 11:22 12:19 13:8 19:19 25:11 28:6 29:10 34:22 35:6,7 36:16,18 39:2 39:24 40:2,6 53:23 56:8,15 64:15 65:11 70:6 78:9,10,15,22 81:4,14,21 83:10 86:9 88:5 90:8 106:10 110:3
**we're** 89:22 110:16
**we've** 41:8 86:24
**white** 21:19 34:17,18 34:19 43:19,22 44:1 45:3 73:7,11 107:20 107:24 108:11
**wife** 3:5 54:20 89:5
**William** 7:23 8:1
**Wilson** 61:11
**winder** 90:18
**winter** 47:7,7 82:1
**wish** 111:4
**Witness** 112:15
**word** 29:8 59:12,14,16 79:16,18 110:18
**words** 65:13 76:10 92:18,21 94:9 105:22
**wore** 17:22 86:14
**work** 55:9 67:2
**worked** 55:11
**working** 7:10 25:24 40:3 42:5 56:2
**wouldn't** 18:18 49:7

55:2 80:10 90:20 92:4,5,6 110:23 111:4
**www.alphareporting...** 1:24
**Wyoming** 47:5

---
**Y**

**Yack** 3:2,3
**Yeah** 36:10 72:4,10,10 73:19,20 74:11,15 82:9,11 94:3 97:17 100:24 104:19 107:8
**year** 4:1,5 46:3 50:22 51:8,9 73:3,14
**years** 5:9,13 69:13
**young** 28:8 107:14
**younger** 12:17
**y'all** 11:15 12:1,12 30:5 39:17,20 40:5 42:20 43:21 46:17 48:8,9 66:22 74:7 79:6 85:17
**y'all's** 12:24

---
**$**

**$800** 81:23

---
**1**

**10** 4:17
**12** 112:21
**15** 4:18
**1978** 46:2
**1995** 14:9 56:11 64:7 64:12
**1996** 68:15
**1998** 1:8

---
**2**

**2008** 112:16
**2010** 112:21
**236** 1:22
**29th** 112:15

---
**3**

**3/31** 2:3
**31** 1:8
**38103** 1:23

---
**4**

**43** 2:22
**45** 39:4

---
**9**

**9/15/54** 2:23
**901-523-8974** 1:23
**94** 5:16
**95** 4:4 5:16 6:6,17 39:18 44:22 56:24 64:9,17 65:20 66:4,5 68:24

| 96 6:1,2,3 69:24 73:1 98 2:3 | | | | |
|---|---|---|---|---|
| | | | | |