IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/ RESPONDENT

vs.                          NO: 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                             DEFENDANT/MOVANT

MOVANT'S NOTICE OF FILING OF TRANSCRIPT OF
GLORIA KEHOE'S 3/31/98 STATEMENT

COMES NOW Movant Daniel Lewis Lee, by his undersigned counsel, and files

this Notice of Filing of the 3/31/98 interview of Gloria Kehoe pursuant to the Court's

May 15, 2008 Order.  *See* ECF Doc. 1154.  The transcript of the 3/31/98 interview of

Gloria Kehoe is attached as Exhibit A.

Respectfully submitted,

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

/s/ Laurence E. Komp
LAURENCE E. KOMP
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

COUNSEL FOR MOVANT

1

CERTIFICATE OF SERVICE

Movant's counsel have filed this Notice of Filing on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
COUNSEL FOR MOVANT

Electronically  Little Rock, Arkansas
filed:                         June 2, 2008

2