DEPARTMENT OF THE TRESURY -- BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS

## REPORT OF INVESTIGATION (Law Enforcement)

**1. INVESTIGATION IS:**
○ ROUTINE
○ SENSITIVE   ● SIGNIFICANT

Page 1 of 1 pages

**2. TO:**
Special Agent in Charge
111 Veteran Highway, Suite 1050
New Orleans, Louisiana

**3. MONITORED INVESTIGATION INFOMATION** *(Number and Branch)*
CIP: 745700
VIOLENT CRIME
Report: 467

**4. TITLE OF INVESTIGATION**
William Mueller

COPY

**5. INVESTIGATION NUMBER**
53430-96-0110K

**6. TYPE OF REPORT (Check applicable boxes)**

| | | | | |
|---|---|---|---|---|
| ☐ PRELIMINARY | ☐ COLLATERAL (Request) | | | |
| ☑ STATUS | ☐ COLLATERAL (Reply) | | | |
| ☐ FINAL | ☐ INTELLIGENCE | | | |
| ☐ SUPPLEMENTAL | ☐ REFERRAL | | | |

**7. BUREAU PROGRAM**

| | | |
|---|---|---|
| ☒ TITLE I | FIREARMS | |
| ☐ TITLE II | | |
| ☐ TITLE VII | | |
| ☐ TITLE II | EXPLOSIVES | |
| ☐ TITLE XI | | |
| ☐ TOBACCO | | |
| ☐ ALCOHOL | | |

**8. PROJECT(S)**

| | |
|---|---|
| ☐ TARGETED OFFENDER | |
| ☒ TERRORIST/EXTREMIST | |
| ☐ OCD | |
| ☐ ITAR | |
| ☐ SEAR | |
| ☐ OMO | |
| ☐ OTHER | |

**9. DETAILS**

DESCRIPTION OF ACTIVITY:

Interview with GLORIA L. KEHOE on March 31, 1998 and April 1, 1998.

SYNOPSIS:

This report relates to the burglary of firearms from former Federal firearms dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER, NANCY MUELLER and SARAH POWELL.

NARRATIVE:

1) On March 31, 1998 and April 1, 1998, interviews were conducted with GLORIA L. KEHOE by SPECIAL AGENT GLEN JORDAN, Little Rock Field Office and INVESTIGATOR AARON DUVALL, Pope County Sheriff's Department in Libby Montana. The interview was tape recorded and the transcript is attached.

ATTACHMENT:

Interview of GLORIA L. KEHOE

| | | |
|---|---|---|
| **10. SUBMITTED BY** *(Name)* Glen Jordan | **11. TITLE AND OFFICE** SA, Little Rock, AR | **12. DATE** 04/27/98 |
| **13. REVIEWED BY** *(Name)* J. William Buford | **14. TITLE AND OFFICE** RAC, Little Rock, AR | **15. DATE** |
| **16. APPROVED BY** *(Name)* Guy K. Hummel | **17. TITLE AND OFFICE** Special Agent in Charge | **18. DATE** |

## CRIMINAL INVESTIGATION DIVISION

## POPE COUNTY SHERIFF'S OFFICE

➢ **CASE NO:**     96-1003

➢ **CRIME:**       Homicide

➢ **DATE:**        3/31/98

➢ **DICTATED BY:**   Sgt. Aaron Duvall

## INTERVIEW

This interview is being conducted on Tuesday, 3/31/98, at Libby, Montana in the presence of GLEN JORDAN, STEVE GUNDERSON and MIKE SPRINGER.

AD:  Ma'am, what is your name?

GK:  GLORIA LOUISE KEHOE

AD:  And GLORIA are you aware that this conversation is being taped?

GK:  Yes I am.

AD:  Uh, has anybody threatened you or coerced you or tried to get you to talk to us out of that or are you doin this on your own free will?

GK:  I'm doin it on my own free will.

AD:  Okay.  What is your age and birthdate?

GK:  My age is 43, 9/15/54.

AD:  And your current address?

GK:  South Fork Yaak River Road, Yaak, Montana.

AD:  Okay.  And you are the wife of KIRBY KEHOE is that correct?

GK:  KIRBY KEITH KEHOE

AD:  Okay.  And how many children do you have?

GK:  Eight

Interview with GLORIA KEHOE
3/31/98
Page Two


AD: And uh ...

GK: Eight boys.

AD: Eight boys. I want to get into back when you came to Arkansas. Uh, how many times have you lived in Arkansas?

GK: Well we bought a place in Arkansas, if you're referring to traveling back and forth from Washington State.

AD: No, just living there.

GK: Living there. One time.

AD: And when did you move to Arkansas? You 'member what year?

GK: I would have to look on my contract, I'd say it'd be around '95. I can't positively say that year.

AD: Did you purchase property in Arkansas?

GK: Yes we did, in Harrison.

AD: Now, did you live in the city of Harrison or outside in the county?

GK: No we lived outside in the rural area.

AD: You 'member what county you lived in?

GK: We lived, oh, I guess about 10, 15 miles from a place called Kingston.

AD: Okay. And who ac..who lived there with you besides uh, KIRBY? Uh, the name of your children that lived there.

GK: Uh, it would be CHEYNE, CASEY, KELVIE, LUKE, NOAH and I had LEVI there in our home in Harrison.

Interview with GLORIA KEHOE
3/31/98
Page Three


AD: Um, CHEVIE actually lived in the home there with you?

GK: CHEVIE came and stayed um, actually left there, let's see how, I'm not really sure I understand that. He came and stayed on the property for awhile but it was uh, periodically. It wasn't anything like a constant stay there.

AD: How many years did you live there on this property in Kingston?

GK: Mm, it's about two.

AD: So if you moved there in, could you have lived there in '94 instead of '95?

GK: That's what I'm thinkin now that ...

AD: Okay.

GK: ...I think back because I, if I had my house contract.

AD: Let me ask you a q..do you 'member when you sold the property? When that was?

GK: It was around '96, the end of '96.

AD: The end of '96?

GK: Well, was it after the summer?

AD: Could it have been the end of '95?

GK: I can't ...

AD: Okay. Uh, GLORIA, let me ask you now? You said LEVI was borned at Kingston is that correct?

GK: Yes.

AD: And how old is LEVI?

Interview with GLORIA KEHOE
3/31/98
Page Four

GK: LEVI is three and he'll be four in July.

AD: So that would put it in '94 is that correct?

GK: Exactly.

AD: Now, so you sold your property then in '95 is that right?

GK: Around that time, yes.

AD: Okay. Now, was CHEYNE living there at the time?

GK: Yes he was.

AD: And CHEVIE would come in and stay at times and then leave again?

GK: Yes and go back to Washington.

AD: Was CHEVIE married?

GK: Yes he was.

AD: And who was he married to?

GK: KARINA GUMM

AD: Now, let me ask you, was CHEVIE working anyplace in Arkansas when he would come there?

GK: No, just doin the gun shows. 'Cept for one job.

AD: And what job?

GK: Him and KIRBY did and that was to help build on a house close to Kingston.

AD: And CHEVIE helped KIRBY with that?

Interview with GLORIA KEHOE
3/31/98
Page Five


GK: Yes he did.

AD: Did you know a family when you lived there by the name of uh, WILLIAM and NANCY MUELLER?

GK: Yes.

AD: WILLIAM was also called BILL.

GK: Right.

AD: And they had a daughter named SARAH Powell.

GK: Exactly.

AD: When did you first meet the MUELLERS?

GK: Well KIRBY had known 'em before me, quite sometime. Because runnin the gun shows, I always kept the children in the home. I was pregnant. Um, it woulda been at one of the gun shows. Which one I can't honestly tell you. It woulda been one in the surrounding area of Arkansas. Uh, maybe Springdale.

AD: Okay. Uh, do you know where BILL and NANCY were livin at the time that you first met 'em?

GK: When I first met 'em, no. But I have been to their home.

AD: Okay, now they, at one time they had two homes. One was at Nogo and the other one was real close to Tilly.

GK: Okay, the one close to Tilly, I believe it was 'cause, where there was um, that was the first home that they owned and then they sold it, correct?

AD: At Nogo.

GK: At Nogo. Okay, yes sir, it would be the one at Tilly.

Interview with GLORIA KEHOE
3/31/98
Page Six

AD:  Okay.

GK:  Uh, some Seventh Day Adventist people owned that home.

AD:  Uh, by the name of the MASONS?

GK:  I'm not sure of their name.

AD:  Okay.  Did your family ever stay in that home like over night?

GK:  No.

AD:  Okay.  Did uh, your children, were they ever in the home of BILL and NANCY
     MUELLER there at Tilly?

GK:  Yes.

AD:  Was uh, CHEVIE there ever?

GK:  Yes.  CHEVIE's been there.

AD:  And has CHEYNE been there?

GK:  I'm not sure if CHEYNE ever even went there to be honest with you.

AD:  Okay.

GK:  I'm just not sure about that.

AD:  Were you considered friends or close friends with the MUELLERS?

GK:  I knew BILL and NANCY.  NANCY and I got along uh, very well.

AD:  Uh, GLORIA, let me ask, uh, were you ever with NANCY at gun shows?

GK:  Yes.

Interview with GLORIA KEHOE
3/31/98
Page Seven


AD:  Were you close enough to NANCY that she would make things for you or give things to you?

GK:  Yes.

AD:  Uh, and what would, what did she make for you?

GK:  She made, I was pregnant and she made a bib for LEVI and I still have it.

AD:  Do you consider KIRBY and CHEVIE knowing BILL MUELLER better than you knew...

GK:  Yes.

AD:  ... the family?

GK:  Yes.

AD:  Was this through their association at gun shows?

GK:  Yes because KIRBY used to keep BILL's tables for him.  BILL used to ask him to keep 'em.

AD:  Is this, at gun shows, the times that ya'll would socialize with BILL and NANCY?

GK:  Yes, we have had dinner with 'em.  Um ...

AD:  In their, in their home?

GK:  In their home in Tilly.  Um, also we went over to order some books for home schooling.  She had like a small get together.

AD:  Uh, did ya'll ever attend uh, church or regli...

GK:  The meetings are...no I never wanted to go to the meetings because I didn't like s..or trust some of the individuals that were going.

8

Interview with GLORIA KEHOE
3/31/98
Page Eight

AD: Uh, did KIRBY or CHEVIE ever go to the meetings?

GK: (Sigh)

AD: If you don't remember that's fine.

GK: I don't think so.

AD: Do you remember some of the gun shows that ya'll attended together?

GK: Uh, Eureka, Springdale, Hot Springs...as far as for me. I did not go to that many gun shows. I stayed at home with the chil..the younger children. As far as the other gun shows, um, KIRBY was very active in 'em and he went all around. Normally BILL would tell him when they were and they would do 'em together.

AD: Would uh, BILL go by and pick up KIRBY at ya'lls residence or...

GK: No.

AD: KIRBY would always meet BILL at his or at the gun show?

GK: Yes. They were always, you know, they all always went in different rigs.

AD: Okay. Do you remember attending a gun show in Ft. Smith, Arkansas? Have you ever been there?

GK: I have been to Ft. Smith. Tryin to place Ft. Smith.

AD: It is on the border of Oklahoma and Arkansas. Okay GLORIA, let me try to clarify this gun show in Ft. Smith. Uh, there was an accidental discharge at a gun show in Ft. Smith, uh, at BILL's table. Were you there at that time?

GK: No, I was not but KIRBY was.

AD: So you heard about it through KIRBY.

GK: Yes.

Interview with GLORIA KEHOE
3/31/98
Page Nine


AD: Okay.

GK: And then the next time I saw BILL and NANCY they told me about it too.

AD: Now I want to get into an incident that occurred at the MUELLERS' residence in February of 1995. Uh, did you hear about a burglary that occurred at BILL and NANCY's house?

GK: Yes.

AD: Uh, did you know anything about this burglary prior to it happening?

GK: No.

AD: So you were not involved in the burglary?

GK: No.

AD: Where did you hear about this burglary? Who told you?

GK: When KIRBY and CHEVIE came home from doin the burglary was the first time that I knew about it and I did not handle it very well.

AD: Who told you about the burglary?

GK: KIRBY.

AD: And what did he tell you in detail about this burglary? Planning it, going into the house, just what do you have knowledge of about this that he told you?

GK: Okay the situation was they came home and he said that he just had this feelin that they were suppose to go back and if I'm not mistaken, BILL and NANCY were still at the gun show.

AD: You 'member what gun show it was?

GK: I could not tell you to be honest with you?

Interview with GLORIA KEHOE
3/31/98
Page Ten

AD: Okay.

GK: I just that they were still at a gun show.

AD: Okay.

GK: Or they had not gone home. I know there was plenty of time. Um, they did it all, the details, the gloves, they left a card of another individual that everyone knew at the gun shows that...See everyone used to go and fly at gun shows together. You know, everyone knew everyone. Uh, they had left a card there, they had left a cigarette...

AD: You 'member what ...

GK: ...butt.

AD: You 'member what kinda cigarette butt?

GK: No I do not. I just know that they did this to make ...

AD: It seem like somebody else did it?

GK: Someone else had walked in and done it. And that's uh, they knew the dog so there was no problem. And I want to say somethin about tire tracks. I'm not really sure. It seems like that came up but I can't remember exactly if it had been raining or something of this nature. Um, but that's how it came down and that's how they did it.

AD: Okay. Let me follow up on a couple of things there. Let's, did they tell you how they entered the residence?

GK: Through the bottom door. See it was two story like.

AD: Mm mh (affirmative).

GK: And they came in through the bottom.

Interview with GLORIA KEHOE
3/31/98
Page Eleven

AD: Did they break in? Was it unlocked? I..

GK: It was not unlocked. They had to get in themselves.

AD: Okay. They wore gloves.

GK: Mm mh (affirmative).

AD: Yes?

GK: Surgical gloves.

AD: Surgical gloves. Wh...

GK: To save fingerprints.

AD: Okay. What vehicle were they in?

GK: A suburban. A blue one.

AD: Who did that vehicle belong to?

GK: CHEVIE.

AD: Whose idea was it to do the MUELLERS?

GK: KIRBY.

AD: Why?

GK: If I knew that, I wouldn't be here today. And I'm not meaning to be rude or obnoxious.

AD: I understand.

GK: He just said he had this great spirit comin over him.

Interview with GLORIA KEHOE
3/31/98
Page Twelve

AD: Okay. So they break in through the bottom door, uh, knowing the MUELLERS was not there is that correct?

GK: Exactly.

AD: Do you remember what day of the week this was?

GK: Yeah, I bel..it had to have ither been a Friday or a Saturday.

AD: Day or night?

GK: It would have been right at evening.

AD: Okay.

GK: Going into evening. 'Cause if I'm not mistaken that weekend, they were also security, being security guards at a gun show, if I'm not mistaken.

AD: Uh, how many times did they go back to that house? They, did they just make …

GK: That one, one time. That is all that I know of and I would have known if they woulda went back, I would have known.

AD: So they removed the property and got it all in the Suburban?

GK: Yes.

AD: They didn't have a trailer of any kind?

GK: No. They did not need a trailer.

AD: Was it just KIRBY and CHEVIE only?

GK: It was only KIRBY and CHEVIE only.

AD: CHEYNE was not involved.

13

Interview with GLORIA KEHOE
3/31/98
Page Thirteen

GK: CHEYNE has never been involved in any of that. Never and that's honestly speaking. I'm not tryin to cover up for him but CHRISTOPHER, which is CHEYNE, has never...

AD: Now, let me just get off just for a second when I talk about vehicles. This was CHEVIE's vehicle. Do you know where this vehicle is right now? This Suburban that he used?

GK: That would be really hard to say 'cause you don't know the KEHOES. And the KEHOES go in and outa rigs like people eat ice cream.

AD: Okay. If you don't know, that's fine.

GK: No I don't. I'll be very honest. It's hard to say be...

AD: Okay.

GK: ...not to repeat myself. We, we go through a lot of rigs. It's always been his father's nature. He's always been into making a livin.

AD: Do you remember what vehicle you and KIRBY owned at that time?

GK:

AD: And if you don't that's fine.

GK: We had a Subaru station wagon and we also had a truck, a Chevy truck.

AD: You remember what colors they were? The station wagon?

GK: The s...the station wagon was a little gold s..a gold type of uh, paint and the truck would be a..?..

AD: Okay. You 'member what uh, make of truck? Chevy, Ford?

GK: It was a Chevy truck.

Interview with GLORIA KEHOE
3/31/98
Page Fourteen


AD: Now, when they loaded up the property, do you know where they took this property?

GK: They took it to Washington State.

AD: Not immediately I mean. When they left ...

GK: Oh but it was gone pretty immediately.

AD: When the MUELLERS, when they left the MUELLERS house, did they bring that property directly back to your house?

GK: Oh yes.

AD: Is this when ...

GK: And I got overly exited.

AD: ...is this when you found out about it, as soon as they came back?

GK: Yes, mm mh (affirmative).

AD: Who told you about this?

GK: KIRBY. And then of course CHEVIE put his two cents in and tryin to calm me down.

AD: Did they actually tell you they did the burglary?

GK: Sure they did. My family's tight.

AD: Now, let me back up just a second. About two to three days prior to this burglary there was theft that occurred in Harrison of an Avion travel trailer. Were you aware of this?

GK:

Interview with GLORIA KEHOE
3/31/98
Page Fifteen


AD:  GLORIA, let me ask you a question.  When is the first time that you saw this Avion uh, travel trailer?

GK:  Couple of days before the burglary.

AD:  Okay.  Couple a days prior to the MUELLER burglary.

GK:  Yes.

AD:  And uh, this trailer showed up at your house?

GK:  Yes it did.

AD:  Who brought it to your house?

GK:  CHEVIE.

AD:  Pulled by the Suburban?

GK:  Yes.

AD:  Now, did they take the Avion trailer to the MUELLER residence to do the burglary?

GK:  No.

AD:  Now when they came back from the MUELLER residence with the property, did they put the property in the ...

GK:  Yes.

AD:  ... travel trailer?

GK:  Yes they did.

AD:  Immediately or within a day or two?

Interview with GLORIA KEHOE
3/31/98
Page Sixteen

GK: Mm, I'd say within a day.

AD: And where did that property and the trailer go from there?

GK: Elohim City

AD: And who took it to Elohim City?

GK: CHEVIE

AD: I want to ask you to speak up just a little.

GK: CHEVIE took it to Elohim City.

AD: Pulled by the Suburban?

GK: Yes.

AD: And who went with CHEVIE?

GK: KARINA and his daughter.

AD: Did you and KIRBY and your children stay at the residence?

GK: Yes...

AD: Or did you go to Elohim ...

GK: ...in Kingston. No, we did not go to Elohim.

AD: Now where was CHEYNE at this time?

GK: CHEYNE was working for an individual who had a sawmill. CHEYNE was not even involved in that. CHEYNE had moved out from home and was living on the individual who owned the sawmill ...

AD: Close to Kingston?

Interview with GLORIA KEHOE
3/31/98
Page Seventeen

GK:  ...JOHNNY, JOHNNY. I, but if you'll give me a few minutes I might be able to think of JOHNNY'S last name. Um, he lived closer to the seat of the county we lived in which would be Jasper. JOHNNY lived closer to Jasper and JOHNNY was allowing CHEYNE to live in a slide in camper.

AD:  Okay.

GK:  But CHEYNE had no idea of what was goin on or any involvement.

AD:  CHEYNE had no knowledge of the burglary or the theft of the trailer?

GK:  No, he had...

AD:  Was CHEYNE at Elohim City ...

GK:  Oh ...

AD:  ...or Elohim City when the travel trailer arrived there?

GK:  That would be something I would have to think on because CHEYNE did live at Elohim City.

AD:  Okay.

GK:  CHEYNE has lived there. Now that would be the dates too that I'm not really ...

AD:  But ...

GK:  ...sure of.

AD:  ...my question to you is you and KIRBY did not go to ...

GK:  No, we did not go to Elohim City with uh, CHEVIE.

AD:  Now do you know how long CHEVIE stayed there?

Interview with GLORIA KEHOE
3/31/98
Page Eighteen

GK: It wasn't long at all. I would say not over a week.

AD: Have you been there?

GK: Yes.

AD: How many times?

GK:

AD: Numerous?

GK: Numerous times, yes.

AD: What do you think of the place?

GK: It's a real dump. It's a real joke. It's a lot of rituals that goes on in my opinion. It's, I did not like the place when CHRISTOPHER, which is CHEYNE, I call him CHRISTOPHER, went over there to live, I was beside myself because I did not like the way that things were handled. The way that young people conducted themselves. It was just not a place I wanted my children to go and stay.

AD: And why would you go there?

GK: Because my husband really liked GRANDPA. GRANDPA was a nice person. Um, they have a lot, they had a lot of the same beliefs at the time.

AD: GRANDPA...

GK: Um, not of the sa...GRANDPA is ...

AD: ROBERT MILLAR?

GK: Yes.

AD: Do you feel comfortable being around him, do you like him?

Interview with GLORIA KEHOE
3/31/98
Page Nineteen


GK: I think GRANDPA is a nice person but there was something that I can't...Have you ever had a feeling about someone but you just didn't know what it was. And that's the best way I can explain it. Maybe an intuition. That would be the word that I'm looking for.

AD: Okay. Now when the Avion trailer went to Elohim City...You e..eventually ended up back out at Washington is that correct?

GK: Yes.

AD: Okay. Do you know a man by the name of FERON LOVELACE?

GK: I've met him.

AD: Where did you first meet FERON?

GK: I've been around him maybe twice, three times would be the most.

AD: Where...

GK: And I met him out in Washington State.

AD: You never met him at Elohim City?

GK: No, I never met him at Elohim City.

AD: Okay. Uh, when the property from the MUELLER burglary arrived in Washington, were ya'll still in Arkansas?

GK: Yes.

AD: Did you ever see this property again after it left your residence in Kingston?

GK: Yes.

AD: Now did you see the property while it was at your residence?

Interview with GLORIA KEHOE
3/31/98
Page Twenty

GK:  In the back of the Suburban.

AD:  Do you remember any specific items that you saw?

GK:  I would just, oh, any particular item.

AD:  Now we s...

GK:  That...

AD:  I'm sorry.  We...

GK:  No, go ahead.

AD:  We showed you a list earlier, a list prepared by BILL and NANCY right after the burglary where NANCY typed up uh, two or three pages and you looked at this. Does any of these items, do you remember seeing any of these items?  You want to s..look at it again?  Okay GLORIA, uh, you're lookin at this list here, does anything specific uh, that you remember?

GK:  Yes it would be the silver.

AD:  And what about this silver, uh, did you or KIRBY or did KIRBY receive any silver from this burglary?

GK:  Yes he did and he took it up into Missouri to trade it out for money so that we would have some money.

AD:  Do you remember how much money he got for this silver?

GK:  It wasn't very much.  From looking at this I did not see that much.  I did not see that much.  He did not have that much.

AD:  And what happened to the other silver?

GK:  CHEVIE would have had to have had it.

Interview with GLORIA KEHOE
3/31/98
Page Twenty One

AD: Okay. Do you 'member a lot of ammunition being in the back of that Suburban when you looked in there? Do you 'member seeing anything like that?

GK: It was packed pretty tight. So I don't want to say something that I did not see.

AD: I understand. Did any of the property from the MUELLER burglary stay at your residence and not go to Washington?

GK: No.

AD: Other than the silver?

GK: I just remember the silver because I was having a fit over it. It was...I did not approve of it. That would be another uh, thing. If I woulda known ahead of time I...ha, ha, ha..no.

AD: Okay. Now, did BILL or NANCY to your knowledge ever confront KIRBY or CHEVIE about this burglary?

GK: They came home from a gun show and BILL had asked KIRBY about it, jokingly. And he had threatened KIRBY'S life ...

AD: In what way?

GK: If he ever found out the truth, he said that he would kill KIRBY.

AD: If he found out that he did the burglary?

GK: Yes, that he would kill KIRBY.

AD: Were you aware that BILL confronted KIRBY at a gun show in Ft. Smith about this burglary?

GK: Evidently that must be the time that I'm referring to.

AD: Who told you about this?

Interview with GLORIA KEHOE
3/31/98
Page Twenty Two

GK: KIRBY and CHEVIE.

AD: Excuse me, who?

GK: KIRBY and CHEVIE. And it upset CHEVIE because he said that he would, i..it was a cliché of something, "I will put lead in your body. I will kill you." I..i..it, what he was referring to that, was that he would kill KIRBY and CHEVIE did not like that at all, 'cause it was his father.

AD: Did you get the feeling that BILL knew they committed the burglary or was he just ...

GK: I think BILL was just stabbing in the dark.

AD: Do you know how many times he confronted KIRBY or CHEVIE about this?

GK: No I don't. It was a very sore subject with me 'cause it scared me. I didn't want to be involved in that. I didn't want my children see that. I didn't want them to see that, "Well, hey, we can do this, it's okay." Because see it all boils down to getting back to white identity.

AD: Mm mh (affirmative).

GK: Uh, NANCY was part Cherokee part white. So, if you're a breed, you have to understand the white identity beliefs.

AD: Well. The, uh, CHEVIE and KARINA and the trailer went to Washington. Do you know how long CHEVIE stayed at the city?

GK: Elo..

AD: Elohim City?

GK: ...Elohim City? I don't believe it was over a week.

AD: Okay. Do you know where he went directly from there to Washington? Where he went in Washington?

Interview with GLORIA KEHOE
3/31/98
Page Eight

GK: I want to say Shadows or Priest River. 'Cause he did have a place in Priest Riv..I'm, I don't, maybe he didn't have the place in Priest River yet.

AD: Okay. So he...

GK: I can't be quoted on that.

AD: So probably the Shadows Motel?

GK: That is what I'm, I do believe.

AD: Now, when was it again that you saw CHEVIE or had contact with him after he left? Do you remember? If you don't, that's ....

GK: No I don't to be honest. I really don't remember.

AD: Let me ask you, do you know a place called Ponca, Arkansas?

GK: I sure do.

AD: Uh, did CHEVIE ever go there with this property and stay there before he left for Washington?

GK: Ponca...

AD: It's on the uh...

GK: Uh, yeah, I know where Ponca is, I'm just trying to place...Not that I know of, not that I know of. Are you referring to like camping out?

AD: Right. Or staying there with the property in the trailer until he left and went to Washington.

GK: No. I believe he went straight over there. He may h...he may have gone to Ponca and spent the night. Like I said, I just couldn't believe he did this. That, and when we found out, I was very nervous about the trailer being there. Because all I could

think of was, "My goodness it's just right there." And I didn't want anymore problems...

AD: Okay.

GK: ...than um...

AD: Let me ask you something.

GK: ...ha, we already had.

AD: Two items specifically. Um, there is a crossbow that was in your husband's possession over here in Helena. I mean uh, that they received in this search warrant of your husband's property. Do you know where that crossbow came from? Did it come from the MUELLERS?

GK: Um...

AD: 'Cause there was a crossbow listed in the MUELLER property.

GK: Uh hu...I don't think that one did. I...

AD: Do you, do you know what happened to the crossbow in the MUELLER property?

GK: I'm sure it was sold at a gun show.

AD: Okay. Now...go ahead.

GK: I don't believe that was, no I believe we got that other crossbow... Was it green camo?

AD: I don't know specifically.

GK: Because um, if it was green camo, no, that was not... We had a black crossbow also that we had purchased at a gun show because that's the black one. (Believed to be speaking to baby with her - I'm good with this one.) Um, well that's not the one we camoed.

AD: You don't remember?

GK: No.

AD: So...

GK: I, I, I do remember us having one.

AD: Okay.

Interview with GLORIA KEHOE
3/31/98
Page Twenty Five


GK:  But I'm not saying.  I honestly can't tell you.

AD:  So let me get this straight in my mind.  Right after the burglary the property came back to your residence.  CHEVIE and KIRBY loaded it in the uh, loaded it in the Avion trailer.

GK:  I'm not sure if KIRBY helped load it or not.

AD:  But CHEVIE did.

GK:  Yes.

AD:  And then it left and went to Elohim City.

GK:  Yes.

AD:  Okay.  Uh, the .45 pistol that CHEYNE used in the Ohio shootout, did that come from the MUELLERS' or do you have knowledge of that?

GK:  No, no.

AD:  Do you know where it came from?  That pistol?

GK:  At a gun show.  We dealt so much with gun shows.  That was, that was our life.  Gun shows were our life.

AD:  Now, did ya'll, in '95, prior to selling of your property and after the MUELLER burglar...burglary and prior to selling of your property, did ya'll ever go back to Washington?

GK:  Yes we did.  And we lived on Rocky Creek in Coleville, Washington.  And then we went back home to Arkansas and I was livin on Rocky Creek and KIRBY went back to Arkansas to finish workin on the house.

AD:  Prior...

GK:  To get it ready to sell.

Interview with GLORIA KEHOE
3/31/98
Page Twenty Six

AD: Okay. Did ya'll ever stay at the Shadows Motel when you went back to Washington?

GK: Yes we did.

AD: Was CHEVIE there?

GK: Yes he was.

AD: Was the Avion trailer there?

GK: Yes it was.

AD: Do you know what happened to that trailer? Where it ended up?

GK: Yes, out in Priest River on his old piece of property.

AD: Now, you sold your house and property in Arkansas at Kingston is that correct?

GK: Yes.

AD: And you netted some money is that correct?

GK: Yes.

AD: Did you ever give any of this money to CHEVIE?

GK: No.

AD: Have you ever given large amounts of cash to your son?

GK: No. We've given him a truck. The green beast, ha..ha.

AD: But you never, you never gave any money from the sale of the Kingston property to CHEVIE?

GK: No.

AD: When you sold the property in Kingston, was CHEVIE in Washington?

Interview with GLORIA KEHOE
3/31/98
Page Twenty Seven


GK: Yes.

AD: Where was CHEYNE at?

GK: I'm tryin to think if CHEYNE was back from Elohim City at the time. CHEYNE may have been in Elohim City and we may have gone by and picked him up come to think about. 'Cause he had this red truck which is a real dump. Don't ever tell him I told you this.

AD: Okay.

GK: And he was workin on it at Elohim City and he had got tired of Elohim City and he was seeing things at Elohim City too himself that I had pointed out to him that children of that age do not want to see. Because they want to see what they want to see.

AD: Right.

GK: But I do believe that is where we picked him up at. Well I believe, I'd really have to sit down and think about to be honest, I really would but ...

AD: The two vehicles that you described to me earlier, the Chevy pickup and the uh, station wagon, is this the vehicles that ya'll owned when you sold your property?

GK: No.

AD: What did you own when you sold your property?

GK: We ha..well, we were over here in Washington D.C. We had picked up a crew cab dually Chevy. And it was very cheap because it was run down. Matter of fact we had bought it from some sheriff. We'd bought it outa Spokane and some sheriff owned it and his brother-in-law was sellin it if I'm not mistaken.

AD: Okay.

GK: And we fixed it up because KIRBY is fantastic at fixing, he's a auto body man.

Interview with GLORIA KEHOE
3/31/98
Page Twenty Eight


AD:   Do you 'member what color it was?

GK:   At the time?

AD:   Mm mh (affirmative).

GK:   It was white when we left Arkansas.

AD:   Ya'll didn't paint it white it wa..that was the color that ...

GK:   No, we paint it, we had someone paint it.

AD:   White?

GK:   Uh hu (affirmative).

AD:   There in, here in Ark...or there in Arkansas?

GK:   Yes.

AD:   Was that uh ...

GK:   Going to Springdale.  This little auto body shop.

AD:   Okay.  Did uh, the whole family that was at home in Kingston all travel back to Washington in this vehicle?

GK:   Wait a minute.  Wait a minute, wait a minute.  Okay.  Ha, ha...

AD:   Now, tell, tell me the vehicles that you had just prior to the selling of your property that you remember.  (Baby crying)  Okay Gloria, let me uh, let's talk about these vehicles and let me get one thing straight in our minds.  When you sold your property in Kingston in November of '95, what vehicles did you and KIRBY own at the time that you sold the property?

GK:   We had a crew cab Chevy truck.  That was the only rig at the time.

Interview with GLORIA KEHOE
3/31/98
Page Twenty Nine

AD: White in color.

GK: Yes, we'd just had it painted.

AD: Okay. Now, when the property sold, were you living at that residence at Kingston?

GK: Yes.

AD: Okay. Was CHEYNE living there?

GK: No he was married in Washington. He'd just got married actually.

AD: So uh, CHEVIE was not there.

GK: No, CHEVIE was back in Washington. And he was either at Shadows or Priest River. He had a piece of property at Priest River.

AD: Do you know what vehicle CHEYNE had uh, at the time that you sold your property?

GK: Yes, we had given him a short bed and I believe it was 1978 4x4 Chevy truck and it was maroon. It was factory paint for that year.

AD: Do you know what vehicles CHEVIE owned at the time that you sold your property?

GK: I believe it was, I want to say a Suburban.

AD: And where was CHEVIE living with KARINA at the time that you sold your property?

GK: It would either be at Shadows or at Priest River.

AD: Oh, okay.

GK: And then see, even though they owned the place at Priest River, they still stayed at Shadows a lot.

Interview with GLORIA KEHOE
3/31/98
Page Thirty


AD: And when you sold your property in Kingston, where did ya'll move to?

GK: To Shadows.

AD: Okay. Was CHEVIE there?

GK: Yes.

AD: Was the Avion trailer there?

GK:

AD: If you don't remember that's fine.

GK: We, we sold that piece of property and when we sold it I remember coming back across and picking up a motor home in Wyoming because I got the grand privilege of driving a mobile home in the winter through a winter storm on snow and ice.

AD: And what happened to that motor home?

GK: We sold it.

AD: You did not give it to CHEVIE?

GK: No, we did not give it to CHEVIE. It was...

AD: Now, I'm sorry.

GK: It, it was a completely different motor home than the motor home that he had.

AD: Okay. And I want to get into that in just a minute. The, so you moved back to the Shadows motel, do you remember the Avion trailer being there or not.

GK: That had to been out at Priest River.

AD: Okay.

Interview with GLORIA KEHOE
3/31/98
Page Thirty One

GK: That had to be at Priest River.

AD: Do you remember seeing any of the MUELLER property at the Shadows Motel when ya'll came back from Washington or correction, when ya'll came back from Arkansas?

GK: No, no, I do not.

AD: Do you know what happened to the MUELLER property from the burglary?

GK: From what I understood it was taken to gun shows and it was put off in pawnshops.

AD: Who received the money from these gun shows and the selling of this property?

GK: I can't answer that one. I don't know if it was... I don't really still to this day understand how things were divided up because of me going off, getting so upset over the situation, they didn't want me to know anything.

AD: So KIRBY could have received some proceeds from the burglary.

GK: He could have but I wouldn't have known about it.

AD: Okay. Did you receive anything from that burglary? Anything f...

GK: Meaning?

AD: Any of the properties?

GK: No, no, I was too pissed.

AD: Do you know at this ...

GK: I mean, I didn't want it. Don't miss understand me here.

AD: But you didn't want stolen property in your house.

Interview with GLORIA KEHOE
3/31/98
Page Thirty Two


GK: Ha, ha, no, no, I did not. That's why they left so soon. I, you just have not seen me on a good ...

AD: As we sit here today, do you have any first hand knowledge of where any of the MUELLER property is from the burglary?

GK: No I don't.

AD: Okay. Now, I want to jump back to Elohim City. You were not there when CHEVIE arrived there with the property and met FARON LOVELACE.

GK: No, no. I didn't even know he lived there until I came back up to Washington and I was told about this.

AD: Okay.

GK: I didn't even know his name was LOVELACE.

AD: Do you know what the relationship was between CHEVIE and LOVELACE?

GK: No, I do not.

AD: Okay.

GK: No, I have no idea.

AD: Do you remember when CHEVIE married KARINA? What year it was and month.

GK: I was not, uh, boy, they're not legally married. They had their own little ceremony. And that was another really big hassle in our family. KIRBY ...

AD: You 'member when that was he started livin with her?

GK: I don't think KARINA finished school. So it would be probably the year that sh..she was in her senior year.

AD: Okay. Has CHEVIE, did he, was he married to somebody before KARINA?

Interview with GLORIA KEHOE
3/31/98
Page Thirty Three


GK: No.

AD: Was KARINA the first person he ever...

GK: Yes.

AD: ...lived with?

GK: First person he ever dated.

AD: At anytime in Kingston or anytime in Washington, did you ever hear CHEVIE and KIRBY talk about forming any type of groups?

GK: No, no there was never any discussion um...

AD: Did you ever hear KIRBY or CHEVIE talk about uh, robbing a gun dealer?

GK: No.

AD: Did you ever hear KIRBY talk about possibly robbing a gun show?

GK:

AD: Did KIRBY ever talk about robbing a gun dealer or a gun show?

GK: There was differe..different scenarios played out but not any in actuality put forth in effort that I know of.

AD: Okay. So you have no first hand knowledge of any specific gun shows ...

GK: No.

AD: ...he might have mentioned.

GK: No.

Interview with GLORIA KEHOE
3/31/98
Page Thirty Four


AD: Have you ever heard of Rock Candy Mountain. Does that term, is that familiar with you?

GK: Sure it is.

AD: What is it?

GK: It's a gun shop.

AD: And have you ever ...

GK: It used to be a campground behind it.

AD: Wh..have you ever been there?

GK: Sure have. Did dealins with 'em.

AD: Uh...

GK: No me personally, ha, ha..

AD: But KIRBY has?

GK: Yes.

AD: What kind of dealings?

GK: Buying and selling, swapping back and forth.

AD: How 'bout CHEVIE?

GK: Yes.

AD: Same thing?

GK: Yes.

Interview with GLORIA KEHOE
3/31/98
Page Thirty Five


AD: Do you know or do you have any knowledge if some of the MUELLER property went to that place?

GK: Boy that's a good..that's a good question right there. Not, not that I know of. Not that I know of. But we have had dealins with that one individual.

AD: Okay. Uh, you 'member the individual's name? That you dealt with?

GK: No but uh, it was the owner.

AD: Okay.

GK: It was the owner. I can describe the place to a tee.

AD: No, you're familiar with it, I believe you.

GK: Yes...(amused).

AD: Do you remember a man living in Harrison by the of BILL MILLER, M I L L E R?

GK: Yes I do. He's a mid-husband. We used to get a kick 'cause he's a mid-wife. But I used to call him a mid-husband.

AD: Okay.

GK: (Chuckle).

AD: Do you know if KIRBY ha...ever had any discussions with him concerning gun shows or the robbing of gun shows or anything?

GK: Um, no I wouldn't know that because when you come to that situation, that's gonna be the men...

AD: Okay.

GK: ...and ...

Interview with GLORIA KEHOE
3/31/98
Page Thirty Six

AD: Now during this time that you lived at Kingston, what was KIRBY'S main means of support, supporting his family? Where did he get his money?

GK: Gun shows, worki...w..w..buying good deals, selling. Uh, he'd pick up a few carpentry jobs. He worked on cars on the side.

AD: How 'bout CHEVIE?

GK: CHEVIE was gun shows.

AD: In Arkan...

GK: And one carpentry job. Now this was in Kingston, is this what you're referring to?

AD: In Kingston in Arkansas.

GK: Yes.

AD: How 'bout in Washington State?

GK: Washington State? Just odd jobs and workin on people's rigs and gun shows.

AD: Okay.

GK: See gun shows is uh, been a very important part of our lives.

AD: After you sold your property in Kingston did you ever come back to Arkansas?

GK: No, I never went back to Arkansas.

AD: Okay. At anytime during 1995 after the burglary, did NANCY ever talk to you about the burglary?

GK: Uh, matter of fact her and ... Do you want to hear somethin really odd? I kept their child uh, when they went to a gun show and they came over and talked to me at the time.

Interview with GLORIA KEHOE
3/31/98
Page Thirty Seven


AD:  Come over to your house?

GK:  Yes.

AD:  This is after the burglary.  Okay GLORIA, let, let me clarify this question.  After
     the burglary in February of '95, did you ever have any conversation with NANCY
     MUELLER concerning that burglary?

GK:  Yes.

AD:  And where did this place, where did this occur?

GK:  The first time we discussed it was in our living room and her and BILL left their
     daughter with me to keep for the whole weekend.

AD:  And, and what...

GK:  And they spent ...okay, excuse me.

AD:  I'm sorry, go ahead.

GK:  No, this is another time that they had spent the night with us.

AD:  And did NANCY approach you about the burglary?

GK:  Uh, her and BILL both did.  They just asked me if I had heard about it.

AD:  And what, what was your answer?

GK:  I told 'em yes and it was all over my face.

AD:  Did they accuse KIRBY and CHEVIE of uh, committing the burglary?

GK:  Not at, not to me.  Not to me.

AD:  Was that the only conversation you had with NANCY or BILL concerning the
     burglary?

Interview with GLORIA KEHOE
3/31/98
Page Thirty Eight


GK:  No, um, I had another conversation with NANCY at a gun show and I want to say that it was in…uh, another conversation that NANCY and I had was at Eureka Springs on the burglary.

AD:  NANCY by herself or NANCY and BILL?

GK:  Yes, NANCY and I was watching the tables and BILL was walkin around lookin for good deals to buy.

AD:  And what did NANCY, what was her conversation with you?

GK:  Uh, it was about the uh, insurance situation.  Um, how they had kinda wrote over on it.

AD:  What do you mean wrote over?

GK:  Uh, they added things that didn't really come up missing.

AD:  Talkin about padding the insurance?

GK:  Exactly.

AD:  Did she ever a..accuse your family?

GK:  Never said a word to me.

AD:  Never said a word?  Okay.

GK:  Never said a word to me.  She did go in depth on it though with me, on the break-in and everything.

AD:  Was this break in, this burglary staged by your husband, CHEVIE and the MUELLERS?  Do you have knowledge of that?  Do you think it was?

GK:  It's crossed my mind but I can't say that it was.

AD:  KIRBY or CHEVIE never brought that up that he did …

Interview with GLORIA KEHOE
3/31/98
Page Thirty Nine


GK: Never brought that up.

AD: Okay.

GK: No.

AD: Before I go on to something else, let me ask you couple of names from when you lived up in Arkansas. DAVID and SYLVIA MASON, those names ring fa..familiar with you? They were the landlords of the MUELLERS.

GK: I had had a dealing with her. I'd bought some apples from her and uh, she got very upset with me because I took the apples back because as I started cannin 'em, the inside was rotten and NANCY'S was the same way, but NANCY didn't have enough nerve to say to her landlord, "These apples stink." and I did.

AD: Was that your only communication with the MASONS?

GK: Yes.

AD: Did you ever know a man by the name of BOB DAVIDSON?

GK: Any more background? I knew a lot of people and faces, I'm not very good at names sometimes unless I have a background.

AD: Was real close with the MASONS. Lived close to 'em.

GK: No, I wasn't familiar.

AD: Were you familiar with ...(END OF SIDE A OF TAPE ONE). Okay GLORIA, I've had to turn the tape over here. Uh, I asked you about JAMES WILSON. You ever heard that name?

GK: I have to have background on him.

AD: Lived with the MASONS. His real name was TIMOTHY COOMBS.

GK: TIMOTHY COOMBS, is that COOMBS or COMBS?

Interview with GLORIA KEHOE
3/31/98
Page Forty


AD: It's C O O M B S.

GK: I've heard that name mentioned with them but I'd like to remind you that I did not know, I did not get that involved with them as my husband was. Because of doin so many gun shows with NANCY and BILL.

AD: One thing I want to to..touch on that you mentioned a minute ago. KIRBY and CHEVIE left cigarette butts at the MUELLER'S residence to throw law enforcement off is that correct?

GK: Yes and also uh ...

AD: But you don't know the brand that they left?

GK: No.

AD: Did uh, KIRBY smoke at that time?

GK: No, neither one smokes.

AD: Okay. Now this business card uh ...

GK: Is one of the dealers.

AD: Do you 'member the dealer's name?

GK: . No I don't. All I know is he traveled a lot with everyone.

AD: Was there anything else on that business card besides the dealer's information?

GK: Yes there was, there was a map on the back if I'm not mistaken, that they had done.

AD: Who drew that map?

GK: I believe KIRBY did.

AD: And do you remember what the map was about?

Interview with GLORIA KEHOE
3/31/98
Page Forty One


GK: I want to say it was the way to get to the MUELLERS' house.

AD: And that, again that was to throw law enforcement off?

GK: Yes it was.

AD: Okay. Now, are you familiar with any other crimes committed by your husband or CHEVIE in the state of Arkansas other than the MUELLER buglary? I'm not talking about prior to, I'm talkin about prior to the murders.

GK: None, no ...

AD: Okay.

GK: No, no I'm not.

AD: Now I want to get into the murder of the MUELLERS, before I do though, I want to back up and I hope I don't confuse you any more but just to get it straight in my mind ...

GK: Mm mh (affirmative).

AD: 1995, I want to go month by month and you just tell me where you lived during '95.

GK: I'll try.

AD: Okay. January?

GK: Of 1995.

AD: Right.

GK: Ha, I want to say Shadows. No! We went to Arizona. We were in Arizona, what date?

AD: '95. Did you have the property in Kingston?

Interview with GLORIA KEHOE
3/31/98
Page Forty Two


GK: I want to say yes. But see we moved to Rocky Creek and came back.

AD: Still owning the property at Kingston?

GK: Yes. See KIRBY, well, I stayed at Rocky Creek with the children, we were care taking and then when he came back to Arkansas and finished remodeling the house...

AD: Okay. Did he come back by himself?

GK: No.

AD: Who was with him?

GK: A very nice, .... Yes, um, a gentleman by the name of DALE KNUDSON went back. He's a contractor, he had the tools to help finish. And if he would invest, in other words if he would give us money to finish doin the house, remodeling it, then we would give him so much money for his involvement of remodelin the house. And that's who came back with KIRBY.

AD: And do you remember exactly when this was? What, what month of '95? Summer?

GK: I would say it was around Summer.

AD: Okay. And you were at?

GK: Rocky Creek, care takin.

AD: Where was CHEVIE at? Summer of '95?

GK: The summer of '95, he was either at Shadows or Priest River.

AD: And where was CHEYNE at? This would be prior to his marriage.

GK: Prior to his marriage. He was there with me.

Interview with GLORIA KEHOE
3/31/98
Page Forty Three

AD: Okay, he did not come back to Arkansas with KIRBY?

GK: No.

AD: Okay.

GK: No he did not. He was in my ...

AD: Now what vehicle did KIRBY come back into Arkansas?

GK: I believe they took DALE'S.

AD: Did ya'll still own this...

GK: No, wait a minute. Maybe they took the truck because see, CHEYNE had to drive DALE'S work construction van back to Rocky Creek 'cause I remember buying two packs of cigarettes and watchin outa my rear view mirror that kid smoked two packs of cigarettes. When, I believe that's the incident.

AD: Okay.

GK: I really do believe that's the incident.

AD: But CHEYNE was livin with you.

GK: Yes, CHEYNE was with me.

AD: And CHEVIE and KARINA was either at Shadows ...

GK: Or at Priest River.

AD: At Priest River.

GK: Now see they, I did..there was a time I didn't, or wait a minute, they coulda been livin out in Coleville. Out at Lead Point. And I'm tryin to confuse anyone.

AD: But you're not for sure.

Interview with GLORIA KEHOE
3/31/98
Page Forty Four

GK: No, I'm not for sure where CHEVIE and KARINA was.

AD: But it's somewhere in Washington or Idaho.

GK: Yes, it was someplace between Washington and Priest River.

AD: Now, do you know, you're, you've heard the story that the MUELLERS were killed.

GK: Yes.

AD: In January of 1996 did you and KIRBY go to Arizona?

GK: Yes we did, we took the family in the motorhome.

AD: Okay. Do you remember exactly when?

GK: December? I, it ...I don't know?

AD: No. No..

GK: December, January, February...

AD: I'm, I'm ...

GK: I just remember um, ...

AD: Could it have been December of '95?

GK: It sure could of.

AD: Okay, December, Christmas, do you remember if it was prior to Christmas?

GK: Wait a minute, maybe it was Chri..'round the Christmas ar..time. 'Cause we didn't celebrate Christmas.

AD: How long...

Interview with GLORIA KEHOE
3/31/98
Page Forty Five


GK: I'm sorry I'm, I'm just...

AD: That's okay.

GK: ...uh, so much has been packed in these last few years.

AD: Do you re...how long were you at, in Arizona?

GK: Oh, just a few months, couple of months.

AD: So it could have been uh, December and January or ...

GK: Yes ...

AD: ...No...

GK: ...and February.

AD: Okay.

GK: I believe I left in February, I left KIRBY in February.

AD: Of '96?

GK: Yes.

AD: Okay.

GK: Wait. Can't be quoted. I'm gonna have to think on the times and the dates.

AD: When you went to Arizona with KIRBY in the motorhome, the children...

GK: Mm mh (affirmative).

AD: ..this was prior to you leavin KIRBY.

GK: No, I was in Arizona and I left KIRBY. Is this confusing anyone?

Interview with GLORIA KEHOE
3/31/98
Page Forty Six

AD:  No, no.

GK:  I'm not meaning to...

AD:  No, no.

GK:  ...I'm just trying to get everything.  I left KIRBY in Arizona.

AD:  Did you leave him after you saw CHEVIE in Arizona?

GK:  Yes.

AD:  Now CHEVIE came to Arizona with who?

GK:  DANNY LEE

AD:  Is that what you know him as?  DANNY LEE?

GK:  I've known him with a lot of different names.

AD:  Like what?

GK:  Gosh, they just, there's been so many, I just, you'd have to throw some at me.  See I always called him DANNY.  Um ...

AD:  I want to show you a picture here and ...

GK:  That's...

AD:  ...you tell me who that is?

GK:  DANNY.  And he got this...

AD:  You're pointing to some tattoos?

Interview with GLORIA KEHOE
3/31/98
Page Forty Seven


GK: Yes. That's DANNY'S tattoos. Wait is that? Okay. This is DANNY LEE, and I remember DANNY LEE got some. Did he get 'em on his leg or he got somewhere and it really upset KIRBY because he was bein a real smart butt.

AD: Why would it upset KIRBY?

GK: Well because of what it said. DANNY'S got more tattoos than that doesn't he? DANNY'S got more than that. Yeah, DANNY'S got more than that.

AD: I can tell you, this is the arms of DANNY GRAHAM.

GK: Yeah, yeah, I know, he, his, his tattoos. Oh, it was his tattoos on his neck. Because it was just bein obnoxious and ...

AD: Okay but this is DANNY LEE GRAHAM.

GK: Oh, that's DANNY LEE. DANNY LEE has one eye.

AD: Did you know him as DANNY LEE or DANNY LEE GRAHAM?

GK: I only knew him as DANNY LEE. DANNY ...

AD: Okay. Now, can you tell me when was it in, that he and DA..that he and CHEVIE came to Arizona? Was it in January of '96?

GK: I know it was the first of the year.

AD: Okay. What were they driving?

GK: They were driving a white diesel truck, which belonged to us.

AD: Are you sure on the color?

GK: No. It wasn't white at the time 'cause CHEVIE got it painted at Shadows. The paint was peeling off. It was original factory and that year the, the factory had problems with the paint, but it was our truck originally, before him.

Interview with GLORIA KEHOE
3/31/98
Page Forty Eight

AD: And you remember what color it was when they showed up ...

GK: Yeah it was blue. Blue, yeah it was blue.

AD: Did it have a uh...

GK: Topper? Yes.

AD: Okay. Was he pullin a trailer or anything?

GK: No he was not. They had sleepin bags in the back.

AD: Was anybody with them?

GK: It was just him and DANNY.

AD: And uh, ya'll were at DALE KNUDSON'S residence?

GK: It was not DALE'S, it was a friend of his. That's it.

AD: Okay, I'm showin you ...

GK: See how the paint is?

AD: Yeah, I'm showin you...

GK: And that's because the factory ...

AD: ...a picture of a vehicle, truck, through some trees.

GK: Mm mh (affirmative).

AD: Okay. That's it?

GK: Mm mh (affirmative).

AD: Now, that's yes?

Interview with GLORIA KEHOE
3/31/98
Page Forty Nine

GK: Yes, excuse me.

AD: Okay. No problem. Uh, how long did DANNY and CHEVIE stay at this place where you were at in Arizona?

GK: Just a few days.

AD: And uh, did they stay with you in the motorhome?

GK: BUD did. That's CHEVIE, that's CHEVIE'S nickname, BUD.

AD: And do you know if, if...

GK: DANNY slept in the truck, excuse me.

AD: Okay.

GK: Didn't mean to interrupt you there.

AD: No problem. Do you remember any conversations that DANNY and CHEVIE and KIRBY had during this time?

GK: There was no conversation in front of me. It was there after what I found out that was very disturbing.

AD: And what was it that you found out?

GK: I had found out, KIRBY had told me, which they didn't tell Mom again because they knew, I would have put a stop to it. I would have gone to some desperate means that time. Um, in other words they'd already pulled one over on me the first time and um, they were goin to break in at the MUELLER'S. DANNY LEE is a hired assassin by the skinheads.

AD: Now who told you that they were gonna break in to the MUELLERS'?

GK: KIRBY did.

Interview with GLORIA KEHOE
3/31/98
Page Fifty


AD: You said there was no one else with DANNY or ...

GK: And BUD.

AD: ...or CHEVIE or BUD.

GK: No, not when they came through in Arizona.

AD: Where was KARINA?

GK: KARINA was at her sister's house.

AD: And where was CHEYNE?

GK: CHEYNE was back living with his, living with his in-laws, TANNA'S parents and grandparents, it's a very full house.

AD: Do you have any knowledge of any conversations between DANNY, CHEVIE and KIRBY concerning breaking into the MUELLERS' this time?

GK: No, I was never told. They knew that if I knew all hell would break loose.

AD: Did you see any type of firearms or any property that DANNY and CHEVIE had in their pickup truck?

GK: Sure, I saw prop...I saw, I saw...

AD: What did you see? Did you see firearms?

GK: Yes.

AD: What kinda firearms?

GK: AR's.

Interview with GLORIA KEHOE
3/31/98
Page Fifty One

AD: Did you see any shotguns?

GK: No, I can't honestly say if I saw a shotgun. Please keep in mind they went to Reno to a gun show too. What went on in the dealings at that gun show I don't know. They could've got into 'em and I might have not known.

AD: Okay, they stayed in Arizona for two days and then they went to Reno?

GK: Um, MIKE did you ever ...

MS: No I haven't yet.

GK: Okay, um, they, the three of 'em went up to Reno to a gun show.

AD: KIRBY, CHEVIE and DANNY?

GK: Yes and then they came back. It was a overnight, actually it was a very fast overnight trip.

AD: When they got back from Reno how long did they stay in Arizona with ya'll?

GK: I think they spent the night and they left. See I was told that CHEVIE was takin DANNY home to visit his mother and sister in Oklahoma. That's what I was told.

AD: Do you think that KIRBY and CHEVIE and DANNY talked about the MUELLERS at anytime in Arizona?

GK: I would, you know assumption's a very, that's a word that I don't really like to use and that would be a word that you're wanting me to use right now to a certain extent. I would have to tell you that CHEVIE and his father talked about it because KIRBY would not go. I had asked KIRBY point blank in one of our many, many arguments, 'cause this tore the whole family up, this murder, it's ruined the whole family. I asked him over and over, "Did you know that they were going to kill those people? Did you know this?" And he denies it.

AD: Did he have knowledge that they were going there though?

GK: Yes, and CHEVIE wanted his father to go and he wouldn't go.

Interview with GLORIA KEHOE
3/31/98
Page Fifty Two


AD: Why not?

GK: Because it involved DANNY. People talk, mouths run.

AD: Did KIRBY tell you exactly what happened at the MUELLER residence?

GK: No.

AD: Do you know what happened at the time of the homicide?

GK: I didn't know about it 'til afterwards.

AD: And who told you?

GK: CHEVIE

AD: What did CHEVIE tell you? First of all, when did CHEVIE tell you?

GK: When DANNY and CHEVIE came through, they went to Reno to a gun show, came back and I was told that they were goin to DANNY'S to take DANNY home to his mother to see his mother and sister. Oh, it was just a little short time, maybe a week or two, maybe thereafter I left KIRBY.

AD: And where did you go?

GK: I went to Shadows Motel.

AD: How did you get there?

GK: I took the crew cab with CASEY, LUKE, NOAH and LEVI. KIRBY kept KELVIE because KELVIE wanted to stay with his father. And I went straight back to Shadows. Washington um, I felt was my home. And he gave me $800.00 and told me I could have, he gave me a choice. The motorhome or the dually. Well it was winter back home, I knew a four-wheel drive. Um, I've had enough experience with sellin rigs, I knew I could get rid of the four-wheel drive crew cab to g...

Interview with GLORIA KEHOE
3/31/98
Page Fifty Three


AD: So, so you were at the Shadows when CHEVIE told you about the homicide?

GK: Yeah.

AD: In person?

GK: Yeah.

AD: Do you 'member exactly when this was?

GK: Sometime in February.

AD: In February?

GK: I don't...February, first of March.

AD: How did CHEVIE bring this up to you?

GK: Started off we had, I had pulled in, I was upset of course. I'd driven through some torrentious weather. Um, I was very upset about his father and I's split. I, I was just tired of the whole situation. And I had to go get food for the children and there's a Safeway right down from Shadows. I know you're not familiar with MIKE and STEVE GUNDERSON is, and, and you too? Oh, and you too? Ha..ha..

AD: Mm mh (affirmative).

GK: All right. You know about it then. And, so we were going to uh, we went and, he had things and I couldn't put two and two together, I said, "This isn't right."

AD: What kinda things?

GK: Guns, jewelry, uh, showed me he was gonna be taking airplane lessons, the handbooks, and I knew somethin had happened. He'd ran into some money somehow and Mom wanted to know how.

AD: Money that you did not give him?

Interview with GLORIA KEHOE
3/31/98
Page Fifty Four


GK: No, I did not give him, no that we did not give him money.

AD: Now, he took you to Safeway?

GK: Yes he did.

AD: What were you in?

GK: We were in the Chevy truck.

AD: His?

GK: Yes.

AD: Okay. So you asked him how he came in possession of all this stuff.

GK: Yes.

AD: And what was his answer?

GK: He didn't want to tell me at first but you know how persistent mother's can be and you know when a child's lying. And he said that he put BILL and NANCY on a liquid diet. How sick is that?

AD: He said he put BILL and NANCY on a liquid diet?

GK: Yes.

AD: What for?

GK: 'Cause they were dead. And what did he do with 'em? He threw the bodies in the river. That's a liquid diet. You have to understand skinhead talk. I guess that's skinhead talk, it's sick anyway you look at it to be told. And I said, what are you talkin about a liquid diet and that's when he got in depth with me and everything.

AD: And w..tell us exactly what he told you, the details.

Interview with GLORIA KEHOE
3/31/98
Page Fifty Five


GK: (Sigh) So...

AD: Okay, GLORIA, we had, just take a second here. I was askin you the information
that CHEVIE passed on to you while ya'll were in his truck, this blue pickup truck
that he had, concerning the MUELLERS and what happened to 'em. And he
mentioned to you that he gave 'em a liquid diet.

GK: Yes.

AD: Which means they were thrown into a river.

GK: Been disposed of in the river.

AD: Okay. What specifically did he tell you occurred uh, with the MUELLERS?

GK: Him and DANNY, can't remember if they had waited for a gun show, they had
parked down the road and they went in to investigate the situation, check the
grounds out. They, I can't exactly remember how CHEVIE said they got in.
CHEVIE had masks, they both wore black masks. They had ATF or FBI jackets
that they had on. DANNY hid behind the couch and CHEVIE hid, when you first
walked into the left there was like washing machines. Or maybe was behind the
couch and DANNY was there. And as they were coming in they hollered, "Bust,
ATF." And they made 'em sit down on the couch. And they talked to 'em and
they said, "Well we gotta go secure upstairs." and CHEVIE acted like he was
running up and down the stairs like there was a bunch of people and he hollered,
you know, for the, for them to answer upstairs and that type of situation, I'm sure it
was tryin to confuse 'em. Uh, they separated 'em. They put ties on the, on their
hands. Not the feet at that time. Just the hands. Asked them questions to make
'em think it was an ATF bust or FBI. He had the badge and the jackets, all in
black. I want to say they took BILL out first, BILL created a f..really big fight.
I'm a little confused 'cause in the paper they said that they were shot in the head
but that's not what happened. BILL was hit, BILL fought like hell for his life.
Fought like hell. BUD said that he uh, broke the ties once and they had to redo
'em. So then they took a shotgun, I believe it was a shotgun and hit him on the
back of his head because he was just getting out of hand and they both were havin a
hard time controllin him. And that, and I did see the butt end of the rifle or

Interview with GLORIA KEHOE
3/31/98
Page Fifty Six

GK: shotgun. I was in such shock when I went back to the motel after he told me the story and he showed me what he had done to it. There was a little bit of blood he said, but they cleaned it up. I freaked and I said, "My God! That's evidence." And he said, "No, they'll never find it, we cleaned it up too good." The way that it was done, BILL is ... the backroom where they stored food, I'm a little bit sketchy on this some. They took one at a time back there. What they did was, there's a shocker and they held it, you can hold it right here somewhere.

AD: On your neck?

GK: Mm mh (affirmative). It'll knock 'em out and then the plastic bags were put over their heads and taped and they were knocked out and they would suffocate to death. NANCY uh, and all BILL could say was, "Don't take my money that my father gave me, don't take my money that my father gave me." CHEVIE said it really upset him because he wasn't even concerned about his wife and his daughter. He was only concerned about the money. Not NANCY or NANCY'S daughter and he said it made him sick. And then NANCY uh, NANCY helped put the damn bag over her head.

AD: NANCY helped put the bag over whose head?

GK: Her head. 'Cause she thought it was real.

AD: She thought what?

GK: It was a real bust. BILL knew it wasn't. BILL knew, his instincts kicked in. And then the little girl is left. And, oh God...

AD: Pardon me. Okay, GLORIA, we, we took just a short break here so you could compose yourself. We're at SARAH. What did CHEVIE say about SARAH?

GK: With her small, well, they didn't cuff SARAH at first 'cause she was just a child and NANCY...DANNY had BILL in the back room and NANCY kept tryin to get SARAH to go get the pin to, you know, they always had a key. And it was really strange, they all ways carried their guns wherever they went. They got outa the rig, they had it, they just so happened that night they didn't carry their guns with 'em inside the home. 'Cause if they had have it would have been a different situation I personally felt. And NANCY kept wanting SARAH to um... Did they have 'em in

Interview with GLORIA KEHOE
3/31/98
Page Fifty Seven


GK: handcuff's at first, because CHEVIE made a comment that NANCY kept wanting
SARAH to go and get the special little key or straight wire to where you could pick
your own handcuff and they wouldn't let her and SARAH is the one who told 'em
where everthing was, the little girl. And then, they took NANCY out and then
SARAH was the last to go. And all of 'em were executed that way with the
shocking on the neck so many times to where they... You hit a main nerve, I was, I
was so numb I just... It was like a dream when I walked in Safeway that night.

AD: Did uh, CHEVIE tell you as they took the bodies out, what they placed 'em in?
What vehicle?

GK: From what I understood they were put ...

AD: Or did CHEVIE tell you that?

GK: I know he said that they loaded up the trailer, they took the trailer, they had not
unloaded it.

AD: You talkin about BILL'S trailer.

GK: Yes, the one that he'd just got.

AD: Okay.

GK: 'Cause they'd just got home from a gun show. Keep this in mind. And I asked
him, uh, this is probably bazaar to you... I said, "My God! Wha..what possessed
y..." Then he told me that they put 'em, I want to say their Wagoneer and they
took 'em and then they took and tied rocks to 'em so that they wouldn't float or
they, so they wouldn't float up or they wouldn't go down. And I asked him, I said,
"Why didn't you bury them? What, what, what..." First of all I was in total shock.
And he said, "Mom, I panicked. I panicked at the end."

AD: Did he tell you specifically who killed who?

GK:

AD: He did? Who killed BILL?

Interview with GLORIA KEHOE
3/31/98
Page Fifty Eight


GK: DANNY

AD: DANNY LEE? I know this is tough GLORIA, I'm gonna have to ask you just to speak up 'cause I don't want it to sound like I'm puttin words in your mouth.

GK: You're not puttin words in my mouth.

AD: DANNY LEE killed BILL?

GK: And NANCY.

AD: And NANCY.

GK: And he came in and he said he couldn't take the girl out.

AD: So CHEVIE killed SARAH.

GK:

AD: You're shakin your head yes.

GK:

AD: Did he tell you who drove the jeek, Jeep Wagoneer and the trailer and who drove the pickup truck away from the residence?

GK:

AD: He did not?

GK: No.

AD: Did he tell you where they took the Jeep and the trailer at?

GK: Parked it out in the woods somewhere.

AD: Did he tell you how the bodies got to the river or water they threw 'em in?

Interview with GLORIA KEHOE
3/31/98
Page Fifty Nine

GK: Him and DANNY took 'em together.

AD: In what vehicle?

GK: I want to say the truck. I keep thinkin that it was the Wagoneer but ...

AD: The blue pickup truck?

GK: Yeah, the blue pickup.

AD: Did he tell you where at, the specific location that they disposed of the bodies?

GK: It was some, some river, some river way out in other words... And it was late.

AD: Did he tell you how they picked this spot?

GK: No, he didn't tell me that.

AD: GLORIA if I showed you a picture of a, a individual would you tell me if you had
ever met this man before?

GK: Yes.

AD: Have you ever seen this gentleman?

GK: No, I sure haven't.

AD: I'm showin you a picture of Paul Edward Humphrey. You do not know this man?

GK: No, I don't know him.

AD: Did CHEVIE ever tell you that they had help in Arkansas on setting up BILL or
disposing of the bodies?

GK: No, it was just him and DANNY.

Interview with GLORIA KEHOE
3/31/98
Page Sixty


AD: No one else?

GK: No one else.

AD: I want to go back and touch on some things that you, you've said. Now this was told to you by CHEVIE ...

GK: Yes it was.

AD: ...is that correct? Was anybody with you and CHEVIE when he told you this?

GK: No it was just CHEVIE and I and the children stayed there at the motel with KARINA.

AD: Okay.

GK: I saw the shotgun, I want to say shotgun or rifle. I was just so shocked that... The barrel where they had to take and ...

AD: Hit BILL?

GK:

AD: You're shakin your head yes.

GK:

AD: Okay, GLORIA, like I said, I want us, I want to go back to a couple of things. CHEVIE was tellin you this while you were traveling in his blue pickup is that correct?

GK: Yes.

AD: Okay. Now, CHEVIE was familiar with this home that BILL and NANCY lived in right?

GK: Yes.

Interview with GLORIA KEHOE
3/31/98
Page Sixty One

AD: Um, did he tell you how they got into the home?

GK: Yes he did but you know I don't remember. I want to say that they ... I don't remember that.

AD: Okay, no problem.

GK: I really don't. I just don't remember that.

AD: Uh, you mentioned they put handcuffs on 'em or some type of restraint. Did CH..did CHEVIE ever mention using handcuffs?

GK: Well the reason why I'm saying that is because NANCY kept wanting her daughter to go get the key see, for the cuffs. And it's a special key that'll unlock all handcuffs. They sell 'em at gun shows.

AD: Okay.

GK: CHEVIE used to wear one all the time in his belt.

AD: Uh, do you know the difference between a handcuff and a flex cuff?

GK:

AD: You know what flex cuffs are?

GK: The ties.

AD: Right.

GK: They're the ties.

AD: My-ties.

GK: Yes, My-ties.

Interview with GLORIA KEHOE
3/31/98
Page Sixty Two


AD: Did you, did he mention using handcuffs and My-ties?

GK: Well evidently he must have used handcuffs at first to make it look official for NANCY'S, for her to keep askin...

AD: Okay.

GK: ...her daughter to go get one. But in the end they put ties on their feet and their... They used the My-ties on their hands and he also used them on their ...

AD: Feet?

GK: ...legs, the ankles.

AD: When you were in Arizona and when DANNY and CHEVIE came by did you see any of this in that vehicle like the FBI stuff?

GK: Mm mh (affirmative).

AD: You did? What all did you see?

GK: I saw the FBI. The mask, the badge, the jacket.

AD: In Arizona. Do you know where CHEVIE got these?

GK: Gun shows.

AD: Did you ask him at that time, "What are you doin with this stuff?"

GK: Yes I did.

AD: And what was his answer?

GK: He goes, "We just picked 'em up at gun shows Mom." I didn't really, I mean wh..why would I put two and two together? Do you see what I'm saying?

AD: Right.

Interview with GLORIA KEHOE
3/31/98
Page Sixty Three

GK: That's, what mother would put two and two together like that?

AD: Tell me again, this blood. Does this…that they had to clean up…is this from BILL MUELLER being struck with this shotgun?

GK: Yes.

AD: Did he tell you what room they were in when BILL MUELLER was hit with a shotgun?

GK: It was my assumption that it was all taken care of downstairs. 'Cause remember they had that setup like a living quarters.

AD: Right. Uh, did he tell you if they hit anybody else?

GK: No

AD: Did he ever tell you if NANCY or SARAH was sexually abused?

GK: No, but were they?

AD: We don't know, I'm a…

GK: No, no, no…because the, this may sound odd, but I did ask that because the situation was sick enough… But no. I don't, I don't even know why I would ask that. Maybe it's because I'm a mother.

AD: Could be.

GK: And I didn't, DANNY LEE'S strange.

AD: Did he, the shotgun that BILL was hit with, you saw the shotgun?

GK: I saw the busted…

AD: Busted stock?

Interview with GLORIA KEHOE
3/31/98
Page Sixty Four

GK: Yeah

AD: Did you see blood on it?

GK: No, there was not blood on it.

AD: Do you know what happened to that shotgun?

GK: The, he changed the stock, I believe he sold it.

AD: Do you know where he sold it at?

GK: It'd be out somewhere in Washington or, between Washington and the East Coast.

AD: You don't know specifically?

GK: No, I didn't want to know.

AD: Did CHEVIE know about this money from BILL'S father...

GK: No.

AD: ...prior to goin to the MUELLER residence?

GK: No, he did not.

AD: Did he tell you if he got any money from BILL?

GK: From what I understood, the only reason I know about the money is because CHEVIE was really upset that all BILL could do, said he was just crying about his father's money. He wasn't concerned about NANCY...

AD: Did he te...

GK: ... and the little girl.

AD: Did CHEVIE tell you how much money this was?

Interview with GLORIA KEHOE
3/31/98
Page Sixty Five


GK: No, he did not go into that.

AD: Did you see CHEVIE with a large amount of money?

GK: I never saw CHEVIE with bills. I did see gold bullions. Uh, is that what they're called?

AD: Mm mh (affirmative).

GK: Yes, I did see 'em with that. So, with some of that, I didn't see a great quantity of it. But he did show me that.

AD: He, did he show you any other property from the MUELLERS from this homicide?

GK: Well sure, the garage, there at Shadows.

AD: And what was in the garage?

GK: Guns.

AD: You recognize any guns, what type?

GK: Oh, AR's. There's a variety, SKS's, there was knives there was um... My God! Anything and everything you could think of. What they sold at the show.

AD: Did he ever tell you what DANNY LEE got out of this?

GK: DANNY LEE was suppose to be paid $1000.00 to help him, for the hit.

AD: So they knew they were gonna hit the MUELLERS prior to going there?

GK: Yes but they didn't tell me when they came through. They told KIRBY, they told KIRBY. CHEVIE told ...(Baby crying).

AD: Um, the, oh, you told me that DANNY LEE was paid a $1000.00.

GK: From my understanding.

Interview with GLORIA KEHOE
3/31/98
Page Sixty Six

AD: Do you know if he received any of the property other than the $1000.00.

GK: I think he received a couple of rifles.

AD: Do you know...

GK: That could've changed though. I mean things were changin all the time.

AD: Do you know if he received a shotgun?

GK: I'm sure. I can't honestly say. There was just ...

AD: ... so much?

GK: Yeah. And then, CHEVIE ca..kept DANNY at arms length all the time.

AD: Do you know what DANNY did with any of the items that he got?

GK: No, I'm sure when he needed money he sold 'em.

AD: Did he tell, did CHEVIE tell you how they attached the rocks to the bodies when they disposed of 'em?

GK: They just tied rope around 'em and tied the rocks to the rope. So to be real firm for the body, to hold 'em down.

AD: Did he tell you how long they were in, uh, close to the MUELLERS house before they actually took 'em down? Were they there for a day or two? Did they scope things out?

GK: No. No, from what I understood he said that uh, the job was done and they took 'em and then they rode around in the Wagoneer to, for the, to see what came in the paper. See if the MUELLERS would come up missing or... In other words how the media would handle it.

AD: They rode around in the Wagoneer?

Interview with GLORIA KEHOE
3/31/98
Page Sixty Seven


GK: That's why I'm, that's what I believing he said.

AD: So they stayed in that area for a while?

GK: I'm not sure if it was that area or the outside of that area. I can't be quoted on that.

AD: Did he tell you where he and DANNY went right after they disposed of the bodies? Where did they go?

GK: You know, I was in shock by then.

AD: Mm mh (affirmative).

GK: I'll be very honest with you. I believe they just headed straight back to Spokane. I just remember him saying that they hung around for a few days. That could have been at DANNY'S mother's house and then they came back to Spokane.

AD: Now I want to talk about this truck. The truck was still blue when you, when he told you about this in February.

GK: Yes.

AD: Do y..is this the truck? Or let me back up, do you know where CHEVIE got this truck?

GK: We owned it the fir..at first.

AD: Was it blue?

GK: Yeah, it was...

AD: Okay.

GK: ...blue. CHEVIE had it painted here at Shadows. It wasn't painted at Shadows. He knew a guy that did painting and he was an Italian, young kid.

AD: This was after the homicide?

Interview with GLORIA KEHOE
3/31/98
Page Sixty Eight

GK: Yes.

AD: Do you know what color he had it painted?

GK: White.

AD: Do you know why he had it painted?

GK: The paint was flakin off really bad, it looked really rough and he was tired of it looking bad.

AD: Now we showed you a picture a minute ago of a pickup truck through some trees that was painted blue.

GK: Mm mh (affirmative).

AD: We want to show you another picture here, uh, I'll let GLEN be lookin for it and see if you identify this truck. Did you see the truck after it was painted white?

GK: Sure did. We were all living there at Shadows. I won't get involved.

AD: Okay.

GK: Can't get involved.

AD: But you do know that it was painted white.

GK: Mm mh (affirmative). I was living there at Shadows.

AD: Okay. Uh, GLORIA, this white pickup, you are aware that law enforcement came in possession of a white pickup truck when CHEYNE turned himself in?

GK: Yes.

AD: Uh, is this the pickup truck that was painted blue and used in the homicide of the MUELLERS?

Interview with GLORIA KEHOE
3/31/98
Page Sixty Nine


GK: Yes it was.

AD: And that's the truck that CHEVIE had at the time he's tellin you this?

GK: Yes, but it was blue still. It had not been painted white yet.

AD: Okay. Now, you said you saw a lot of the MUELLER property at a garage or
something at the Shadows Motel.

GK: Yes.

AD: Do you know if your husband had any dealings with this property, received any of
the property as it was divided up?

GK: I don't understand the statement by divided up, who divided it up.

AD: Okay. Who, who was controlling the property at ...

GK: CHEVIE

AD: Okay. Did he give your husband any of this property?

GK: Not that I know of. Give. I'm sure there was probably trading going on.

AD: Do you think your husband received any property from the MUELLERS from
CHEVIE?

GK: It would have only been on trades. Now there, you're askin me ri..right out, here
Dad, take this?

AD: Yes.

GK: No, no.

AD: Okay. Uh, GLORIA, are you aware of any gun shows, specific gun shows where
any of the MUELLER property was disposed of?

Interview with GLORIA KEHOE
3/31/98
Page Seventy


GK: That would be from here to the East Coast. They were put in pawnshops...

AD: Are you aware of a gun show that, are you aware of a gun show in Seattle in February where CHEVIE and KIRBY were at in Seattle, Washington?

GK: I know they went to it.

AD: Do you know if any of the property was disposed there?

GK: It was disposed all over.

AD: Did y...

GK: I'm sure it was.

AD: Did KIRBY ever tell you that he sold a pistol or firearm, a pistol belonging to NANCY MUELLER at that gun show?

GK: Now, we g... You know, we're gonna have to go into assumption again and you know assumption not a very good word to use...

AD: Right. You have any first hand ...

GK: ...especially in a...

AD: ...knowledge of it.

GK: Wouldn't you think if I knew that he would know? And I don't mean to ...

AD: I know.

GK: This is very hard, what I'm doin. And uh, wouldn't wish this on any mother. But I have to do it.

AD: I understand.

GK: What would that say to my other children? (END OF SIDE B TAPE ONE)

Interview with GLORIA KEHOE
3/31/98
Page Seventy One

AD: Okay GLORIA, before the, or as the tape ran out, I was talkin to you about an article in America's Patriot. I want to clarify this. About uh, a few months prior to the homicide, there was an article in a patriot magazine, Patriot, American Patriot, with a picture of BILL MUELLER at his uh, display table where BILL made some statements concerning uh, people like ANDY STRAUSMEYER possibly, possibly being uh, informants for ATF and FBI. Do you 'member seein this article?

GK: No.

AD: Okay, was there any discussion with CHEVIE or KIRBY concerning an article that BILL made statements in?

GK: No, not on that.

AD: So this wasn't a motivation for the robbery or anything?

GK: No.

AD: Okay. But now, you're makin reference to articles after the homicide.

GK: Mm mh (affirmative). Yes.

AD: Okay. That's what, what I wanted to get clear. Did KARINA, CHEVIE'S wife, know where he was at when he came to Arizona and Oklahoma and Arkansas?

GK: Can't answer for her.

AD: Okay. You, you haven't talked with KARINA concerning this?

GK: Can't ...

AD: Okay that's fine. That's fine. Uh, I want to try to bring some things into perspective. Uh, and try to summarize this, this part of the interview. CHEVIE and DANIEL LEE appeared in Arizona first part of the year of '96 in a blue pickup truck belonging to CHEVIE and you and KIRBY were in Arizona is that correct?

Interview with GLORIA KEHOE
3/31/98
Page Seventy Two


GK: Yes.

AD: They were there for a couple of days is that right?

GK: I'd say a few, maybe three the most.

AD: And while there you saw some items in that pickup truck that you described to us with uh, ATF, FBI patches or badges on 'em ...

GK: Mm mh (affirmative).

AD: ...is that correct?

GK: ...yes.

AD: And you saw some firearms.

GK: Yes.

AD: Uh, do you remember seein a shotgun or rifles, pistols. You 'member what kinda firearms?

GK: I want to say AR's. You have to remember I'm around a lot of firearms and they all start blending together.

AD: Is this the same items that were recovered after the Ohio shootout in CHEVIE'S Suburban?

GK: That would be impossible for me to say. There was numerous ...

AD: Okay.

GK: To be honest.

AD: Okay. The FBI jacket or hats or ATF paraphernalia that was recovered in Ohio, you don't know if this was what was used in the MUELLER...

Interview with GLORIA KEHOE
3/31/98
Page Seventy Three


GK:  I haven't seen it.

AD:  Oh, okay.

GK:  I've seen no pictures of it or anything so I honestly couldn't.

AD:  Uh, CHEVIE and KIRBY and DANNY left Arizona for overnight and went to Reno.

GK:  Yes to a gun show.

AD:  You don't know what discussed or did KIRBY ever tell you what ...

GK:  No.

AD:  ...was discussed on that trip.

GK:  I do not know what was discussed on that trip.  I was not told 'til long after and it was after the murder that CHEVIE had gone down to break into BILL'S home and I know that my husband did not tell me because he knew that I would be overly excited.

AD:  So what you're telling me then is that CHEVIE discussed uh, doing the MUELLERS with KIRBY on this trip to Reno, you found that out later?

GK:  I don't know if it was on the trip to Reno, if it was when they took wa...a walk in the desert, if it was when I wasn't around in the motorhome.

AD:  But it was when they came to Arizona.

GK:  Exactly.

AD:  Okay.  It was your understanding that CHEVIE and uh, was taking DANNY LEE to Oklahoma to visit his mother.

GK:  And sister.

Interview with GLORIA KEHOE
3/31/98
Page Seventy Four

AD: And sister. Was there any other time that KIRBY was outa your presence for more than a day with CHEVIE and DANNY LEE?

GK: No, that was the only time.

AD: They came to the MUELLER residence and they got in through a door on the bottom floor.

GK: The bottom floor is what I understood.

AD: DANNY LEE hid behind a couch and CHEVIE was in, off to the left of the door is that correct?

GK: Um, or visa versa.

AD: Okay. Now all this information is coming from CHEVIE?

GK: Yes.

AD: DANNY LEE murdered uh ...

GK: I just...um, um, I gotta stop.

AD: Okay. ... Okay um, at this time Gloria wished not to talk anymore concerning this, being a little upset so interview was concluded.

**THIS IS A CONTINUATION OF THE INTERVIEW WITH GLORIA KEHOE. THE DATE IS APRIL FIRST, WEDNESDAY, 1998. INTERVIEW BEING CONDUCTED AT LIBBY, MONTANA. WITNESS BY GLEN JORDAN, MIKE SPRINGER AND STEVE GUNDERSON WITH ATF.**

AD: Uh, and you are GLORIA that we interviewed yesterday.

GK: Yes.

AD: Okay and you are aware that this conversation is being taped also.

Interview with GLORIA KEHOE
3/31/98
Page Seventy Five


GK:  Yes.

AD:  Okay.  To begin with GLORIA, you mentioned about the second incident in
     Arkansas, the, CHEVIE talking with KIRBY concerning that incident is that
     correct?

GK:  Yes.

AD:  And that uh, both of them were gonna come to Arkansas and do the incident except
     CHEVIE jumped the gun and brought someone else is that correct?

GK:  Yes.

AD:  And that was DANNY LEE GRAHAM.

GK:  Yes.

AD:  Uh, do you know any other, the details other than that what you've told us uh, the
     plans or anything like that?

GK:  The situation there was uh, KIRBY and CHEVIE were gonna do the deal again but
     KIRBY felt it was too close.

AD:  Close ...

GK:  In the time.

AD:  Okay.

GK:  Uh, to do it again.

AD:  And when was this discussion of uh, doing this second deal, do you remember?

GK:  No.  I h..I have all the kids, I have a lot to keep up with so I honestly can't tell you.
     But I do know for a fact that it was gonna be another hit.

AD:  And it was just gonna be those two, KIRBY ...

Interview with GLORIA KEHOE
3/31/98
Page Seventy Six

GK: Exactly just KIRBY and CHEVIE. Because KIRBY didn't want anyone else involved because too many people.

AD: Okay. Now I showed you a list here a hand written list that NANCY MUELLER had made out. It's a copy of it of the first incident in Arkansas, the burglary. I asked you specifically if you've seen constable badge uh, in the property that was brought back to your residence and you said no is that correct?

GK: Correct.

AD: But you did mention a blue light.

GK: Yes.

AD: Uh, that was in the property that came back to your residence?

GK: Yes, I saw that with CHEVIE.

AD: Do you know where that blue light is now?

GK: No I don't.

AD: Uh, after sleeping on this and maybe thinking about it, uh, do you remember any of the property that you saw? Specific items? If not that's o..

GK: No I don't, I just...

AD: Okay, um, we mentioned DANNY LEE GRAHAM yesterday. Uh, I want to talk to, about him just for a minute. Do you remember when and where you first met DANNY LEE?

GK: It was in Arizona and him and CHEVIE came through and as I told you yesterday, I was under the assumption that they were going to see his mother.

AD: And that's the first time you saw DANNY.

GK: That's the first time I met DANNY.

Interview with GLORIA KEHOE
3/31/98
Page Seventy Seven


AD: Okay. After the incident in Arkansas, how many times did you see DANNY LEE after that?

GK: A lot of times. Quite a few times. 'Cause he lived there at Shadows.

AD: And you saw him there?

GK: Yes.

AD: Did you ever see DANNY at your residence in Yaak?

GK: Not at my home. But I used to work at the tavern in Yaak and he was brought out there, I want to say twice. But maybe it was just once.

AD: Who brought him out there?

GK: CHEVIE. And we were very disturbed about that.

AD: Did you talk to him in Arizona any?

GK: DANNY LEE?

AD: Yes.

GK: Just on, new acquaintance.

AD: Did he tell you where they were going?

GK: Goin to Oklahoma to see his mother and sister. And I cooked for 'em, you know, I was, I'm a mom, I'm not gonna, you know, "No you can't eat."

AD: Right. The numerous times that you saw him after the Arkansas incident, was he always with CHEVIE?

GK: The majority of the time, yes. I've s…there was another character, his name is SEAN. I've seen him one time with SEAN and that's when SEAN pulled up in a

Interview with GLORIA KEHOE
3/31/98
Page Seventy Eight


GK: Suburban that CHEVIE had sold him and I don't honestly know SEAN. I did not want to meet anymore skinheads or be involved.

AD: SEAN was a skinhead?

GK: Yes.

AD: Do you know his last name?

GK: No.

AD: Okay. Uh, okay. Now, after CHEVIE returned from Arkansas, uh, after the Arkansas, the second Arkansas incident, did you see CHEVIE with a large amount of cash?

GK: I've never seen him, no.

AD: Right after that, CHEVIE purchased a motorhome is that correct?

GK: Yes.

AD: Do you know where he got the money to purchase that motorhome?

GK: At the time I didn't know but now it's pretty relevant how he got it.

AD: And this came from uh, the MUELLERS? Is that ...

GK: I would assume so.

AD: Okay. Uh, just prior to the Arkansas incident, what was CHEVIE doing for a living? What was he, what kinda money was he making?

GK: He was doin gun shows.

AD: Okay. Would he make large amounts of money at these gun shows?

Interview with GLORIA KEHOE
3/31/98
Page Seventy Nine

GK:  Sometimes he would and sometimes he wouldn't. It's, you know, it's like throwin dice. You roll good sometimes and sometimes you don't.

AD:  But that's all he was doing at this time?

GK:  Yes. And he also did odd job around Shadows.

AD:  Uh, along with the motorhome, did CHEVIE purchase vehicles of any kind during this time?

GK:  A Trans Am

AD:  Okay, uh, any other vehicle besides a Trans Am that you know of?

GK:  A Jeep. And I believe a little Subaru station wagon.

AD:  Were they all, all these purchases were fairly close to each other?

GK:  Well one investment rolled into another one. In other words he would buy and sell which he learned from his father.

AD:  Okay. And I'm gonna, I'm gonna jump back. On the burglary property, the first incident property, uh, besides CHEVIE, possibly KIRBY, do you know of anybody else that might have disposed of any of that property?

GK:  Uh, meaning pawnshops?

AD:  Yes.

GK:  Mm, yes, it was ran through pawnshops in Idaho.

AD:  Do you know where at in Idaho? Town? Okay Gloria, you mentioned or I mentioned about pawnshops, do you know any specific location of pawnshops that CHEVIE or KIRBY might have pawned some of the property from the first burglary?

GK:  CHEVIE did some trading and selling at a pawnshop in Priest River.

Interview with GLORIA KEHOE
3/31/98
Page Eighty


AD: I don't know how many pawnshops are in Priest River. Do you know where exactly it's located?

GK: I know, I can visually see it and I could go to it but as far as telling you on Main Street, no I couldn'' tell you the exact location?

AD: You know the name of it?

GK: No, I can just go to it.

AD: Is there any other pawnshops uh, that you're aware of, this first incident in Arkansas?

GK: No, I'm not.

AD: Okay, how 'bout pawnshops uh, of the second incident in Arkansas?

GK: That, that would be the one in Priest River.

AD: Also?

GK: That's the one in Priest River. Now, uh, the first break in, I don't know if he did anything in Priest River.

AD: Do you know, I'm sorry, go ahead.

GK: So that's what I'm referring to when I say the pawnshop in Priest River.

AD: Um, do you know or do you have knowledge if DANNY LEE disposed of any of this property and if so, where?

GK: No, I have no knowledge of any.

AD: Did, did DANNY LEE GRAHAM ever admit to you about the incident in Arkansas?

Interview with GLORIA KEHOE
3/31/98
Page Eighty One


GK: I think there was conversation. But th..you're asking uh, something that I can't honestly say. It was …

AD: Okay. Let me repeat the question GLORIA, did DANNY LEE every, ever tell you about the incident in Arkansas that he was involved in?

GK: Yes he did, it would be ca..it was casual comments, I did not want to go in depth with him, um, and it was at Shadows in Spokane, Washington.

AD: And what he told you, uh, you knew that he was with CHEVIE when the incident came down in Arkansas is that correct?

GK: Yes.

AD: Okay, he told you that he was with CHEVIE?

GK: Yes.

GJ: And, and we are referring to uh, the incident where uh, the MUELLERS were killed, right?

GK: Yes.

GJ: Okay.

AD: Uh, how many times did DANNY ever mention this? More than once?

GK: Yes.

AD: But you chose not to go into detail with him, correct?

GK: No, it was a very heavy burden, I didn't …

AD: I understand.

GK: …particularly care to uh, talk about it.

Interview with GLORIA KEHOE
3/31/98
Page Eighty Two

AD: Okay. Gloria can you give me a detailed statement that he mighta told you if you can remember it?

GK: Well, that he was with CHEVIE when the situation came down and that he did it, that they did it together.

AD: Okay. I want to uh, move on to the possession of uh, some property that was in the storage building that belonged to your husband. Uh, are you familiar with this MAK 90 rifle uh, that was taken in that search warrant here a few days ago?

GK: Was this taken out of the camper or was it taken out of the ...

GJ: Out of Montana.

AD: Outa Man...Montana

GK: Out of Montana. I would have to see it.

GJ: Okay.

AD: So you don't know where uh, KIRBY came in possession of that?

GK: No, I...

AD: Okay, we may have a picture here, let you look at it.

GK: That was BUD'S.

AD: That was ...

GK: ...at one...boy. I dealed a lot in guns and rifles. Um, they did a lot of trading back and forth. A lot of trading back and forth. So it would really be hard for me to say. It was from one of the two of...

AD: One of the two incidents in Arkansas?

GK: No, referring to KIRBY or CHEVIE.

Interview with GLORIA KEHOE
3/31/98
Page Eighty Three


AD:  Okay.  It belongs to one of ...

GK:  Like I said they, they went back and forth a lot.  But I do recognize that particular rifle.

GJ:  Were you aware that that gun uh, came from the MUELLERS'?

GK:  No, I was not aware of this one.  Like I said, we do a lot a gun shows so we're pickin up, and a lot a these look a lot alike.  They can be of the same make, same stock, um, i..it's just real hard.  Here you have a hand grip so, on this rifle, and we would put hand grips on rifles, we would change things around um, it's just a real, that's a hard one to call.

GJ:  GLORIA, I'm gonna show you photographs of several other guns that came out of that storage shed here in Montana.  I want you to tell me if, to your knowledge if any of these guns came from the MUELLERS.

GK:  Not the .90.  Not the .22.  Here we go again on a real hard call.

GJ:  Well that's okay, if you, if you don't know just ...

GK:  Here's an AR.  Is this a colt?  I can't tell.

GJ:  It's a Bush Master.

GK:  It's a Bush Master, okay.  I don't think the Bush Master did.

GJ:  Okay.

GK:  It's just so hard for me to tell you because.

GJ:  Okay, if you, if you don't know, just, that's fine.

AD:  Let me ask you GLORIA, do you 'member a 28 volume set of books, uh, some combat books, hard cover, that's in that storage?

GK:  Are they called Survival Handbook, How to Survive?

Interview with GLORIA KEHOE
3/31/98
Page Eighty Four

GJ:   Combat and Survival I believe.

AD:   Combat Survival.  Do you know where those books came from?

GK:   Yeah, they're from BUD.

AD:   BUD being CHEVIE.

GK:   Yes, excuse me.  Mm mh (affirmative).

AD:   Let me move on.  I asked you about the motorhome and the purchase of it by
      CHEVIE.  Do you remember or do you have knowledge of where CHEVIE got the
      money to purchase some property up at Priest River?

GK:   They didn't put very much money down on that piece of property.  And I believe
      he got that from gun shows.  And that was in KARINA'S name.

AD:   Do you know why he purchased that property up there?

GK:   He wanted to give his family home.  KARINA wanted a home.

AD:   Okay, do...

GK:   He wanted to settle down.

AD:   Did you hear him talk about any other purpose for havin that property up there and
      what it might be used for?

GK:   No.

AD:   Were you ever there?

GK:   Yes I was.

AD:   Uh, let me ask you a question.  Do you know a subject by the name of JOHN
      COX?  Have you ever heard that name before?

Interview with GLORIA KEHOE
3/31/98
Page Eighty Five

GK: I've heard of it, it sounds very familiar. But placing it, you'll have to give me background. Like I said, I...

AD: Okay, so would you mind looking at a picture?

GK: No.

AD: Look at this picture here and I think uh, that subject there in the middle. You ever seen him before?

GK: No, but it's, seems like I've heard CHEVIE and DANNY talk about him. And, you know ...

AD: Okay, GLORIA, did you recognize this picture, JOHN COX?

GK: I don't recognize JOHN COX but I do know about JOHN COX. Um, DANNY LEE, it was DANNY LEE'S best friend from California. And a matter of fact, right before we left Shadows, JOHN COX was suppose to be coming up on a, a Gray Hound bus to uh, visit DANNY LEE.

AD: Okay, do you know if he ever arrived?

GK: Yes he, from my understanding, we were already out of Shadows.

AD: Okay.

GK: And yes, he had come to ...

AD: Do you know what happened to JOHN COX? Have you heard what happened to him?

GK: (Sigh) Excuse me.

AD: Let me clarify. Did you hear directly from DANNY or CHEVIE what happened to JOHN COX?

GK: No, no I did not.

Interview with GLORIA KEHOE
3/31/98
Page Eighty Six


AD:  Uh, do you, have you heard about an incident that occurred in Washington of a family called the FRIEDMANS?

GK:  Yes.

AD:  Where there was a kidnapping?

GK:  Yes.

AD:  Uh, do you have any first hand knowledge about that?  That either CHEVIE or someone else told you that was involved with that?

GK:  FARON LOVELACE did it.

AD:  Who told you that?

GK:  CHEVIE and KIRBY.

AD:  Okay.  Do you know what happened to the property or cash that was taken from the FRIEDMANS?

GK:  Some of it.  And there was another situation with the FRIEDMANS.  They also lied to their insurance company on how much money was taken.

AD:  Do you know what happened to that money?

GK:  LOVELACE gave KIRBY some and gave CHEVIE some.

AD:  Do you know how much he gave KIRBY?

GK:

AD:  The amount I mean?  Okay GLORIA, let me uh, go on to one other question here. Have you ever heard the term APR?

GK:  No, that, that is a completely new one on me.

Interview with GLORIA KEHOE
3/31/98
Page Eighty Seven


AD: Uh, Aryan's People Republic?

GK: Yes, that, that's new to me.

AD: You've never heard that before?

GK: No, no.

AD: Okay. Uh, do you know what CHEVIE'S uh, feelings are on having multiple wives?

GK: Ha, ha, you're askin his ...

AD: Has he ever ...

GK: ...mama and that's not a very good subject with mamas.

AD: I know. Has he, has he ever discussed that with you?

GK: Oh, yes. We've had a lot of discussions. We've had uh, some pretty big arguments over that.

AD: I take it he's pro and you're con on that. You're against it.

GK: Oh, boy am I totally against that.

AD: Okay, but he is in favor of that?

GK: Yes he is but, I love my son deeply.

GJ: We understand that.

AD: We understand.

GK: I love him with all my heart.

Interview with GLORIA KEHOE
3/31/98
Page Eighty Eight

AD: Uh, along with this APR, there was a follow-up question I wanted to ask. At anytime have you heard CHEVIE and KIRBY discussing uh, eliminating judges or law enforcement officers as the enemy? Anything specific or was it mainly just general conversation or ...

GK: Yes, I've heard them say it but I've also heard other people say the same thing.

AD: Okay, one other question GLORIA. Do you remember a bus that CHEVIE had that he sold to JEREMY SCOTT? This bus that uh, CHEVIE had from Arkansas you..uh, belonged to you at one time?

GK: Yes it did and we'd gone down to Little Rock to purchase it.

AD: End of interview.