IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF/RESPONDENT

VS.                                    No. 4:97CR-00243-(01)&(2) GTE

CHEVIE KEHOE &
DANIEL LOUIS LEE,
DEFENDANTS/MOVANTS

AMENDED RESPONSE TO ORDER

COMES NOW T. Clifton Harviel, Attorney of Record for Mr. Chevie Kehoe in the above styled matter and in amended response to the Order filed May 15, 2008, further responds as follows:

1. Counsel of Record for Mr. Kehoe has received from Counsel of Record for Mr. Daniel Lewis Lee, a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms' Report of Investigation (Law Enforcement) dated April 27, 1988. Attached to the Report of Investigation is a transcript of both the March 31, 1998 and April 1, 1998 interviews with Gloria Kehoe. The copy provided by Daniel Louis Lee's counsel of record, includes at pages 71-74 additional verbiage from the March 31, 1998 interview, which Counsel for Chevy Kehoe did not have.

Therefore, in an effort to make full disclosure, counsel has filed this amended response to the May 15th, 2008 Order.

Attached hereto and incorporated verbatim by reference herein at this point, please find the Report of Investigation (Law

Enforcement), dated 04/27/98, with its attached transcript.

                              Respectfully Submitted,

                              S/T. Clifton Harviel

                              _____
                              T. CLIFTON HARVIEL, - (TN)5589
                              Lead Counsel for Chevie Kehoe
                              50 N. Front Street, Suite 850
                              Memphis, Tennessee 38103
                              (901) 543-9799

## Certificate of Service

     I hereby certify that I have served a copy of the foregoing by electronic means via the Court's electronic filing system Mr. Dan Stripland, Assistant U.S. Attorney, P.O. Box 1229, Little Rock, Arkansas 72203, and Lawrence Komp, 423 Madrina, Ballwin, Missouri, 63021, Counsel of Record for Daniel Louis Lee.

                              s/T. Clifton Harviel