CERTIFICATE

COMES NOW Attorney of Record for Chevy Kehoe, T. Clifton Harviel, and certifies that the attached Report of Investigation (Law Enforcement) dated 04/27/98 with its attached 88 page Transcript are a true and correct copy of said items as received from Attorney Lawrence Komp, Attorney of Record for Daniel Louis Lee.

Respectfully Submitted,

S/T. Clifton Harviel

T. CLIFTON HARVIEL, - (TN)5589
Lead Counsel for Chevie Kehoe
50 N. Front Street, Suite 850
Memphis, Tennessee 38103
(901) 543-9799