## AFFIDAVIT OF DANIEL P. CLARK

**County of Clay** )

)

**State of Missouri** )

I, Daniel P. Clark, being sound of mind and of lawful age to testify, state as follows:

1. I am a licensed private investigator and have been appointed to assist in the investigation in the appeal of Danny Lee. I have been appointed along with attorneys Cheryl Pilate beginning in 2002 and most recently David Ruhnke and Larry Komp in 2006.

2. On June 7, 2006, I traveled to a correctional facility in Boise, Idaho to interview Faron Lovelace, a witness in this case. Lovelace stated to me that he had never heard of the Aryan People's Resistance or "APR" until he read it in government discovery documents in 1998. Lovelace further stated that the Kehoe family was not affiliated either formally or peripherally with any groups, especially if they had to send any money or support those groups financially. Lovelace stated he is Christian Identity, a separatist group, but not a white supremacist group.

3. On June 8, 2006, I traveled to Spokane, Washington to interview Jeff Brown, a cooperating witness in this case. Brown has known the Kehoe family since for several years prior to 1996, as he worked gun shoes and Chevie Kehoe helped Brown work on his cars over the years. Brown stated he does not believe an organization exists called the Aryan Peoples Resistance or "APR", nor does he believe any of the Kehoes belonged to any separatist or white supremacists groups where they would support anyone financially.

4. On June 8, 2006 I also interviewed Norda Lewis, Faron Lovelace's common-law wife in 1996. Norda stated the she and Lovelace were traveling in Minnesota when the Mueller's were murdered. Lovelace had given her a different name and background until they got back to the Washington area in the late spring of 1996 when Lovelace told them of his background. Norda Lewis also stated that Lovelace is not a part of any white supremacist groups, nor did he support them in any way during the time she was involved with him.

_____
Daniel P. Clark

I swear under the penalty of perjury, the foregoing statements are true and correct.

_9.11-2008_____        _____
Date                                            Daniel P. Clark