IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| VS. | ) | Case No. 4:97-CR-00243(01)(2) GTE |
| | ) | |
| CHEVIE KEHOE & | ) | |
| DANIEL LEWIS LEE | ) | DEFENDANTS |

**UNOPPOSED MOTION TO EXTEND TIME TO**
**REPLY TO MOVANTS' FED.R.CIV.P. 59(e) AND 52(b) MOTIONS**

The United States by Jane W. Duke, United States Attorney, and Dan Stripling, Assistant United States Attorney, for its Unopposed Motion to Extend Time to Reply to Movant's Fed.R.Civ.P. 59(e) and 52(b) Motions states:

1.     On September 18, 2008 movant Kehoe filed his motion to alter or amend pursuant to Rule 59(e) and 52(b) of the Federal Rules of Civil Procedure. (Docket 1164) On September 18, 2008 movant Lee filed his motion to alter and amend judgment pursuant to Fed.R.Civ.P. 59 (e). Movant Lee's motion is extensive, 81 pages, and has attached to it approximately 100 pages of affidavits. (Docket 1165)

2.     Gwynn Kinsey, one of the attorneys for the United States, is currently in Europe and will not return to the United States until late in the week of September 29, 2008.

3.     The United States requests that it be given until October 20, 2008 to respond to these motions.

4.     Counsel for both movants have been advised of this request and do not object to the entry of an order granting the motion.

WHEREFORE, Respondent United States prays that it be granted until October 20, 2008 to respond to movants' motions to alter or amend, docs. 1164 and 1165, and for all proper relief.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

By:    */s/ Dan Stripling*
DAN STRIPLING, AR BAR #74142
Assistant U. S. Attorney
P. O. Box 1229
Little Rock,  AR  72203
(501) 340-2600

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing was served by ECF notification on the 22nd day of September, 2008, on the following

T. Clifton Harviel
50 N. Front Street, Suite 850
Memphis, TN 38103

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

Laurence E. Komp
Attorney at Law
Post Office Box 1785
Manchester, MO 63011

*/s/ Dan Stripling*
Dan Stripling