FILED    RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS    MAIL ROOM

OCT 08 2008    OCT 0 8 2008

JAMES W. McCORMACK, CLERK
By:_____ U.S. DISTRICT COURT
DEP CLERK OF ARKANSAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,

V.

Case No. 4:06-CV-1608- GTE
Crim. Case No. 4:97-CR-243-GTE

DANIEL LOUIS LEE,

      Defendant/Movant,

## SWORN STATEMENT/DECLARATION OF DANIEL LOUIS LEE
## IN SUPPORT OF RULE 59 MOTION

Comes Now, Daniel Louis Lee, Defendant/Movant Pro Se, and respectfully submits his Sworn Statement/Declaration in Support of his Rule 59 Motion presently pending before the Court.

Daniel Louis Lee, being competent to make this declaration and statement, and having personal knowledge of the matters herein, declares and states pursuant to 28 U.S.C. § 1746 the following, to wit:

1. I am the defendant/movant in this case and I am represented by Court Appointed Attorneys David A. Ruhnke and Laurence E. Komp in these Section 2255 proceedings.

2. The purpose of this Sworn Statement/Declaration is to inform the Court of information which I feel is relevant and which has not been adequately presented to the Court in these proceedings. My life is on the line and in the interest of justice I should be allowed to have this Court consider the information provided by way of this Declaration.

3. On September 14, 1997 I was arrested for the crimes which eventually led to my being convicted and sentenced to death. I was confined in the Canadian County Jail located in ElReno, Oklahoma.

4. Shortly after my arrest and placement in the Canadian County Jail I was interviewed by a Detective Aaron Duvall from the Pope County, Arkansas Sheriff's Department. Many of the questions ask by Detective Duvall focused on the "A.P.R.".

( 1 )

He wanted to know what the "A.P.R." was and how I knew about it. The transcript of that interview which is somewhere in the record in this case, will reveal my answers to his questions. I explained that it was an idea Chevie Kehoe and I once had for a Newsletter that would promote Chevie's beliefs in an alternative social and political viewpoint. The "A.P.R." was to stand for the "Americian Peoples Republic".

5. I further explained that the idea for a newsletter and its content was to be loosely based upon the ideas of the Libertarian Party. Unfortunately neither Chevie or me were financially able to publish the newsletter so it became a failed venture with the publication to have been named the "American Peoples Republic".

6. After I was transfered from the Canadian County Jail in ElReno, Oklahoma to the Pope County Jail in Russellville, Arkansas I received a letter from Chevie Kehoe who at that time was being held in jail somewhere in the state of Ohio. This letter is apart of the record in this case. There was trial testimony about it during the testimony of Detective Aaron Duvall and Jack Price.

7. The letter authored by Chevie Kehoe and sent to me during a time when neither of us had had any contact with one another since our arrests, was inpart an apology from Chevie to me for my having somehow gotten caught up in this case and his belief that his brother Chyene Kehoe was attempting to set us up on murder charges. The letter in Chevie's handwriting was signed "American  Peoples Republic".

8. My interview with Detective Duvall where I explained that "A.P.R." stood for "American Peoples Republic" and Chevie's letter to me several months later (during a period of time when we had no contact with one another) where he signed the letter "American Peoples Republic" is clear evidence given at a time when there were only state charges in this case explaining what "A.P.R." really stood for. It was only after the federal government intervened that the definition of "A.P.R." began to change as the U.S. Government went about trying to build a Racketering Case against me.

(2)

9. The testimony of two main government witnesses i.e. Gloria and Chyene Kehoe also revealed that there never was any organization named the "A.P.R." and if anyone would have been in a position to have such information, according to the government's position then it would have been these two individuals.

10. It was the United States Attorney's Office, federal and state investigators who altered the meaning of "A.P.R." from the "American Peoples Republic" to the "Aryan Resistance". This so called super secret Aryan Army with its views and intents is a creation of the prosecutors and is a lie! No such organization ever existed.

11. Approximately seven years after my trial former United States Attorney Paula Casey gave a televised interview about the case she explained how it became a federal case and how her office set about to make the case. A copy of that taped interview will support the facts I've setforth in this declaration.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed at Terre Haute, Indiana on this 3Rd day of October, 2008.

_____
Daniel Louis Lee, Defendant/Movant

I respectfully request that this Sworn Statement/Declaration be made apart of the Rule 59 Motion  in this case. I further request that the attorneys in this case be required to furnish the court with a copy of the transcript or tape recording of my interview with Detective Aaron Duvall; a copy of the letter authored by Chevie Kehoe and sent to me. Additionally that a copy of the videotaped interview given by former U.S. Attorney Paula Casey  be obtained and provided to the court. These pieces of evidence go to the facts of this case raised in my section 2255 petition.

(3)    Notarized this 3Rd day of October, 20 08
Bruce Ryherd, Notary Public
Vigo County, Indiana
Commission Expires April 5, 2012.

_Daniel L. Lee_
Daniel Louis Lee, Defendant/Movant
Reg. No. 21303-009
Federal Correctional Complex
Special Confinement Unit
Post Office Box 33
Terre Haute, IN 47808-0033

### CERTIFICATE OF MAILING

On this 3rd day of October, 2008 a true and correct copy of the foregoing

Sworn Statement/Declaration of Daniel Louis Lee was sent by prepaid First Class mail

to each of the following:

Dan Stripling, Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR   72203

Gwynn X. "Charlie" Kinsey, Jr.  Attorney
U.S. Department of Justice, Crininal Division
1331 First Street, NW
Washington, D.C.  20530

David A. Ruhnke, Attorney
Rhunke & Barrett
47 Park Street
Monclair, NJ   07042

Laurence E. Komp, Attorney
423 Madrina
Ballwin, MO   63021


        The Original of the Sworn Statement/Declaration of Daniel Louis Lee was sent by
prepaid First Class mail to the Court for filing on this  3rd day of October, 2008.


_Daniel L. Lee_
Daniel Louis Lee, Defendant/Movant

(4)