**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS

U.S. POST OFFICE & COURTHOUSE

P.O. BOX 3684

LITTLE ROCK, ARKANSAS 72203

G. THOMAS EISELE
SENIOR JUDGE

October 21, 2008

Mr. Dan Stripling
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203

**Letter Order**

      RE:    USA v. Daniel Louis Lee
              Case No. 4:97CR243

Dear Mr. Stripling,

Mr. Lee, in his declaration filed on October 8, 2008, requests that the attorneys be required to furnish the Court with certain items, including:

(1) a copy of the transcript or tape recording of Mr. Lee's interview with Detective Aaron Duvall;

(2) a copy of the letter authored by Chevie Kehoe and sent to me; and

(3) a copy of a televised interview given by former U.S. Attorney Paula Casey.

Mr. Lee asserts that these items are relevant to facts asserted in his § 2255 petition and the pending Motion to Amend or Correct pursuant to Fed. R. Civ. P. 59.

Will you please attempt to locate these three items and provide them to the Court and Mr. Lee's counsel not later than October 31, 2008.

Sincerely yours,

G. Thomas Eisele