IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/ RESPONDENT

vs.                          NO: 4:97-CR-00243(02) GTE
                                  4:06-CV-1068 GTE

DANIEL LEWIS LEE                                        DEFENDANT/MOVANT

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Daniel Lee, by his undersigned counsel, hereby

appeals to the United States Court of Appeals for the Eighth Circuit from the decision of the district

court, Hon. G. Thomas Eisele, United States District Judge, entered on August 28, 2008, denying

a motion brought pursuant to 28 U.S.C. § 2255 to set aside Movant's conviction and sentence of

death.  As stated in the accompanying memorandum, this notice is filed as a protective

measure and it is requested that the notice be held in abeyance pending the Court's decision

on the motion brought pursuant to F.R.Civ.P. 59(e) that is presently before the Court.

Respectfully submitted,

/s/ David A. Ruhnke                          /s/ Laurence E. Komp
Ruhnke & Barrett                             Laurence E. Komp, Attorney at Law
47 Park Street                               P.O. Box 1785
Montclair, New Jersey 07042                  Manchester, MO 63011
(973)744-1000                                (636)207–7330
(973)746-1490 (fax)                          (636)207–7351 (fax
davidruhnke@ruhnkeandbarrett.com             lekomp@swbell.net

Filed via ECF:      Little Rock, Arkansas
                    October 27, 2008

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Movant's counsel have filed this notice of appeal on today's date via ECF, thereby serving the United States and all parties.

/s/ David A. Ruhnke
COUNSEL FOR MOVANT

Dated:       October 27, 2008