IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                          PLAINTIFF/ RESPONDENT

vs.                           NO: 4:97-CR-00243(02) GTE
                              4:06-CV-1068 GTE

DANIEL LEWIS LEE                                  DEFENDANT/MOVANT

### MEMORANDUM ACCOMPANYING NOTICE OF APPEAL

Counsel to Movant have filed a notice of appeal on this date strictly as a protective

measure.  Counsel respectfully request that the notice be deemed filed, but held in abeyance

pending resolution of the Rule 59(e) motion that is now before the Court.

Respectfully submitted,


/s/ David A. Ruhnke                              /s/ Laurence E. Komp
Ruhnke & Barrett                                 Laurence E. Komp, Attorney at Law
47 Park Street                                   P.O. Box 1785
Montclair, New Jersey 07042                      Manchester, MO 63011
(973)744-1000                                    (636)207–7330
(973)746-1490 (fax)                              (636)207–7351 (fax
davidruhnke@ruhnkeandbarrett.com                 lekomp@swbell.net


Filed via ECF:        Little Rock, Arkansas
                      October 27, 2008


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that Movant's counsel have filed this memorandum
on today's date via ECF, thereby serving the United States and all parties.


/s/ David A. Ruhnke
COUNSEL FOR MOVANT


Dated:        October 27, 2008