IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                           PLAINTIFF/ RESPONDENT

vs.                                    NO: 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                                    DEFENDANT/MOVANT

MOVANT'S MOTION TO SUPPLEMENT THE RECORD WITH THE MATERIALS FILED
WITH THE COURT IN RESPONSE TO THE OCTOBER 21, 2008 LETTER ORDER

COMES NOW Daniel Lewis Lee ("Movant""), by his undersigned counsel, and moves to supplement the record with the cover letter and materials provided by the Government in response to the Court's October 21, 2008 letter order.

On September 18, 2008, Movant timely filed his Rule 59 Motion.  ECF Doc. 1165. Movant specifically challenged the Court's findings as to the existence of the "APR." *See id.* pp. 57-59, 61.

On October 8, 2008, the Court accepted for filing a *pro se* submission from Movant regarding additional matters related to the "APR."  ECF Doc. 1168.  In response and after the Government filed its response to Movant's Rule 59, this Court ordered the Government to provide the discussed materials to the Court and Movant by a date certain.  ECF Doc. 1168.

In a letter dated October 30, 2008, the Government complied with that request.  However, the materials filed with the Court have not formally been docketed by the Clerk.  Because those materials do support Movant's arguments concerning the "APR" and this Court is clearly considering those materials in considering the merits of the Rule 59, Movant requests those materials be formally made a part of the record and docketed with the Clerk's Office.

1

RESPECTFULLY SUBMITTED,

/s/ David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

/s/ Laurence E. Komp
Laurence E. Komp
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

COUNSEL FOR MOVANT

<u>CERTIFICATE OF SERVICE</u>

Movant's counsel have filed this Supplemental Memorandum on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
COUNSEL FOR MOVANT

<u>Electronically</u> Little Rock, Arkansas
<u>filed</u>:                November 11, 2008

2