IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.                              NO.4:97CR243-02 GTE

DANIEL LEWIS LEE                            DEFENDANT/MOVANT

## ORDER

Before the Court is Movant's Motion to Supplement the Record with the Materials Filed with the Court in Response to the October 21, 2008, Letter Order. The Motion is unopposed by the Government.

For good cause shown IT IS HEREBY ORDERED that the Motion (#1174) be and it is hereby GRANTED. The Clerk is directed to file and docket the Government's letter as a Response to the Letter Order and the materials in question furnished by the Government as requested should be filed Under Seal..

Dated this 17th day of November 2008.

    /s/Garnett Thomas Eisele
    UNITED STATES DISTRICT JUDGE