

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Arkansas*

---

| | |
|---|---|
| Post Office Box 1229 | 501-340-2600 |
| 425 W. Capitol Avenue, Suite 500 | |
| Little Rock, Arkansas 72201 | FAX  501-340-2730 |

October 30, 2008

**VIA HAND-DELIVERY**
Honorable G. Thomas Eisele
United States District Court
Eastern District of Arkansas
U.S. Post Office & Courthouse
P.O. Box 3684
Little Rock, AR 72203

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 17 2008

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

Re:   USA v. Daniel Louis Lee;
       Case No. 4:97CR243

Dear Judge Eisele:

This letter is in response to your letter order of October 21, 2008. I was able to locate all of the items you referred to in your letter.

(1)   Mr. Lee was interviewed by Deputy Sheriff Duvall on two occasions. Both times his attorney, John T. Pugh, was present. The first interview was January 3, 1997. The interview was not recorded. The interview occurred at the time Mr. Lee was arrested for violating the conditions of his release relating to the Oklahoma murder in which he was involved when he was eighteen. A copy of Sargent Duvall's interview report is attached. The second interview was conducted October 18, 1997 at the time Mr. Lee was arrested on Arkansas state murder charges. That interview was recorded. A transcript of the interview is enclosed.

(2)   A copy of the letter Chevie Kehoe sent Mr. Lee is also enclosed. This letter was seized during a search of Mr. Lee's jail cell while he was incarcerated in Pope County on the state murder charges.

(3)   I spoke to Ms. Casey regarding the request for information concerning the televised interview. Ms. Casey remembers only one interview. This interview took place for an A & E program. A video of the program is enclosed.

Honorable G. Thomas Eisele
United States District Court
Page 2

_____

     If these items do not sufficiently comply with your order, please advise me.

Sincerely,

JANE W. DUKE
UNITED STATES ATTORNEY

By Dan Stripling
Assistant U. S. Attorney

DS/sr
Enclosures
cc:    (with enclosures)
      David A. Ruhnke
      Ruhnke & Barrett
      47 Park Street
      Montclair, New Jersey 07042

      (with enclosures except A&E video)
      Laurence E. Komp
      Attorney at Law
      P.O. Box 1785
      Manchester, MO 63011

      (with enclosures)
      T. Clifton Harviel
      50 N. Front Street, Suite 850
      Memphis, TN 38103