IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/ RESPONDENT

vs.                            NO: 4:97-CR-00243(02) GTE

DANIEL LEWIS LEE                            DEFENDANT/MOVANT

MOVANT'S NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT
OF RULE 59 MOTION

COMES NOW, Movant Daniel Lewis Lee, by his undersigned counsel, and

provides notice of the additional authority of *Nelson v. United States*, 2008 U.S. APP.

LEXIS 22338 (8th Cir. 2008) (unreported) (Attached as Exhibit A). In *Nelson*, the

Eighth Circuit remanded a death penalty 2255 to a federal district court when considering

whether to grant a certificate of appealability.

Respectfully submitted,

DAVID A. RUHNKE
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey 07042
(973)744-1000
(973)746-1490 (fax)
davidruhnke@ruhnkeandbarrett.com

-and-

/s/ Laurence E. Komp
LAURENCE E. KOMP
Attorney at Law
P.O. Box 1785
Manchester, MO 63011
(636) 207–7330
(636) 207–7351 (fax)
lekomp@swbell.net

COUNSEL FOR MOVANT

1

2

## CERTIFICATE OF SERVICE

Movant's counsel have filed this Notice of Filing on today's date via ECF, thereby serving the United States and all parties.

/s/ Laurence E. Komp
COUNSEL FOR MOVANT

Electronically
filed:

Little Rock, Arkansas

February 3, 2009

2