IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF/RESPONDENT

VS.                                  No. 4:97-CR-00243(01)GTE
                                     No. 04-CV-493

CHEVIE O'BRIEN KEHOE
DEFENDANT/PETITIONER.

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Chevie O'Brien Kehoe, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the decision of the District Court, Hon. G. Thomas Eisele, United States District Judge, entered on August 28, 2008, denying a motion brought pursuant to 28 U.S.C. § 2255 to set aside Movant's conviction and sentence of imprisonment for life. As stated in the accompanying memorandum, this notice is filed as a protective measure and it is requested that the notice be held in abeyance pending the Court's decision on the motion brought pursuant to F.R.Civ.P. 59(e) that is presently pending before the Court.

Respectfully Submitted,

S/T. Clifton Harviel

_____
T. CLIFTON HARVIEL, - (TN)5589
Lead Counsel for Chevie Kehoe
50 N. Front Street, Suite 850
Memphis, Tennessee 38103
(901) 543-9799

Certificate of Service

The undersigned hereby certifies that Movant's counsel have filed this Notice of Appeal on June 8, 2009 via ECF, thereby serving the United States and all parties.

s/T. Clifton Harviel