IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA,
PLAINTIFF/RESPONDENT

VS.                                 No. 4:97-CR-00243(01)GTE
                                    No. 04-CV-493

CHEVIE O'BRIEN KEHOE
DEFENDANT/PETITIONER.


MEMORANDUM ACCOMPANYING NOTICE OF APPEAL


Counsel to Movant have filed a Notice of Appeal on this date strictly as a protective measure.  Counsel respectfully request that the notice be deemed filed, but held in abeyance pending resolution of the Rule 59(e) motion that is presently before the Court.

Respectfully Submitted,

S/T. Clifton Harviel

_____
T. CLIFTON HARVIEL, - (TN)5589
Lead Counsel for Chevie Kehoe
50 N. Front Street, Suite 850
Memphis, Tennessee 38103
(901) 543-9799

Certificate of Service

The undersigned hereby certifies that Movant's counsel have filed this memorandum on June 8, 2009 via ECF, thereby serving the United States and all parties.

s/T. Clifton Harviel