IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF / RESPONDENT |
| | ) | |
| VS. | ) | Case No. 4:97-CR-00243(01) GTE |
| | ) | |
| CHEVIE KEHOE | ) | DEFENDANT / PETITIONER |

## MOTION SEEKING AUTHORITY TO RETURN PERSONAL PROPERTY HELD IN EVIDENCE

The United States by Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Dan Stripling, Assistant United States Attorney, for its Motion to Seek Authority to Return Personal Property Held in Evidence states:

1.      One of the racketeering acts charged in this case was the murder of Jon Cox.  Both defendants were found not guilty of that racketeering act.

2.      The attorney for the government has been contacted by the mother of Jon Cox.  She seeks return of the personal items introduced into evidence at trial and currently being held by the government as evidence.

3.      The attorney for the United States knows of no reason to maintain custody of these items which are the writings, drawings, clothing, and other personal items of Mr. Cox.  The attorney for the government has contacted attorneys for both Mr Kehoe and Mr. Lee.  These attorneys have advised the government's attorney that they have no objection to the return of these items to the Cox family.

WHEREFORE, the United States prays that an order be entered permitting it to

return the personal property of Jon Cox now being held as evidence in this matter to Mr.

Cox's mother and for all proper relief.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

By:    */s/ Dan Stripling*

DAN STRIPLING, AR BAR #74142
Assistant U. S. Attorney
P. O. Box 1229
Little Rock,  AR  72203
(501) 340-2600
dan.stripling@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy was mailed by U.S. Mail, or notice was made by ECF on this 17th day of June, 2009, to:

T. Clifton Harviel
50 N. Front Street, Suite 850
Memphis, TN 38103

David A. Ruhnke
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042

Laurence E. Komp
Attorney at Law
Post Office Box 1785
Manchester, MO 63011

*/s/ Dan Stripling*
Dan Stripling