## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                              **PLAINTIFF/ RESPONDENT**

**VS.**                         **NO. 4:97-CR-00243(01) GTE**

**CHEVIE KEHOE**                                        **DEFENDANT/PETITIONER**

### ORDER

Before the Court is the United States' Motion Seeking Authority to Return Personal Property Held in Evidence.   The United States seeks permission to return personal items of Mr. Jon Cox, deceased.  The items include writings, drawings, clothing, and other personal items. The items were introduced at trial in connection with the racketeering act charging Chevie Kehoe and Danny Lee with the murder of Jon Cox.  Both Defendants were acquitted of this charge.

Jon Cox's mother seeks the return of these items.  The Court is advised that the attorneys for both Defendants have advised that they have no objection to the return of these items to the Cox family.

For good cause shown,

IT IS HEREBY ORDERED THAT the United States' Motion Seeking Authority to Return Personal Property Held in Evidence (Doc. No. 1185) be, and it is hereby, GRANTED. The Government is hereby authorized to release the items described in the motion to the family of Jon Cox.

IT IS SO ORDERED this  17th  day of August, 2009.

_Barnett Thomas Eisele_
UNITED STATES DISTRICT JUDGE