**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                    **PLAINTIFF/RESPONDENT**

**VS.**                    **NO. 4:97-CR-00243(01) GTE**

**CHEVIE KEHOE**                    **DEFENDANT/PETITIONER**

## PETITION

Plaintiff/Respondent United States of America, by and through Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Dan Stripling, Assistant United States Attorney, and for its Petition states:

1.      Plaintiff/Respondent United States of America moved that it be permitted to return the personal property to the family of Jon Cox. *(Docket #1185)*  The court entered its Order authorizing the United States to return the property.  *(Docket #1186)*

2.      Beginning in 1998 the government has dealt with the "family" of Jon Cox through Jon Cox's mother, Sandi Cox.  Sandi Cox is the only family member with whom attorneys and agents of the government have dealt.  It is the government's information and belief that Jon Cox's father, while alive, has had no interest in Jon Cox since Jon Cox was a baby.  It is further the government's information and belief that Jon Cox has no brothers and sisters, widow, or descendants.

3.      Sandi Cox died September 19, 2009 in Port Angeles, Washington.  The property referred to in court pleadings 1185 and 1186 had not been returned to her at the time

of her death.  At the time of her death, Jon Cox's mother was married to Craig Axelbaum. It is the government's information and belief that Mr. Axelbaum has no legal relationship with Jon Cox.  Further, it is the government's information and belief that a dispute has arisen between Mr. Axelbaum and friends of Jon Cox regarding the disposition of the personal property at issue.  Both Mr. Axelbaum and the friends of Jon Cox agree that Jon Cox's father showed no interest in Jon Cox during Jon's life.  This information is in conformity with the information available to the government based upon interactions with Jon Cox's mother and friends at the time of Jon Cox's disappearance.  However, it appears that the only legal "family" of Jon Cox is his father.

4.    The government notes that the personal property at issue is of significant sentimental value to the friends of Jon Cox as it was to Jon Cox's mother.  However, the government further notes that the property at issue appears to be of no significant financial value.  Both Mr. Axelbaum and friends of Jon Cox contend that this property should be returned to them.  The government suggests that the most appropriate manner for handling the issue to whom the property should be returned is for the government to attempt to locate the father of Jon Cox and return the property to him or as directed by him if he confirms that Jon Cox has no surviving spouse, siblings, or descendants.  The government further suggests that if the father of Jon Cox is deceased or unable to be located, the matter remain in abeyance until some party, formally or informally, advises the court of the reasons that party

feels the property should be returned to that property.  At that time the court can make a determination regarding the disposal of the property.

5.      Upon the entry of any Order, the government will advise both Mr. Axelbaum and the friends of Jon Cox with whom the government attorneys are in contact of the court's Order.  Further, the government will make every effort to locate Jon Cox's father and advise him of the existence of this issue.

**WHEREFORE**, Plaintiff/Respondent United States of America prays that an appropriate Order be entered and for all proper relief.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY


*/s/ Dan Stripling*
By:  Dan Stripling
Assistant U.S. Attorney
Arkansas Bar Number 74142
Attorney for United States of America
United States Attorney's Office
P. O. Box 1229
Little Rock, AR 72203
Telephone:  (501) 340-2600
email: Dan.Stripling@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on this  27th  day of   October  , 2009, a copy of the foregoing was electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Files (CM/ECF) system and/or mailed to those who appear below that are not users on the CM/ECF system:

Mr. David A. Ruhnke
Attorney at Law
Ruhnke & Barrett
47 Park Street
Montclair, New Jersey  07042

Mr. T. Clifton Harviel
Attorney at Law
50 N. Front Street, Suite 850
Memphis, Tennessee  38103

Mr. Laurence E. Komp
Attorney at Law
Post Office Box 1785
Manchester, Missouri  63011

Mr. David Lynch
5916 Merlindale Drive
Citrus Heights, California  95610

Mr. Craig Axelbaum
102 Jimmy Comelately Road
Sequim, Washington  98382

_/s/   Dan Stripling_
Dan Stripling
Assistant United States Attorney