**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF/RESPONDENT**

**v.**                                    **Case No. 4:97-CR-00243 (01) GTE**

**CHEVIE O'BRIEN KEHOE**                                    **DEFENDANT/PETITIONER**

## ORDER

In a previous Order, the Court granted Plaintiff/Respondent United States of America's request for authorization to return the personal property of Jon Cox.[1]  The United States of America has filed a second petition relating to the same personal property.  No opposition to the petition has been filed.

A dispute has arisen over who should have possession of the personal property previously belonging to Jon Cox ("the property").  The property in question has no significant financial value.  Jon Cox's friends and his step-father, Craig Axelbaum, both claim access to the property. Jon Cox's mother is deceased.  The location of his natural father is unknown.

IT IS HEREBY ORDERED THAT the United States of America's Petition (docket # 1187) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED THAT the United States of America shall make reasonable effort to locate the father of Jon Cox and return the personal property to him or as directed by him if he confirms that Jon Cox has no surviving spouse, siblings, or descendants.  If Jon Cox's

---

[1]  Docket # 1186.

- 1 -

- 2 -

father is deceased or unable to be located, the property will remain in the custody of the United States until such time as any party seeking possession of the property files a motion with this Court.  Any motion filed shall set forth the moving party's connection to Jon Cox and the reasons for which the property is sought.

IT IS SO ORDERED this   5th   day of August, 2010.


_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE

- 2 -