IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                    PLAINTIFF/ RESPONDENT

vs.                       NO: 4:97-CR-00243(02) GTE
                               4:06-CV-1608 GTE

DANIEL LEWIS LEE                            DEFENDANT/MOVANT

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Daniel Lewis Lee, by his undersigned

counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the

decision of the district court, Hon. G. Thomas Eisele, United States District Judge, denying

a motion brought pursuant to 28 U.S.C. § 2255 to set aside Movant's conviction and sentence

of death.  Movant appeals, as well, the subsequent denial of his motion brought pursuant to

F.R.Civ.P. 59 and the denial of a Certificate of Appealability.

Respectfully submitted,


/s/ David A. Ruhnke                    /s/ Laurence E. Komp
Ruhnke & Barrett                       Laurence E. Komp, Attorney at Law
47 Park Street                         P.O. Box 1785
Montclair, New Jersey 07042            Manchester, MO 63011
(973)744-1000                          (636)207–7330
(973)746-1490 (fax)                    (636)207–7351 (fax
davidruhnke@ruhnkeandbarrett.com       lekomp@swbell.net


Filed via ECF:     Little Rock, Arkansas
                   February 14, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Movant's counsel have filed this notice of appeal on today's date via ECF, thereby serving the United States and all parties.

/s/ David A. Ruhnke
COUNSEL FOR MOVANT

Dated:        February 14, 2011