IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff/Respondent

VS.                                                                      No. 4:97-CR-00243(01)GTE
                                                                         No. 04-CV-493

CHEVIE O'BRIEN KEHOE

          Defendant/Petitioner.

## NOTICE OF APPEAL

COMES NOW, Chevie O'Brien Kehoe, by and through his undersigned Counsel, and hereby appeals to the United States Court of Appeals for the Eighth Circuit from the decision of the District Court, Hon. G. Thomas Eisele, United States District Court Judge, denying a motion brought pursuant to 28 U.S.C. 2255 to set aside Movant's conviction and sentence of life in prison. Movant appeals, as well, the subsequent denial of his motion brought pursuant to F.R.Civ.P. 59 and the denial of a Certificate of Appealability.

Respectfully Submitted,

s/ T. Clifton Harviel

T. CLIFTON HARVIEL  (TN 5589)
CJA Counsel for Chevie Kehoe
Suite 401
62 N. Main Street

Memphis, Tennessee 38103
(901) 543-9799

Certificate of Service

The undersigned hereby certifies that Movant's Counsel has filed this Notice of Appeal

on this the 15th day of February, 2011 via ECF, therby serving the United States and all parties.

/s/ T. Clifton Harviel

Counsel for Chevie Kehoe

2