U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket she

**2/16/11**

**Case No    4:97cr00243-02 GTE (4:06cv01608GTE)**

**Appellant (s)    Daniel Lewis Lee**

**Appellant's Attorney:    David A Ruhnke; Laurence E Komp**

**Appellee (s):    USA**

**Appellee's Attorney:    Clarence Stripling**

**Court Reporter:    N/A**

**Name of Person who prepared NOA Supplement: Doris Collins - (501) 604-5303**

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted Y/N | IFP Pending |
|---|---|---|---|
| N/A | | Y | |
| | | | |

| Counsel Retained/Appointed/Pro Se/Pro Bono | Pending Post Judgment Motions? Y/N | | |
|---|---|---|---|
| Appointed | Y | | |

**Criminal Cases Only:**
**Is Defendant Incarcerated?   Yes**
**Please List Multiple Defendants: Chevie O'Brien Kehoe; Faron Earl Lovelace; Kirby Keith Kehoe**

**NOTIFICATION TO COUNSEL:**