# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 17, 2011

Mr. Laurence E. Komp
P.O. Box 1785
Manchester, MO  63011

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ  07042

                                        `4:97cr00243-02 GTE`

         RE:  11-1380  United States v. Daniel Lee

Dear Counsel:

         We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

         Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

         The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

         Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

         On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register

with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl.
Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:    Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Mr. Clarence Daniel Stripling

District Court Case Number:    4:06-cv-01608-GTE

Caption For Case Number:   11-1380


**United States of America**

> **Plaintiff - Appellee**

**v.**

**Daniel Lewis Lee, also known as Danny Lee, also known as D L Graham, also known as Daniel Lewis Graham,**

> **Defendant - Appellant**

**Addresses For Case Participants:    11-1380**


Mr. Laurence E. Komp
P.O. Box 1785
Manchester, MO  63011

Mr. David A. Ruhnke
RUHNKE & BARRETT
47 Park Street
Montclair, NJ  07042

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR  72201

Mr. Clarence Daniel Stripling
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR  72203



11-1380 United States v. Daniel Lee "PRISONER case docketed"
8cc-cmecf-nda
to:

02/17/2011 04:04 PM
Show Details

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/17/2011

  **Case Name:**    United States v. Daniel Lee

  **Case Number:**  11-1380

  **Document(s):**   Document(s)

**Docket Text:**
Prisoner case docketed. [3757204] [11-1380] (JMH)

The following document(s) are associated with this transaction:
**Document Description:** COA Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/jhagen_111380_3757204_COADocketingLetters_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/17/2011] [FileNumber=3757204-0]
[2c2b945518b628aabb738486fc536b9a7421e6018b9774b227209882896b74e473a1dce5a51c3f8f546b1b85dbfb39c6b1dcade606f784b2b1524e62066dfa49]]
**Recipients:**

- Mr. Komp, Laurence E.
- Mr. Lee, Daniel Lewis
- Mr. McCormack, Jim, Clerk of Court
- Mr. Ruhnke, David A.
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Komp, Laurence E.: lekomp@swbell.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Ruhnke, David A.: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, heather.cumper@usdoj.gov, kim.squires@usdoj.gov

**Notice will be mailed to:**

Mr. Lee, Daniel Lewis
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3757204
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4320450, 4320451