# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-GTE-1)
_____

**ORDER**

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith **any portions of the original record which are not available in an electronic format** through PACER, including any documents maintained in paper format or filed under seal, exhibits, administrative records and state court files. Kindly submit these documents within 10 days.

February 17, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans

 11-1380 United States v. Daniel Lee "Clerk order filed sua sponte case proceeding on of (need file)"
8cc-cmecf-nda
to:

02/17/2011 04:11 PM
Show Details

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/17/2011

|  |  |
|---|---|
| **Case Name:** | United States v. Daniel Lee |
| **Case Number:** | 11-1380 |
| **Document(s):** | Document(s) |

**Docket Text:**
CLERK ORDER:If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, administrative records and state court files. Kindly submit these documents within 10 days. [3757213] [11-1380] (JMH)

The following document(s) are associated with this transaction:
**Document Description:** Clerk's Order
**Original Filename:** /opt/ACECF/live/forms/jhagen_111380_3757213_ClkOrdOriginalFile_275.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/17/2011] [FileNumber=3757213-0]
[01a2713643e221b7d2eea4ea9325fd4af430b6879524900767f1e224c3086533aad770083ad08fab43c6c17ba35054001ab3aee12250697c72abd728d25dcd04]]
**Recipients:**

- Mr. Komp, Laurence E.
- Mr. Lee, Daniel Lewis
- Mr. McCormack, Jim, Clerk of Court
- Mr. Ruhnke, David A.
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Komp, Laurence E.: lekomp@swbell.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Ruhnke, David A.: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, heather.cumper@usdoj.gov, kim.squires@usdoj.gov

**Notice will be mailed to:**

Mr. Lee, Daniel Lewis
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3757213
**RELIEF(S) DOCKETED:**
  case proceeding on of (need file)
**DOCKET PART(S) ADDED:** 4320467, 4320468, 4320469