# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 17, 2011

Mr. T. Clifton Harviel
Suite 401
62 N. Main Street
Memphis,  TM  38103

RE:  11-1382  United States v. Chevie Kehoe

Dear Counsel:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated.

**Counsel is asked to check the service list to ensure that the court has the correct mailing address for Mr. Kehoe.**

The notice of appeal has been treated as an application for certificate of appealability in accordance with Rule 22(b) of the Federal Rules of Appellate Procedure. It will be forwarded to a panel of judges for consideration. You will be advised of any action taken in the case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

JMH
Enclosures

cc:    Mr. Thomas Clifton Harviel
        Mr. Jim McCormack
        Mr. Clarence Daniel Stripling

`4:97cr00243-01 GTE`

District Court Case Number:  4:04-cv-00493-GTE

**Caption For Case Number:   11-1382**

**United States of America**

       **Plaintiff - Appellee**

**v.**

**Chevie O'Brien Kehoe, also known as Jonathan Collins, also known as Chevie Collins**

       **Defendant - Appellant**

**Addresses For Case Participants:   11-1382**

Mr. Chevie O'Brien Kehoe
878 Coitsville-Hubbard Road
Youngstown, OH  44505

Mr. T. Clifton Harviel
Suite 401
62 N. Main Street
Memphis,  TM  38103

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR  72201

Mr. Clarence Daniel Stripling
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR  72203

11-1382 United States v. Chevie Kehoe "PRISONER case docketed"
8cc-cmecf-nda
to:

02/17/2011 04:48 PM
Show Details

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 02/17/2011

**Case Name:**    United States v. Chevie Kehoe
**Case Number:**   11-1382
**Document(s):**   Document(s)

**Docket Text:**
Prisoner case docketed. [3757237] [11-1382] (JMH)

The following document(s) are associated with this transaction:
**Document Description:** COA Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/jhagen_111382_3757237_COADocketingLetters_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/17/2011] [FileNumber=3757237-0]
[4c8f8eb17571c78f8b723a6c956228e149c239e1011c89219c42afb891ca3b272d6d1f4cbbb77fb2cb09a9c5392075da08c760ade3becc043f76f9f96d8d9d9d]]
**Recipients:**

- Mr. Harviel, Thomas Clifton
- Mr. Kehoe, Chevie O'Brien
- Mr. McCormack, Jim, Clerk of Court
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Harviel, Thomas Clifton: harviel@bellsouth.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, heather.cumper@usdoj.gov, kim.squires@usdoj.gov

**Notice will be mailed to:**

Mr. Kehoe, Chevie O'Brien
878 Coitsville-Hubbard Road
Youngstown, OH 44505-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3757237
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4320515, 4320516