# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

4:97cr000243-02

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

---

## ORDER

The district court has ruled on the motion for reconsideration. The order holding the case in abeyance is vacated. Appellant is granted 60 days to file a motion to expand the certificate of appealability.

March 10, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans



11-1380 United States v. Daniel Lee "Clerk order filed sua sponte for miscellaneous relief"
8cc-cmecf-nda
to:

03/10/2011 10:15 AM
Show Details

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 03/10/2011

**Case Name:**      United States v. Daniel Lee
**Case Number:**   11-1380
**Document(s):**    Document(s)

**Docket Text:**
CLERK ORDER: The district court has ruled on the motion for reconsideration. Appellant is allowed 60 days to file the motion to expand appealability. [3765052] [11-1380] (Joe Hagen)

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/jhagen_111380_3765052_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=03/10/2011] [FileNumber=3765052-0]
[8dbb724f46907d9cc1fa631e7ef88498c76a96c99602a9119abacca59a2ef9f68524038613b1493c922ec8e90a9f84798d618e60fae76f25d85d8e4261f4854a]]
**Recipients:**

- Mr. Komp, Laurence E.
- Mr. Lee, Daniel Lewis
- Mr. McCormack, Jim, Clerk of Court
- Mr. Ruhnke, David A.
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Komp, Laurence E.: lekomp@swbell.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Ruhnke, David A.: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, heather.cumper@usdoj.gov, kim.squires@usdoj.gov

**Notice will be mailed to:**

Mr. Lee, Daniel Lewis
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3765052
**RELIEF(S) DOCKETED:**
  for miscellaneous relief
**DOCKET PART(S) ADDED:** 4335188, 4335189, 4335190