# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1382

United States of America

Appellee

v.

Chevie O'Brien Kehoe, also known as Jonathan Collins, also known as Chevie Collins

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:04-cv-00493-GTE)
_____

## ORDER

Appellant, Chevie Keoho's application for a certificate of appealability is granted on the

question whether Kehoe received ineffective assistance of counsel under the Sixth Amendment

because his trial counsel exercised peremptory challenges based on race, and otherwise denying

the application.

October 03, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
## St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 03, 2011

Mr. T. Clifton Harviel
HARVIEL LAW OFFICE
140 Jefferson Avenue
Memphis, TN  38103

RE:  11-1382  United States v. Chevie Kehoe

Dear Counsel:

Enclosed is a copy of an order entered today in the above case at the direction of the court.

Also enclosed is a copy of the prepared briefing schedule.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:   Honorable Garnett Thomas Eisele
      Mr. Chevie O'Brien Kehoe
      Mr. Jim McCormack
      Mr. Clarence Daniel Stripling      `4:97cr000243GTE`

District Court Case Number:   4:04-cv-00493-GTE



11-1382 United States v. Chevie Kehoe "Judge Order Filed granting for certificate of appealability"
8cc-cmecf-nda
to:

10/03/2011 10:36 AM
Show Details

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 10/03/2011

| | |
|---|---|
| **Case Name:** | United States v. Chevie Kehoe |
| **Case Number:** | 11-1382 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER:Granting [3757240-2] Application for certificate of appealability filed by Appellant Mr. Chevie O'Brien Kehoe., Granting [3762661-2] Application for certificate of appealability filed by Appellant Mr. Chevie O'Brien Kehoe. COA is granted on the question whether Kehoe received ineffective assistance of counsel under the Sixth Amendment because his trial counsel exercised peremptory challenges based on race, and otherwise denying the application. Adp Oct 2011 [3835172] [11-1382] (Joe Hagen)

The following document(s) are associated with this transaction:
**Document Description:** Cover Letter
**Original Filename:** /opt/ACECF/live/forms/jhagen_111382_3835172_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/03/2011] [FileNumber=3835172-0]
[95b26a047bd62f38c1ec301c24b378f675f191989a20c9ab12215ca479b03a08459a6c3d3dce8dd37181643cfb8d49899091dee0b23567447c5af73b07bl
**Recipients:**

- Honorable Eisele, Garnett Thomas, U.S. District Judge
- Mr. Harviel, T. Clifton
- Mr. Kehoe, Chevie O'Brien
- Mr. McCormack, Jim, Clerk of Court
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney


**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/jhagen_111382_3835172_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/03/2011] [FileNumber=3835172-1]
[b383ad4dd6f25e8ecea3f6ad253a9149432d7b1ec64d3a4454f06facb059d5b4826ba3f17fe3b5dabbe44682c062e636478da1b2ae68ce09d5516c77d76ac
**Recipients:**

- Honorable Eisele, Garnett Thomas, U.S. District Judge
- Mr. Harviel, T. Clifton
- Mr. Kehoe, Chevie O'Brien
- Mr. McCormack, Jim, Clerk of Court
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney


**Notice will be electronically mailed to:**

Honorable Eisele, Garnett Thomas, U.S. District Judge: cherie_westbrook@ared.uscourts.gov
Mr. Harviel, T. Clifton: harviel@bellsouth.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, kim.squires@usdoj.gov, nicole.hampton@usdoj.gov

**Notice will be mailed to:**

Mr. Kehoe, Chevie O'Brien
U.S. PENITENTIARY
P.O. Box 305

Jonesville, VA 24263-0305

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3835172
**RELIEF(S) DOCKETED:**
  for certificate of appealability
  for certificate of appealability
**DOCKET PART(S) ADDED:** 4467732, 4320522, 4330646, 4467733