# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    11-1382   United States v. Chevie Kehoe

Date:        October 03, 2011

### APPEAL REQUIREMENTS

4:97cr00243 GTE

1. Complete and file immediately:
   A.  Appeal Information Form. See 8th Cir. R. 3B.
   B.  Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   C.  Entry of Appearance Form.
       Appeal Information Forms and Appearance Forms are available at:
       www.ca8.uscourts.gov/newcoa/forms.htm

2. Prepare the Record on Appeal:
   A.  Within 10 days, confer with opposing counsel and determine the method of Appendix
       preparation. See FRAP 30 and 8th Cir. R. 30A.
   B.  Within 14 days, order any transcripts required for the appeal and arrange for payment.
       If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee
       should order any additional transcripts within 14 days of appellant's order.
   C.  Review the "Record on Appeal" at:  www.ca8.uscourts.gov/newcoa/appealInfo.htm .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/newcoa/appealInfo.htm .

### GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/newcoa/publs/publs.htm

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
### FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . **10 days from service of appellant's designation**


Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/14/2011**
   **( Chevie O'Brien Kehoe )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **11/14/2011**
   **( Chevie O'Brien Kehoe )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from the date the court issues the Notice of Docket Activity filing the brief.**


### ALL BRIEFS AND APPENDICES SHOULD BE
### FILED WITH THE ST. LOUIS OFFICE

 11-1382 United States v. Chevie Kehoe "Civil Briefing Schedule Set"
8cc-cmecf-nda
to:

10/03/2011 10:49 AM
Show Details

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 10/03/2011

**Case Name:**     United States v. Chevie Kehoe
**Case Number:**   11-1382
**Document(s):**   Document(s)

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Appendix due on 11/14/2011. BRIEF OF APPELLANT Chevie O'Brien Kehoe due 11/14/2011. Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant. Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [3835190] [11-1382] (Joe Hagen)

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:** /opt/ACECF/live/forms/jhagen_111382_3835190_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/03/2011] [FileNumber=3835190-0]
[66c80c8a66b17bdf717f4177b33dea624cce9be396edfd73cd28d05c363820070adb56913261362ffb030a51e2c4715ceadb04ca110818566cbc7922ca40
**Recipients:**

- Mr. Harviel, T. Clifton
- Mr. Kehoe, Chevie O'Brien
- Mr. McCormack, Jim, Clerk of Court
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Harviel, T. Clifton: harviel@bellsouth.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, kim.squires@usdoj.gov, nicole.hampton@usdoj.gov

**Notice will be mailed to:**

Mr. Kehoe, Chevie O'Brien
U.S. PENITENTIARY
P.O. Box 305
Jonesville, VA 24263-0305

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3835190
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4467761, 4467762