# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1382

United States of America

Appellee

v.

Chevie O'Brien Kehoe, also known as Jonathan Collins, also known as Chevie Collins

Appellant

_____

4:97cr000243 GTE

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:04-cv-00493-GTE)

_____

### AMENDED ORDER


Appellant, Chevie Keoho's application for a certificate of appealability is granted on the

question whether Kehoe received ineffective assistance of counsel under the Sixth Amendment

because his trial counsel exercised peremptory challenges based on race, and is otherwise denied.



October 04, 2011



Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans



11-1382 United States v. Chevie Kehoe "Judge Order Filed sua sponte to amend"
8cc-cmecf-nda
to:

10/04/2011 02:59 PM
Show Details

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 10/04/2011

| | |
|---|---|
| **Case Name:** | United States v. Chevie Kehoe |
| **Case Number:** | 11-1382 |
| **Document(s):** | Document(s) |

**Docket Text:**
JUDGE ORDER:amending judge order [3835855] The Language of the original order filed on October 3, 2011, is hereby amended to read: Appellant, Chevie Keoho's application for a certificate of appealability is granted on the question whether Kehoe received ineffective assistance of counsel under the Sixth Amendment because his trial counsel exercised peremptory challenges based on race, and is otherwise denied. Adp Oct 2011 [3835855] [11-1382] (Joe Hagen)

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/jhagen_111382_3835855_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/04/2011] [FileNumber=3835855-0]
[4397dafe8a4edcc6d48547683b3050a6a431c83bece03228145fd22b9cbd2f6ed4377e44c18862b05fc45bd36cf3e404ed2b31ac27949a48d810be524efa4
**Recipients:**

- Honorable Eisele, Garnett Thomas, U.S. District Judge
- Mr. Harviel, T. Clifton
- Mr. Kehoe, Chevie O'Brien
- Mr. McCormack, Jim, Clerk of Court
- Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Harviel, T. Clifton: harviel@bellsouth.net
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Stripling, Clarence Daniel, Assistant U.S. Attorney: dan.stripling@usdoj.gov, kim.squires@usdoj.gov, nicole.hampton@usdoj.gov

**Notice will be mailed to:**

Honorable Eisele, Garnett Thomas, U.S. District Judge
Room 522
600 W. Capitol Avenue
Little Rock, AR 72203-0000

Mr. Kehoe, Chevie O'Brien
U.S. PENITENTIARY
P.O. Box 305
Jonesville, VA 24263-0305

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3835855
**RELIEF(S) DOCKETED:**
  to amend
**DOCKET PART(S) ADDED:** 4469011, 4469012, 4467733, 4469013, 4469013