RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2012 MAY -8 AM 9: 44

JAMES W. MCCORMACK, CLERK

BY:_____
                DEP. CLERK

# T. Clifton Harviel

Attorney at Law
140 Jefferson Avenue
Memphis Tennessee, 38103
harviel@bellsouth.net

Phone: 901 543 9799

Fax: 901 526 0486

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY -8 2012

JAMES W. McCORMACK, CLERK
By:_____
                DEP CLERK

May 4, 2012

United States District Court Clerk
Eastern District of Arkansas
Room A149
600 West Capital Avenue
Little Rock AR 72201

Re: USA vs Chevie Kehoe
    EDAR # 97-CR-243
    Eighth Circuit # 11- 1382

Dear Court Clerk;

The case of USA vs Chevie Kehoe is currently pending before the Eighth Circuit as case 11-1382. The Circuit Court of Appeals has instructed me to request that you forward the transcripts in the case to the Eighth Circuit for their use in the case.

Therefore, please consider this letter to be my request that the Clerk of the Court for the Eastern District of Arkansas forward the transcripts of USA vs. Chevie Kehoe (EDAR 97-243) to the Federal Court of Appeals for the Eighth Circuit as soon as practicable.

Thank you for your time and consideration in complying with this request.

Sincerely,

T. Clifton Harviel