# TRANSMITTAL SHEET

**TO:**          Clerk, USCA 8                    **DATE: 5/9/12**

**FROM:**     U.S. District Court Clerk
              Eastern District of Arkansas
              Little Rock, Arkansas

**APPEAL NO:** 11-1382

**DISTRICT COURT NO:**     4:97cr00243 USA v Kehoe

**TRANSMITTED HEREWITH:**

   **Original File**

      **Volumes:**

   **Clerk's Record**

   **Transcripts:    (See Attached Lists)**

 **Volume and Date:**
 **Volume and Date:**

   **Exhibits**

     **Plaintiff(s)**

     **Defendant(s)**

   **Other:**
   ************************************************************************
                    **USCA 8 ACKNOWLEDGMENT**

     **RECEIPT**                                    **DATE:**

     **By:**
        _____

# Box #4 - 4:97CR243 GTE Jury Trial Transcripts

| Volume # | Docket # |
|:---:|:---:|
| 1 | 694 |
| 2 | 695 |
| 3 | 696 |
| 4 | 697 |
| 5 | 698 |
| 6 | 699 |
| 7 | 700 |
| 8 | 701 |
| 9 | 702 |
| 10 | 703 |
| 11 | 704 |
| 12 | 705 |
| 13 | 706 |
| 14 | 707 |
| 15 | 708 |
| 16 | 709 |
| 17 | 710 |
| 18 | 711 |

# Box #5 - 4:97CR243 GTE Jury Trial Transcripts

| Volume # | Docket # | |
|---|---|---|
| 19 | 712 | |
| 20 | 713 | |
| 21 | 714 | |
| 22 | 715 | |
| 23 | 716 | |
| 24 | 717 | |
| 25 | 718 | Plus a full copy of Volume # 25 |
| 26 | 719 | |
| 27 | 773 | |
| 28 | 774 | |
| 29 | 775 | |
| 30 | 776 | |
| 31 | 777 | |
| 32 | 778 | |
| 33 | 779 | |
| 34 | 780 | |
| 35 | 781 | |
| 36 | 782 | |

# Box #6 - 4:97CR243 GTE Jury Trial Transcripts

| Volume # | Docket # |
|---|---|
| 37 | 783 |
| 38 | 784 |
| 39 | 826 |
| 41 | 828 |
| 42 | 828 |
| 43 | 828 · |
| 44 | 830 |
| 45 | 830 |
| 46 | 831 |
| 46 | 831 |
| 47 | 832 |

Other Transcripts

| Docket # | |
|---|---|
| 69 | 1003 |
| 70 | 1012 |
| 291 | 1013 |
| 767 | 1014 |
| 824 | 1015 |
| 825 | 1016 |
| 827 | 1017 |
| 829 | 1018 |
| 839 | 1019 |
| 840 | 1020 |
| 866 | 1021 |
| 867 | 1022 |
| 878 | 1025 |
| 897 | 1026 |
| 913 | 1030 |
| 947 | 1157 Exhibit |