IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS


UNITED STATES OF AMERICA

v.                                                    NO. 4:97CR00243

CHEVIE KEHOE

MOTION TO SUBSTITUTE COUNSEL

The United States requests that Assistant United States Attorney Linda B. Lipe be

substituted as counsel for the United States in place of Assistant United States Attorney Clarence

Daniel Stripling in the above captioned matter.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/ LINDA B. LIPE

By LINDA B. LIPE
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72201
501-340-2600

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed this 14th day of May, 2012
to defense counsel of record.

/s/ LINDA B. LIPE