# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA    )

    )

v.    )      **No. 4:97CR00243 JLH**

    )

CHEVIE O'BRIEN KEHOE, ET AL    )

## ORDER OF REASSIGNMENT

The Clerk has been delegated the authority to randomly reassign closed criminal cases with pending matters that were originally assigned to Judge G. Thomas Eisele. Therefore, this case is now reassigned to the docket of Judge **J. Leon Holmes**.

Dated this 16th day of May, 2012.

JAMES W. McCORMACK
CLERK OF COURT


By: /s/ Brenda Williams
    Deputy Clerk


cc:    Hon. J. Leon Holmes
        Courtroom Deputy
        U. S. Probation Office
        Counsel of Record