**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                    No. 4:97CR00243 JLH

CHEVIE KEHOE

## ORDER

    Assistant United States Attorney Linda B. Lipe has filed a motion to substitute counsel on behalf of the government.  The motion is GRANTED.  Document #1211.  Assistant United States Attorney Clarence Daniel Stripling is withdrawn as counsel of record in this action.

    IT IS SO ORDERED this 17th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE