# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  11-1380

_____

United States of America

Plaintiff - Appellee

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D L Graham, also known as Daniel
Lewis Graham,

Defendant - Appellant        4:97-cr-243-2-JLH

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____


**JUDGMENT**


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district

court in this cause is affirmed in accordance with the opinion of this Court.


April 29, 2013


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

 11-1380 United States v. Daniel Lee "judgment filed sua sponte affirmed" (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)
8cc-cmecf-nda
to:
04/29/2013 09:50 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 04/29/2013

  **Case Name:**    United States v. Daniel Lee

 **Case Number:**   11-1380

  **Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. --DIANA E. MURPHY, LAVENSKI R. SMITH and RAYMOND W. GRUENDER-- Hrg Mar 2013 [4030064] [11-1380] (Danialle Walton)

**Notice will be electronically mailed to:**

Mr. Laurence E. Komp: lekomp@swbell.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer A. Merrigan: Jenny_Merrigan@fd.org, dplc@dplclinic.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. David A. Ruhnke: davidruhnke@ruhnkeandbarrett.com, dr@ruhnkeandbarrett.com
Mr. Karl Schwartz: Karl_Schwartz@fd.org

**Notice will be mailed to:**

Honorable Garnett Thomas Eisele, U.S. District Judge
Room 522
600 W. Capitol Avenue
Little Rock, AR 72203-0000

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/dwalton_111380_4030064_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/29/2013] [FileNumber=4030064-0]
[2d822b2d8ba0bfb5c5b8921002d187b81dd73e52279dc49e54b75e6c06cce8bd1e4c3b7223f97e75606349c6b37a06fe8217332ffc02ce9aa7e240d31b47105a]]
**Recipients:**

- Honorable Garnett Thomas Eisele, U.S. District Judge
- Mr. Laurence E. Komp
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Ms. Jennifer A. Merrigan
- Mr. John Michael Pellettieri
- Mr. David A. Ruhnke
- Mr. Karl Schwartz

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4030064
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 4843238, 4843239, 4843240