(Post. 3/26/13)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 27 2013

JAMES W. McCORMACK, CLERK
By: _____
                          DEP CLERK

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

United States

*Plaintiff*

v.

Daniel Lee

*Defendant*

)
)
)
)
)

Case No. 4:97-cr-00243-JLH-2

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Lee

Date:  September 27, 2013

_____
*Attorney's signature*

Karl Schwartz Pa Bar # 38994
_____
*Printed name and bar number*

Federal Defender Office, District of Delaware
_____
*Address*

800 N. King Street, Wilmington, DE  19801
_____
*Address2*

302-573-6010
_____
*Telephone number*

Karl_Schwartz@fd.org
_____
*Email Address*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2013, I presented the foregoing, along with two copies, to the Clerk of Court for filing and uploading to the CM/ECF system, which upon information and belief, shall send notification to the following:

Christopher R. Thyer
United States Attorney
Eastern District of Arkansas
425 West Capitol Avenue, Suite 500
Little Rock, AR 72201

I hereby certify that on September 27, 2013, a copy of the foregoing was delivered to the location designated for pick-up by the United States Attorney's Office for the Eastern District of Arkansas, within the Courthouse of the United States District Court for the Eastern District of Arkansas.

/s/
Name: Karl Schwartz
Bar Number: (Pa) 38994
Attorney for: Daniel Lee
Law Firm Name: Federal Defender Office, Dist. of Del.
Law Firm Address: 800 N. King Street, Suite 200
City State ZIP: Wilmington, DE          19801
Phone Number: 302-573-6010
Email Address: Karl_Schwartz@fd.org