IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE

## **ORDER**

Daniel Lewis Lee has filed a motion for indicative ruling pursuant to Federal Rule of Civil Procedure 62.1. The Court directs the United States of America to respond to that motion on or before October 14, 2013. If Lee wishes to file a reply brief, he must do so within seven days after the response is filed.

IT IS SO ORDERED this 30th day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE