IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                                              4:06-CV-1608 GTE
                                                               4:97-CR-00243 (2) JLH

DANIEL LEWIS LEE

UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO LEE'S MOTION FOR INDICATIVE RULING

The United States of America, by Christopher R. Thyer, United States Attorney for the

Eastern District of Arkansas and Linda B. Lipe, Assistant U. S. Attorney for said district, for its

motion states that on September 17, 2013, Lee filed his Motion for Indicative Ruling.  On

September 30, 2013, the Court ordered the government to respond on or before October 14,

2013.

Because of the complexity of the case, and the substantial issues involved, the

government respectfully requests an extension of time of approximately 30 days, until Friday,

November 15, 2013, to respond.

The attorney for the government is authorized to state that Karl Schwartz does not object

to this extension.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney

/s/ LINDA B. LIPE

By LINDA B. LIPE
Assistant United States Attorney
Bar Number 76039
P. O. Box 1229
Little Rock, Arkansas 72203
linda.lipe@usdoj.gov
501-340-2600

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been electronically filed this 9th day of October, 2013 using the CM/ECF filing system which will forward a copy to counsel of record.

<u>/s/ LINDA B. LIPE</u>