**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                   No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE

### ORDER

Without objection, the United States' motion for an extension of time to file its response to Lee's motion for indicative ruling is GRANTED. Document #1233. The United States must file its response on or before November 15, 2013.

IT IS SO ORDERED this 10th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE