(Post. 3/26/13)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 30 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

United States of America

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Case No. 4:97-CR-00243-JLH |
| v. | ) |  |
| Daniel Lewis Lee | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: October 28, 2013

_____
*Attorney's signature*

John M. Pellettieri
_____
*Printed name and bar number*

950 Pennsylvania Ave., N.W., Rm. 1260
_____
*Address*

Washington, D.C. 20530
_____
*Address2*

(202) 307-3766
_____
*Telephone number*

john.pellettieri@usdoj.gov
_____
*Email Address*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, I sent the foregoing by U.S. Mail to Karl Schwartz, counsel for defendant Daniel Lewis Lee, at the following address:

Karl Schwartz
Capital Habeas Unit
Federal Defender Office
District of Delaware
800 North King Street
Wilmington, DE  19801

/s/

Name: John M. Pellettieri
Bar Number:
Attorney for:  United States of America
Law Firm Name: Criminal Division, U.S. Dep't of Justice
Law Firm Address: 950 Pennsylvania Ave., Rm. 1264
City State ZIP:  Washington, D.C. 20530
Phone Number: (202) 307-3766
Email Address: john.pellettieri@usdoj.gov