# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| **DANIEL LEWIS LEE**, | ) | |
| | ) | |
| Movant, | ) | **THIS IS A CAPITAL CASE** |
| | ) | 4:97-cr-00243 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent | ) | |

### Movant's Unopposed Motion for Fourteen (14) Day Extension of Time

COMES NOW Appellant, Daniel Lewis Lee, by and through counsel, and moves this Court, for a fourteen (14) day extension of time, up to and including December 6, 2013, in which to file his *Reply,* based on the following:

1.    Mr. Lee is a federally death sentenced prisoner. On September 27, 2013, through counsel, Mr. Lee filed a *Motion for Indicative Ruling* and a *Motion for Relief from Judgment or Order Pursuant to Fed. R. Civ. P. 60(b)*. Doc. 1230-31. On September 30, this Court ordered the government to respond by October 14, 2013, and gave Mr. Lee seven (7) days to file a reply. Doc. 1232.

2.    After obtaining an unopposed extension of time, the government filed its response on November 15, 2013. Doc. 1236. Per this Court's order, Mr. Lee's reply is currently due on November 22, 2013.

3.    The government's response is both lengthy and complex.

1

4.     Additionally, counsel have pressing filing deadlines in several other capital matters at this time, including a filing on November 21, 2013.

5.     Counsel respectfully suggest that they need additional time to adequately prepare a reply.

6.     Counsel  spoke personally with Assistant United States Attorney John M. Pellettieri, Esq., on November 18, 2013. Mr. Pellettieri stated that he has no objection to this request.

Thus, Mr. Lee respectfully requests that this Court grant him an additional fourteen (14) days, until December 6, 2013, within which to file his Reply.

Respectfully submitted,


EDSON A. BOSTIC
Federal Public Defender

By  /s/ Karl Schwartz_____
Karl  Schwartz
Chief, Capital Habeas Unit
Jenny Merrigan
Assistant Federal Public Defenders
Office of the Federal Public Defender
Capital Habeas Unit
District of Delaware
800 N. King Street, Suite 200
Wilmington, DE 19801
(302) 573-6010

Dated: November 18, 2013


2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2013, a copy of this Motion was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ