**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

## THIS IS A CAPITAL CASE

UNITED STATES OF AMERICA

v.                                    No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE

### ORDER

Without objection, the Daniel Lewis Lee's motion for an extension of time to file his reply is

GRANTED.  Document #1237.  Lee's reply must be filed on or before December 6, 2013.

IT IS SO ORDERED this 19th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE