**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                        NO.  4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                              DEFENDANT

### NOTICE OF HEARING

The Court hereby schedules oral argument on defendant's Motion for Relief from a

Judgment or Order Pursuant to Fed.R.Civ.P. 60(b) and Motion for Indicative Ruling for **9:30 A.M.**

**on FRIDAY, JANUARY 31, 2014**, in Courtroom #4-D, Richard Sheppard Arnold United States

Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas, before the Honorable J. Leon

Holmes, United States District Judge.  Documents #1230 and #1231.

DATED this 6th day of January, 2014.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

By: /s/ Cory Wilkins
Courtroom Deputy