# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant        `4:97-cr-243-02 JLH`

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is

also denied.  Judge Kelly would grant the petition for rehearing en banc.

January 08, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans

 11-1380 United States v. Daniel Lee "Judge Order Filed denying for enbanc rehearing also panel rehearing " (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)

8cc-cmecf-nda    to:                                        01/08/2014 01:03 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/08/2014
**Case Name:**      United States v. Daniel Lee
**Case Number:**    11-1380
**Document(s):**    Document(s)

**Docket Text:**
JUDGE ORDER: [4080431-2] Denying petition for enbanc rehearing filed by Appellant Mr. Daniel Lewis Lee.; Judge Kelly would grant the petition for rehearing en banc. [4080431-3] Denying petition for rehearing by panel filed by Appellant Mr. Daniel Lewis Lee. PUBLISHED ORDER. Hrg Mar 2013 [4111947] [11-1380] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer A. Merrigan: Jenny_Merrigan@fd.org, dplc@dplclinic.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Karl Schwartz: Karl_Schwartz@fd.org, DJ_Siegel@fd.org
Lois Law: FED08@loislaw.com
MO Lawyers Weekly: stephanie.maniscalco@molawyersmedia.com
West Publishing: us08@westdcs.west.thomson.com

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Judge Order
**Original Filename:**
/opt/ACECF/live/forms/sduenow_111380_4111947_OrderDenyEnbancRHR_233.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/08/2014] [FileNumber=4111947-0]
[c1919756f6e5d57ce09d2a4fe5667156668a159edfa73475ef79059022d72b139a2d2e2186bc54ee
8f43d21c10ee5795db3bea49939c0ff15b6d0b5dcca6cc9c]]
**Recipients:**
- Mr. Daniel Lewis Lee
- Lois Law
- MO Lawyers Weekly
- Mr. Jim McCormack, Clerk of Court
- Ms. Jennifer A. Merrigan
- Mr. John Michael Pellettieri
- Mr. Karl Schwartz
- West Publishing

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4111947
**RELIEF(S) DOCKETED:**
  for enbanc rehearing also panel rehearing
  also for panel rehearing
  Published Order
**DOCKET PART(S) ADDED:** 4999318, 4939752, 4939753, 4999319, 4999320