# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 11-1380

United States of America

Appellee

4:97-cr-243-02-JLH

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## MANDATE

In accordance with the opinion and judgment of 04/29/2013, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

January 15, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit

 **11-1380 United States v. Daniel Lee "Mandate Issued" (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)**

8cc-cmecf-nda    to:    01/15/2014 11:22 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 01/15/2014

**Case Name:**      United States v. Daniel Lee
**Case Number:**    11-1380
**Document(s):**    Document(s)


**Docket Text:**
MANDATE ISSUED. [4114177] [11-1380] (Danialle Walton)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer A. Merrigan: Jenny_Merrigan@fd.org, dplc@dplclinic.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Karl Schwartz: Karl_Schwartz@fd.org, DJ_Siegel@fd.org


**Notice will be mailed to:**


Honorable Garnett Thomas Eisele, U.S. District Judge
Room 522
600 W. Capitol Avenue
Little Rock, AR 72201-0000

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:

**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/dwalton_111380_4114177_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=01/15/2014] [FileNumber=4114177-0]
[7b2c06235d88f808a005bc768dda4e0f27df82995bc4b752093f36a0e8b5f37289ba56ba67c027b5
4f0db813b737538dc3d8d767a284ac85920a9d1d2f9a6fa6]]
**Recipients:**
- Honorable Garnett Thomas Eisele, U.S. District Judge
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Ms. Jennifer A. Merrigan
- Mr. John Michael Pellettieri
- Mr. Karl Schwartz

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4114177
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5003694