OFFICE OF THE **FEDERAL PUBLIC DEFENDER**
FOR THE **DISTRICT** OF **DELAWARE**

**EDSON A. BOSTIC**
FEDERAL PUBLIC DEFENDER

**KARL D. SCHWARTZ**
CHIEF, CAPITAL HABEAS UNIT

**JENNIFER A. MERRIGAN**
ASSISTANT DEFENDER,
CAPITAL HABEAS UNIT

February 6, 2014

Hon. J. Leon Holmes
United States District Court
Eastern District of Arkansas
500 West Capitol Avenue
Little Rock, AR 72201

   Re: *Lee v. United States*
     4:97-cr-00243-JLH-2

Your Honor:

  As the parties discussed with the Court following the January 31, 2014 oral argument, undersigned counsel has been in contact with John M. Pellettieri, Esq., counsel for the government in the *Lee* matter. Mr. Pellettieri has no objection to Mr. Lee's submission of a letter brief (not to exceed ten pages) addressing a few discrete matters that arose during oral argument. Per our conversation, undersigned counsel has no objection to the government filing a response, should they so choose.

  We appreciate the Court's forbearance in this matter, and will file the letter no later than Thursday, February 13, 2014.

       Respectfully,

       /s/*Karl Schwartz*

       Karl Schwartz
       Jenny Merrigan
       Assistant Federal Defenders

Cc: John M. Pellettieri, Esq.
   Assistant United States Attorney