OFFICE OF THE **FEDERAL PUBLIC DEFENDER**
FOR THE DISTRICT OF DELAWARE

**EDSON A. BOSTIC**
FEDERAL PUBLIC DEFENDER

**KARL D. SCHWARTZ**
CHIEF, CAPITAL HABEAS UNIT

**JENNIFER A. MERRIGAN**
ASSISTANT DEFENDER,
CAPITAL HABEAS UNIT

March 17, 2014

Hon. J. Leon Holmes
United States District Court
Eastern District of Arkansas
500 West Capitol Avenue
Little Rock, AR 72201

        Re:  *United States v. Lee*
            4:97-cr-00243-JLH-2

Your Honor:

    We have reviewed the Government's March 6, 2014 letter in response to Mr. Lee's February 13, 2014 post-argument letter, and we believe that the issues raised by the Government have been fully addressed in prior briefing and argument. In light of the Government's concession that "the Eighth Circuit's prior rulings do not directly determine the issue of *Strickland* prejudice under the law of the case," Gov't Letter at 8, we respectfully suggest that the relief sought by Mr. Lee's 60(b) motion is warranted, and that the judgment should be reopened to allow this Court to determine the issue of *Strickland* prejudice on a full record.

    If the Court, however, seeks supplemental briefing, argument, evidentiary proffer, or anything additional we would be happy to comply with any such order.

                        Respectfully,
                        /s/*Karl Schwartz*
                        Karl Schwartz
                        Jenny Merrigan

Cc: John M. Pellettieri
     Assistant United States Attorney