**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on March 17, 2014. This Letter was served via this court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

By: /s/*Karl Schwartz*
  KARL SCHWARTZ
  Bar # 38994 (PA)
  Jennifer Merrigan
  Bar # 56733 (MO)
  Assistant Federal Public Defender
  Delaware Federal Defender Office
  800 King Street, Suite 200
  Wilmington, DE 19801
  (302) 442-6545
  karl_schwartz@fd.org