# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  13-2058
_____

Ernest Cornelius Williams

Petitioner - Appellant

v.

Paul K. Delo

Respondent - Appellee

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-00137-JAR)

## JUDGMENT

Missouri prisoner Ernest C. Williams seeks a certificate of appealability following the district court's order construing his Fed. R. Civ. P. 60(b) motion as a successive 28 U.S.C. § 2254 petition and denying it for lack of our authorization.  In his motion, Williams alleged ineffective assistance of state post conviction relief counsel excused the procedural default of his federal habeas claims in light of Martinez v. Ryan, 132 S. Ct. 1309 (2012) (ineffective assistance in initial-review collateral proceeding on claim of ineffective assistance at trial may provide cause for procedural default in federal habeas proceeding).  We conclude Williams's motion was a true Rule 60(b) motion.  See Gonzalez v. Crosby, 545 U.S. 524, 532 & n.4 (2005) (Rule 60(b) motion should not be treated as successive habeas motion if it asserts previous ruling precluding a merits determination, such as denial for procedural default, was wrong); Adams v. Thaler, 679 F.3d 312, 319 (5th Cir. 2012) (holding Rule 60(b) motion challenging rejection of § 2254 petition for procedural default in light of Martinez should not be construed as successive § 2254 petition, thus district court had jurisdiction to consider motion).  Accordingly, we grant a certificate, and reverse and remand for the district court to consider Williams's Rule 60(b)

motion in the first instance. See Spitznas v. Boone, 464 F.3d 1213, 1219 (10th Cir. 2006) (if court of appeals determines district court improperly characterized true Rule 60(b) motion as successive petition, court of appeals ordinarily remands to permit district court to address true Rule 60(b) issues).

September 23, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans