# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 20, 2014

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

`4:06-cr-243-02-JLH`

        RE:  11-1380  United States v. Daniel Lee

Dear Clerk:

        Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in
the referenced case.

                                Michael E. Gans
                                Clerk of Court

SRD

Enclosure(s)


        District Court/Agency Case Number(s):   4:06-cv-01608-GTE

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 13, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

　　　　Re:　Daniel Lewis Lee, aka Danny Lee, aka D. L. Graham, aka Daniel
　　　　　　Lewis Graham
　　　　　　v. United States
　　　　　　No. 13-10085
　　　　　　(Your No. 11-1380)

Dear Clerk:

　　　　The petition for a writ of certiorari in the above entitled case was filed on May
8, 2014 and placed on the docket May 13, 2014 as No. 13-10085.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　**Scott S. Harris**, Clerk

　　　　　　　　　　　by

　　　　　　　　　　　Andrew Downs
　　　　　　　　　　　Case Analyst



**11-1380 United States v. Daniel Lee "Supreme Court notice of cert filed "
(4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)**
8cc-cmecf-nda    to:                                                           05/20/2014 04:25 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 05/20/2014 at 4:24:53 PM CDT and filed on
05/13/2014

**Case Name:**      United States v. Daniel Lee
**Case Number:**    11-1380
**Document(s):**    Document(s)

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 05/08/2014, case No. 13-10085
[4156101] [11-1380] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** sc cert notice
**Original Filename:** 11-1380.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/13/2014] [FileNumber=4156101-0]
[7bc7d9b43541a63a2e7541662741119da0adc3699622d7d46b50257d8090711f52ce99fabb4b30e
ddb637ea9394631e31114d5a3c1497556a30b526e4cb05f66]]

**Document Description:** Supreme Court Notice Filed
**Original Filename:**
/opt/ACECF/live/forms/sduenow_111380_4156101_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/13/2014] [FileNumber=4156101-1]
[78556c6ab7cca3616352902bd58b35b98c91c2e4c14c20cee6d3d8c6648be7137c1ca476916c856
ed2e3d9d0ba2f5a3650d2f047c761048fa37261296f9efa5b]]

**Recipients:**
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4156101
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5083286, 5083287