**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**DANIEL LEWIS LEE**                                                              **MOVANT**


**vs.**                              **Case No: 4:06-cv-01608-GTE**
                                     **(Criminal Case No. 4:97-cr-00243-JLH-2)**

**UNITED STATES OF AMERICA**                                      **RESPONDENT**


### Unopposed Motion for Extension of Time to File Mr. Lee's
### Notice of Appeal and Request for Certificate of Appealability


COMES NOW Daniel Lewis Lee, movant, through Karl D. Schwartz, Esquire and Morris

Moon, Esquire, appointed counsel, and, pursuant to FRAP 4, requests an extension of time until

July 15, 2014 to file his notice of appeal and request for certificate of appealability. The grounds

for this motion are set forth in the following numbered paragraphs:

1.      On April 16, 2014, this Court denied Mr. Lee's Motion to Alter or Amend

Judgment. [Doc. 1252].

2.      Since the United States is a party, Mr. Lee has sixty (60) days, i.e., until June 16,

to file his notice of appeal. FRAP 4(a)(1)(B).

3.      FRAP 4(a)(5) allows this Court to grant an extension of up to thirty (30) days.

4.      Counsel Schwartz has had deadlines and court appearances over the past two

months that have made it impossible for him to complete Mr. Lee's notice of appeal and

certificate of appealability.

a.      Mr. Schwartz has had the following obligations:

1

      i.      a capital case oral argument in the Delaware Supreme Court;

      ii.      a capital case reargument motion in the Delaware Supreme Court;

      iii.      a reply brief in the District Court of Delaware;

      iv.      a motion and memorandum in support of a request for a stay-and-abeyance in a capital case in the District Court of Delaware;

      v.      oral argument in motions hearings in a federal capital post-conviction proceeding in the District Court of Maryland;

      vi.      a petition for writ of certiorari in the United States Supreme Court;

      vii.      several cases with pending investigations.

5.      Recently appointed counsel, Mr. Moon, has likewise had many prior obligations due to his role as Senior Attorney with the Federal Capital Habeas Project. The Federal Capital Habeas Project's annual Capital § 2255 Training, sponsored by the Administrative Office of the United States Courts, was held in May and Mr. Moon had to devote significant time to organizing the training, in addition to serving as faculty and co-director. Mr. Moon also was obligated to assist with several other federal capital cases with immediate filing deadlines and two oral arguments. In addition, Mr. Moon has spent considerable time better familiarizing himself with the extensive record in Mr. Lee's case.

5.      Counsel have conferred with Assistant United States Attorney John Pelletteiri who has related that the United States has no objection to the Court's granting this extension motion.

2

For these reasons, counsel respectfully requests that this Court extend the time to file Mr.

Lee's notice of appeal and request for certificate of appealability until July 15, 2014.

Respectfully Submitted:

*/S/Karl Schwartz*                          */s/Morris Moon__*
Karl Schwartz, Esq.                         Federal Capital Habeas Project
800 North King Street                       2109 Decatur Street
Wilmington, DE 19801                        Houston, TX 77007
(302) 573-6010                              (713) 880-3556
Karl_Schwartz@fd.org                        Morris_Moon@fd.org


CERTIFICATE OF SERVICE

This will certify that, on today's date, this motion was served upon the United States by

filing via CM/ECF.

*/s/Karl Schwartz*
Karl Schwartz

Dated: June 10, 2014
     Wilmington, DE

3