**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


**DANIEL LEWIS LEE**                                                        **MOVANT**


**vs.**                         **Case No: 4:06-cv-01608-GTE**
                                **(Criminal Case No. 4:97-cr-00243-JLH-2)**

**UNITED STATES OF AMERICA**                              **RESPONDENT**

### <u>ORDER</u>

Upon good cause shown, Movant Daniel Lewis Lee's Motion for Extension of Time to

File a Notice of Appeal and Request for Certificate of Appealability is GRANTED. The Notice

of Appeal and Request for Certificate of Appealability shall be filed on or before July 15, 2014.

IT IS SO ORDERED this _____ day of June, 2014.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE