**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                           No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                                          DEFENDANT

### ORDER

Upon good cause shown, Daniel Lewis Lee's motion for extension of time to file a notice

of appeal and request for certificate of appealability is GRANTED.  Document #1258.  The notice

of appeal and request for certificate of appealability must be filed on or before July 15, 2014.

IT IS SO ORDERED this 11th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE