**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANIEL LEWIS LEE**                                                           **MOVANT**

**vs.**                                    **Case No: 4:06-cv-01608-GTE**
                                           **(Criminal Case No. 4:97-cr-00243-JLH-2)**

**UNITED STATES OF AMERICA**                                   **RESPONDENT**

**ORDER GRANTING CERTIFICATE OF APPEALABILITY**

After due consideration, Movant Daniel Lee's Application for Certificate of Appealability

is granted.  Movant Lee is granted leave to appeal this Court's denial of his Rule 60(b) motion

entered on the 18th day of March, 2014 and Rule 59(e) motion entered on the 16th of April, 2014.

IT IS SO ORDERED this __ day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE