## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DANIEL LEWIS LEE**                                                                **MOVANT**

**vs.**                         **Case No: 4:06-cv-01608-GTE**
                                **(Criminal Case No. 4:97-cr-00243-JLH-2)**

**UNITED STATES OF AMERICA**                                        **RESPONDENT**

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Daniel Lewis Lee, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the *Memorandum Opinion* of the District Court, Hon. J. Leon Holmes, United States District Judge, denying *Movant's Motion for Relief from a Judgment or Order Pursuant to Fed. R. Civ. P. 60(b)*, entered on March 18, 2014. (Doc. No. 1249) Movant appeals, as well, the District Court's subsequent *Order* denying his *Motion to Alter or Amend Pursuant To Federal Rule of Civil Procedure 59(e),* entered on April 16, 2014. (Doc. No. 1252).

Respectfully Submitted:

/s/ Karl Schwarz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6545
Karl_Schwartz@fd.org

/s/ Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

Dated: July 14, 2014

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on July 14, 2014. This motion was served via this court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

By: /s/*Morris Moon*
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

2