**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                              No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                                  DEFENDANT

### ORDER

Daniel Lewis Lee's application for certificate of appealability is GRANTED.  Document

#1261.  The Court grants a certificate of appealability on the issue of whether Lee's Rule 60(b)

motion was an improper successive habeas petition under 28 U.S.C. § 2255.

IT IS SO ORDERED this 1st day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE