# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 07, 2014

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
2109 Decatur Street
Houston, TX  77007

`4:97-cr-243-02-JLH`

Mr. Karl Schwartz
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
800 King Street
Wilmington, DE  19801

RE:  14-2853  United States v. Daniel Lee

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

An order appointing your office to represent appellant will be forwarded under separate Notice of Docket Activity.

The court will establish an appeal briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

media.ca8.uscourts.gov/newcoa/notes/redactgov-ever.pdf
media.ca8.uscourts.gov/newcoa/forms/brchk.pdf
media.ca8.uscourts.gov/newcoa/forms/record.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and complete CJA Form 24. The form is available as part of the CJA forms referenced above.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged. Permission to file an overlength brief must be sought 7 days in advance of the due date. See Eighth Circuit Rule 28A(h).

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.


Michael E. Gans
Clerk of Court


JMH

Enclosures

cc:     Mr. Daniel Lewis Lee
        Ms. Linda B. Lipe
        Mr. Jim McCormack
        Mr. John Michael Pellettieri

        District Court Case Number:   4:06-cv-01608-GTE

**Caption For Case Number:   14-2853**

United States of America

       Plaintiff - Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

       Defendant - Appellant

**Addresses For Case Participants:   14-2853**

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
2109 Decatur Street
Houston, TX  77007

Mr. Karl Schwartz
FEDERAL PUBLIC DEFENDER'S OFFICE
Capital Habeas Unit
Suite 200
800 King Street
Wilmington, DE  19801

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Ms. Linda B. Lipe
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
P.O. Box 1229
Little Rock, AR  72203

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201

 **14-2853 United States v. Daniel Lee "PRISONER case docketed"**
**(4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)**
8cc-cmecf-nda    to:                                          08/07/2014 09:11 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 08/07/2014 at 8:46:57 AM CDT and filed on 08/06/2014

**Case Name:**     United States v. Daniel Lee
**Case Number:**   14-2853
**Document(s):**   Document(s)

**Docket Text:**
Prisoner case docketed. [4183462] [14-2853] (Joe Hagen)

**Notice will be electronically mailed to:**

Ms. Linda B. Lipe, Assistant U.S. Attorney: linda.lipe@usdoj.gov, yolonda.cole@usdoj.gov, sonya.jeffords2@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: Morris_Moon@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Karl Schwartz: Karl_Schwartz@fd.org, DJ_Siegel@fd.org, Jenny_Merrigan@fd.org, Annie_Ruhnke@fd.org, Jenny_Osborne@fd.org, Oliver_Loewy@fd.org

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Prisoner FPD Appointment

**Original Filename:**
/opt/ACECF/live/forms/jhagen_142853_4183462_PrisonerFPDAppointment_115.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/06/2014] [FileNumber=4183462-0]
[b0102b578da27dcdcd8ab5d340fd72ea0f7d722fae21ff7bbd779feaf6f61deeda32c41b8cfbeb4e32
9f17fa68b98c0bdfcd82d33463b4e5cebe38d7f327d611]]
**Recipients:**

- Mr. Daniel Lewis Lee
- Ms. Linda B. Lipe, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri
- Mr. Karl Schwartz

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4183462
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5134959, 5134960, 5134961

# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.    14-2853   United States v. Daniel Lee

Date:        August 07, 2014

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at:  www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**APPEAL BRIEFING SCHEDULE**
**FILING DATES:**

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/16/2014**
   **( Daniel Lewis Lee )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/16/2014**
   **( Daniel Lewis Lee )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues**
                               **the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14 days from the date the court issues**
                               **the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**

 **14-2853 United States v. Daniel Lee "Civil Briefing Schedule Set"**
**(4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)**
8cc-cmecf-nda   to:                                              08/07/2014 10:15 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/07/2014

**Case Name:**    United States v. Daniel Lee

**Case Number:**   14-2853

**Document(s):**   Document(s)

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Appendix due on 09/16/2014. BRIEF OF APPELLANT Daniel Lewis Lee due 09/16/2014. Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 14 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4183543] [14-2853] (Joe Hagen)

**Notice will be electronically mailed to:**

Ms. Linda B. Lipe, Assistant U.S. Attorney: linda.lipe@usdoj.gov, yolonda.cole@usdoj.gov, sonya.jeffords2@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: Morris_Moon@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Karl Schwartz: Karl_Schwartz@fd.org, DJ_Siegel@fd.org, Jenny_Merrigan@fd.org, Annie_Ruhnke@fd.org, Jenny_Osborne@fd.org, Oliver_Loewy@fd.org

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.

Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/jhagen_142853_4183543_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/07/2014] [FileNumber=4183543-0]
[9430bba9f2e7d49679681359a0b204a6305ed8cf74a117b9acc0223c41b04dfbadf2a52ef71f91b2e
0b3c8abd5ca3222bd3d11a19362847835c9e8273e6d0706]]
**Recipients:**
- Mr. Daniel Lewis Lee
- Ms. Linda B. Lipe, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri
- Mr. Karl Schwartz

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4183543
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5135111, 5135112