IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DANIEL LEWIS LEE**                                                  **MOVANT**

vs.                                **Case No:  4:97-cr-00243-JLH-2**

**UNITED STATES OF AMERICA**                              **RESPONDENT**

### UNOPPOSED MOTION FOR SEALED TRANSCRIPTS

Petitioner, Daniel Lee, through his counsel, Karl Schwartz and Morris Moon, Assistant Federal Defenders, respectfully requests that the Court order that his counsel be permitted to receive the below referenced sealed transcripts from his trial, based on the following:

1.    Attorneys Schwartz and Moon are Petitioner's § 2255 counsel.

2.    Petitioner has a pending petition for writ of certiorari before the United States Supreme Court (No. 13-10085) and a pending appeal before the Eighth Circuit Court of Appeals (No. 14-2853) in this § 2255  matter.

3.    In order to effectively represent Petitioner, § 2255 counsel must be familiar with all of the proceedings.  Counsel has obtained (through prior counsel) several of the sealed transcripts from Petitioner's trial, but does not have, and cannot obtain through prior counsel, sealed transcripts of proceedings from the following dates:

February 6, 1998 (not transcribed)          April 23, 1999 Dkt. # 769
March 27, 1998 (not transcribed)            April 29, 1999 Dkt. # 770
April 7, 1999 Dkt. # 693                    April 30, 1999 Dkt. # 771
April 21, 1999 Dkt. # 768                   May 3, 1999 Dkt. # 772

4.    The undersigned has been in contact with Respondent's counsel, who agrees that the undersigned should have these transcripts, and offers no objection to this Motion.

5.      The undersigned represents that only members of the defense team within their Federal Defender Offices will read the transcripts, and nothing within the transcripts shall be disclosed in any pleadings, or to anyone outside the defense teams, absent the permission of this Court.

WHEREFORE, Petitioner respectfully requests that the Court grant the relief requested, and order the Court Reporter, Elaine Hinson, to provide his attorneys with the above referenced transcripts.

Respectfully submitted,

/s/ Karl Schwarz
KARL SCHWARTZ
Bar # 38994 (PA)
Assistant Federal Public Defender
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

/s/ Morris H. Moon
MORRIS H. MOON
Bar # 24032750 (TX)
Assistant Federal Public Defender
Federal Capital Habeas Project
Maryland Federal Defender Office
2109 Decatur Street
Houston, TX 77007
(713) 880-3556
Morris_Moon@fd.org

Counsel For Mr. Lee
Dated: August 26, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 26st day of August, 2014, a copy of this Notice was served via this Court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

/s/ Karl Schwartz
KARL SCHWARTZ

Dated: August 26, 2014