## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DANIEL LEWIS LEE**                                                                 **MOVANT**

**vs.**                                    **Case No:  4:97-cr-00243-JLH-2**

**UNITED STATES OF AMERICA**                                        **RESPONDENT**

### O R D E R

On this _____ day of _____, 2014, in consideration of Petitioner Daniel Lee's

request, Court Reporter Elaine Hinson is hereby ordered to provide to Petitioner's counsel, Karl

Schwartz and Morris H. Moon, Assistant Federal Defenders, the following sealed transcripts

from the above captioned trial. Counsel shall furnish any required payment in advance of

receiving the transcripts.

| | |
|---|---|
| February 6, 1998 (not transcribed) | April 23, 1999 Dkt. # 769 |
| March 27, 1998 (not transcribed) | April 29, 1999 Dkt. # 770 |
| April 7, 1999 Dkt. # 693 | April 30, 1999 Dkt. # 771 |
| April 21, 1999 Dkt. # 768 | May 3, 1999 Dkt. # 772 |

_____
United States District Court Judge