(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:**       Clerk, USCA 8            **DATE:** 9/3/2014

**FROM:**    U.S. District Court Clerk
             Eastern District of Arkansas
             Little Rock, Arkansas

**APPEAL NO:** 14-2853

**DISTRICT COURT NO.** 4:97-cr-00243-02-JLH

**TRANSMITTED HEREWITH:**

_____

**VOLUME:** _____

Transcript

     Volume and Date: [1267] Oral Argument on Defendant's Motions, 1/31/2014
     Volume and Date: _____
     Volume and Date: _____

In Camera Documents

     _____
     _____
     _____

Exhibits

     Plaintiff(s) _____
     Defendant(s) _____
     Joint _____

**COMMENTS:**
_____

*************************************************************************

## USCA 8 ACKNOWLDGMENT

RECEIPT

By: _____
    Deputy Clerk