# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
 *Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**        Mr.  Jim McCormack

**FROM:**     Michael E. Gans, Clerk of Court

**DATE:**      November 03, 2014

`4:97-cr-243-02-JLH`

**RE:**        11-1380  United States v. Daniel Lee

         District Court/Agency Case Number(s):   4:06-cv-01608-GTE

_____

        Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 6, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

Re:   Daniel Lewis Lee, aka Danny Lee, aka D. L. Graham, aka Daniel
      Lewis Graham
      v. United States
      No. 13-10085
      (Your No. 11-1380)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk



11-1380 United States v. Daniel Lee "Supreme Court Order"
(4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)
8cc-cmecf-nda    to:                                        11/03/2014 12:59 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 11/03/2014 at 12:57:53 PM CST and filed on 10/06/2014

**Case Name:**    United States v. Daniel Lee
**Case Number:**  11-1380
**Document(s):**  Document(s)

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 10/06/2014 in case No.13-10085. [4212558] [11-1380] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** sc order
**Original Filename:** 11-1380.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/06/2014] [FileNumber=4212558-0] [1705d7930a18cb92a7342f4124c04f0422f5a86549d353642d25aad9a45369d269625f39e61a669 e27236e348a000f05059bcb2dc9b65f78bd8bc41669bccd98]]

**Document Description:** DC Memo Cert Denied
**Original Filename:**
/opt/ACECF/live/forms/sduenow_111380_4212558_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/06/2014] [FileNumber=4212558-1] [2c735f49a0cac9aeb91a11c6c37e00b435776bb7de5fbfe1ac58565e68559e613ef18be9536c57d0 87a40961fc24111043f8f2cfb738a62845b4ec3566f5ea4e]]

**Recipients:**

- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4212558
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5190102, 5190103