## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                         No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                       DEFENDANT

## ORDER

In consideration of Daniel Lewis Lee's request, Court Reporter Elaine Hinson is hereby ordered to provide to Lee's counsel, Karl Schwartz and Morris H. Moon, Assistant Federal Defenders, the following sealed transcripts from the above-captioned trial. Counsel must furnish any required payment in advance of receiving the transcripts. Document #1266.

| | |
|---|---|
| February 6, 1998 (not transcribed) | April 23, 1999 Dkt. #769 |
| March 27, 1998 (not transcribed) | April 29, 1999 Dkt. #770 |
| April 7, 1999 Dkt. #693 | April 30, 1999 Dkt. #771 |
| April 21, 1999 Dkt. #768 | May 3, 1999 Dkt. #772 |

IT IS SO ORDERED this 6th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE