# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  14-2853

_____

United States of America     4:97-cr-243-02

Plaintiff - Appellee

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)

_____

## JUDGMENT

Before MURPHY, COLLOTON and KELLY, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 13, 2015


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

 **14-2853 United States v. Daniel Lee "judgment filed sua sponte affirmed "**
**(4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)**
ca08ml_cmecf_Notify    to:                                              07/13/2015 08:46 AM

***\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.***

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/13/2015

**Case Name:**     United States v. Daniel Lee
**Case Number:**   14-2853
**Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion.. DIANA E. MURPHY, STEVEN M. COLLOTON and JANE KELLY Hrg Apr 2015 [4294285] [14-2853] (Michael Shay)

**Notice will be electronically mailed to:**

Mr. George G. Kouros: GeorgE_Kouros@fd.org
Ms. Linda B. Lipe, Assistant U.S. Attorney: linda.lipe@usdoj.gov, sonya.jeffords2@usdoj.gov, vanessa.collins@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org, Kim_Taylor@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Karl Schwartz: Karl_Schwartz@fd.org, DJ_Siegel@fd.org, Annie_Ruhnke@fd.org, Jenny_Osborne@fd.org, Oliver_Loewy@fd.org

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:**
/opt/ACECF/live/forms/michaelshay_142853_4294285_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/13/2015] [FileNumber=4294285-0]
[5048dce52108e38555da7113270b3b328d83dcbd231654d15c48783642052d227dbb6925b89035
8867363c1551974505820dcec33ba5dfc34a39698a6a39a186]]
**Recipients:**
- Mr. George G. Kouros
- Mr. Daniel Lewis Lee
- Ms. Linda B. Lipe, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri
- Mr. Karl Schwartz

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4294285
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 5343333, 5343334, 5343335