# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2853

United States of America

Appellee

4:97-cr-243-02

v.

Daniel Lewis Lee, also known as Daniel Lewis Graham, also known as Danny Lee, also known as D L Graham

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:06-cv-01608-GTE)
_____

## MANDATE

In accordance with the judgment of 07/13/2015 and the opinion of 12/14/2015, and

pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is

hereby issued in the above-styled matter.

December 23, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit

 14-2853 United States v. Daniel Lee "Mandate Issued" (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)

ca08ml_cmecf_Notify    to:                                                    12/23/2015 11:34 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/23/2015

**Case Name:**    United States v. Daniel Lee
**Case Number:**    14-2853
**Document(s):**    Document(s)

**Docket Text:**
MANDATE ISSUED. [4349572] [14-2853] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Honorable J. Leon Holmes, U.S. District Judge: Leon_Holmes@ared.uscourts.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Ms. Linda B. Lipe, Assistant U.S. Attorney: linda.lipe@usdoj.gov, sonya.jeffords2@usdoj.gov, vanessa.collins@usdoj.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org, Kim_Taylor@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Karl Schwartz: Karl_Schwartz@fd.org, DJ_Siegel@fd.org, Annie_Ruhnke@fd.org, Jenny_Osborne@fd.org, Oliver_Loewy@fd.org

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:

**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/mrudolph_142853_4349572_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/23/2015] [FileNumber=4349572-0]
[45ea88b053ef733969b354b697912dcd40628ab1b789c0376d8fa2cc5f0ab575e8bebc4a3852c37d
3d91ada2290fb9a80d1048b46de780007b4dc5f9d1afae19]]
**Recipients:**
- Honorable J. Leon Holmes, U.S. District Judge
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Ms. Linda B. Lipe, Assistant U.S. Attorney
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri
- Mr. Karl Schwartz

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4349572
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5450473