# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

May 03, 2016

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

RE:  14-2853  United States v. Daniel Lee

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

Michael E. Gans
Clerk of Court

SRD

Enclosure(s)

4:97-cr-243-02

District Court/Agency Case Number(s):  4:06-cv-01608-GTE

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 15, 2016

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

   Re: Daniel Lee
     v. United States
     No. 15-8942
     (Your No. 14-2853)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on April 13, 2016 and placed on the docket April 15, 2016 as No. 15-8942.

       Sincerely,

       **Scott S. Harris**, Clerk

       by

       Michelle Marshall
       Case Analyst

 14-2853 United States v. Daniel Lee "Supreme Court notice of cert filed " (4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)

ca08ml_cmecf_Notify    to:                                    05/03/2016 02:56 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/03/2016 at 2:52:49 PM CDT and filed on 04/15/2016

**Case Name:**        United States v. Daniel Lee
**Case Number:**   14-2853
**Document(s):**    Document(s)

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 04/13/2016, case No. 15-8942 [4395102] [14-2853] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** cert ntc
**Original Filename:** 14-2853.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/15/2016] [FileNumber=4395102-0] [c80b17a9afdc74c7178ee802c6e64b2b34e33ba6b7c3920403022eeeed7c4fbeae7210567f6b8bbb 0aa2b051b5c99d2fc9651294dac85d0938f2e573500cfa9c]]

**Document Description:** Supreme Court Notice Filed
**Original Filename:**
/opt/ACECF/live/forms/sduenow_142853_4395102_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/15/2016] [FileNumber=4395102-1] [010014c33a63b6e33bd966e66fad5d7a810d9bfdc640a0510d904bd0c0a92ec306899c5394cc2cc 5dc8b5bbbf0ef3417bd89ef1199fee58fbbcc8c06ccf6f730]]

**Recipients:**
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4395102
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5536221, 5536222