# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**        Mr.  Jim McCormack

**FROM:**     Michael E. Gans, Clerk of Court

**DATE:**     April 26, 2017

                                                      4:97-cr-00243-02-JLH

**RE:**        14-2853  United States v. Daniel Lee

             District Court/Agency Case Number(s):   4:06-cv-01608-GTE

_____

        Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

AMT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 17, 2017

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

  Re: Daniel Lee
     v. United States
     No. 15-8942
     (Your No. 14-2853)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is denied.

       Sincerely,

       **Scott S. Harris**, Clerk



**14-2853 United States v. Daniel Lee "Supreme Court Order"**
**(4:06-cv-01608-GTE, Lead: 4:97-cr-00243-GTE-1)**
ca08ml_cmecf_Notify   to:                                              04/26/2017 03:02 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 04/26/2017 at 2:59:45 PM CDT and filed on 04/17/2017

**Case Name:**      United States v. Daniel Lee
**Case Number:**   14-2853
**Document(s):**    Document(s)

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 04/17/2017 in case No.15-8942. [4529340] [14-2853] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** SC Order
**Original Filename:** Circ8_20170417_14-2853_15-8942.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/17/2017] [FileNumber=4529340-0] [2f753d2b78c648e429a1808885a553e092e7df016bfde1cb981e9cdc5d9617b3a1c8232be964d0c7 b1a2239ba77ef7b9e34fdee347449452ed716d1b0bfb8c95]]

**Document Description:** DC Memo Cert Denied
**Original Filename:**
/opt/ACECF/live/forms/AmandaTrautt_142853_4529340_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/17/2017] [FileNumber=4529340-1] [9032636820968c38ba680515ac8bf48c09ca51d785cb5af1185aa487d26f03454b59c04f735c4650 6ecf363a1291106965d7c9885c8f3f8a8698a845a7b98153]]

**Recipients:**

- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4529340
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5793811, 5793812