DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS

Exhibit A:   Declaration of James Wanker
Exhibit B:   Declaration of Jack T. Lassiter
Exhibit C:   Excerpts, Oklahoma County District Court No. CF-90-5292
Exhibit D:   Declaration of Debra Carter
Exhibit E:   Serological Research Institute Mitochondrial DNA Report
Exhibit F:   Arkansas State Crime Lab Report
Exhibit G:   Wanker Statement to Pope County Sheriff's Office
Exhibit H:   Wanker Statement to ATF
Exhibit I:   Order in *Carter v. Kelley*, No. 5:16-cv-367-DPM-PSH (E.D. Ark.)
Exhibit J:   Penalty Phase Verdict Form, *USA v. Daniel Lee*
Exhibit K:   Excerpt of 12/20/96 Sean Haines Interview (Page 26)
Exhibit L:   Excerpt of 3/31/98 Gloria Kehoe Interview (Page 80)
Exhibit M:   Excerpt of 3/31/98 Gloria Kehoe Interview (Page 94)
Exhibit N:   Excerpt of 3/31/98 Gloria Kehoe Interview (Pages 105-106)
Exhibit O:   Excerpt of 4/16/98 Gloria Kehoe Interview (Pages 8-9)
Exhibit P:   Excerpt of 6/21/97 Cheyne Kehoe interview (Page 119)
Exhibit Q:   ATF Report from Confidential Informant (4/29/97)
Exhibit R:   Courier News Article (5/6/99)
Exhibit S:   January 2006 Sunrise/Sunset Calendar, Russellville, AR
Exhibit T:   Declaration of Thomas V. Ryan, Ph.D