# EXHIBIT A

Declaration of James Wanker

1. My name is James Wanker. I currently reside in Spokane, Washington where I have lived most of my life.

2. In 1999, I was a witness for the Government at the murder trial of Danny Lee and Chevie Kehoe. At trial, the Government asked me about comments that Danny Lee made to me indicating that he had been involved with Chevie Kehoe in the murders in Arkansas.

3. I am providing this declaration to explain the context of those statements, what I thought about the statements, and all of the information I passed on to law enforcement and the prosecutors. I have recently had the opportunity to review my trial testimony, my grand jury statement, and the reports about my conversations with law enforcement and I was very surprised that the reports did not include all of what I said.

4. In May of 1996, my wife and I moved to the RV park at the Shadows Motel. In September of that year, I became the manager of the Shadows Motel. The Kehoe family and Danny Lee were living at the Shadows when we moved there and I also had contact with them as manager of the property.

5. The Kehoes were very secretive and stuck closely together. Danny Lee was somewhat reserved but he was friendlier than the Kehoes. It really seemed like he was just looking for somewhere to belong. He wanted to look badass like the Kehoes but you could tell he didn't really fit in with them.

6. Danny was a follower who tried to sound like a big guy. He was always trying to blow smoke up my ass; trying to impress me by sounding tough. He would spout off about different fights and crazy situations that were not true just to look tough and try to fit in.

7. When Danny made these comments about this trip, I didn't believe him. I knew him to be a braggart and that he would try to claim responsibility for criminal actions in order to fit in with the Kehoes. It still cracks me up that Danny was trying to be a tough guy.

8. In the spring of 1997, an officer from the Spokane Sheriff's office just happened by the Shadows Motel sometime after we had heard about the Kehoes' Ohio shootout. While we were chatting I mentioned what Danny had said to me. I told the officer that I didn't believe Danny's claims. At some point, I told ATF agent Sprenger about it too but he also didn't pay it any attention.

9. In the summer of 1997, law enforcement suddenly began to be interested. An officer in Arkansas called me on the phone to ask me questions and I told them the story Danny had relayed to me. I also told him at the time that I did not believe what Danny had told me about his involvement in the murders in Arkansas.

10. In early July, Agent Sprenger visited and interviewed me and my wife, Delvine. I told him the whole story and again said that I did not believe what Danny had said. Agent Sprenger was very dismissive and it seemed like he didn't believe the story or us. He was abrupt and did not appear to take many notes. It seemed like he was not interested in talking to us but someone had sent him out to do the interview. It was clear to me that he didn't believe either Danny's story or us.

11. Prior to the trial I was in contact with other government officials including Agent Jordan and the prosecutor Stripling. When we discussed my testimony, I told each of them that I didn't believe that what Danny had told me was true. I was recently shown written reports of my interviews with the Arkansas officer and Agent Sprenger and I was surprised this information was not included in the reports.

12. Prior to trial, I was told to limit my testimony to only what was asked and not to give personal opinions. They made me feel like my testimony was very important and told me that I should just answer their questions and not go into other areas. I followed their instructions and

answered just what they asked me without providing additional details. Even in my grand jury testimony, for example, what I heard about Sean Haines going to Arkansas with Chevie was left out.

13. During the trial, I testified that the reason I hadn't called the police when I first heard Danny make those comments was because I thought he was just talking to hear himself talk. If anyone had asked me, I would have told them that I'd never changed my opinion about that, and that even at the time of trial I still didn't believe that Danny's story was anything more than just empty bragging.

14. When the Kehoes left the Shadows they just left Danny Lee behind. It was like he was dead weight. I got the sense they didn't think he was important enough to go with them. He was like a throw-away.

I declare pursuant to 18 U.S.C. §1746 that the foregoing is true and correct.

Dated: September 11, 2017.

_____

James Wanker