# EXHIBIT C

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,           )
                                 )
                Plaintiff,       )
                                 )
vs.                              )   Case No.  CF-90-5292
                                 )
DANIEL LOUIS GRAHAM              )
                                 )
                Defendant.       )

## APPLICATION FOR ATTORNEY FEES

COMES NOW, Kenneth C.Watson, Attorney at Law, and shows to this Court that he was appointed by Judge Susan W. Bragg, Judge of the District Court of Oklahoma County, to represent the defendant, Daniel Louis Graham, in the above- captioned cause.

That on the 2nd, day of October, 1990, the defendant, Daniel Louis Graham was determined by this Court to be an indigent person and counsel was appointed same.  Said defendant has been duly defended, and counsel respectfully requests that this Court grant compensation from the Court Fund of Oklahoma County in the amount of $750.00.

WHEREFORE, Kenneth C. Watson, attorney for defendant, prays this Court for an Order directing payment of the sum of $750.00 as and for compensation for appointed counsel in this case.

Respectfully submitted,

Kenneth C. Watson, OBA # 9393
Attorney for Defendant
217 N. Harvey, Suite 100
Oklahoma City, OK 73102
(405) 232-1515

STATEMENT OF TIME EXPENDED

District Court Case No.  CRF-90-5292

| Date | Service Performed | Time Expended |
|------|-------------------|---------------|
| 10-16-90 | Conference w/Client | 1.5 |
| 10-19-90 | Preliminary Hearing Announcement | 1.0 |
| 10-15-90 | Conference w/District Attorney | 1.0 |
| 11-08-90 | Conference w/Client & Parent | 2.0 |
| 12-07-90 | Preliminary Hearing Conference | 1.5 |
| 12-08-90 | Conference w/Client | 1.0 |
| 12-13-90 | Preliminary Hearing | 6.0 |
| | TOTAL TIME EXPENDED | 14.0 |

The matter came on for hearing before Judge Hall; District Attorney called witness; hearing held; Court finds crime of Murder I not established by evidence; Court reccomends a Dismissal of Murder I charges and State consider refiling on charge of Robbery I.