# EXHIBIT G

RCS ATF R 3270.1

| DEPARTMENT OF THE TREASURY- BUREAU O. :OHOL, TOBACCO AND FIREARMS | 1. INVI. iATION IS | Page 1 of |
|---|---|---|

**REPORT OF INVESTIGATION (Law Enforcement)**

1. INV\_ .iATION IS
☐ I.. .iINE
☐ SENSITIVE ☒ SIGNIFICANT

Page 1 of
1 pages

**2. TO:**
)ecial Agent in Charge
\_\_1 Veterans Highway, Suite 1050
New Orleans, Louisiania

**3. MONITORED INVESTIGATION INFORMATION**(*Number and Branch*)
CIP: 745700                FY-97
VIOLENT CRIME
REPORT 258

**4. TITLE OF INVESTIGATION**
William Mueller

COPY

**5. INVESTIGATION No.** (*Include Suspect No.*)
53430-96-0110-K

**6. TYPE OF REPORT**(*Check applicable boxes*)

|   | | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (*Request*). | X | TITLE I | | | TARGETED OFFENDER |
| | | | | | TITLE II | FIREARMS | X | TERRORIST/EXTREMIST |
| X | STATUS | | COLLATERAL (*Reply*) | | TITLE VII | | | OCD |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | REFERRAL (*Internal*) | | ALCOHOL | | | OTHER (*Specify*) |

**9. DETAILS:**

DESCRIPTION OF ACTIVITY:

Interview of JAMES WANKER.

SYNOPSIS:

⌐his report relates to the burglary of firearms from former Federal
  irearm dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER,
ₙANCY MUELLER and SARAH POWELL.

NARRATIVE:

1)  On June 26, 1997, JAMES WANKER was interviewed by INVESTIGATOR
AARON DUVALL, Pope County Sheriff's Department.  The results of the
interview are attached.

ATTACHMENT:

Interview with JAMES WANKER

| 10. SUBMITTED BY (*Name*) len Jordan | 11. TITLE AND OFFICE SA, Little Rock, AR | 12. DATE 07/11/97 |
|---|---|---|
| :VIEWED BY (*Name*) J. William Buford | 14. TITLE AND OFFICE RAC, Little Rock, AR | 15. DATE / / |
| 16. APPROVED BY (*Name*) Robert A. Stellingworth | 17. TITLE AND OFFICE Special Agent in Charge | 18. DATE / / |

ATF EF 3270.2 (5-90)

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO:        96-1003
CRIME:          Homicide
DATE:           6/26/97
DICTATED BY:    Sgt. Aaron Duvall
COPIES TO:

*MEADE WASH/ NOW*

## INTERVIEW

Subject interviewed is JAMES "JIM" WANKER, W/M, 35 YOA, DOB
    /62,              Spokane, WA 99205.  Spouse is DALVINE
WANKER.  Pager number is              .  Message telephone is
            .

On Thursday,. 6/26/97, at approximately 2:50 p.m. this officer
interviewed MR. WANKER by telephone.  The interview was witnessed
by SHERIFF JAY WINTERS.  *May 96 - Moved Shadows. — lyr*   *Ck-Motor Home*

WANKER advised that in late July or early August of 1996 he was *down - awing*
at the Shadows Motel in Spokane, Washington, along with numerous
other people including DANNY LEE (GRAHAM) and CHEVIE KEHOE. *Small Trailer + Lg Trailer*
*Sept 96 - Mgr.*
WANKER stated they were standing around talking in the late
afternoon when DANNY LEE (GRAHAM) started talking about different
things he had done.  LEE was talking directly to WANKER.  LEE made
the statement that he "waxed" somebody in Arkansas.  LEE went on *Saw every day if their*
to say, "We wrapped them up and threw them in a swamp."

WANKER advised CHEVIE KEHOE was not that far away when LEE made
the statement.  WANKER said that SEAN HAINES was at the motel but
probably didn't hear LEE say this because Haines was approximately
60 to 80 feet away. ; WANKER stated that JAKE SETTLES was there
close by and might have heard LEE's statement. ʼ

WANKER described LEE as a "skin head" and had lost his eye when
he was hit with a billiard ball.

WANKER advised he was manager of the Shadows Motel up to
September of 1996.

WANKER stated he last saw LEE around November of 1996 in Spokane,
Washington.

WANKER stated he saw no firearms at the Shadows Motel during this
period of time but CHEVIE KEHOE made statements that "they were
well armed".

DANNY LEE showed WANKER'S wife, DALVINE, a rifle or shotgun.  She
doesn't know which one.

WANKER stated he found firearms and ammo in a storage building

Interview with James Wanker
6/26/97
Continued
Page Two


on a later date.  He stated he had been working with MIKE SPRINGER
with ATF in Spokane, Washington.

WANKER has seen JOE SONDUCK, a white supremist, at Deer Lake in
an Executive Motorhome with an Arizona license plate.  This
location is approximately 20 miles north Spokane, Washington.