# EXHIBIT H

RCS ATF R 3270.1

DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

# REPORT OF INVESTIGATION (Law Enforcement)

1. INVESTIGATION IS

☐ ROUTINE

☐ SENSITIVE   ☒ SIGNIFICANT

Page 1 of

1 pages

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch* ) |
|---|---|
| Special Agent in Charge<br>111 Veterans Highway, Suite 1050<br>New Orleans, Louisiana | CIP: 745700                   FY-97<br>VIOLENT CRIME<br>REPORT 237 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (*Include Suspect No.*) |
|---|---|
| William Mueller   COPY | 53430-96-0110-K |

6. TYPE OF REPORT(*Check applicable boxes* )

| | | | | |
|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (*Request* ). | |
| X | STATUS | | COLLATERAL (*Reply* ) | |
| | FINAL | | INTELLIGENCE | |
| | SUPPLEMENTAL | | REFERRAL (*Internal* ) | |

7. BUREAU PROGRAM

| X | TITLE I | FIREARMS |
|---|---|---|
| | TITLE II | |
| | TITLE VII | |
| | TITLE II | EXPLOSIVES |
| | TITLE XI | |
| | TOBACCO | |
| | ALCOHOL | |

8. PROJECT(S)

| | TARGETED OFFENDER |
|---|---|
| X | TERRORIST/EXTREMIST |
| | OCD |
| | ITAR |
| | SEAR |
| | OMO |
| | OTHER (*Specify* ) |

9. DETAILS:

DESCRIPTION OF ACTIVITY:

Interviews of JAMES W. WANKER and DEE WANKER.

SYNOPSIS:

    This report relates to the burglary of firearms from former Federal
    firearm dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER,
NANCY MUELLER and SARAH POWELL.

NARRATIVE:

1) On July 2, 1997, JAMES W. WANKER and DEE WANKER were interviewed by
SPECIAL AGENT MICHAEL SPRENGER, Spokane Field Office regarding
information concerning DANNY LEE and CHEVIE KEHOE.  The results of the
interviews are attached.

ATTACHMENT:

Interviews of JAMES and DEE WANKER.

| 10. SUBMITTED BY (*Name* )<br>Len Jordan | 11. TITLE AND OFFICE<br>SA, Little Rock, AR | 12. DATE<br>07/03/97 |
|---|---|---|
| 13. REVIEWED BY (*Name* )<br>J. William Buford | 14. TITLE AND OFFICE<br>RAC, Little Rock, AR | 15. DATE<br>/   / |
| 16. APPROVED BY (*Name* )<br>Robert A. Stellingworth | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE<br>/   / |

ATF EF 3270.2 (5-90)

RCS ATF R 3270.1

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | Page 1 of |
|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | ☒ ROUTINE  ☐ SENSITIVE  ☐ SIGNIFICANT | 2 pages |

| | 3. MONITORED INVESTIGATION INFORMATION(Number and Branch) |
|---|---|
| Special Agent in Charge<br>Seattle Field Division<br>Seattle, Washington | CIP: 746000 93397-01    FY-97<br>VIOLENT CRIME<br>REPORT 032 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (Include Suspect No.) |
|---|---|
| Kehoe, Chevie | 746010-97-0033 |

6. TYPE OF REPORT(Check applicable boxes)

| | | | | | 7. BUREAU PROGRAM | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (Request). | X | TITLE I | FIREARMS | | TARGETED OFFENDER |
| | | | | | TITLE II | | | TERRORIST/EXTREMIST |
| X | STATUS | | COLLATERAL (Reply) | | TITLE VII | | | OCD |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | REFERRAL (Internal) | | ALCOHOL | | X | OTHER (Specify)<br>TRAFFICKING |

9. DETAILS:

DESCRIPTION OF ACTIVITY:

Interview of former managers of the Shadows Motel, Spokane, Washington.

SYNOPSIS:

James and Dee Wanker were interviewed on 07/02/97 by SA Sprenger regarding information concerning Chevie Kehoe and Danny Lee.

NARRATIVE:

1. James Warren Wanker, W.                              , Spokane, WA 99218, DOB    /62,              , can testify to the following facts.

2. James and his wife, Dee, moved into the Shadows Motel and RV Park at 9025 N. Division, Spokane, WA in May of 1996. They resided in a trailer at the park. Jim first met Danny Lee and Chevie Kehoe at this time. Chevie Kehoe was living with his wife, Karina, and children in a motorhome in the RV section. Danny Lee was also living with the Kehoes. Jake and Sue Settle and Chevie's parents were also living at the Shadows. The conversation between Jim Wanker and Danny Lee were casual in nature. During one conversation Danny Lee discussed white supremist beliefs and asked Jim to go to the Aryan Nation Congress meeting in July, 1996. Danny also bragged about doing "hate crimes" to Jim on various occasions. Lee did not reveal any details of these

| 10. SUBMITTED BY (Name)<br>Michael Sprenger | 11. TITLE AND OFFICE<br>Special Agent, Spokane F.O. | 12. DATE<br>07/02/97 |
|---|---|---|
| 13. REVIEWED BY (Name)<br>Robert L. Harper | 14. TITLE AND OFFICE<br>RAC, Spokane Field Office | 15. DATE<br>7/02/97 |
| 16. APPROVED BY (Name)<br>Margaret M. Moore | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE<br>/ / |

ATF EF 3270.2 (5-90)

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br><br>REPORT OF INVESTIGATION - CONTINUATION SHEET<br>(Law Enforcement) | PAGE 2<br><br>OF 2 PAGES |
|---|---|

| TLE OF INVESTIGATION<br>Kehoe, Chevie | INVESTIGATION NO.<br>746010-97-0033 |
|---|---|

DETAILS (Continued)

alleged crimes. At one point, Danny Lee told Wanker he, Sean Haynes, and Chevie Kehoe had gone to Arkansas on a trip. Again Lee did not reveal any details of the trip or when the trip took place.

3. In July or August, 1996, Wanker stated he had a conversation with Danny Lee when Lee told him when they were on the trip somebody had messed with them. Wanker assumed the trip was to Arkansas from previous conversation he had with Lee. Lee further stated they had killed them, duct taped the bodies and thrown them in a swamp. Lee revealed no other details. Wanker stated Lee had been drinking but was not drunk or impaired.

4. Wanker stated he observed Chevie Kehoe driving a white suburban, a blue Suburban, an old faded green Toyota Land Cruiser, a white GMC pickup, a green Chevrolet full size pickup with a camper, and a blue Jeep while Kehoe stayed at the Shadows Motel. Wanker stated these vehicles had various license plates, predominately Idaho.

5. Wanker and his wife became managers of the Shadows Motel and RV Park in mid-September, 1996. Prior to this Jeff Brown had been the manager. Wanker stated Brown was "buddies" with Chevie Kehoe and his lad. They often worked on vehicles in a blue storage building at the Shadows.

6. Dalvine Ann Wanker, same address as husband, DOB       /56, nickname of Dee, was also interviewed this same date. Dee Wanker can testify as to living at and later managing the Shadows during the same time frame as her husband and meeting Danny Lee and Chevie Kehoe.

7. Dee Wanker stated on one occasion she observed Danny Lee holding a rifle or a shotgun in the doorway of a small travel trailer where he lived. This was after Lee had stayed in the motorhome with Chevie Kehoe and his family. They were having a conversation about some people who had recently moved into the park. Dee expressed concern to Lee about these people. Lee told her not to worry as he would take care of it like we did on our trip. Lee further said he was not afraid to use it (referring to the firearm he was holding).

8. Dee Wanker can further testify she saw the same vehicles used by Chevie Kehoe as her husband.

9. Additionally, Dee Wanker can testify Chevie Kehoe and his dad were friends with Jeff Brown and would work on vehicles in the blue storage building located on the Shadows property. Dee Wanker stated she had a conversation with Karina Kehoe one day when Karina said she had cleaned Jeff Brown's apartment at the Shadows.