# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

SANDERS M. CARTER
ADC #88350                                                    PETITIONER

v.                                    No. 5:16-cv-367-DPM-PSH

WENDY KELLEY, Director,
Arkansas Department of Correction                            RESPONDENT

## ORDER

On *de novo* review, the Court declines the recommendation, № 12, without prejudice. FED. R. CIV. P. 72(b)(3). The Magistrate Judge is right: "second or successive" is a term of art. In the *Brady* context, though, materiality is the touchstone. If Carter's *Brady* claim is nonmaterial, then he'll have to get preauthorization to file his petition. *Crawford v. Minnesota*, 698 F.3d 1086, 1089–90 (8th Cir. 2012). But if his *Brady* claim is material, then his petition may not be "second or successive" within the meaning of AEDPA. *Ibid.; see also United States v. Lopez*, 577 F.3d 1053, 1066–67 (9th Cir. 2009).

On the current record, the Court can't determine whether Carter's *Brady* claim is material and, thus, whether his petition requires preauthorization. The Court therefore declines the recommendation, № 12, without prejudice;

denies Kelley's motion to dismiss, № 8, without prejudice; and returns this

case to the Magistrate Judge for further proceedings.

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

_25 April 2017_