# EXHIBIT K

Interview with Sean Haines
12/20/96
Continued
Page Twenty Six


GJ:   Chevie?

SH:   No, they didn't.

GJ:   Okay.  Okay, so, Chevie and Daniel was gone two or three
      weeks around the first, middle, January '96, is that correct?

SH:   Yeah.

GJ:   Okay, what was Chevie driving at that time?

SH:   By that time he was driving uh, the diesel, the blue
      diesel truck, and uh, I think he was occasionally driving
      the uh, the Subaru wagon.  That was, the truck was suppose
      to be his, the wagon, the Subaru was suppose to be Kirby's.

GJ:   Uh, do you, do you remember the circumstances when Daniel
      returned from this trip.  Were you just at home when he
      showed up one day, or exactly how did the return occur?

SH:   Well I came home one day and uh, there was a note, you know,
      "I got back.", and his stuff was there, the light was on.
      Um, uh, and then, I missed, it was like hit and miss, he'd
      come and go while I was gone, um...

GJ:   When was the first time you had a discussion with him about
      this trip that he had just gotten back from.  Do you remember
      the, the discussion that, that you all had about this trip,
      first uh real meeting that ya'll set down and talked about
      it?

SH:   Yeah, it was probably about a, maybe three or four days
      after, you know, I found the initial note and stuff, I then
      Chevie stopped by, and he was uh, I think he was pickin up
      clothes to go do laundry at the Shadows Motel, and said that
      uh, you know, I'm might of said uh, uh, you know, "Where you
      been?", 'cause he said he was gonna be gone two weeks and it
      turned out to be almost three.  He's was like, "Well, you
      know, threw up a pole barn in Idaho,"  and uh, he went, he
      went into real detail about it, sayin that, "Well it wasn't
      really a pole barn, it was actually ...?...we went out there

006130