# EXHIBIT L

80

family up, this murder.  It's ruined the whole family.  I asked him over and over, did you know that they were going to kill those people, did you know this.  And he denies it.

MR. JORDAN:  Did he have knowledge that they were going there, though?

MS. KEHOE:  Yes.  And Chevy wanted his father to go, and he wouldn't go.

MR. JORDAN:  Why not?

MS. KEHOE:  Because it involved Danny.  People talk, mouths run.

MR. JORDAN:  Did Kirby tell you exactly what happened at the Mueller residence?

MS. KEHOE:  No.

MR. JORDAN:  Do you know what happened at the time of the homicide?

MS. KEHOE:  I didn't know about it till afterwards.

MR. JORDAN:  And who told you?

MS. KEHOE:  Chevy.

MR. JORDAN:  What did Chevy