# EXHIBIT M

94

MR. JORDAN: The blue pickup truck?

MS. KEHOE: Yeah. Blue pickup.

MR. JORDAN: Did he tell you where at, the specific location that they disposed of the bodies?

MS. KEHOE: It was some -- some river -- some river way out, in other words. And it was late.

MR. JORDAN: Did he tell you how they picked this spot?

MS. KEHOE: No. He didn't tell me that.

MR. JORDAN: Gloria, if I showed you a picture of an individual, would you tell me if you had ever met this man before?

MS. KEHOE: Yes.

MR. JORDAN: Have you ever seen this gentleman?

MS. KEHOE: I'm not sure I have.

MR. JORDAN: I'm showing you a picture of Paul Edward Humphrey. You do not