# EXHIBIT P

Interview with CHEYNE KEHOE
6/21/97
Continued
Page One Hundred Nineteen


CK:   hauled it to the woods and unloaded it into his truck.  And
      that was all that he ever told me about that instance.  He
      said he didn't want to be seen with the, he did it at night.
      He said he didn't want to be seen with the, the uh, truck,
      or the, or the Cherokee or the trailer.

GJ:   Mm mh (affirmative).

CK:   And he said he just put it, just drove it into the woods
      and abandoned it.

GJ:   Mm, did he say if it was night or day when these bodies were
      dumped?

CK:   No sir, he didn't.

GJ:   Okay.  Uh, did he say whether or not that they brought the,
      the duct tape and bags and other items with them?

CK:   Yes sir, they did bring the duct tape and, he, I know that he
      brought the duct tape with him, he sa..he said, "Yeah, we
      brought the duct tape and the bags."  And then I guess some
      of the other bags they had gotten from the house.  He said
      that they, um, I'm tryin to remember exactly what ... I know
      he brought duct tape and bags with him, I'm not sure ho...
      what the quantity was or how much or if he used anything from
      the house.  That I'm not sure of.

GJ:   Okay.  And you told us earlier that they brought these cheap
      handcuffs and these nylon ties.

CK:   Mm mh (affirmative), yes.

GJ:   Okay.  Now, think if, think of any other details that he
      may have told you about the actual crime that ...

CK:   Uh, that ...

GJ:   That, that, that you may not think is, is important to us
      but ...

CK:   Important, yeah ... um, oh, there's, there's one that may