# EXHIBIT Q

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | | 1. INVESTIGATION IS | | Page 1 of |
|---|---|---|---|---|
| REPORT OF INVESTIGATION (Law Enforcement) | | [X] ROUTINE  [ ] SENSITIVE  [ ] SIGNIFICANT | | __3__ pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION (Number and Branch) |
|---|---|
| Special Agent in Charge<br>Seattle Field Division<br>Seattle, Washington | CIP: 746000 93397-01    FY-97<br>VIOLENT CRIME<br>REPORT 027 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (Include Suspect No.) |
|---|---|
| Kehoe, Chevie | 746010-97-0033 |

| 6. TYPE OF REPORT (Check applicable boxes) | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|
|   | PRELIMINARY | COLLATERAL (Request). | X | TITLE I | FIREARMS | | TARGETED OFFENDER |
|   |   |   |   | TITLE II |   |   | TERRORIST/EXTREMIST |
| X | STATUS | COLLATERAL (Reply) |   | TITLE VII |   | OCD |   |
|   |   |   |   | TITLE II | EXPLOSIVES | ITAR |   |
|   | FINAL | INTELLIGENCE |   | TITLE XI |   | SEAR |   |
|   |   |   |   | TOBACCO |   | OMO |   |
|   | SUPPLEMENTAL | REFERRAL (Internal) |   | ALCOHOL |   | X | OTHER (Specify)<br>TRAFFICKING |

9. DETAILS:

DESCRIPTION OF ACTIVITY:

CI allegation of illegal firearms Trafficking by Kirby Kehoe.

SYNOPSIS:

On April 29, 1997 S/A Gunderson and Sprenger interviewed CI-128.  The CI described from personal knowledge the illegal possession of firearms by Kirby Kehoe (DOB082648).

NARRATIVE:

1. In January 1996 CI-128 was the manager of the Shadows Motel and RV Park located at 9025 North Division Street in Spokane, Washington. During the CI's tenure at this business it became a haven for Skinheads, White Separatists and Anti-government types.  During the above related time period, Kirby Kehoe and his son Chevie Kehoe showed up at the business, with a large firearms collection.  The CI states that the two had been out of Washington State prior to their arrival. The CI was told by Kirby Kehoe's wife (Gloria), that the father and son had been to the State of Arkansas.

2. The CI described how the Kehoe's had used the CI's storage garage at the Shadows complex to store this large firearms collection.  The CI recalled that Chevie Kehoe displayed several semi-auto pistols

| 10. SUBMITTED BY (Name) | 11. TITLE AND OFFICE | 12. DATE |
|---|---|---|
| Steve Gunderson | Special Agent, Spokane F.O. | 04/30/97 |
| 13. REVIEWED BY (Name) | 14. TITLE AND OFFICE | 15. DATE |
| Robert L. Harper | RAC, Spokane Field Office | / / |
| 16. APPROVED BY (Name) | 17. TITLE AND OFFICE | 18. DATE |
| Margaret M. Moore | Special Agent in Charge | / / |

ATF EF 3270.2 (5-90)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

REPORT OF INVESTIGATION - CONTINUATION SHEET
(Law Enforcement)

PAGE __2__

OF __3__ PAGES

TITLE OF INVESTIGATION
Kehoe, Chevie

INVESTIGATION NO.
746010-97-0033

DETAILS (Continued)

contained in glass cases.  The CI recalled that one of these pistols was a Colt, .45 caliber, series 80, Officers Model with many unique after-market accessories added to the firearm after manufacture. Chevie Kehoe advised the CI that they were going to go through all the items in the collection and decide prices.

3. The CI states that a short time after the Kehoe's arrived back in Spokane the CI indicated an interest in the above Colt pistol.  Chevie Kehoe advised the CI that he and his dad (Kirby) had divided the firearms and that pistol was in possession of Kirby Kehoe.

4. The CI related how in late January or early February 1996, Kirby Kehoe walked into the Shadows Office where the CI worked and offered the above Colt pistol for sale to the CI.  Kirby Kehoe stated to the CI that he would sell the customized Colt pistol along with four or five Wilson brand combat magazines for approximately $650.00.  The CI asked Kirby Kehoe who had customized the pistol and Kehoe stated he didn't know.  Kirby Kehoe could only inform the CI that the custom work was done "by someone back east".  The CI chose not to purchase the pistol.

5. The CI recalls that in late January or early February Chevie and Kirby Kehoe stated that they had gone to the Seattle, Washington gun show where they had sold several handguns.

6. The CI states that in Late February or early March he asked Kirby Kehoe if he still had the custom Colt pistol for sale, Kirby replied that he had gotten rid of it.

7.  The CI stated that the above firearm is unique due to the custom after market items added to the firearm.  The CI stated that the pistol had a VinDickey trigger, Wilson or VinDickey hammer, a Smith Alexander magazine well and a Wilson or Brownell beavertail safety. The CI further stated that in the large firearms collection taken to his garage by the Kehoe's in January 1996 were aftermarket pistol accessories with the above brand names.

8. S/A Gunderson showed a picture of a Colt pistol, series 80, S/N LF03504E, to CI-128.  The CI positively identified this pistol as the same described above, due to the custom features.

9.  The above firearm picture was a pistol sold to Travis Brake at the Seattle Gun Show on February 11, 1996 by a subject Mr. Brake has identified as Kirby Kehoe.

10.  The above described Colt pistol had originally been entered into the National Crime Information Computer by the Pope County Arkansas Police as it was related to the Burglary and Murder of a family of

ATF EF 3270.3 (5-90)

| DEPARTMENT OF THE TREASURY<br>BUREAU OF ALCOHOL, TOBACCO AND FIREARMS<br>REPORT OF INVESTIGATION - CONTINUATION SHEET<br>(Law Enforcement) | PAGE __3__<br>OF __3__ PAGES |
|---|---|

| TITLE OF INVESTIGATION<br>Kehoe, Chevie | INVESTIGATION NO.<br>746010-97-0033 |
|---|---|

DETAILS (*Continued*)

three, in that state, in January 1996.

Attachments: ATF F 5000.1 - Sworn Affidavit by ATF CI-128

ATF EF 3270.3 (5-90)