# EXHIBIT R

# But here's a dissenting opinion



## On the other hand

**By Rick Fahr**
Courier city editor

Covering a trial, it's easy for a journalist to think about which side he or she believes more. Knowing how the system works, journalists probably seldom believe everything they hear from law enforcement, and we certainly take what defense attorneys tell us with a grain of salt.

As the federal trial of two alleged white separatists began in Little Rock two months ago, the case against Chevie Kehoe of Colville, Wash., and Daniel Lee of Yukon, Okla., seemed cut and dried. The government accused the pair of killing a Tilly family, conspiring to set up a whites-only nation and committing a series of crimes — racketeering by definition — to advance their scheme.

After 10 weeks of testimony, a mostly black jury convicted Kehoe and Lee on all counts. They face a possible death penalty in sentencing.

As I sat in the jury box March 1, marshals marched Kehoe and Lee into the courtroom, I remembered the first time I saw a picture of Kehoe, with his bushy, scraggly beard and then on videotape with his brother, Cheyne, in a shootout with Ohio police. I thought back to the first time I saw Lee, with his barroom brawl-injured eye and menacing tattoo on his neck. I figured these ol' boys had surely done something wrong, and I didn't really doubt that they had done what the government said they had.

But a funny thing happened on the way to a verdict.

I came to the judicial table with a navy skepticism for defense attorneys. That must come from watching them defend the lowest scum on the pond of life. For example, attorneys represented Charles Manson, John Wayne Gacy, R. Gene Simmons. I suppose I've thought that if defense attorneys will defend those dregs, they'll defend any criminal. And guilt or innocence matters not. At least that's what I've felt from time to time.

So I've not run into many defenses that I believed, but Kehoe's and Lee's attorneys surprised me. By the time the jury got the case, Mark Hampton and Jack Lassiter had me thinking their clients may not have committed the crimes.

I thought the defense raised several credible issues.

■ The prosecution's star witnesses all benefited from testifying. They either got reduced sentences or cash or both. Gloria Kehoe, for example, receives more than $20,000 a year from taxpayers. Kirby Kehoe, the patriarch of the clan and a heckuva nice fellow to boot, pleaded guilty to one charge in exchange for the government not indicting him for murder. Cheyne Kehoe testified against his brother for leniency as well.

■ The time frame that prosecutors said the Mueller murders occurred in does not neatly allow Chevie Kehoe and Lee enough time to get back to Spokane before witnesses placed them there. To do what prosecutors said they did, the pair would have had to drive 2,000 miles non-stop through the high altitudes of the West in the dead of winter.

■ Prosecutors said the defendants killed William Mueller inside his home, busting a shotgun stock on his head. Yet investigators found no physical evidence at the home. Not one single solitary hair or blood spot, even though the man "fought for his life." Prosecutors said Kehoe caved in the man's skull, although the defense said the state medical examiner did not find a recent skull fracture during his autopsy of William Mueller.

■ Authorities recovered the bodies in a remote, deep area of the bayou. The man who wound up with the title to a Mueller vehicle just days after prosecutors said the family disappeared, Paul Edward Humphrey, is an accomplished diver who knows the Illinois Bayou well. Chevie Kehoe is from Washington, and Lee is from Oklahoma. No testimony indicated they are divers or were familiar with the Illinois Bayou at all.

As I watched jurors sitting in the jury box last week, I thought back to how I believed early on that prosecutors would wrap up the case with a nice big bow on top, and jurors would take less time to convict the defendants than the judge did in reading jury instructions. Then, I thought about how I would vote were I sitting in that jury box again.

Could I convict Chevie Kehoe and Daniel Lee of capital murder? No, I couldn't.