# EXHIBIT S

# January 2006

## Russellville, Arkansas, USA

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| 1<br><br>Twi A: 5:50am<br>Twi: 6:53am<br>Sunrise: 7:21am<br>Sunset: 5:11pm<br>Twi: 5:39pm<br>Twi A: 6:41pm | 2<br><br>Twi A: 5:51am<br>Twi: 6:53am<br>Sunrise: 7:21am<br>Sunset: 5:11pm<br>Twi: 5:39pm<br>Twi A: 6:42pm | 3<br><br>Twi A: 5:51am<br>Twi: 6:53am<br>Sunrise: 7:22am<br>Sunset: 5:12pm<br>Twi: 5:40pm<br>Twi A: 6:43pm | 4<br><br>Twi A: 5:51am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:13pm<br>Twi: 5:41pm<br>Twi A: 6:43pm | 5<br><br>Twi A: 5:51am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:14pm<br>Twi: 5:42pm<br>Twi A: 6:44pm | 6<br><br>Twi A: 5:51am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:14pm<br>Twi: 5:43pm<br>Twi A: 6:45pm | 7<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:15pm<br>Twi: 5:43pm<br>Twi A: 6:46pm |
| 8<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:16pm<br>Twi: 5:44pm<br>Twi A: 6:46pm | 9<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:17pm<br>Twi: 5:45pm<br>Twi A: 6:47pm | 10<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:18pm<br>Twi: 5:46pm<br>Twi A: 6:48pm | 11<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:19pm<br>Twi: 5:47pm<br>Twi A: 6:49pm | 12<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:22am<br>Sunset: 5:20pm<br>Twi: 5:48pm<br>Twi A: 6:50pm | 13<br><br>Twi A: 5:52am<br>Twi: 6:54am<br>Sunrise: 7:21am<br>Sunset: 5:21pm<br>Twi: 5:49pm<br>Twi A: 6:50pm | 14<br><br>Twi A: 5:52am<br>Twi: 6:53am<br>Sunrise: 7:21am<br>Sunset: 5:22pm<br>Twi: 5:49pm<br>Twi A: 6:51pm |
| 15<br><br>Twi A: 5:52am<br>Twi: 6:53am<br>Sunrise: 7:21am<br>Sunset: 5:23pm<br>Twi: 5:50pm<br>Twi A: 6:52pm | 16<br><br>Twi A: 5:51am<br>Twi: 6:53am<br>Sunrise: 7:21am<br>Sunset: 5:24pm<br>Twi: 5:51pm<br>Twi A: 6:53pm | 17<br><br>Twi A: 5:51am<br>Twi: 6:53am<br>Sunrise: 7:20am<br>Sunset: 5:25pm<br>Twi: 5:52pm<br>Twi A: 6:54pm | 18<br><br>Twi A: 5:51am<br>Twi: 6:53am<br>Sunrise: 7:20am<br>Sunset: 5:26pm<br>Twi: 5:53pm<br>Twi A: 6:55pm | 19<br><br>Twi A: 5:51am<br>Twi: 6:52am<br>Sunrise: 7:20am<br>Sunset: 5:27pm<br>Twi: 5:54pm<br>Twi A: 6:55pm | 20<br><br>Twi A: 5:51am<br>Twi: 6:52am<br>Sunrise: 7:19am<br>Sunset: 5:28pm<br>Twi: 5:55pm<br>Twi A: 6:56pm | 21<br><br>Twi A: 5:50am<br>Twi: 6:52am<br>Sunrise: 7:19am<br>Sunset: 5:29pm<br>Twi: 5:56pm<br>Twi A: 6:57pm |
| 22<br><br>Twi A: 5:50am<br>Twi: 6:51am | 23<br><br>Twi A: 5:50am<br>Twi: 6:51am | 24<br><br>Twi A: 5:49am<br>Twi: 6:50am | 25<br><br>Twi A: 5:49am<br>Twi: 6:50am | 26<br><br>Twi A: 5:48am<br>Twi: 6:49am | 27<br><br>Twi A: 5:48am<br>Twi: 6:49am | 28<br><br>Twi A: 5:47am<br>Twi: 6:48am |

Case 4:97-cr-00243-LPR    Document 1297-20    Filed 09/10/18

| | | | | | | |
|---|---|---|---|---|---|---|
| Sunrise: 7:18am<br>Sunset: 5:30pm<br>Twi: 5:57pm<br>Twi A: 6:58pm | Sunrise: 7:18am<br>Sunset: 5:31pm<br>Twi: 5:58pm<br>Twi A: 6:59pm | Sunrise: 7:17am<br>Sunset: 5:32pm<br>Twi: 5:59pm<br>Twi A: 7:00pm | Sunrise: 7:17am<br>Sunset: 5:33pm<br>Twi: 6:00pm<br>Twi A: 7:01pm | Sunrise: 7:16am<br>Sunset: 5:34pm<br>Twi: 6:01pm<br>Twi A: 7:02pm | Sunrise: 7:16am<br>Sunset: 5:35pm<br>Twi: 6:02pm<br>Twi A: 7:02pm | Sunrise: 7:15am<br>Sunset: 5:36pm<br>Twi: 6:03pm<br>Twi A: 7:03pm |
| **29**<br>Twi A: 5:47am<br>Twi: 6:48am<br>Sunrise: 7:14am<br>Sunset: 5:37pm<br>Twi: 6:04pm<br>Twi A: 7:04pm | **30**<br>Twi A: 5:46am<br>Twi: 6:47am<br>Sunrise: 7:14am<br>Sunset: 5:38pm<br>Twi: 6:05pm<br>Twi A: 7:05pm | **31**<br>Twi A: 5:46am<br>Twi: 6:46am<br>Sunrise: 7:13am<br>Sunset: 5:39pm<br>Twi: 6:06pm<br>Twi A: 7:06pm | | | | |

Standard/Winter Time for entire month.

© 2018 Edwards Apps, Inc. — SunriseSunset.com