**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                    No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE

### **ORDER**

The Court orders the United States to file a response to Daniel Lewis Lee's motion to vacate his conviction and sentence under 28 U.S.C. § 2255 or in the alternative for relief under Federal Rule of Civil Procedure 60 within 30 days from the entry of this Order. The Court directs the Clerk to send a copy of this Order to John Ray White, Chief of the Criminal Division for the U.S. Attorney's Office for the Eastern District of Arkansas.

IT IS SO ORDERED this 12th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE