(Post 11/2015)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2018

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

United States of America

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Daniel Lewis Lee | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Case No. 4:97-cr-00243-JLH-2

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Daniel Lewis Lee

Date:    9/12/18

_____
*Attorney's signature*

George G Kouros (420813 CT)
_____
*Printed name and bar number*

6411 Ivy Lane, Suite 710
_____
*Address*

Greenbelt, MD 20770
_____
*Address2*

(301) 821-0855
_____
*Telephone number*

George_Kouros@fd.org
_____
*Email Address*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I sent the foregoing by U.S. Mail to counsel for the United States at the following addresses:

John M. Pellettieri
U. S. Department of Justice - Criminal Division
Appellate Section
950 Pennsylvania Avenue, NW
Room 1264
Washington, DC 20530

Linda B. Lipe
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229

/s/
Name: George G. Kouros ·
Bar Number: 420813 (CT)
Attorney for: Daniel Lewis Lee
Law Firm Name: Federal Capital Habeas Project
Law Firm Address: 6411 Ivy Lane, Suite 710
City State ZIP: Greenbelt, MD 20770
Phone Number: (301) 821-0855
Email Address: George_Kouros@fd.org