**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                                No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE

## **ORDER**

The motion of the United States for an extension of time to respond to Daniel Lewis Lee's motion to vacate, set aside, or correct his sentence is GRANTED.  Document #1301.  The government is given permission to file a response limited to the Court's jurisdiction.  That response is due on or before Monday, November 12, 2018.

IT IS SO ORDERED this 1st day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE