UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 4:97CR00243 JLH
                                  )
CHEVIE O'BRIEN KEHOE, et al       )

## THE UNITED STATES OF AMERICA'S
## MOTION FOR SUBSTITUTION OF COUNSEL

The United States of America, by Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Ali Ahmad, for its motion for substitution of counsel, states:

1.     This case has been transferred to AUSA Ali Ahmad; he will be responsible for handling any future proceedings.   The Court record reflects that the lead AUSA of record is Linda B. Lipe.

2.     The United States requests that the Court substitute AUSA Ahmad as counsel for the United States in place of AUSA Lipe.

CODY HILAND
UNITED STATES ATTORNEY

By:  _/s/ Ali Ahmad_____
ALI AHMAD (4428587)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2624
Ali.Ahmad@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 2, 2018, I filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

_/s/ Ali Ahmad_____
ALI AHMAD