### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    No. 4:97CR00243 JLH

CHEVIE KEHOE, *et al.*

### ORDER

The United States' motion to substitute counsel is GRANTED. Document #1303. Assistant United States Attorney Ali Ahmad is hereby substituted for Linda B. Lipe as counsel of record for the United States in this action.

IT IS SO ORDERED this 3rd day of October, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE