**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

# CAPITAL CASE

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                        No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                               DEFENDANT

## ORDER

The government's unopposed motion for extension of time to respond to Daniel Lewis Lee's

§ 2255 motion is GRANTED.  Document #1305.  The time within which the government must file

its response is extended up to and including November 26, 2018.

IT IS SO ORDERED this 8th day of November, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE