## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DANIEL LEWIS LEE,**
    **Movant**

**vs.**

                                    **Criminal Case No. 4:97-cr-00243-JLH-2**
                                    **CAPITAL CASE**

**UNITED STATES OF AMERICA,**
    **Respondent.**

### MOVANT'S UNOPPOSED MOTION TO FIX TIME FOR REPLY

COMES NOW Daniel Lewis Lee ("Mr. Lee"), by his undersigned counsel, and hereby

moves the Court, pursuant to Rule 5(d) of the RULES GOVERNING § 2255 PROCEEDINGS FOR THE

UNITED STATES DISTRICT COURTS ("§ 2255 Rules") to fix a time of 60 days, until January 25,

2019, for Mr. Lee to submit a reply to the Government's answer (Doc. No. 1307) to his *Motion*

*to Vacate Conviction and Sentence Pursuant to 28 U.S.C. § 2255* ("§ 2255 Motion," Doc. No.

1297). In support of this motion, Mr. Lee states as follows:

1. Mr. Lee filed his § 2255 Motion on September 10, 2018. *See* Doc. No. 1297.

2. On September 12, 2018, this Court entered an Order directing the Government to

    respond to the § 2255 Motion within 30 days from the entry of the Order. *See* Doc.

    No. 1298.

3. On September 28, 2018, the Government filed an unopposed motion seeking a 31-day

    extension until November 12, 2018, to file its answer. *See* Doc. No. 1301. On October

    1, 2018, this Court granted the Government's request. *See* Doc. No. 1302.

4. On November 7, 2018, the Government filed a second unopposed motion to extend

    its time for filing its answer for an additional 14 days, until November 26, 2018. *See*

Doc. No. 1305. On November 8, 2018, this Court granted the Government's second request for an extension. *See* Doc. No. 1306.

5. On November 26, 2018, the Government filed its answer. *See* Doc. No. 1307.

6. Under Rule 5(d) of the § 2255 Rules, Mr. Lee's time for submitting a reply to the answer must be "fixed by the judge."

7. Mr. Lee respectfully requests that the Court allow Mr. Lee 60 days from the date of the Government's answer, until January 25, 2019, to submit his reply.

8. The undersigned have conferred with John Pellettieri, counsel for the Government, and it does not oppose this request.

Wherefore, Mr. Lee respectfully requests that the Court grant this motion fixing a time of 60 days, until January 25, 2019, to file the reply to the Government's answer.

Respectfully submitted,

/s/ George G. Kouros

GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

Counsel for Daniel Lewis Lee

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on November 26, 2018. This motion was served via this court's CM/ECF electronic case filing system upon all counsel of record, including:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

ALI AHMAD
Assistant U.S. Attorney
U. S. Attorney's Office
Eastern District of Arkansas
P. O. Box 1229
Little Rock, AR 72203-1229
(501) 340-2624
Ali.Ahmad@usdoj.gov

By: /s/*George G. Kouros*
GEORGE G. KOUROS
Bar # 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org