**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

# <u>CAPITAL CASE</u>

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                              No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                                 DEFENDANT

### <u>ORDER</u>

Daniel Lewis Lee's unopposed motion to fix time for reply is GRANTED.  Document #1308.

Lee has until January 25, 2019, to file his reply to the government's response.

IT IS SO ORDERED this 27th day of November, 2018.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE