## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                  No. 4:97CR00243-02 JLH

DANIEL LEWIS LEE

### <u>ORDER</u>

Daniel Lewis Lee's unopposed motion for extension of time to file a reply is GRANTED.

Document #1310.  Lee's reply must be filed on or before February 8, 2019.

IT IS SO ORDERED this 10th day of January, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE