DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS TO REPLY BRIEF

Exhibit U:   GPS coordinates of Mueller crime scene locations

Exhibit V:   Arkansas Democrat-Gazette news article (6/30/96)

Exhibit W:   Preliminary Hearing Testimony of Brian Compton,
             *State of Oklahoma v. John David Patton*, No. CF-90-4118 (9/28/90)