# EXHIBIT W

- 167 -

overruled, Mr. Albert.

A    Well, I did say that that was in error.

Q    (By Mr. Geer)    The error is that you knew who said it, or that you don't know who said it?

A    That's all that happened was what I said about David saying that.

Q    So, it was David who said it?

A    Yeah, but what i told you is what I said.

       MR. GEER:    That's all I have, Judge.

       MR. ALBERT:    I have no further questions of this witness.

       THE COURT:    You may be excused, Mr. Thomas.

       MR. ALBERT:    The State will call Brian Keith Compton.

       (witness sworn)

       BRIAN KEITH COMPTON

called as a witness by the State, having been first duly sworn, testified as follows, to-wit:

       DIRECT EXAMINATION

BY MR. ALBERT:

Q    State your name for the Court.

A    Brian Keith Compton.

Q    What is your address?

A    315 East Greenwood Lane.

Q    And what city?

- 168 -

A    Mustang.

Q    Do you live with anyone at that address?

A    Yes.

Q    Who do you live with?

A    My parents and my brother.

Q    Do you have a telephone at that address?

A    Yes.

Q    What's the number?

A    376-3125.

Q    Now, Mr. Compton, are you acquainted with a man by the name of John David Patton?

A    Yes.

Q    Do you see him in the courtroom?

A    Yes.

Q    Would you point him out and tell the Court where he's seated and how he's dressed today?

A    Seated right over there in an orange jumpsuit and handcuffs.

        MR. ALBERT:  Your Honor, may the record reflect that this witness has identified John David Patton as the Defendant in this case?

        THE COURT:  Yes.

Q    (By Mr. Albert)  Now, Mr. Compton, I want to direct your attention to July the 24th of 1990.  You had occasion to be in the presence of the Defendant, whom you've identified,

– 169 –

Q John David Patton, and in the presence of one Daniel Louis Graham and one Robby Dane Thomas on that date; did you not?

A Yes.

Q On that date at sometime in the late evening hours you went to a home occupied by Larry Paul Dawson; is that correct?

A Yes.

Q At 2316 Northwest 38th?

A I don't know the exact address.

Q Well, whatever the address is; is that right?

A Larry's house, yes.

Q What time did you arrive there, the four of you?

A I don't know, it was not quite dark. It was about 7 o'clock, 8 o'clock.

Q And the purpose for going there was to have a party; is that right?

A Yeah.

Q Drink some beer, do the things that some young people do; is that correct?

A Yes.

Q Okay. Now, sometime during the early morning hours of July the 24th of 1990, actually it would have been July the 23rd when you went to Larry Dawson's home?

A Correct.

Q You were there from the late evening hours of July the

23rd until the early morning hours of July the 24th; is that correct?

A    Yes.

Q    At some point during the early morning hours of July the 24th, Larry Dawson was arrested by an officer of the Oklahoma City Police Department?

A    Yeah.

Q    Are you aware of that?

A    Yes.

Q    Were you present when he was arrested?

A    Yes.   I was in the front yard, and we went into the house whenever they actually handcuffed him and stuck him in the car.

Q    You went into the house?

A    Yes.

Q    Who else was present at that time?

A    There was Danny, Dave, Bobby, Joey, and there was some other guy, I don't know who.

Q    Now, when you say Joey, are you referring to a young man by the name of Joseph Wavra?

A    Yeah, I guess.   I just knew him as Joey.

Q    You met him that night for the first time?

A    Yes.

Q    I want you to tell the Court what happened during that period of time after Larry Dawson was arrested and taken to

the city jail, what happened at his home?

A    Well, we were in the house, he was arrested.  Dave went to the phone to call people to find out what the charge was, how to get him out, how much it was going to cost.

Q    Did you hear him making those phone calls?

A    Yes.

Q    He was intoxicated at that time; was he not?

A    Yeah.

Q    He was able to use the phone and communicate with people in a coherent manner; is that correct?

A    Yeah.

Q    Go ahead.

A    Made the phone calls.  Joey was -- he was all right. Everybody was, you know, kind of worried about what to do. We wasn't sure to go out of the house or stay inside, so we all kind of just stayed inside.  After a while, you know, daylight was coming up, we had to find a set of keys to Larry's car to move it so we could get Bobby's car out.

Q    Now, before that happened, there was some altercation, fighting in the back yard.  Were you present?

A    Yeah, that -- okay, the fighting really, if I remember correctly, it came after -- while we was looking for the keys to Larry's car.

Q    Did anything happen inside the house -- did Joey Wavra do anything inside the house that made anyone mad?

A    Yes, he insisted on going out in the yard, and he really didn't know -- I don't think he really knew what he was going to do, he just couldn't't sit there. After a while, you know, Danny and we all just kind of told him to sit down and be quiet. He got up and him and Danny started fighting for a few minutes.

Q    In the house?

A    Yeah. That was broken up in a real physical manner, and then -- okay, after that everybody settled back down. That's when we went out to look for the keys.

Q    Were you aware at any point that Joey Wavra had urinated on himself?

A    Yeah -- okay, yea.

Q    Where did that happen?

A    That happened in the chair in the living room of Larry's house.

Q    Who was present when that happened?

A    I think Bobby and Danny and me.

Q    Did Danny Graham say anything to him about that?

A    Yeah, he kind of harassed him for a few minutes, you know, "Well, you could have at least got up to use the restroom." You know, Danny had told him to just stay in his chair and be quiet because he really wanted to go outside, you know. Just told him to be quiet, just sit there and he took it literally, I guess, and just sat there and urinated

on himself.

Q    Now, after that incident, did everybody finally get out into the back yard?

A    Yeah, there was -- whenever we went outside to look for the keys, you know, we looked in the car, of course, and in the front yard where we stayed most of the time.  I knew that Larry -- we had gone out to the back for a few minutes, so I went out back to look, and Joey comes back and he's just kind of wandering around with a little smile on his face, just kind of really not knowing what's going on.  I asked him, you know, if he was helping us look for the keys, and he just kind of laughed.  I, you know, kept looking for the keys, and the next thing I know I catch a glimpse of somebody running behind me to the other side.  Whenever I look over to the other side, Joey was on the ground and Danny was standing over him.

Q    Did you se Danny strike, hit or kick Joey at any time?

A    Yeah.

Q    Tell us what you saw him do?

A    Okay, after I turned around and seen that Joey was on the ground and Danny was standing over him, then Danny hit him a couple of more times.  I went to Dave and Bob, which were on the side of the house, went over there and said, "What's going on."  I can't remember a response, but it was just something that Joey had done something to make everyone

- 174 -

mad. You know, I really didn't know what to think or say or anything, so I just kind of stood there stunned. After a while, after he hit him a couple of times, he got a bag and watch or something from him and brought it to the car.

Q    Who did?

A    Danny. And then we were standing there, went through the bag and there was something -- I don't know exactly what it was, but there was something out of the bag that Joey had that somebody had said he had taken from the house, from Larry's house. So, Danny went back and hit him a couple of more times, and that's pretty much it with Danny.

Q    Did Joey try to defend himself when they -- when Danny was attacking him?

A    Yeah, he just grabbed a hold of his leg and, you know, tried to - - -

Q    Did you ever see Joey fight back, take the offensive and try to fight back?

A    Well, whenever he grabbed his leg and was trying to knock him down, I don't know if he was trying to trip him or just grab his leg and hold him or what; but yeah, he grabbed his leg.

Q    Go ahead. What happened next?

A    After that, Dave went over and started asking him, "Did you take this from the house, did you take this," and Joey was like -- I can't remember Joey's response, but I guess it

- 175 -

was a no.  And do Dave hit him a couple of times and then ---
okay, yeah, you know, said well come back and he talked to us
for a couple of minutes -- -- --

Q    Wait a minute.  Dave hit him a couple of times?

A    Yeah, I can't remember exactly how many times or
whatever.

Q    Did you see the Defendant, Mr. Patton, strike Joey
Wavra?

A    Yes.

Q    After he struck him some few times, he came over and
talked to you again?

A    To the best of my knowledge, yes.

Q    What did Mr. Patton say to you?

A    I don't remember.

Q    Now, after you saw this altercation in the back yard,
what happened between Joey Wavra and the Defendant, Mr.
Patton --- what did you see them do?

A    The next thing I can remember is the manhole.

Q    All right.

A    Whenever the manhole was lifted off.

Q    Who lifted the manhole cover off of the manhole?

A    I can't -- I really can't say.

Q    Who was present near the manhole when that was done?

A    Dave and Danny.

Q    Where was Joey Wavra at that time?

- 176 -

A    I can't say for sure.  He was somewhere close by, I know that.

Q    When the manhole cover was removed, what did you see happen?

A    Okay, Joey went down into the manhole.

Q    Now, you say he went down into the manhole.

A    Okay.

Q    Did someone force him to do that?

A    Well, told him to go into the hole.

Q    What did you hear?

A    "Joey, go in the hole."

Q    Who said that?

A    I can't say for sure.  I can say Danny or Dave, but I'm not really sure.

Q    It would have been one of the two of them?

A    Yeah.

Q    All right.  Did Joey Wavra make any response to the statement, "Go down into the manhole"?

A    He got in, he went into the manhole.

Q    Did he make a verbal response?

A    No, he did not that I could hear.

Q    Did you see how he went into the manhole?

A    Yes.

Q    How did he do it?

A    He sat down, put his legs in and held on to the sides,

and he kind of lowered himself in.   Whenever he got about half-way, he just dropped himself on in.

Q   Where was the Defendant, Mr. Patton, when that happened?

A   Standing on the edge of the manhole.

Q   Where was Danny Graham when that happened?

A   At the manhole.

Q   Both of them?

A   Yeah, at this time we were all around the hole.

Q   Did you hear them make any other statements -- the Defendant, Mr. Patton, did you hear him make any other statements to Joey Wavra at that time?

A   Not that I remember.

Q   Did you hear Danny Graham make any other statements to Joey Wavra at that time?

A   No, I don't remember anything really being -- I don't remember statements or anything being said.

Q   What happened after you made the observation of Joey Wavra going into the manhole; what happened next?

A   David went in after him.

Q   David Patton?

A   Yeah, went in behind him.

Q   All right.   Did Danny Graham go in the manhole?

A   At one time he did.   I don't remember exactly if it was now or if it was later.

Q   Did you hear any conversation once Joey Wavra entered

- 176 -

the manhole between him and the Defendant, Mr. Patton?

A    No.

Q    You didn't hear any conversation?

A    I didn't hear any conversation.

Q    Did you hear any conversation between the Defendant, Mr. Patton, and Danny Graham at any time when Danny Graham and Mr. Patton were in the manhole with Joey Wavra?

A    No.

Q    You didn't hear Mr. Patton instruct anyone to go into the house and get any items?

A    That was -- Danny was not in the hole.  Dave come up out of the hole about half-way - - -

Q    Let's stop here a minute.  You saw Joey Wavra go into the manhole?

A    Yes.

Q    One of the two people, Mr. Patton or Danny Graham, told him to go into the manhole?

A    Yes.

Q    Then you saw the Defendant, John David Patton, go into the manhole after Joey Wavra dropped down into it?

A    Correct.

Q    It was at that point then that the Defendant, Mr. Patton, came up out of the m manhole and instructed Danny Graham to do some things for him?

A    Yes.

- 179 -

Q   All right.  How long was the Defendant, Mr. Patton in the manhole with Joey Wavr before he came up out of the manhole and made statements to Danny Graham?

A   About five minutes -- two to five minutes.

Q   Were you still there in close proximity to that manhole at that time?

A   yeah.

Q   All right.  Did you hear any fighting in the manhole before the Defendant, Mr. Patton, came up and made some requests of Danny Graham?

A   No, I didn't hear.

Q   All right.  Tell the Court exactly what Mr. Patton told Danny Graham to do when he raised up out of the manhole?

A   He instructed on a bag, a rope and a knife.

Q   What did he tell Danny Graham to do?  Do you remember the words that he used?

A   No, I don't remember the words that he used.  He wanted a bag, a rope and a knife.

Q   Mr. Patton said he wanted a bag, a rope and a knife?

A   Yes.

Q   All right.  What did Danny Graham do in your presence in response to the statements made by the Defendant, Mr. Patton, at that time?

A   He went into the house and came out with a bag that I seen and - - -

- 180 -

Q    What kind of bag?

A    A garbage bag.

Q    What else did he have, if anything?

A    I didn't see anything else at that time.  He then went into the garage and got a rope and came back out and handed it all to Dave.

Q    Did you see him with a knife at any time?

A    No, I didn't see.

Q    Did you stay in the yard when Danny Graham went into the house and garage to get the bag and the rope?

A    Yes.

Q    You saw him hand the garbage bag and rope to Mr. Patton?

A    Yes.

Q    You didn't see whether he had a knife or not?

A    No, it might have been wrapped up in a bag or something.

Q    Did you make any statement to him at that time, to Danny Graham, about what they were doing?

A    I asked him, I said, what's going on, what are you doing here.

Q    What did he say to you?

A    He really didn't say anything.  It was just never mind, just calm down.

Q    Did you stay in the yard in the proximity, close proximity to the manhole after those items were delivered over to Mr. Patton by Danny Graham?

- 161 -

A    No, we were told to go into the house and wait.

Q    Who told you that?

A    Dave did.

Q    David Patton told you to go into the house?

A    Yes.

Q    Did you do that?

A    Yes.

Q    Did you ever see Joey Wavra alive again after you saw him go down into the manhole?

A    He come back out for the bike, for, I don't know, I guess the key to the lock or something.

Q    Were you in the back yard when that happened?

A    Yeah.  I don't remember if this was before or after the bag and rope and stuff was handed to David or not.  I do remember him coming out of the hole at one time to look at the bike.

Q    Did anyone come out of the hole with him?

A    Yes, David did.

Q    Did David stay with him while he was looking for his bike?

A    Yes.

Q    Did you hear David Patton, the Defendant, say anything to him when he came out of the hole to look for this bicycle?

A    He asked him if he had the key, the combination or something, whatever kind of lock it was he was asking for the

- 182 -

key or the combination.

Q   What did Joey Wavra say?

A   He didn't say anything.

Q   Did he look for his bike or the key to the bike?

A   He just looked at his bike.

Q   Was he able to unlock the lock for Mr. Patton?

A   I don't remember.  I think he was, but I'm not real sure.

Q   What happened after he and the Defendant, Mr. Patton, came out of the manhole and was looking for the key to the lock for his bike --- what happened next?

A   Well, I don't remember whether he had gotten it unlocked or not, but they went back into the manhole.

Q   Who - - -

A   David and Joey.

Q   The Defendant and Joey Wavra went back into the manhole?

A   Yes.

Q   Who went in first?

A   Joey.

Q   Did you see the Defendant, Mr. Patton, holding him or pushing him into the manhole at that time

A   No.

Q   Did you hear Joey Wavra make any statement before he went back into the manhole?

A   No, I don't remember - - -

- 183 -

Q    Was Danny Graham in the back yard when he came out and looked for the key to the lock on his bike and when he went back in the manhole the second time with the Defendant, Mr. Patton?

A    Yes, Danny was in the back yard.

Q    What was Danny Graham doing during that time?

A    I don't remember.

Q    Did you hear him make any statements to the Defendant, Mr. Patton?

A    No.

Q    Did you hear him make any statements to the decedent, Joey Wavra?

A    I don't remember one.

Q    Did you hear Joey Wavra make any statements to either the Defendant or Danny Graham before he went back down into the manhole?

A    I can't remember, you know, the whole conversations or anything. I don't remember what they were about.

Q    Did you ask anyone what was going on?

A    Yes, I was asking Bobby and Dan and Dave, I said - - -

Q    What did the Defendant, Mr. Patton, tell you?

A    He didn't -- it was nothing, just calm down, don't worry about it.

Q    Don't worry about it; is that it?

A    Well, no.  I don't remember exactly what he said.  If

- 184 -

you're asking me if he said that he was going to kill him or something, I don't remember that.

Q   Did you hear anyone make any statement that I ought to kill you or I'm going to kill you directed at Joey Wavra?

A   No, whenever -- I do know that whenever he went down into the manhole, whenever they went back into the manhole, Dave came out about half-way and was asked, you know, should we kill him.  Everybody was just like no, I really don't know. I don't know what to do.

Q   This was second time that Joey was back in the manhole; is that right?

A   I'm pretty sure, yeah.

Q   That the Defendant, John David Patton, raised up out of the manhole and asked those people in the back yard, including yourself, should we kill him?

A   Yes.

Q   Made that statement?

A   The words may not be worded right, but yeah.

Q   What do you think the words were to the best of your recollection?

A   Just simple question, should we, should we not kill him.

Q   Who was he talking to at that time, who was he looking at?

A   He was talking to all of us, to -- you know, to my best knowledge he was talking to all of us.

- 185 -

Q    Did anybody make a response to that question?

A    Yes, I believe we all made a response in the response of no, or you know, I really don't know, or I just don't want to be here.

Q    Now, was Danny Graham there?

A    Yes.

Q    Did you hear him make any response to that question?

A    He made some response, but I don't remember what it was.

Q    Did you see Danny Graham go into the manhole at any time with Mr. Patton?

A    Yes.

Q    And Joey Wavra?

A    At one time he did.  I don't remember exactly in what step it was - - -

Q    Was that before or after he got the garbage bag, the rope and probably the knife that Mr. Patton requested?

A    I don't know for sure.  It may have been, it may not have been.

Q    But you did see Danny Graham in the manhole with Joey Wavra and with Mr. Patton at one point?

A    At one point in time I did see him.

Q    Did you hear any conversation at that time - - -

A    No - - -

Q    When the three of you were in the manhole?

A    No.

Q    Did you hear any noises?

A    No, I didn't.

Q    Have you ever been in the manhole?

A    Have I?

Q    Have you ever been in that manhole?

A    In that manhole, no.

Q    Now, after the Defendant, Mr. Patton, raised up and asked the question should we kill him, what did you do -- what did you do after that?  Did you stay there or what did you do?

A    Well, I just kind of went into shock.  I really didn't know what to do. I didn't know whether to leave, to stay, to -- you know.

Q    What did you do?

A    I wound up staying.

Q    Did you stay out in the back yard?

A    No, we went into the house.

Q    Who went into the house?

A    Me, Danny and Bob.

Q    So, the three of you went into the house after that question was asked?

A    Yeah.

Q    You saw David -- John David Patton then again at some later time; is that correct?

A    Yeah.

- 187 -

Q    How long was it approximately from the time that statement was made or that question asked, "Should we kill him," and after you went into the house before you saw the Defendant, Mr. Patton, again?

A    Between twenty and thirty minutes.

Q    When he came back, how did he appear -- what was his demeanor and conduct

A    He came into the house and said, "Oh, gosh, I couldn't do it, he's tied up down there," so I thought, you know - - -

Q    You thought good?

A    At least he's not dead.  I started getting real nervous, real shaky.  I didn't know what to do.  I wanted to leave the house, just to get out.  So, we just -- we took the car that was blocking Bob's and got in it, and I notice that it was one of those -- it's not on the -- the gearshift is not on the column, it was on the console.  I pushed the button, and it wouldn't go into gear, but it would go far enough into it that you could push it back.  So, we pushed it back and we got it out of the way.  We got Bob's car, and we got in and went to another house.

Q    You left?

A    Yes.

Q    Were you aware of the garbage bag filled with items in the car when you left?

A    When we -- yes, when we left there was.

Q    Did you see a kitchen paring knife in the car in the possession of the Defendant, Mr. Patton, when you left?

A    I did not see it.

Q    You did not see a knife at any time?

A    No.

Q    So, you left and then later you went down and you got Larry Dawson bonded out of jail; is that right?

A    Correct.

Q    Then you ended up going home; is that right?

A    Yes.

Q    But you never saw Joey Wavra alive again after he was taken into the manhole the second time by the man you've identified as John David Patton, the Defendant, in this case; is that right?

A    That's right.

        MR. ALBERT:   Your witness.

              CROSS EXAMINATION

BY MR. GEER:

Q    Mr. Compton, how much acid did you do that night?

A    One hit.

Q    A full hit?

A    Yes.

Q    What kind of acid was it, do you remember?

A    Smiley face or something like that.

Q    Do you know how much was bought that night?

A    No, not for sure.

Q    Did everybody take some?

A    Yes.

Q    Tell me how that acid affected you?

MR. ALBERT:  Judge, I've refrained from objecting to this throughout the day, but I'm going to object now to gong through this long interrogation of how this acid affected this person. I don't think it's relevant or material, and I object to it.

MR. GEER:  Judge, you know that his state of mind is relevant.  How this acid affected this individual and everybody at that party — comes trial he's going to call in people from the Task Force to testify how acid affects people. I want to know the general state of mind of every individual at that party who was taking that same kind of acid.

THE COURT:  I think it's relevant, Mr. Geer, as to his ability to perceive the events that occurred.  If that's what you mean by state of mind, I agree it's relevant, and I'll permit you to inquire into that context.

Q    (By Mr. Geer)  Now, Mr. Compton, could you please tell me how that LSD affected you?

A    How it really affected me.  It just really — it messed me up pretty good.  I mean, I knew where I was and I knew what I was doing as far as moving my arm or something; but,

- 190 -

you know, as far as keeping time or holding a conversation or anything like, it just really wasn't within my ability.

Q    Mr. Compton, when did you take it; do you remember, about what time?

A    It was right at dark.  It was dark whenever they had gotten it.

Q    Would you say maybe about 10 p.m.?

A    Yeah, maybe a little earlier.

Q    And how long do you think it lasted or affected you?

A    Way into the next day.  I know that whenever I went home to do my chores, it was just like, Wow, you know, I'm doing my thing.  It was like slow motion.

Q    Would it be fair to say it would be in the afternoon of the 24th the next day  - - -

A    Not way into the afternoon.  Probably about 10 or 11 o'clock.

Q    Well, when you went to go get Larry out of jail, were you still messed up then?

A    Yeah.

Q    Now, tell me how much drinking was going on at this party; was there a lot of drinking going on?

A    I really can't say how much was drank, you know.  I know that I had probably about six or seven.

Q    Beers?

A    Yeah, but I really don't know how much was actually

- 191 -

bought, drank or - - -

Q    Now, you made the statement to the police that David had concocted some type of drink that you saw him mix up and he was drinking it all evening?

A    Yeah, I don't know what it was.

Q    Did you ever have any of that?

A    No.

Q    Was David drinking -- did you see him drink it all evening?

A    Yeah, him and Larry and I believe Danny and Joey had some.

Q    Did you see David do his acid?

A    I didn't see him actually put it in his mouth, but I'm sure he took it.

Q    In your opinion did David seem different say at 6 o'clock in the morning than at 6 o'clock earlier that evening when you picked him up?

A    Uther than he was on acid, he didn't really seem any different.  I mean, you know, kind of nervous, you know.

Q    Did the acid seem to affect him?

A    Yeah.

Q    Now, Joey went into the manhole twice; right?

A    Correct.

Q    And you saw it both times?

A    Yeah.

– 192 –

Q    And neither time was he pushed in or physically forced in the manhole – – –

A    He was not physically forced in, no.

Q    Now, when Joey –– were you there when he urinated on the couch?

A    I was in the house. I think I was in the kitchen getting a glass of water or something. I come back and, you know, they were telling him, why did you do it, you could have gone to the bathroom or something.

Q    And was Joey the whole time, did he just seem to be laughing at the fact that Larry was in jail?

A    Yeah, that's –– he really –– I don't know if he really knew what was going on or what, but yeah, he was always happy, you know.

Q    And the fact that he was laughing is why you're saying Danny hit him?

A    No, I really don't know why Danny hit him.

Q    Did Danny –– did you ever see Danny take a tree branch and hit him?

A    No.

Q    You just saw him hit him with his fist?

A    Yeah.

Q    Did you ever see Joey push David earlier that evening or morning up against the garage?

A    He might have, I don't remember.

– 193 –

Q   Did you go up –– you went to the garage roof with everybody and watched – – –

A   I was on the roof, yeah.

Q   Was Joey up there too?

A   Yeah, he was for a little bit, I do believe.

Q   Now, do you remember telling the police that after Joey was in the manhole cover the second time –– I mean in the manhole, when he was in the manhole the second time, do you remember telling the police that Danny came into the house about thirty minutes later, Danny, and said, sorry, guys, I couldn't kill him?

A   No, Danny never came into the house and said that. That was David, he came in and said sorry, you know, I couldn't kill him.

Q   He said –– in fact, he said, I didn't kill him.

A   Yeah.

Q   Right?

A   Yeah.

Q   And you never told the police Danny said, sorry, guys, I couldn't kill him. I just left him tied up down there.

A   No, Danny never said that.

Q   So, the police report would be wrong?

A   Yes, I was going to say that there was a spot where they –– if that's the right spot, there was a spot that they had switched names whenever –– another spot when me, Bob and

- 194 -

Danny went into the house, the police report says that me, David went into the house.

Q    So, some of these -- I take it you read this police report the police made out?

A    Yes, I did.

Q    The interview with you?

A    Yes.

Q    You read that today?

A    Yes.

Q    Is it fair to say there are some inaccuracies in there?

A    Yes.

Q    Not accurate?

A    No, it's not precise.

Q    Did you ever see Joey with his clothes off, his shirt of, his shoes?

A    No, I never seen him undressed.

Q    When you all went to go pick up Larry from the jail, what did you talk about -- did you talk about Joey?

A    I do remember asking him what are we going to do with him — you know, what do we do now, and I was lead to the presumption, I guess, that Larry -- that once we get Larry out and bring him back, Larry will take care of everything, because Larry was the only one that knew him there.

Q    So, at this time you didn't know if Joey was dead or alive; did you?

- 195 -

A    Correct.

Q    And you never saw the knife -- you never saw David with the knife; did you?

A    No, never did.

Q    And you never saw any blood on David; did you?

A    No, I did not.

Q    Did you ever see any blood on Danny?

A    No.

Q    Did you ever see any blood from Joey during the fight?

A    Not --- whenever I seen him, there -- he wasn't bleeding anywhere.  He had a bruise on the side of his face where I take it that Danny hit him.

Q    I might have already asked you this, Mr. Compton, how many times have you done acid before?

A    Just once.

Q    That was the first time?

A    Yeah.

Q    And how old are you?

A    I'm now eighteen.

Q    And do you work?

A    Yeah, I currently quit my job to join the service.  I used to work for Taco Bell in Mustang, and I'm hoping to get into the service.

Q    What branch of the service?

A    Army.

- 196 -

Q    Have you already applied?

A    Yeah, I've already taken the physical and everything, and they had sent me down to a psych counsel, and kind of work on that will determine.

Q    Sent you down to where?

A    It was -- I think they call it like a psych counsel. You go down and talk to a shrink.

Q    Okay.  And you did see Danny Graham go into the manhole?

A    Yeah, at one time.  I don't remember when.

        MR. GEER:  That's all I have, Mr. Compton.  Thank you.

        MR. ALBERT:  No further questions, Your Honor.

        THE COURT:  Thank you, Mr. Compton.

        MR. ALBERT:  State will call -- -- --

        THE COURT:  Mr. Albert, we're going to take a recess now for about fifteen minutes.

                    (recess)

        THE COURT:  Step around here and raise your right hand.

                    (witness sworn)

                    DANIEL GRAHAM

called as a witness by the State, having been first duly sworn, testified as follows, to-wit:

                    DIRECT EXAMINATION

BY MR. ALBERT: