**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CAPITAL CASE**

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                    NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                    DEFENDANT

**ORDER**

Daniel Lewis Lee's motion for entry of judgment pursuant to Federal Rule of Civil Procedure 58(d) is GRANTED. Document #1314. A judgment will be entered separately.

IT IS SO ORDERED this 22nd day of March, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE