## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

### CAPITAL CASE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                            DEFENDANT

### JUDGMENT

Pursuant to the Opinion and Order entered separately on February 26, 2019, Daniel Lewis Lee's motion to vacate, set aside, or correct his sentence, or alternatively for relief under Federal Rule of Civil Procedure 60 is denied.  No certificate of appealability will be issued.

IT IS SO ORDERED this 22nd day of March, 2019.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE