**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

<u>**CAPITAL CASE**</u>

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                             NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                           DEFENDANT

<u>**ORDER**</u>

Daniel Lewis Lee has filed a motion to alter or amend the judgment, entered March 22, 2019, denying his motion to vacate his conviction and sentence under 28 U.S.C. § 2255, or, in the alternative, for relief under Rule 60 of the Federal Rules of Civil Procedure.  Document #1316.  In the Order, the Court held that Lee's motion to vacate was a second or successive habeas petition under § 2255(h) and that he had not obtained the required authorization from the Circuit.  The Court also held that Lee was not entitled pursuant to Rule 60 to reopen his first § 2255 proceeding. Document #1313.  Lee now challenges the Court's alternative *Brady* materiality analysis.  He continues to argue that he has satisfied the requirements of Rule 60(b)(3) and (d)(3); he says the Rule 60(b)(3) limitations period should be equitably tolled due to special circumstances.  The Court rejects Lee's contention that it applied the incorrect legal standard in analyzing *Brady* materiality.  With respect to the Wanker evidence, Lee failed to demonstrate "a reasonable probability that, had the evidence been disclosed, the result of the proceeding would have been different." *Turner v. United States*, __ U.S. __, 137 S. Ct. 1885, 1892, 198 L. Ed. 2d 443 (2017) (quotations omitted).  He did not show "the suppressed evidence undermine[d] confidence in the outcome of the trial." *Id.* (quotations omitted).  In any event, the Court found Lee's *Brady* claims constituted a second or successive habeas application requiring the Circuit's authorization.

Document #1313 at 14-17.  The substance of Lee's remaining arguments is mostly the same as the arguments that he made in his motion to vacate.  He has provided no convincing argument to alter or amend the Court's Order.  For the reasons stated in the Court's Order, those arguments are overruled.  Lee's motion to alter or amend is DENIED.  Document #1317.

IT IS SO ORDERED this 7th day of May, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE