**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DANIEL LEWIS LEE,**
     **Movant**       **Case No. 4:18-CV-00649-JLH**
              **Criminal Case No. 4:97-CR-00243-JLH-2**

**v.**            **CAPITAL CASE**


**UNITED STATES OF AMERICA**
    **Respondent**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Movant, Daniel Lewis Lee, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Opinion and Order of the District Court, Hon. J. Leon Holmes, United States District Judge, denying Movant's *Motion to Vacate Conviction and Sentence Pursuant to 28 U.S.C. § 2255 or in the alternative Motion for Relief from Judgment or Order Pursuant to Fed. R. Civ. P. 60*, entered on February 26, 2019. (Doc. No. 1313). Movant also appeals the District Court's subsequent Order denying his *Motion to Alter or Amend Pursuant To Federal Rule of Civil Procedure 59(e)*, entered on May 7, 2019. (Doc. No. 1318).

    Respectfully submitted this 5th day of July, 2019.


/s/ Morris H. Moon       /s/ George G. Kouros
MORRIS H. MOON       GEORGE G. KOUROS
Assistant Federal Public Defender   Assistant Federal Public Defender
Federal Capital Habeas Project    Federal Capital Habeas Project
6411 Ivy Lane, Suite 710     6411 Ivy Lane, Suite 710
Greenbelt, MD 20770      Greenbelt, MD 20770
(713) 880-3556       (301) 821-0855
Morris_Moon@fd.org      George_Kouros@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on July 5, 2019. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /s/ *George G. Kouros*
GEORGE G. KOUROS
Bar # 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org