IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA    )
               )
v.                        )     4:97-CR-00243
               )
DANIEL LEWIS LEE        )

## NOTICE OF ENTRY OF APPEARANCE

Alexander D. Morgan, Assistant United States Attorney, hereby enters his appearance as

co-counsel for the United States in the above-captioned matter.

Respectfully submitted,

CODY HILAND
United States Attorney

_____

By ALEXANDER D. MORGAN
Bar No. 0390930
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
501-340-2600
Alex.Morgan@usdoj.gov