IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.

No.   4:97-CR-00243

DANIEL LEWIS LEE

## **SUBSTITUTION OF COUNSEL**

The United States of America submits its Substitution of Counsel in this case, and states:

1.     The United States wishes to substitute Michael Gordon in this case for Alex

Morgan.

WHEREFORE, the United States respectfully prays the Court allow the substitution of

counsel from Alex Morgan to Michael Gordon.

CODY HILAND
United States Attorney

By MICHAEL GORDON
Bar No. 00795383
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2600
Michael.Gordon@usdoj.gov