**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CAPITAL CASE**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                      NO. 4:97CR00243-02 JLH

DANIEL LEWIS LEE                                                              DEFENDANT

**ORDER**

The United States of America's motion for substitution of counsel is GRANTED.

Document #1323.  Assistant United States Attorney Michael S. Gordon is hereby substituted in

this action for Assistant United States Attorney Alexander D. Morgan.

IT IS SO ORDERED this 26th day of July, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE