**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                                    NO.    4:97CR00243

CHEVIE O'BRIEN KEHOE,
DANIEL LEWIS LEE,
FARON EARL LOVELACE,
and KIRBY KEITH KEHOE                                                         DEFENDANTS

## ORDER

Due to United States District Judge J. Leon Holmes's impending retirement, this case must

be reassigned.

Dated this 26th day of July, 2019.


AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY:   Cory Wilkins
            Courtroom Deputy to
            U.S. District Judge J. Leon Holmes