## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 19-2432

_____

Daniel Lewis Lee

Petitioner - Appellant

v.

United States of America                4:97-cr-00243-02-KGB

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

_____

**JUDGMENT**

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

The application for a certificate of appealability has been considered by the court and is denied.

November 04, 2019

KELLY, Circuit Judge, dissenting.

I would grant a certificate of appealability. I believe jurists of reason could disagree about whether Lee's newly discovered evidence is material for purposes of Brady. See United States v. Kehoe, 310 F.3d 579, 591 (8th Cir. 2002); Martin v. State, 57 S.W.3d 136, 139–40 (Ark. 2001). I also believe jurists of reason could disagree about whether a material Brady claim in a second habeas motion qualifies as a "second or successive motion" subject to the gatekeeping requirements of 28 U.S.C. § 2255(h). See Panetti v. Quarterman, 551 U.S. 930, 942–47 (2007); Scott v. United States, 890 F.3d 1239, 1243 (11th Cir. 2018); Crawford v. Minnesota, 698 F.3d

1086, 1090 (8th Cir. 2012); see also Barefoot v. Estelle, 463 U.S. 880, 893 (1983) (explaining that

in a death-penalty case, "the nature of the penalty is a proper consideration" in deciding whether

to certify an issue for appeal).

_____

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
                    /s/ Michael E. Gans

Appellate Case: 19-2432     Page: 2     Date Filed: 11/04/2019 Entry ID: 4848685

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 04, 2019

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

     RE:  19-2432  Daniel Lee v. United States

Dear Counsel:

     Attached is a copy of the dispositive order entered today in the referenced case.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing <u>must</u> be received by the clerk's office within the time set by FRAP 40 in cases where the United States or an officer or agency thereof is a party (within 45 days of entry of judgment). Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. Pro se petitions for rehearing are not afforded a grace period for mailing and are subject to being denied if not timely received.

     Michael E. Gans
     Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Ali Ahmad
       Mr. Michael S. Gordon
       Mr. Daniel Lewis Lee
       Mr. Jim McCormack
       Mr. Morris H. Moon
       Mr. Alexander D. Morgan
       Mr. John Michael Pellettieri

     District Court/Agency Case Number(s):  4:18-cv-00649-JLH

 **19-2432 Daniel Lee v. United States "judgment filed sua sponte coa denied "
(4:18-cv-00649-JLH, Lead: 4:97-cr-00243-JLH-2)**
ca08ml_cmecf_Notify   to:                                               11/04/2019 03:22 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing.**

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 11/04/2019
**Case Name:**      Daniel Lee v. United States
**Case Number:**   19-2432
**Document(s):**    Document(s)

**Docket Text:**
**JUDGMENT FILED -** Application for Certificate of Appealability is denied.; Denying [
4827942-2] Application for certificate of appealability filed by Appellant Mr. Daniel Lewis Lee.
STEVEN M. COLLOTON, JANE KELLY and RALPH R. ERICKSON Adp Oct 2019
[4848685] [19-2432] Dissent by Judge Kelly - Content Attached with Order Document (Lisa
Tobias)

**Notice will be electronically mailed to:**

Mr. Ali Ahmad, Assistant U.S. Attorney: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov,
caseview.ecf@usdoj.gov
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov,
sonya.jeffords2@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org
Mr. Alexander D. Morgan, Assistant U.S. Attorney: Alex.Morgan@usdoj.gov,
corey.taylor@usdoj.gov
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov


**Notice will be mailed to:**


Mr. Daniel Lewis Lee

U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Judgment: Judge Directed
**Original Filename:**
/opt/ACECF/live/forms/LisaTobias_192432_4848685_JudgmentsJudgeDirected_127.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/04/2019] [FileNumber=4848685-0]
[4025f7bc553928c0134f66cddebe72cec483645e0bb57df8f34a704e4e51318f923be91a54c3f583c
d8819cf15b352385ce62df81e81cdcd72c4900d9ed120ea]]
**Recipients:**
- Mr. Ali Ahmad, Assistant U.S. Attorney
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. Alexander D. Morgan, Assistant U.S. Attorney
- Mr. John Michael Pellettieri

**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/LisaTobias_192432_4848685_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/04/2019] [FileNumber=4848685-1]
[206deef770fe39def8476f375ea89ddeb49a8eeb9e0f2444d88b1e49299cc8efe518c2d462d4b38d4
850154b94bbf4516bf013a14dfdfe54514e3d2e5e06af40]]
**Recipients:**
- Mr. Ali Ahmad, Assistant U.S. Attorney
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. Alexander D. Morgan, Assistant U.S. Attorney
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4848685
**RELIEF(S) DOCKETED:**
  coa denied
  for certificate of appealability
**DOCKET PART(S) ADDED:** 6407076, 6407077, 6367084, 6407078