DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS[1]

Exhibit A:    LETTER FROM JUDGE EISELE TO A.G. HOLDER ET AL.

Exhibit B:    LETTER FROM FORMER AUSA DAN STRIPLING TO A.G. HOLDER

Exhibit C:    LETTER FROM KIMMA GUREL TO PRESIDENT DONALD J. TRUMP

Exhibit D:    LETTER FROM MONICA VEILLETTE TO PRESIDENT DONALD J. TRUMP

---

[1] In compliance with the privacy policies of the Judicial Conference of the United States and in accordance with Eighth Circuit Rule 25A(i), personal data identifiers have been redacted where necessary.