# EXHIBIT C

President Donald J. Trump
The White House
Washington DC

September 6, 2019

Dear President Trump,

I am writing this letter on behalf of Daniel Lewis Lee in the Federal Death Row Unit in Terre Haute, Indiana who is scheduled for execution on December 9, 2019 for the murder of my sister Nancy Mueller, my brother-in-law William Mueller, and my 8-year-old niece Sarah Powell. I was at the trial every day as the case was presented.  I believe that my family was murdered by Daniel Lee and his accomplice Chevie Kehoe.

However, as a sociologist, I have struggled to understand why the two men got drastically different sentences. It was clear from the trial that Chevie Kehoe was the mastermind behind the plan to rob and murder my family. Even though he was the leader, Chevie Kehoe was sentenced to life in prison. However, Daniel Lee got the death sentence. Maybe the jurors based their decision on Daniel Lee's looks; having a swastika neck tattoo and a blind eye made him look pretty scary.  Chevie Kehoe was a clean-cut young man with a wife and four kids who would lose their father. **Whatever the reason, it was not fair or just for Daniel Lee to be sentenced to death, and none of the reasons I come up with make me feel any better.**

I understand that we are all products of our environment, society, and unique life events. Daniel Lee and Chevie Kehoe were unlucky enough to be raised in homes that damaged them. They deserve to pay for the crimes they committed, and I think they should both spend the rest of their lives rotting in prison. But that does not justify the death penalty.

It has been over 20 years since William, Nancy and Sarah were murdered. We have worked during that time to get Daniel Lee's sentence reduced. We are hoping you; President Trump will get this done for our family. Instead of continuing the string of violence, please let justice be served by reducing Daniel Lee's sentence to life without parole instead of the death penalty.

Sincerely,
Kimma Gurel

*Kimma E. Gurel*