## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CAPITAL CASE**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                    **Case No. 4:97-cr-00243-02 KGB**

**DANIEL LEWIS LEE**                                                        **DEFENDANT**

**ORDER**

Pending before the Court is defendant Daniel Lewis Lee's motion to stay execution and hold proceedings in abeyance (Dkt. No. 1353), which was filed the morning of Friday, December 6, 2019. Mr. Lee is scheduled to be executed at 7:00 a.m., Eastern Standard Time, on Monday, December 9, 2019. There is currently an order by the District Court for the District of Columbia enjoining Mr. Lee's execution, which remains in effect as of the entry of this Order. The Government has moved to vacate the injunction, and the motion is currently pending before the Supreme Court. The District Court for the Southern District of Indiana issued a separate order enjoining Mr. Lee's execution. The Government also appealed that order. Should the Government succeed in vacating the preliminary injunction that is currently in place, or vacating the stay of execution, Mr. Lee requests that this Court stay Mr. Lee's execution until *Banister v. Davis*, No. 18-6943 (2019), is decided and his Federal Rule of Procedure 60(b) Motion can be given full and proper consideration (Dkt. No. 1353). Given the immediacy of this case, if the Government intends to respond to Mr. Lee's motion to stay execution and hold proceedings in abeyance, it must do so by 4:00 p.m., Central Standard Time, on Friday, December 6, 2019.

It is so ordered this 6th day of December, 2019.

_____
Kristine G. Baker
United States District Judge