IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA          )
                                  )
v.                                )          4:97-cr-00243-02 KGB
                                  )
DANIEL LEWIS LEE                  )

NOTICE OF APPEAL

The United States of America, by and through Cody Hiland, United States Attorney for

the Eastern District of Arkansas, and Michael Gordon, Assistant United States Attorney, for its

Notice of Appeal, states:

1.    An order granting the defendant's motion to stay was entered by the District

Court in this case on December 6, 2019. (DCD 1356).

2.    Pursuant to Federal Rule of Appellate Procedure 4(b), the United States hereby

gives notice of appeal to the United States Court of Appeals for the Eighth Circuit, from the

above-described order entered on December 6, 2019, from the United States District Court for

the Eastern District of Arkansas, the Honorable Kristine G. Baker presiding.

Respectfully submitted,

CODY HILAND
United States Attorney

MICHAEL GORDON
Assistant U. S. Attorney
TX Bar # 00795383
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
michael.gordon@usdoj.gov