# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 09, 2019

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

4:97-cr-00243-02-KGB

RE:  19-3618  United States v. Daniel Lewis Lee

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

An order appointing your office to represent appellant will be sent under separate Notice of Docket Activity. Your duties as counsel are defined by Eighth Circuit Rule 27B and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

This appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:    Mr. Ali Ahmad
   Ms. Amy Gershenfeld Donnella
   Mr. Michael S. Gordon
   Mr. Daniel Lewis Lee
   Mr. Jim McCormack
   Mr. Morris H. Moon
   Mr. John Michael Pellettieri

   District Court/Agency Case Number(s):   4:97-cr-00243-KGB-02

**Caption For Case Number:   19-3618**

United States of America

       Plaintiff - Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

       Defendant - Appellee

**Addresses For Case Participants:   19-3618**

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Ali Ahmad
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Ms. Amy Gershenfeld Donnella (INFORMATION ONLY)
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
301-344-0600
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. Michael S. Gordon
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Appellate Case: 19-3618    Page: 5    Date Filed: 12/09/2019 Entry ID: 4859607

19-3618  United States v. Daniel Lewis Lee

**Eighth Circuit Court of Appeals**

**PRO SE Notice of Docket Activity**

The following was filed on 12/09/2019

**Case Name:**    United States v. Daniel Lewis Lee
**Case Number:**  19-3618

**Docket Text:**
CRIMINAL case docketed. [4859607] [19-3618]

**The following document(s) are associated with this transaction:**
Document Description:  ProSe Docketing Letter
Document Description:  html notice of docket activity (generated 12/09/2019 10:54:00)
Document Description:  plain text notice of docket activity (generated 12/09/2019 10:54:00)

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
4700 Bureau Road, S.
Terre Haute, IN  47802

**Notice will be electronically mailed to:**

Mr. Ali Ahmad: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov,caseview.ecf@usdoj.gov
Ms. Amy Gershenfeld Donnella: Amy_Donnella@fd.org,
amyzoegd@aol.com,susan_hart@fd.org,tina_decandia@fd.org
Mr. Michael S. Gordon: Michael.Gordon@usdoj.gov,
sonya.jeffords2@usdoj.gov,stephanie.mazzanti@usdoj.gov,john.webster@usdoj.gov
Mr. George Gust Kouros: George_Kouros@fd.org
Mr. Jim McCormack: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov



**Re-send: 19-3618 United States v. Daniel Lewis Lee "CRIMINAL case docketed" (4:97-cr-00243-KGB-02)**
ca08ml_cmecf_Notify    to:                                          12/09/2019 10:57 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Amended 12/09/2019 10:56:45: Notice of Docket Activity**

The following transaction was filed on 12/09/2019
**Case Name:**       United States v. Daniel Lewis Lee
**Case Number:**    19-3618
**Document(s):**    Document(s)

**Docket Text:**
CRIMINAL case docketed. [4859607] [19-3618] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Mr. Ali Ahmad, Assistant U.S. Attorney: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender: Amy_Donnella@fd.org, amyzoegd@aol.com, susan_hart@fd.org, tina_decandia@fd.org
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** ProSe Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/AdrienneVonderHaar_193618_4859607_ProSeDocketingLetters_103.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/09/2019] [FileNumber=4859607-0]
[6e84a7cd120c2910744fdad69ac21e51f3dbcdfcf3e90e8e4303351391fd07a33411d54c6dfd766de
9eda30df4e8c494d98cdbb9f681406127e24bcd1fed8f16]]
**Recipients:**
- Mr. Ali Ahmad, Assistant U.S. Attorney
- Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri

**Document Description:** ProSe NDA
**Original Filename:**
/opt/ACECF/live/forms/AdrienneVonderHaar_193618_4859607_ProSeNDA_481.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/09/2019] [FileNumber=4859607-3]
[7764dd4fe86ee868964fb36a98aadf474ced78602653d073e2e0f12fbeb212002f0416b62b12ed9cf
72b880232ddc50dbf50936e35e9015d70497c1b6ad6e9b8]]
**Recipients:**
- Mr. Ali Ahmad, Assistant U.S. Attorney
- Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4859607
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6428450, 6428451, 6428452