# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3618

United States of America

Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Appellee

------------------------------------------------------------------------

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)

------------------------------------------------------------------------

## ORDER

The following briefing schedule is established for this appeal:

|  |  |
|---|---|
| Appellant's Brief: | December 24, 2019 |
| Appellee's Brief: | January 7, 2020 |
| Reply Brief: | January 13, 2020 |

It is further ordered that the matter is scheduled for oral argument before Judges

Colloton, Kelly, and Erickson at 3:00 p.m. on January 16, 2020, in St. Louis, in Division II.

December 10, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Michael E. Gans

 **19-3618 United States v. Daniel Lewis Lee "Judge Order Filed sua sponte establish a briefing schedule " (4:97-cr-00243-KGB-02)**
ca08ml_cmecf_Notify   to:                                              12/10/2019 02:42 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 12/10/2019

**Case Name:**      United States v. Daniel Lewis Lee
**Case Number:**   19-3618
**Document(s):**   Document(s)

**Docket Text:**
JUDGE ORDER:The following briefing schedule is established for this appeal: Appellant's Brief is due 12/24/2019. Appellee's Brief is due 01/07/2020. Reply brief is due 01/13/2020. It is further ordered that the matter is scheduled for oral argument before Judges Colloton, Kelly and Erickson at 3:00 p.m. on January 16, 2020, in St. Louis, in Division II. Special Dec 2019 [4860352] [19-3618] (Adrienne Vonder Haar)

**Notice will be electronically mailed to:**

Mr. Ali Ahmad, Assistant U.S. Attorney: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov, caseview.ecf@usdoj.gov
Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender: Amy_Donnella@fd.org, amyzoegd@aol.com, susan_hart@fd.org, tina_decandia@fd.org
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee

U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:**
/opt/ACECF/live/forms/AdrienneVonderHaar_193618_4860352_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/10/2019] [FileNumber=4860352-0]
[ad25a8c9f473b437cfab5587d0f7d5b41d660c0bb84326174a757d6ad9df232d6732109f75c8ced3
846f76cd7868475859e83c441c0257ffb9bb1c821b397e32]]
**Recipients:**
- Mr. Ali Ahmad, Assistant U.S. Attorney
- Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4860352
**RELIEF(S) DOCKETED:**
   establish a briefing schedule
**DOCKET PART(S) ADDED:** 6429831, 6429832, 6429833