(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:**   Clerk, USCA 8           **DATE:** 12/27/2019

**FROM:**   U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 19-3618

**DISTRICT COURT NO.** 4:97-cr-00243-02-KGB

**TRANSMITTED HEREWITH:**

_____

**VOLUME:** _____

Transcript

Volume and Date: 47 volumes of originals:
Volume and Date: [694] - [719], [773] - [784], and [824] - [832[
Volume and Date: _____

In Camera Documents

_____
_____
_____

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

_____
****************************************************************************
**USCA 8 ACKNOWLDGMENT**

RECEIPT

By: _____
    Deputy Clerk