# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2432

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee                          4:97-cr-00243-02-KGB

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

---

## MANDATE

In accordance with the judgment of 11/04/2019, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

December 30, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit

**From:**      ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:**   19-2432 Daniel Lee v. United States "Mandate Issued" (4:18-cv-00649-JLH, Lead: 4:97-cr-00243-JLH-2)
**Date:**      Monday, December 30, 2019 11:01:38 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/30/2019

**Case Name:**     Daniel Lee v. United States

**Case Number:**   19-2432

**Document(s):**   Document(s)

**Docket Text:**
MANDATE ISSUED. [4866145] [19-2432] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Ali Ahmad, Assistant U.S. Attorney: ali.ahmad@usdoj.gov, sonia.dickson@usdoj.gov, caseview.ecf@usdoj.gov
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov
Honorable J. Leon Holmes, Senior District Judge: Leon_Holmes@ared.uscourts.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon: moonmorris@aol.com, Morris_Moon@fd.org
Mr. Alexander D. Morgan, Assistant U.S. Attorney: Alex.Morgan@usdoj.gov, corey.taylor@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/AmandaTrautt_192432_4866145_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/30/2019] [FileNumber=4866145-0]
[8f20e7c2da17fcebef49284fcb65bad23835441e5116dd316510f2ef7d71f01ba03f2fa546da2354abcab4c3df64987dfcd024353cca11dac36b2bb644ea6d7c]]
**Recipients:**

- Mr. Ali Ahmad, Assistant U.S. Attorney
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Honorable J. Leon Holmes, Senior District Judge
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon
- Mr. Alexander D. Morgan, Assistant U.S. Attorney
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4866145
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6441324