DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS[1]

Exhibit A:     1/21/97 Humphrey Interview and Polygraph Examination Report
Exhibit B:     Declaration of Cheyne Kehoe
Exhibit C:     Declaration of Kirby Kehoe
Exhibit D:     Judgment, *United States v. Lee,* No. 19-3576 (8th Cir. Jan. 7, 2020) (Kelly, J., dissenting)
Exhibit E:     Judgment, *United States v. Lee*, No. 19-2432 (8th Cir. Nov. 4, 2019) (Kelly, J., dissenting)
Exhibit F:     Courier News Article (May 6, 1999)
Exhibit G:     3/19/98 Arkansas State Crime Laboratory Report
Exhibit H:     Excerpt of 3/31/98 Gloria Kehoe Interview (Pages 105-106)
Exhibit I:     Excerpt of 3/31/98 Gloria Kehoe Interview (Pages 80-95)
Exhibit J:     Excerpt of 4/16/98 Gloria Kehoe Interview (Pages 7-8)
Exhibit K:     ATF Report from Confidential Informant (4/29/97)
Exhibit L:     Serological Research Institute Mitochondrial DNA Report
Exhibit M:     Declaration of James Wanker
Exhibit N:     Wanker Statement to Pope County Sheriff's Office
Exhibit O:     Wanker Statement to ATF
Exhibit P:     Excerpt of 6/21/97 Cheyne Kehoe interview (Page 119)
Exhibit Q:     January 1996 Sunrise/Sunset Calendar, Russellville, AR
Exhibit R:     GPS coordinates of Mueller crime scene locations
Exhibit S:     FBI 302 report re: driving times between crime scene locations
Exhibit T:     Excerpt of 12/20/96 Sean Haines Interview (Page 26)
Exhibit U:     Humphrey Search Warrant Affidavit
Exhibit V:     ATF handwriting analysis report of Mueller title documents
Exhibit W:     ATF summary of interviews with the Turners
Exhibit X:     Reports re: receipt and submission of Humphrey hair samples
Exhibit Y:     3/2/99 Arkansas State Crime Laboratory Report
Exhibit Z:     1/21/97 Paul Humphrey Interview

---

[1] In compliance with the privacy policies of the Judicial Conference of the United States and in accordance with Eighth Circuit Local Rule 25A(i), personal data identifiers have been redacted where necessary.