# EXHIBIT B

**Declaration of Cheyne Kehoe**

1.      My name is Cheyne Kehoe.  I am the second eldest son of Gloria and Kirby Kehoe and younger brother of Chevie Kehoe.  I was born on May 29, 1976.

2.      My family moved from Colville, Washington, to a rural area outside Harrison, Arkansas, in 1993.  I was 16 or 17 years old at that time.

3.      My brother Chevie didn't move to Arkansas with our family.  Chevie was already married to his first wife, Karena.

4.      Chevie hadn't lived with us much even before we moved.  He had moved out when he was in high school and lived with one of his teachers. He and our father had a difficult relationship.

5.      I got a job, working at a sawmill in Arkansas.  During the summer, I was working 12 and 14 hour days. I lived next to the sawmill, not with my family, so I wouldn't have to spend time traveling to and from work.

6.      Once the season was over at the sawmill, I moved to a community called Elohim City which was located on the Arkansas-Oklahoma border.  The people who lived there were members of the Christian Identity movement. That was in the late fall of 1994.

1

7.    I was only 16 or 17 when I moved to Elohim City and I feel like I was really misled about their beliefs. I didn't believe in all the white supremacy stuff they talked about. They expressed really hateful beliefs and, once I realized what they were, I didn't share them.

8.    After I had been at Elohim City for a couple of months, my brother Chevie came through. This was some time in January or February, 1995. Chevie had a trailer at the time, which he told me he had bought from a guy in Arkansas. Chevie stayed for 2 or 3 days and I had dinner with him one night but otherwise didn't spend much time with him. Chevie had his wife, Karena, with him and their two children.

9.    During that visit, Chevie met a guy who was staying at Elohim City named Faron Lovelace. Faron was really weird and not in a good way. I didn't like or trust him at all. I was surprised that when Chevie left Elohim City, Faron left with him. Faron was not mentally stable. He did not connect with reality.

10.    In late spring or early summer, 1995, my dad came through Elohim City and asked if I wanted to go back west with the family. I was ready to leave so I left with my dad.

11.    When we got back to Spokane, my parents and younger brothers and I initially moved into the Shadows motel. We then moved to Colville, Washington.

CK

12.    Sometime in June, 1995, when we were still living at the Shadows

motel, Chevie came by. While he was there, he got a phone call, and then asked
*was living there at that time/CK*

me if I wanted to drive with him to Idaho. He told me he had to drop Faron

Lovelace off there. He didn't tell me anything more than that. I agreed to go with

him.

13.    Faron joined us and when we stopped for groceries showed us a bag

he had full of money. I had no idea at the time where it had come from. I still

didn't like or trust Faron. I thought he was crazy and stayed away from him as

much as I could. We left Faron in Idaho and drove back to Washington. Chevie

had no use for Faron any longer. Chevie manipulated Faron to be a laborer in

Idaho because he didn't want to do any work himself. He was always looking for a

shortcut and having Faron work on the land was one of those shortcuts. This had

nothing to do with any kind of white supremacy activity.

14.    I didn't learn where Faron's money had come from until at least a

year or so later when Chevie told me Faron had robbed someone. My father never
*They/CK*

mentioned a word to me about it, either. Eventually, Chevie dumped Faron like a

dog in the road because Chevie didn't need him. *anymore/CK*
*along side/CK*

15.    I was never involved in any planning of that robbery, I had no idea

what any of them were up to, this wasn't a group plan in any way. It seemed to me

3

*CK*

Faron had his own motivations, like that he needed fast money and this robbery would get him some. Chevie manipulated Faron by holding his money for him. Then Chevie had control of it and would spend it all on himself and ~~dole~~ out small amounts.

doled /CK

16.    As far as I could tell, any money Chevie ever got went straight into his own pocket for his own personal use. Chevie just liked to commit crimes for his own personal gain, and sometimes he could get Faron to do things because Faron had nowhere else to go.

17.    I met my wife, Tanna, in July or August, 1995. We got married on October 1, 1995, about six weeks after we met. I was 19 years old. Tanna was 18, the oldest of a bunch of sisters. We moved in with Tanna's family – her parents and grandparents -- and continued to live with Tanna's family for about a year. We had our first child on July 23, 1996.

18.    During the year I spent with Tanna's family, I had very little contact with Chevie. I saw him only a couple of times. The first time was during the summer or fall of 1995, before we got married. I took Tanna to the Shadows motel to meet my family. Chevie was there.

19.    Tanna and I stayed at the Shadows for three or four days but after the first two days, Chevie and I got into a fight, and we parted on bad terms.

4



20.    It's possible Chevie might have stopped by where we were staying for a few minutes here or there, but the next time I saw Chevie to have any conversation was late January or February, 1996, at a pizza place. At that time, Chevie showed me a roll of gold coins he had. I had no idea where he got the coins and he didn't talk to me about it until much much later.

21.    I didn't see Chevie again until the spring of 1996. That was the first time I met Danny Lee. Tanna was noticeably pregnant with our son at the time. At trial, I misspoke and said this happened in spring of 1995, but that was definitely wrong. I was still living in Arkansas in the spring of '95, and hadn't even met Tanna yet.

22.    After our son Christopher was born, Tanna, the baby and I joined Chevie and his family, traveling with them to the southwest, the east, and eventually through Ohio. Chevie and I exchanged gunfire with some Ohio state troopers when we were out by ourselves, coming back from a gun show. Our wives and children were waiting for us, back at a campground.

23.    I made my way back to Tanna and Karena, we packed up the camper, and we drove out of there to Wyoming. Chevie met back up with us, too, in Wyoming. We got some help from my dad when the camper collapsed.

5

24.    Tanna, the baby and I headed out again with Chevie, Karena and their kids. We were nearly out of money, we were trying to escape the cold weather, and we were pretty much out of food. We drove south, first to Las Vegas, then to Arizona, and eventually we wound up in Utah, where we camped on land owned by the Bureau of Land Management.

25.    Things were pretty bad. We were given some food and jobs by a man named Mr. Levitt we met down there who had a nearby alfalfa farm. Chevie kept getting more and more abusive to Karena and to me. Tanna and I wanted to leave but Chevie had the car keys and controlled all the money Mr. Levitt paid us.

26.    One night, Chevie beat me up pretty badly and Tanna and I decided we needed to leave. About that time, Mr. Levitt gave me some money of my own and Tanna and I took the baby and made a break for it. We headed back up north, and she and I decided I needed to turn myself in to law enforcement for the sake of my family.

27.    I testified at Chevie's trial about a lot of the things I've said above but the way the prosecution jumped around, the timeline of events was probably pretty jumbled-sounding.

28.    Also, I was interviewed by a lot of law enforcement people, both police and prosecutors, before Chevie's trial and I explained to them that I had

6

never had any discussion with Chevie or anyone else about killing the Mueller family before it happened. I knew nothing about it.

29.    I never shared Chevie's beliefs and I had no idea until I was traveling with Chevie in the trailer that he had committed any crimes. I told the agents that. I also told them I never would have taken part in those crimes and didn't share the beliefs of the Christian Identity or the Aryan Nation or any other white supremacy group. I knew about them, I heard talk about them, but that wasn't my belief system. I would never have committed crimes to support those beliefs.

30.    I also didn't believe in polygamy. I had no interest in populating the country with Aryan babies. I never had a second wife the way Chevie did. I told the agents that, too.

31.    I didn't believe in killing police, either. I felt trapped when Chevie and I got stopped by the police in Ohio, and I panicked. What I did was wrong but it wasn't part of a bigger plot to kill police. I just wanted to get back to Tanna and Christopher. I told the police that, too.

32.    Most important, I told the agents repeatedly I would never have gone along with the idea of killing the Muellers and I would have done everything I could to discourage Chevie from doing it if I'd known he was planning it.

7



33.    APR was a pipe dream of Chevie's.  In his mind only, he fantasized of creating his own area.  He liked to talk about it because it *was* a fantasy. But, as I kept telling every law enforcement person I spoke to, Chevie committed his crimes so that he could just get things for himself.

34.    ~~I really~~ Felt I/CK had no choice but to testify at Chevie's trial.  The government ~~threatened~~ Informed/CK me that I'd be indicted along with Chevie, ~~Danny and my dad~~ if I didn't cooperate.  But the government ~~completely twisted~~ misrepresented/CK my words about ~~everything~~ Events/CK having to do with connections between Danny, my dad, Chevie, me, and the APR.  I can't stress enough, as I stressed during my interviews with the government, that there was no "organization."  Chevie committed his crimes for himself.  None of the rest of us had any relationship with each other, except that I was Chevie's brother and Kirby was my dad.  Danny wasn't some member of any organization with us; neither was Faron.  They were both people Chevie could manipulate because they had nothing else and nowhere else to go.

35.    Prior to Chevie's trial, agents asked me several times about my mother's (Gloria's) stability.  I ~~told~~ advised/CK them my mom ~~is and always was seriously~~ was unstable/CK ~~mentally ill.~~  That's always been pretty obvious to me and the people who know her.  As I told the agents, my mom has always been paranoid and she sees and hears things that aren't there, so much so that my dad took her for psychiatric treatment when they lived in North Carolina.

8

CK

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/1/19

_____
Cheyne Kehoe

9