# EXHIBIT C

**Declaration for Kirby Kehoe**

1.      My name is Kirby Keith Kehoe.  I am currently incarcerated at FCI Lompoc.  I am 71 years old and have had a chronic form of cancer for many years.

2.      I am Chevie Kehoe's father.  I am also Cheyne Kehoe's father.  I no longer have any relationship with either of those sons and I haven't in many years.

3.      I was interviewed by federal agents on a number of occasions. One meeting was in Troy, Montana, in 1997 and at that meeting the agents wanted to discuss my sons' activities.

4.      I told them that my wife Gloria, Cheyne, the younger boys and I used to live in Arkansas as a family and at one time our family was friends with the Muellers.  Gloria, Cheyne, and I had been over to their house for dinner.

5.      I also told them that I lived in Arizona in a trailer park from the fall of 1995 until late January or early February, 1996.  I was living with my wife Gloria *Kehoe* and several of our younger sons.

6.      Cheyne was not living with us at the time.  He had gotten married in October and was living in rural eastern Washington with his wife, Tanna, and

1

Tanna's family.  I met Tanna a few weeks before she and Cheyne got married, but otherwise had little contact with Cheyne at that time. Once I moved to Arizona, I had had no contact with him at all until I moved back to the Northwest in late January or early February, 1996.

7.    Chevie wasn't living with us in Arizona, either. I think he was living in Spokane, Washington, most of the time we were in Arizona, but I wasn't keeping in touch with him.

8.    In early January, 1996, Chevie unexpectedly showed up at our trailer park in Arizona.  He was with another young man I had never met before.

9.    I later learned that Chevie's travel companion was Daniel Lee but I didn't even know Lee's name at the time.  Chevie referred to him as "D-Man." *KK*

*not associate*

10.    I never trusted strangers and I didn't trust Lee.  I told Chevie to ~~ditch~~ *with* him. He wasn't family, I didn't know him, I didn't approve of Chevie being with *and leave him alone* him.

*KK*

11.    I did not want Chevie traveling with Lee or telling Lee anything about any members of our family or working with him in any way. I have never approved of including people from outside the family in any kind of business, and I particularly did not trust Chevie's ability to judge people.

2

*KK*

12.     I made all of this clear to the people who interviewed me in Montana and in subsequent interviews.

13.     The agents in Troy wanted to discuss the Ohio shootout and whether I had seen my sons. They also asked if I knew if they were involved in an organization named Aryan Nations in Northern Idaho. They wanted to know if I had heard of it and whether I or my sons were associated with them or with any other group.

14.     I told them none of us were part of any group. My kids were never ⓀⓀ part of any organization. When Cheyne was about 17, he lived at Elohim City for a ⓀⓀ a teenager visited with his family while which was a Christian Identity community, but he left there after a few ⓀⓀ weeks months and never went back. Chevie talked a lot and he was sort of trying to find himself and he wanted to do exciting things but he never actually acted as part of any organization or group.

15.     I had a meeting – one of many – with the prosecution prior to Chevie's trial.  The prosecutors wanted me to testify to the structure and my involvement in an organization, "APR." I kept telling them there was no such organization or any other. I never did things as part of an organized group or on numerous times ⓀⓀ any kind of ongoing basis  I told them (as I had before) that Chevie was a kid who was wild, acting on a lark, that his crimes were something to do in the moment, ⓀⓀ for financial gain

3

ⓀⓀ

not something planned out.  I told them that Chevie had fantasies to do this or that, but he committed crimes of opportunity to get money for himself, have cars and other things. Chevie committed crimes because he was too lazy to work.  He was good at convincing people to do work for him and then getting paid for what they did.

16.    The prosecutors were extremely angry *and frustrated* (KK) that I wouldn't testify that we were part of an organization or that Chevie operated in or with a group or "enterprise."

17.    Gloria and I had been together since she was 17 years old and she had some struggles in life. She sometimes had panic attacks and sometimes she had what she called dreams where she saw things happening to us, like seeing people (sometimes government agents) assaulting her. I did what I could to help and care for Gloria but it was difficult sometimes because of her mental illness. I told agents all of this prior to Chevie's trial, too.

18.    When I pleaded guilty in 1999, I agreed to things in my plea agreement that were not true.  The government prosecutors threatened to give me 30 years in prison if I did not agree in my plea that an enterprise existed, and to plead guilty to the racketeering.



4

19.     My attorney told me that I had to do the plea admitting that APR was real even if it wasn't because it was the only way to get my sentence reduced. I felt trapped because I didn't want to spend the rest of my life in prison. I was up in years, 50 already, and ill with my chronic cancer condition. I gave the government the plea and factual agreement they wanted.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on: *11, 3, 2019*

*Kirby K. Kehoe*   *11/3/2019*

Kirby Keith Kehoe

5