# EXHIBIT E

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2432
_____

Daniel Lewis Lee

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:18-cv-00649-JLH)

_____

## JUDGMENT

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

The application for a certificate of appealability has been considered by the court and is denied.

November 04, 2019

KELLY, Circuit Judge, dissenting.

I would grant a certificate of appealability. I believe jurists of reason could disagree about whether Lee's newly discovered evidence is material for purposes of <u>Brady</u>. <u>See</u> <u>United States v. Kehoe</u>, 310 F.3d 579, 591 (8th Cir. 2002); <u>Martin v. State</u>, 57 S.W.3d 136, 139–40 (Ark. 2001). I also believe jurists of reason could disagree about whether a material <u>Brady</u> claim in a second habeas motion qualifies as a "second or successive motion" subject to the gatekeeping requirements of 28 U.S.C. § 2255(h). <u>See</u> <u>Panetti v. Quarterman</u>, 551 U.S. 930, 942–47 (2007); <u>Scott v. United States</u>, 890 F.3d 1239, 1243 (11th Cir. 2018); <u>Crawford v. Minnesota</u>, 698 F.3d

1086, 1090 (8th Cir. 2012); see also Barefoot v. Estelle, 463 U.S. 880, 893 (1983) (explaining that in a death-penalty case, "the nature of the penalty is a proper consideration" in deciding whether to certify an issue for appeal).

_____

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
                /s/ Michael E. Gans