# EXHIBIT G

| DEPARTMENT OF THE TRESURY -- BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS | 1. INVESTIGATION IS: | |
|---|---|---|
| **REPORT OF INVESTIGATION (Law Enforcement)** | ○ ROUTINE   ○ SENSITIVE   ○ SIGNIFICANT | Page 1 of 1 pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFOMATION (Number and Bran |
|---|---|
| Special Agent in Charge<br>111 Veterans Highway, Suite 1050<br>New Orleans, Louisiana | CIP:   745700<br>VIOLENT CRIME<br>Report: 466 |

COPY

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION NUMBER |
|---|---|
| WILLIAM MUELLER | 53430-96-0110K |

### 6. TYPE OF REPORT (Check applicable boxes)

| | | | | |
|---|---|---|---|---|
| ☐ PRELIMINARY | ☐ COLLATERAL (Request) | | | |
| ☒ STATUS | ☐ COLLATERAL (Reply) | | | |
| ☐ FINAL | ☐ INTELLIGENCE | | | |
| ☐ SUPPLEMENTAL | ☐ REFERRAL | | | |

### 7. BUREAU PROGRAM

| | | |
|---|---|---|
| ☒ TITLE I | | |
| ☐ TITLE II | FIREARMS | |
| ☐ TITLE VII | | |
| ☐ TITLE II | EXPLOSIVES | |
| ☐ TITLE XI | | |
| ☐ TOBACCO | | |
| ☐ ALCOHOL | | |

### 8. PROJECT(S)

| | |
|---|---|
| ☐ | TARGETED OFFENDER |
| ☒ | TERRORIST/EXTREMIST |
| ☐ | OCD |
| ☐ | ITAR |
| ☐ | SEAR |
| ☐ | OMO |
| ☐ | OTHER |

### 9. DETAILS

DESCRIPTION OF ACTIVITY:

Laboratory Report dated March 19, 1998 from the Arkansas State Crime Laboratory related to swabs samples from carpet in the MUELLER residence.

SYNOPSIS:

This report relates to the burglary of firearms from former Federal firearms dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER, NANCY MUELLER and SARAH POWELL.

NARRATIVE:

1)  On March 19, 1998, the Arkansas State Crime Laboratory issued a report which stated that no blood was found during the examination of swabs and debris taken during a search of the MUELLER residence.  The items examined was obtained by Arkansas State Police Investigator BILL BASKIN during a luminol examination of carpet in the MUELLER residence.

Attachment:

Laboratory Report

| 10. SUBMITTED BY (Name)<br>Glen Jordan | 11. TITLE AND OFFICE<br>SA, Little Rock, AR | 12. DATE<br>04./27/96 |
|---|---|---|
| 13. REVIEWED BY (Name)<br>J. William Buford | 14. TITLE AND OFFICE<br>RAC, Little Rock, AR | 15. DATE |
| 16. APPROVED BY (Name)<br>Guy K. Hummel | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE |

# STATE CRIME LABORATORY

P.O. BOX 5274
Number 3 Natural Resources Drive
Little Rock, Arkansas 72215

Laboratory Services
227-5747

*REPORT OF LABORATORY ANALYSIS*

Medical Examiner
227-5936

---

Investigating Officer/Agency/Address

Sgt. Aaron Duvall
Pope County Sheriff's Office
3 Emergency Lane
Russellville, AR  72801

| | |
|---|---|
| Laboratory Case Number: | 1996-WVS-09666   Page 1 of 1 |
| Date Received in Lab: | 03/17/98 |
| How Evidence Received: | H C Duvall |
| Agency Case Number: | 96-1003 |

Suspect(s):
Paul Edward Humphrey
Kirby K Kehoe
Chevie Kehoe
Daniel Lee Graham

Victim(s):
William Mueller
Nancy Mueller
Sarah Powell

---

Date of Report:        03/19/98

I do hereby attest and confirm as specified by A.C.A. 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed by me of evidence received in a sealed condition at the Arkansas State Crime Laboratory.

## ITEMS SUBMITTED MARCH 17, 1998 BY SGT. AARON DUVALL, POPE COUNTY SHERIFF'S OFFICE:

Q24   Swab    (WBB-E1A)
Q25   Swab    (WBB-E1B)
Q26   Swab    (WBB-E1C)
Q27   Swab    (WBB-E1D)
Q28   Swab    (WBB-E1E)
Q29   Debris  (WBB-E1F)

## RESULTS OF EXAMINATIONS:

This report is supplemental to the reports from the Serology Section submitted under this case number dated August 2, 1996, October 15, 1996, December 18, 1996, July 3, 1997, January 15, 1998 and February 12, 1998.

No blood was found on Q24 through Q29.

*Edward Vollman*

Edward Vollman,
Chief Forensic Chemist

EV/af

State of Arkansas
County of Pulaski
Subscribed and sworn to before me, the undersigned Notary Public on this 23 day of March, 1998.

My Commission Expires 12/27/06

-- 006423