# EXHIBIT H

MS. KEHOE:  No.  I'm sure that he needed money, he sold them.

MR. JORDAN:  Did he tell -- did Chevy tell you how they attached the rocks to the bodies when they disposed of them?

MS. KEHOE:  They just tied rope around them and tied the rocks to the rope, so it could be real firm for the body to hold them down.

MR. JORDAN:  Did he tell you how long they were in close to the Muellers' house before they actually took them down? Were they there for a day or two?

MS. KEHOE:  No.

MR. JORDAN:  Did they scope things out?

MS. KEHOE:  No.  From what I understood, he said that the job was done and they took them.  And then they rode around in the Wagoneer for the -- to see what came in the paper, see if the Muellers would come up missing or -- in other words, how the media would handle it.

MR. JORDAN:  They rode around

106

in the Wagoneer?

MS. KEHOE:  That's what I'm -- that's what I'm believing he said.

MR. JORDAN:  So they stayed in that area for a while?

MS. KEHOE:  I'm not sure if it was that area or the outside of that area. I can't be quoted on that.

MR. JORDAN:  Did he tell you where he and Danny went right after they disposed of the bodies, where did they go?

MS. KEHOE:  You know, I was in shock by then.  I'll be very honest with you.

I believe they just headed straight back to Spokane.  I just remember him saying that they hung around for a few days.  That could have been at Danny's mother's house.  And then they came back to Spokane.

MR. JORDAN:  Now, I want to talk about this truck.  The truck was still blue when you -- when he told you about this in February.