# EXHIBIT I

80

family up, this murder.  It's ruined the whole family.  I asked him over and over, did you know that they were going to kill those people, did you know this.  And he denies it.

MR. JORDAN:  Did he have knowledge that they were going there, though?

MS. KEHOE:  Yes.  And Chevy wanted his father to go, and he wouldn't go.

MR. JORDAN:  Why not?

MS. KEHOE:  Because it involved Danny.  People talk, mouths run.

MR. JORDAN:  Did Kirby tell you exactly what happened at the Mueller residence?

MS. KEHOE:  No.

MR. JORDAN:  Do you know what happened at the time of the homicide?

MS. KEHOE:  I didn't know about it till afterwards.

MR. JORDAN:  And who told you?

MS. KEHOE:  Chevy.

MR. JORDAN:  What did Chevy

tell you?  First of all, when did Chevy tell you?

MS. KEHOE:  When Danny and Chevy came through -- they went to Reno to a gun show, came back.  And I was told that they were going to Danny's to take Danny home to his mother, to see his mother and sister.

Oh, it was just a little short time, maybe a week or two, maybe thereafter, I left Kirby.

MR. JORDAN:  And where did you go?

MS. KEHOE:  I went to Shadows Motel.

MR. JORDAN:  How did you get there?

MS. KEHOE:  I took the crew cab with Casey, Luke, Noah and Levy.  Kirby kept Kelvy, because Kelvy wanted to stay with his father.  And I went straight back to Shadows.  Washington, I felt, was my home.

And he gave me $800 and told me I could have -- he gave me a choice, the

82

motor home or dually.  Well, it was winter

back home.  I knew a four-wheel drive -- I

had enough experience with selling rigs, I

knew I could get rid of the four-wheel drive

crew cab to be able --

MR. JORDAN:  So you were at the

Shadows when Chevy told you about the

homicide?

MS. KEHOE:  Yeah.

MR. JORDAN:  In person?

MS. KEHOE:  Yeah.

MR. JORDAN:  Do you remember

exactly when this was?

MS. KEHOE:  Some time in

February.

MR. JORDAN:  In February?

MS. KEHOE:  February, first of

March.

MR. JORDAN:  How did Chevy

bring this up to you?

MS. KEHOE:  Started off, we --

I had pulled in.  I was upset, of course.  I

had driven through some torrentious

weather.  I was very upset about his father

83

and I split.  I was just tired of the whole situation.

And I had to go get food for the children.  And there's a Safeway right down from Shadows.  I know you're not familiar with it.  Mike and Steve Gunderson is.  And you, too?  Oh, and you, too?  Okay.  All right. You know about it, then.

And so we were going to -- we went.  And he had things.  And I couldn't put two and two together.  And I said, this isn't right.

MR. JORDAN:  What kind of things?

MS. KEHOE:  Guns, jewelry, (inaudible).  He was going to be taking airplane lessons, the handbooks.  And I knew something had happened.  He had ran into some money somehow, and Mom wanted to know how.

MR. JORDAN:  Money that you did not give him?

MS. KEHOE:  No.  I did not give him.  No.  That we did not give him.  No.

Case 4:97-cr-00243-LPR   Document 1363-10   Filed 01/29/20   Page 6 of 17

84

MR. JORDAN:  Now, he took you to Safeway?

MS. KEHOE:  Yes, he did.

MR. JORDAN:  What were you in?

MS. KEHOE:  We were in Shelby's truck.

MR. JORDAN:  His?

MS. KEHOE:  Yes.

MR. JORDAN:  Okay.  So you asked him how he came into possession of all this stuff.

MS. KEHOE:  Yes.

MR. JORDAN:  And what was his answer?

MS. KEHOE:  He didn't want to tell me at first, but you know how persistent mothers can be, and you know when a child's lying.  And he said that he put Bill and Nancy on a liquid diet.  How sick is that?

MR. JORDAN:  He said he put Bill and Nancy on a liquid diet?

MS. KEHOE:  Yes.

MR. JORDAN:  What for?

85

MS. KEHOE:  Because they were dead.  And what did he do with them?  He threw the bodies in the river.  That's a liquid diet.  You have to understand skin.  That talk -- I guess that's skin head talk.  It's sick any way you look at it, to be told.

And I said, what are you talking about, a liquid diet?  And that's when the guy and (inaudible) put me on (inaudible).

MR. JORDAN:  And what -- tell us exactly what he told you, the details.

Okay.  Gloria, we had to just take a second here.  I was asking you the information that Chevy passed on to you while y'all were in his truck, this blue pickup truck that he had, concerning the Muellers and what happened to them.  And he mentioned to you that he gave them a liquid diet.

MS. KEHOE:  Yes.

MR. JORDAN:  Which means they were thrown into a river.

86

MS. KEHOE:  They were disposed of in a river.

MR. JORDAN:  Okay.  What specifically did he tell you occurred with the Muellers?

MS. KEHOE:  Him and Danny -- I can't remember if they had waited for a gun show.  They had parked down the road, and they went in to investigate the situation, check the grounds out.  They -- I can't exactly remember how Chevy said they got in.

Chevy had masks.  They both wore black masks.  They had ATF FBI jackets that they had on.

Danny hid behind the couch, and Chevy hid -- when you first walked in, to the left, there was like washing machines.  Or maybe Chevy was behind the couch and Danny was there.

And as they were coming in, they hollered bust, ATF.  And they made them sit down on the couch.  And they talked to them.  And they said, well, we've got to go

secure upstairs. And Chevy acted like he was running up and down the stairs like there was a bunch of people. And he hollered, you know, for the -- for them to answer upstairs and that type of situation. I'm sure it was trying to confuse them.

They separated them. They put ties on the -- on their hands. Not the feet at that time, just the hands. Asked them questions to make them think it was an ATF bust or FBI. He had the badge and the jackets all in black.

I want to say they took Bill out first. Bill created a really big fight. I'm a little bit confused. Because in the paper, they said that they were shot in the head, but that's not what happened. Bill was hit -- Bill fought like hell for his life. He fought like hell. They said that he broke the ties once, and they had to redo them.

So then they took a shotgun, I believe it was a shotgun, and hit him on the back of his head, because he was just

88

getting out of hand, and they both were having a hard time controlling him, and that -- and I did see the butt end of the rifle or shotgun. I was in such shock. When I went back to the motel, he showed me what he had done to it.

There was a little bit of blood, he said, but they cleaned it up. I freaked, and I said, my God, that's evidence. And he said, no, they'll never find it, we cleaned it up too good.

The way that it was done, there was -- the bathroom where they stored food -- I'm a little bit sketchy on this, so -- they took one at a time back there. What they did was -- there's a shocker. And he held it -- you can hold it right here somewhere.

MR. JORDAN: On your neck?

MS. KEHOE: Uh-huh (affirmative response). It will knock them out. And then the plastic bags were put over their heads and tagged. And they were knocked out, and they would suffocate to death.

89

Nancy -- and all Bill could say was, don't take my money that my father gave me, don't take my money that my father gave me. Chevy said it really upset him, because he wasn't even concerned about his wife and his daughter. He was only concerned about the money, not Nancy or Nancy's daughter. And he said it made him sick.

And then Nancy -- Nancy helped put the damned bag over her head.

MR. JORDAN: Nancy helped put the bag over whose head?

MS. KEHOE: Her head. Because she thought it was real.

MR. JORDAN: She thought what?

MS. KEHOE: It was a real bust. Bill knew it wasn't. Bill knew. His instincts kicked in. And then the little girl was left.

MR. JORDAN: Pardon me? Okay. Gloria, we took just a short break here so you could compose yourself. We're at Sarah. What did Chevy say about Sarah?

MS. KEHOE: Well, first off --

90

well, they didn't cuff Sarah at first, because she was just a child. And Nancy -- Danny had Bill in the back room. And Nancy kept trying to get Sarah to get the pin to -- you know, they always had a key.

It was really strange. They always carried their gun wherever they went. They got out of the rig, they had it. It just so happened that night, they didn't carry their guns with them inside of the home. Because if they had, it would have been a different situation, I personally felt.

And Nancy kept wanting Sarah to -- did they have them in handcuffs at first? Because Chevy made a comment that Nancy kept wanting Sarah to go and get her special little key or straight winder to where you could pick your own handcuff. And they wouldn't let her. And Sarah is the one who told them where everything was, the little girl.

And then they took Nancy out, and then Sarah was the last to go. And all

of them were executed that way, with the shocking on the neck so many times to where they -- you hit a main nerve. I was -- I was so numb, I just -- it was like a dream when I walked into Safeway that night.

MR. JORDAN: Did Chevy tell you as they took the bodies out, what they placed them in, what vehicle?

MS. KEHOE: From what I understood, they were put...

MR. JORDAN: Or did Chevy tell you that?

MS. KEHOE: I know he said that they loaded up the trailer. They took the trailer. They had not unloaded it.

MR. JORDAN: You're talking about Bill's trailer.

MS. KEHOE: Yes. The one that he had just got.

MR. JORDAN: Okay.

MS. KEHOE: Because they just gotten home from a gun show, keep this in mind. And I asked him -- and this is probably bizarre to you. I said, my God,

92

what possessed -- then he told me that they put them -- I want to say their Wagoneer, and they took them -- and then they took and tied rocks to them so that they wouldn't float or they -- so they wouldn't float up or they wouldn't go down.

And I asked them, I said why didn't you bury them?  What -- first of all, I was in total shock.  And he said, Mom, I panicked, I panicked at the end.

MR. JORDAN:  Did he tell you specifically who killed who?  He did?  Who killed Bill?

MS. KEHOE:  Danny.

MR. JORDAN:  Danny Lee?  I know this is tough, Gloria.  I'm going to have to ask you to just speak up, because I don't want it to sound like I'm putting words in your mouth.

MS. KEHOE:  You're not putting words in my mouth.

MR. JORDAN:  Danny Lee killed Bill?

MS. KEHOE:  And Nancy.

MR. JORDAN: And Nancy?

MS. KEHOE: And he came in, and he said I couldn't take the little girl out.

MR. JORDAN: So Chevy killed Sarah. You're shaking your head yes.

Did he tell you who drove the jeek -- Jeep Wagoneer and the trailer and who drove the pickup truck away from the residence? He did not?

MS. KEHOE: No.

MR. JORDAN: Did he tell you where they took the Jeep and the trailer at?

MS. KEHOE: Parked it down the road somewhere.

MR. JORDAN: Did he tell you how the bodies got to the river or water they threw them in?

MS. KEHOE: Him and Danny took them together.

MR. JORDAN: In what vehicle?

MS. KEHOE: I want to say the truck. I keep thinking that it was the Wagoneer, but --

94

MR. JORDAN:  The blue pickup truck?

MS. KEHOE:  Yeah.  Blue pickup.

MR. JORDAN:  Did he tell you where at, the specific location that they disposed of the bodies?

MS. KEHOE:  It was some -- some river -- some river way out, in other words.  And it was late.

MR. JORDAN:  Did he tell you how they picked this spot?

MS. KEHOE:  No.  He didn't tell me that.

MR. JORDAN:  Gloria, if I showed you a picture of an individual, would you tell me if you had ever met this man before?

MS. KEHOE:  Yes.

MR. JORDAN:  Have you ever seen this gentleman?

MS. KEHOE:  I'm not sure I have.

MR. JORDAN:  I'm showing you a picture of Paul Edward Humphrey.  You do not

know this man?

MS. KEHOE:  No.  I don't know him.

MR. JORDAN:  Did Chevy ever tell you that they had help in Arkansas on setting up Bill or disposing of the bodies?

MS. KEHOE:  No.  It was just him and Danny.

MR. JORDAN:  No one else?

MS. KEHOE:  No one else.

MR. JORDAN:  I want to go back and touch on some things that you -- you said.  Now, this was told to you by Chevy.  Is that correct?

MS. KEHOE:  Yes, it was.

MR. JORDAN:  Was anybody with you and Chevy when he told you this?

MS. KEHOE:  No.  It was just Chevy and I.  The children stayed there at the motel with Karena.

MR. JORDAN:  Okay.

MS. KEHOE:  I saw the shotgun. I want to say shotgun and rifle.  I was just so shocked.  The barrel where they had to