# EXHIBIT J

MS:   And they...and him and Danny Lee had gone on to Arkansas.

GK:   Yes

MS:   At that point did Kirby tell you what they were going to do in Arkansas?

GK:   Yes, Kirby said that they were going to do a break-in at the Muellers.

MS:   O.K.  Did he at that point indicate that......anything to you about that he was going to get some of the proceeds from the ah....burglary?

GK:   No, he never mentioned that.

MS:   O.K.  Alright, the next question will relate to ah...ah....what you have direct knowledge of concerning what Danny Lee told you about the Mueller homicides. In an earlier interview you indicted that Danny Lee had indicated to you some statement that he had made at the Shadow's Motel to you about these murders. To the best of your knowledge can you remember the circumstances of when you were told this and what exactly was said to you by Danny Lee?

GK:   As I told you before, we didn't really get into deep discussions of them just in certain times it would be mentioned and discussed and that would be the end of it.

MS:   Now...your....you said it would me mentioned.  Your talking about Danny Lee would say something to you.

GK:   Yes

MS:   And what kind of.....

GK:   It wasn't that often......

MS:   Yes, occasionally....

GK:   It's not something......

MS:   So occasionally he would say this to you?

GK:   It was only brought up in discussion it wasn't something that was a casual conversation.

MS:   What can you recall anything he said about these homicides that stuck in your mind?  Did he ever admit to you that he had killed these people?

GK:   Yes

7

MS:    Do you recall the words he used ah... to describe this to you?

GK:    No, not at this point.

MS:    Did he make statement like "I did it" or "We did it" or something like that?

GK:    Yes, but more......it was just described more in their lingo. The skinhead lingo.

MS:    O.K. So they used phrases to describe this crime committed to you that ah....
       might be unknown to the general public but you understood what they were
       talking about. It that correct?

GK:    Yes

MS:    O.K. The last question deals with ah...any knowledge you have of Danny Lee
       trading ah.....firearms for tattoos that were done on himself by a tattoo artist. Do
       you have any knowledge of this?

GK:    No

MS:    O.K. So you have no knowledge of the fact that maybe Danny Lee had traded a
       firearm to a tattoo person?

GK:    No

MS:    O.K. This will conclude this interview. The time now is 2:00 P.M.

8