# EXHIBIT N

RCS ATF R 3270.1

DEPARTMENT OF THE TREASURY- BUREAU O.    COHOL, TOBACCO AND FIREARMS

**REPORT OF INVESTIGATION (Law Enforcement)**

| 1. INVI    ATION IS | | Page 1 of |
|---|---|---|
| ☐ I.. .INE | | |
| ☐ SENSITIVE  ☒ SIGNIFICANT | | _1_ pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch* ) | |
|---|---|---|
| )ecial Agent in Charge<br>__1 Veterans Highway, Suite 1050<br>New Orleans, Louisiania | CIP: 745700<br>VIOLENT CRIME<br>REPORT 258 | FY-97 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (*Include Suspect No.*) |
|---|---|
| William Mueller | 53430-96-0110-K |

COPY

**6. TYPE OF REPORT**(*Check applicable boxes* )

| | | | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | | COLLATERAL (*Request* ). | X | TITLE I | | | TARGETED OFFENDER |
| | | | | | | TITLE II | FIREARMS | X | TERRORIST/EXTREMIST |
| X | STATUS | | : | COLLATERAL (*Reply* ) | | TITLE VII | | | OCD |
| | | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | | REFERRAL (*Internal* ) | | ALCOHOL | | | OTHER (*Specify* ) |

**9. DETAILS:**

DESCRIPTION OF ACTIVITY:

Interview of JAMES WANKER.

SYNOPSIS:

This report relates to the burglary of firearms from former Federal
irearm dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER,
NANCY MUELLER and SARAH POWELL.

NARRATIVE:

1)  On June 26, 1997, JAMES WANKER was interviewed by INVESTIGATOR
AARON DUVALL, Pope County Sheriff's Department.  The results of the
interview are attached.

ATTACHMENT:

Interview with JAMES WANKER

| 10. SUBMITTED BY (*Name* )  len Jordan | 11. TITLE AND OFFICE<br>SA, Little Rock, AR | 12. DATE<br>07/11/97 |
|---|---|---|
| EVIEWED BY (*Name* )<br>J. William Buford | 14. TITLE AND OFFICE<br>RAC, Little Rock, AR | 15. DATE<br>/   / |
| 16. APPROVED BY (*Name* )<br>Robert A. Stellingworth | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE<br>/   / |

ATF EF 3270.2 (5-90)

## CRIMINAL INVESTIGATION DIVISION

## POPE COUNTY SHERIFF'S OFFICE

CASE NO:        96-1003
CRIME:          Homicide
DATE:           6/26/97
DICTATED BY:    Sgt. Aaron Duvall
COPIES TO:

*[handwritten: MEADE WASH NOW]*

### INTERVIEW

Subject interviewed is JAMES "JIM" WANKER, W/M, 35 YOA, DOB ████/62, ████████ ██, Spokane, WA 99205. Spouse is DALVINE WANKER. Pager number is 509-████████. Message telephone is 509-████████.

On Thursday,. 6/26/97, at approximately 2:50 p.m. this officer interviewed MR. WANKER by telephone. The interview was witnessed by SHERIFF JAY WINTERS. *[handwritten: May 96 - Moved Shadows. —lw]* *[handwritten: ck—Motor Home]*

WANKER advised that in late July or early August of 1996 he was *[handwritten: down - awning]* at the Shadows Motel in Spokane, Washington, along with numerous other people including DANNY LEE (GRAHAM) and CHEVIE KEHOE. *[handwritten: Small trailer & Lg Trailer]*

*[handwritten: Sept 96 - Mun.]*

WANKER stated they were standing around talking in the late afternoon when DANNY LEE (GRAHAM) started talking about different things he had done. LEE was talking directly to WANKER. LEE made the statement that he "waxed" somebody in Arkansas. LEE went on to say, "We wrapped them up and threw them in a swamp." *[handwritten: Saw everyday if their]*

WANKER advised CHEVIE KEHOE was not that far away when LEE made the statement. WANKER said that SEAN HAINES was at the motel but probably didn't hear LEE say this because Haines was approximately 60 to 80 feet away. WANKER stated that JAKE SETTLES was there close by and might have heard LEE's statement.

WANKER described LEE as a "skin head" and had lost his eye when he was hit with a billiard ball.

WANKER advised he was manager of the Shadows Motel up to September of 1996.

WANKER stated he last saw LEE around November of 1996 in Spokane, Washington.

WANKER stated he saw no firearms at the Shadows Motel during this period of time but CHEVIE KEHOE made statements that "they were well armed".

DANNY LEE showed WANKER'S wife, DALVINE, a rifle or shotgun. She doesn't know which one.

WANKER stated he found firearms and ammo in a storage building

Interview with James Wanker
6/26/97
Continued
Page Two


on a later date.  He stated he had been working with MIKE SPRINGER
with ATF in Spokane, Washington.

WANKER has seen JOE SONDUCK, a white supremist, at Deer Lake in
an Executive Motorhome with an Arizona license plate.  This
location is approximately 20 miles north Spokane, Washington.