# EXHIBIT R

183C-LR-38261
JES:jes
(2)

On 10/24/97, [                    ] Pope County Sheriff's
Office, Russellville, Arkansas, provided the following longitude
and latitude coordinates for significant activity relative to the
Mueller burglary and murders:

    1.  Weekend of 2/12/95 - Mueller residence burglary.
1/11/96 - Mueller homicides.  Location 1 and 1/2 miles west of
Tilly, Searcy County, Arkansas.

    North 35 degrees, 43 minutes, 42.5 seconds
    West 092 degrees, 50 minutes, 22.6 seconds

    2.  1/11-13/96 (discovered on 1/13/96) - Mueller White Jeep
Cherokee and trailer observed abandoned on Old Highway 7, Pope
County, Arkansas.

    North 35 degrees, 32 minutes, 19.7 seconds
    West 093 degrees, 05 minutes, 54.1 seconds

    3.  1/11-12/96 ( discovered 6/28/96) - Mueller bodies dump
site in Arkansas bayou in North Russellville, Pope County,
Arkansas.

    North 35 degrees, 19 minutes, 16.3 seconds
    West 093 degrees, 08 minutes, 51.5 seconds

b6
b7C

183C - LR - 38__1 - 53

W/TEXT ✓ W/O TEXT ____
LEADS SET ____
BY ____ DATE ____

Searched ____
Serialized ____
Indexed ____
Filed ____

297 JES 01. INS