# EXHIBIT S

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    06/25/1998

On June 17, 1998, a videotape recording was conducted of three crime scenes and the travel route between the crime scenes relative to the investigation into the triple homicides of the MUELLER family in 1996. Present were RON EVANS and RICARDO VILLANUEVA, of the Special Photographic Unit, FBI Headquarters, Washington, D. C., NOLAND MC COY, photographer, AARON DUVALL, Investigator, Pope County Sheriff's Office, and SA JAMES E. SCHANANDORE.

The video tape recording began at the MUELLER residence in Tilly, Searcy County, Arkansas. The recording continued as the group traveled approximately 45 miles to the location where the MUELLERS' Jeep Cherokee was found abandoned. The recording continued as the group proceeded an additional 19 miles to the bridge of the Illinois bayou where the remains of the MUELLERS were recovered.

Photographs were also taken at the three crime scenes described above.

The following log outlines the videotaping activities:

| | |
|---|---|
| 10:25 a.m. | Arrived at MUELLER residence, HC 33, SR 16, Tilly, Searcy Co., Arkansas. |
| 1:05 p.m. | Departed MUELLER residence in a westerly direction on Highway 16, mileage - 0 |
| 1:12 p.m. | Arrived at Witts Springs, Searcy County, Arkansas, mileage - 4.5 |
| 1:45 p.m. | 5-minute break on Highway 16 |
| 1:59 p.m. | Arrived at Pelsor, Pope County, Arkansas, intersection of Highway 16 and Highway 7, mileage - 29.5, proceeded south on Highway 7 |

Investigation on   06/17/1998   at  Pope County and Searcy County, Arkansas

File # 183C-LR-38261                                  Date dictated   06/19/1998

by   SA JAMES E. SCHANANDORE/rab

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

183C-LR-38261

Continuation of FD-302 of _____ , On 06/17/1998 , Page  2

| Time | Event |
|---|---|
| 2:19 p.m. | Arrived where MUELLER Jeep Cherokee found abandoned, located in a wooded area approximately 75 yards south of Old Highway 7 (Forest Road, 1801) mileage 45.5 |
| 2:54 p.m. | Departed location where Jeep Cherokee abandoned and proceeded south on Highway 7 |
| 3:08 p.m. | Arrived at Dover, Arkansas, mileage 57.5 |
| 3:17 p.m. | Arrived at intersection of Highway 7 and Pleasant View Road, Russellville, Arkansas, mileage - 63.4 |
| 3:19 p.m. | Arrived at bridge over the Illinois bayou where the remains of the MUELLERS were recovered mileage - 64.1 |