# EXHIBIT T

Interview with Sean Haines
12/20/96
Continued
Page Twenty Six


GJ:  Chevie?

SH:  No, they didn't.

GJ:  Okay.  Okay, so, Chevie and Daniel was gone two or three
     weeks around the first, middle, January '96, is that correct?

SH:  Yeah.

GJ:  Okay, what was Chevie driving at that time?

SH:  By that time he was driving uh, the diesel, the blue
     diesel truck, and uh, I think he was occasionally driving
     the uh, the Subaru wagon.  That was, the truck was suppose
     to be his, the wagon, the Subaru was suppose to be Kirby's.

GJ:  Uh, do you, do you remember the circumstances when Daniel
     returned from this trip.  Were you just at home when he
     showed up one day, or exactly how did the return occur?

SH:  Well I came home one day and uh, there was a note, you know,
     "I got back.", and his stuff was there, the light was on.
     Um, uh, and then, I missed, it was like hit and miss, he'd
     come and go while I was gone, um...

GJ:  When was the first time you had a discussion with him about
     this trip that he had just gotten back from.  Do you remember
     the, the discussion that, that you all had about this trip,
     first uh real meeting that ya'll set down and talked about
     it?

SH:  Yeah, it was probably about a, maybe three or four days
     after, you know, I found the initial note and stuff, I then
     Chevie stopped by, and he was uh, I think he was pickin up
     clothes to go do laundry at the Shadows Motel, and said that
     uh, you know, I'm might of said uh, uh, you know, "Where you
     been?", 'cause he said he was gonna be gone two weeks and it
     turned out to be almost three.  He's was like, "Well, you
     know, threw up a pole barn in Idaho,"  and uh, he went, he
     went into real detail about it, sayin that, "Well it wasn't
     really a pole barn, it was actually ...?...we went out there

006130