# EXHIBIT W



POPE COUNTY SHERIFF'S OFFICE

**COPY**

CASE NO:  96-1003
CRIME: Homicide
DATE:  9/27/96
DICTATED BY:  A. Duvall
DATE TYPED:  9/27/96
COPIES:

**488 D**

SUBJECTS INTERVIEWED:  DR. & MRS. CHARLES TURNER



Hector, AR

On Tuesday, 09/24/96, at approximately 1:00 p.m., this officer along with Special Agent, Glen Jordan, ATF, interviewed Dr. & Mrs. Turner. The following is a synopsis of that interview:

MRS. ROBERTA TURNER, W/F:

*Muellers had Christmas dinner with the Turners in 1995. Also present, was Angela Holderman and a family by the last name of Garcias. This family lives at Hector in the Turners' rent house. This rent house is located behind a teacher's house on Oak Street. The Muellers stayed late.

*Last saw the Muellers on Tuesday, 01/09/96, between 8:00 and 9:00 p.m., at the Turners. The weather was bad and she asked the Muellers to stay. Bill said, "Nancy, have you forgotten what we are to do tonight?" Nancy answered, "Yes, I forgot." Bill was nervous about someone he was going to see.

*Randy Vincent told Mrs. Turner that he had last seen the Muellers at Witt Springs store on Wednesday, 01/10/96.

*Main reason the Muellers came by the Turner's on 01//9/96, was to know if Dr. Turner wanted to buy the Jeep for $5,000.00. Mueller stated he needed to sell it tonight.

*Humphrey showed up at the Turners' on February or March of 1996, with the registration to Jeep and trailer and made the statement that Muellers were okay.

NOTE:  The following information is from Dr. Charles Turner, W/M, and also Mrs. Turner:

*Muellers came to Turner's on Tuesday, 01/09/96, and stayed approximately thirty minutes. They left Sarah in the Jeep but she eventually came to use the bathroom. This was around approximately 7:30 p.m. Bill wanted to sell the Jeep only to Dr. Turner for $5,000.00. The Turners had asked them to stay for supper but Bill grabbed Nancy by the arm and led her into the den and stated, "Have you forgotten what we have to do?" Nancy said, "Okay." Bill acted nervous and worried about something. Dr. Turner told Bill he couldn't buy the jeep, that he had no monies available. Bill stated that he had found a pickup a week and they were going to deliver it to him. The Muellers were not pulling the trailer.

*First met the Muellers approximately 1992. Nancy was a patient of Dr. Turner for a period of time. They have babysat Sarah numerous times and Bill had done electrical and air conditioning for the Turners.

*Muellers mentioned who burglarized their residence in 1995, but they did bring by a list of missing items to the Turners for them to look at.

007120

Mueller
Dr. & Mrs. Charles Turner memo
Page 2

COPY

NOTE:  Tony Matlock is from Marshall, AR.  He talked with the Turners about the Muellers missing.  He was wanting to know if the Turners had heard first if they were missing and asked specifically, Dr. Turner, what he thought had happened.

*Humphrey first came to the Turners on 01/25/96, at approximately 3:00 p.m., looking for Angela Holderman.  Humphrey had gone to the Hector Post Office looking for the directions to Angela's residence.  Humphrey tried to convince Dr. Turner that the Muellers were okay.  He was trying extra hard to convince the Turners that the Muellers were fine.  (Mrs. Turner)

*Jim Clayton told the Turners they had found Bill's beeper and rifle on the table at the residence.

*Humphrey came to the Turners the second time in mid-February.  He talked with Mrs. Turner, only.  During the conversation, Humphrey made the statement, "Nancy and Bill was one thing but I really felt bad about Sarah."  When Mrs. Turner asked him to explain his statement, he changed the subject.  Humphrey stayed approximately one hour.

*Humphrey came to the Turners the third time approximately one month later, sometimes in March.  He met with Dr. and Mrs. Turner and stated that he had the registration to the Jeep.  Humphrey stated that the Sheriff wouldn't let him have the Jeep or the trailer.  He also stated that he had gotten this through the mail in Little Rock but he did not know where it came from.

*Humphrey never came to the Turners with Bobby Hulsey, Jim Clayton, in fact, Humphrey made the statement that he did not know who Jim Clayton was.

*Hulsey came to the Turners on July 28, 1996, which was a Sunday by himself.  Hulsey showed four pictures he had gotten in the mail approximately six weeks before then.  One of the pictures was that of Kirby Kehoe standing outside next to a retaining wall.  Hulse stated that Bill had told him that he was fearful for his life.

*Jim Clayton brought a Ferguson man to visit the Turners, believe first name was, Harold.

*Dr. Turner stated that he was told that Bill had received $65,000.00 from an inheritance and paid a man 10% of that to cash the check.

*Dr. Turner stated that on December 1, 1995, he assisted Bill in cashing a $50,000.00 inheritance check.  He stated that he went to the bank, got $5,000.00 in cash and two $20,000.00 cashier's checks and a $5,000.00 cashier check.  He stated he then went to the Russellville bank and cashed one cashier check, got $5,000.00 cash, put $10,000.00 in a cashier's check and the other $5,000.00 in a cashier's check.  Dr. Turner stated that on 12/23/95, he took a $5,000.00 cashier's check and cashed it at Hector.  He stated all this was done over a two to three week period.

*Humphrey stated that to the Turners at one of his visits that there wasn't any money at the Muellers' house when he went there.  Mrs. Turner asked Humphrey what monies he was talking about and Humphrey changed the subject.

*Dr. & Mrs. Turner stated that the Muellers went to Missouri occasionally.  He stated that he believed they were gone at least three to five times in December of 1995 to Missouri and he had no knowledge of what the reason was.

007121



Mueller Homicide
Dr. & Mrs. Charles Turner memo
Page 3

*On January 9, 1996, Nancy asked Angela is she was going with them to a gun show. Angela state, yes. Bill stated that there won't be room because Paul was going.

007122