# EXHIBIT X

| DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS | 1. INVESTIGATION IS | | Page 1 of |
|---|---|---|---|
| **REPORT OF INVESTIGATION (Law Enforcement)** | ☐ ROUTINE<br>☐ SENSITIVE  ☒ SIGNIFICANT | | 1 pages |

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch*) | |
|---|---|---|
| Special Agent in Charge<br>111 Veterans Highway, Suite 1050<br>New Orleans, Louisiana | CIP: 745700<br>VIOLENT CRIME<br>REPORT 360 | FY-97 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (*Include Suspect No.*) |
|---|---|
| William Mueller      COPY | 53430-96-0110-K |

6. TYPE OF REPORT(*Check applicable boxes*)

| | | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (*Request*). | X | TITLE I | | | TARGETED OFFENDER |
| | | | | | TITLE II | FIREARMS | X | TERRORIST/EXTREMIST |
| X | STATUS | | COLLATERAL (*Reply*) | | TITLE VII | | | OCD |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | REFERRAL (*Internal*) | | ALCOHOL | | | OTHER (*Specify*) |

9. DETAILS:

DESCRIPTION OF ACTIVITY:

Receipt of hair samples from PAUL EDWARD HUMPHREY and submission to the Arkansas State Crime Laboratory.

SYNOPSIS:

 his report relates to the burglary of firearms from former Federal firearm dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER, NANCY MUELLER and SARAH POWELL.

NARRATIVE:

1)   On October 10, 1997, INVESTIGATOR AARON DUVALL, Pope County Sheriff's Department obtained hair samples from PAUL EDWARD HUMPHREY.

2)   On October 14, 1997, these samples were submitted to the Arkansas State Crime Laboratory by INVESTIGATOR DUVALL.

ATTACHMENT:

Grand Jury Subpoena
Laboratory Submission

| 10. SUBMITTED BY (*Name*) | 11. TITLE AND OFFICE | 12. DATE |
|---|---|---|
| Glen Jordan | SA, Little Rock, AR | 10/17/97 |
| REVIEWED BY (*Name*) | 14. TITLE AND OFFICE | 15. DATE |
| J. William Buford | RAC, Little Rock, AR | /   / |
| 16. APPROVED BY (*Name*) | 17. TITLE AND OFFICE | 18. DATE |
| Robert A. Stellingworth | Special Agent in Charge | /  / |

ATF EF 3270.2 (5-90)

P.O. BOX 5274
Number 3 Natural Resources Drive
Little Rock, Arkansas 72215

*AΣ*

## EVIDENCE SUBMISSION FORM

...ease complete entire form

FOR LABORATORY USE ONLY

| Inv. Officer: Sgt. Aaron Duvall | Agency Case #96-1003 | Lab Case #: |
|---|---|---|
| Agency: Pope County Sheriff's Department | | **96-09666** |
| Street Address: #3 Emergency Lane | Date of Offense | |
| City: Russellville | January, 1996 | How Evidence Rec'd: |
| Zipcode:  72801 | Type of Offense | **H/c** |
| Telephone:  501-968-2558 | Homicide | |

| Suspect(s) | DOB | RACE | SEX | Victim(s) | DOB | RACE | SEX |
|---|---|---|---|---|---|---|---|
| Chevie Kehoe | ▓/73 | W | M | Bill Mueller | | W | M |
| Daniel Lee Graham | ▓/73 | W | M | Nancy Mueller | | W | F |
| | | | | Sarah Powell | | W | F |
| | | | | | | | |
| | | | | | | | |

| Has any evidence been previously submitted to this lab on this case?  Yes __X__  No _____ | Location (City, County)  Pope County |
|---|---|

Circle as needed

Documents
Drug Analysis
Firearms/Toolmarks
Latent Prints
Medical Examiner
Serology
Toxicology
~~Trace Evidence~~ (circled)
Visual Communications

| Item # | List and describe all evidence being submitted in this area: |
|---|---|
| 1. | Random hair samples taken from the head of Paul Edward Humphrey. |

(continue on back)

RECEIVED
OCT 14 PM 2: 22
CRIME LABORATORY

Type of analysis Requested:

Compare hair samples listed above to unknown hair samples found in the victims' vehicle.

Summary of Crime:

...ueller family was murdered in Janaury of 1996.  Their bodies were located in Lake Dardanelle in June of 1996.

_ 002516

| NAME (Please Print) | SIGNATURE |
|---|---|
| AARON W. DUVALL | |

# United States District Court

<u>__EASTERN__</u>    DISTRICT OF   <u>__ARKANSAS__</u>

TO:  PAUL HUMPHREY
     Russellville, AR

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
x PERSON      _ DOCUMENT(S) OR OBJECT(S)

**YOU ARE HEREBY COMMANDED** to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| United States Attorney's Office<br>Room 114, U.S. Courthouse Building<br>600 West Capitol Avenue<br>Little Rock, Arkansas 72201 | 114 |
| | **DATE AND TIME**<br>October 14, 1997<br>9:00 a.m. |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Provide a sample of your hair

_ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| JAMES W. McCORMACK | September 16, 1997 |
| (BY DEPUTY CLERK) | |

This subpoena is issued on application
of the United States of America.

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT
U.S. ATTORNEY

DAN STRIPLING
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203
(501) 324-5342

002517

## RETURN OF SERVICE (1)

| RECEIVED BY SERVER | DATE 10-2-97 | PLACE U.S. Attorney's Office |
|---|---|---|
| SERVED | DATE 10-10-97 | PLACE Pope Co |

| SERVED ON (PRINT NAME) Paul Humphrey | FEES AND MILEAGE TENDERED TO WITNESS(2) ☐YES  ☐NO  AMOUNT $ _____ |
|---|---|
| SERVED BY (PRINT NAME) Aaron DuVall | TITLE Crim. Investigator |

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10-10-97___

Date

Signature of Server

Address of Server _Pope Co Sheriff Dept._

ADDITIONAL INFORMATION —

Agreement between Dan Stripling, Robert Irwin, & Dale Brooten that Paul Humphrey provide hair samples to Aaron DuVall, Inv. at the Pope County Sheriff's Dept.

(2) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.
"Fees and mileage need not be tendered to the deponent upon service of a subpoena issued on behalf of the United States or an officer of agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 U.S.C. 1825, Rule 17(b) Federal Rules of Criminal Procedure)".