# EXHIBIT Z

RCS ATF R 3270.1

DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

REPORT OF INVESTIGATION (Law Enforcement)

REPORT OF INVESTIGATION

| | |
|---|---|
| X ROUTINE | |
| SENSITIVE | SIGNIFICANT |

Page 1 of

_1_ pages

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch*) |
|---|---|
| Special Agent in Charge<br>11 Veterans Highway, Suite 1050<br>New Orleans, Louisiana | CIP: 745700          FY-97<br>VIOLENT CRIME<br>REPORT 112 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (*Include Suspect No.*) |
|---|---|
| William Mueller | 53430-96-0110-K |

6. TYPE OF REPORT(*Check applicable boxes*)

| | | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|
| | PRELIMINARY | | COLLATERAL (*Request*). | X | TITLE I | | | TARGETED OFFENDER |
| | | | | | TITLE II | FIREARMS | X | TERRORIST/EXTREMIST |
| X | STATUS | | COLLATERAL (*Reply*) | | TITLE VII | | | OCD |
| | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | REFERRAL (*Internal*) | | ALCOHOL | | | OTHER (*Specify*) |

9. DETAILS:

DESCRIPTION OF ACTIVITY:

Interview of PAUL EDWARD HUMPHREY.

SYNOPSIS:

This report relates to the burglary of firearms from former Federal firearms dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER, NANCY MUELLER and SARAH POWELL.

NARRATIVE:

1)  On January 21, 1997, PAUL EDWARD HUMPHREY was interviewed by INVESTIGATOR AARON DUVALL, Pope County Sheriff's Department. The interview and rights waiver is attached.

ATTACHMENT:

Interview of PAUL EDWARD HUMPHREY.
Wavier of Rights.

| 10. SUBMITTED BY (*Name*)<br>Glen Jordan | 11. TITLE AND OFFICE<br>SA, Little Rock, AR | 12. DATE<br>02/27/97 |
|---|---|---|
| REVIEWED BY (*Name*)<br>J. William Buford | 14. TITLE AND OFFICE<br>RAC, Little Rock, AR | 15. DATE<br>/ / |
| 16. APPROVED BY (*Name*)<br>Robert A. Stellingworth | 17. TITLE AND OFFICE<br>Special Agent in Charge | 18. DATE<br>/ / |

ATF EF 3270.2 (5-90)

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO:      96-1003
CRIME:        Homicide
DATE:         1/22/97
DICTATED BY:  Sgt. Aaron Duvall
COPIES TO:

## INTERVIEW

Subject interviewed is Paul Edward Humphrey.

On Tuesday, 1/21/97, at approximately 3:55 p.m. this officer read a statement of rights to Paul Edward Humphrey. Mr. Humphrey signed his name indicating that he understood those rights as was witnessed by Mr. Humphrey's attorney, Dale Braden. The interview was conducted at Mr. Braden's office. Mr. Humphrey was questioned concerning the Titles of the vehicles that belonged to the Muellers. Mr. Humphrey stated that early one morning Sylvia Mason called him at his residence and informed him that he needed to watch his mail. He stated that a few days later he received the Titles and the Bills of Sale in the mail and that there was nothing else with them. He stated that these were sent to his home address at ▮▮ ▮ ▮▮▮ ▮▮▮▮ in Russellville. Mr. Humphrey stated that a few days later Sylvia Mason came to Russellville and called him at Massey Glass Company. Mr. Humphrey stated that Sylvia Mason stated to him that she would like to meet him, that she was at Good Deal Charlie's Furniture Store. Mr. Humphrey stated that she was driving a blue van and she had her daughter with her but that he did not see the daughter. He stated that Sylvia Mason showed him a stack of papers and the one on top was a phone bill belonging to Bill Mueller. She stated that Bill Mueller had called him on 1/10/96 at approximately 9:30 p.m. and Sylvia stated that, "She was going to help him." Mr. Humphrey stated that he did not understand how she was going to help him. He stated that he did not ask any questions concerning that and neither did Sylvia Mason ask him if he had received the Titles.

Mr. Humphrey admitted to this officer that he had put his name on the Titles and dated them February 12, 1996, the date that he had received the Titles in the mail.

Mr. Humphrey stated that a David Mason called him approximately three weeks after the meeting with Sylvia Mason. He stated that David Mason informed him that he had some papers and talked mainly about those papers. Mr. Humphrey stated that he could not remember exactly what David Mason stated but that the phone conversation lasted between five and ten minutes.

Interview with Paul Edward Humphrey
1/21/97
Continued
Page Two

When questioned if he had ever been to David Mason's residence, Mr. Humphrey stated no.

When questioned if he knew who the four people who lived in Missouri and were on his phone bill were, he stated that he did not know who they were and that he did not make the phone calls to Missouri.

When this officer showed Mr. Humphrey the picture of a female and himself in a "compromising position" and asked if he knew who the female was, he stated that her name was Marie York who lives in Little Rock. He stated that she is a waitress at the Sherwood Waffle House. He stated that these pictures were taken at her house at Whitman, Arkansas, which is close to Heber Springs. He stated that this was either sometime in late 1995 or the Spring of 1996, he couldn't remember.

The interview was concluded at that time.



## STATEMENT OF RIGHTS

BEFORE WE ASK YOU ANY QUESTIONS, IT IS MY DUTY TO ADVISE YOU OF YOUR RIGHTS:

YOU HAVE THE RIGHT TO REMAIN SILENT:
RESPONSE: _____ yes Paul Edward; Humphry wP UCC-1-207

ANYTHING YOU SAY CAN BE USED AGAINST YOU IN COURT, OR OTHER PROCEEDINGS.
RESPONSE: _____ yes Paul Edward; Humphry wP UCC-1-207

YOU HAVE THE RIGHT TO CONSULT AN ATTORNEY, BEFORE MAKING ANY STATEMENT OR ANSWERING ANY QUESTIONS, AND YOU MAY HAVE HIM OR HER PRESENT WITH YOU DURING QUESTIONING.
RESPONSE: _____ yes Paul Edward; Humphry wP UCC-1-207

YOU MAY HAVE AN ATTORNEY APPOINTED BY THE COURT TO REPRESENT YOU, AT NO COST TO YOU, IF YOU CANNOT AFFORD ONE OR OTHERWISE OBTAIN ONE.
RESPONSE: _____ yes Paul Edward; Humphry wP UCC-1-207

IF YOU DECIDE TO ANSWER QUESTIONS NOW, WITH OR WITHOUT A LAWYER, YOU STILL HAVE THE RIGHT TO STOP THE QUESTIONING AT ANY TIME, OR TO STOP THE QUESTIONING FOR THE PURPOSE OF CONSULTING A LAWYER.
RESPONSE: _____ yes Paul Edward; Humphry wP UCC-1-207

EVER....YOU MAY WAIVE THE RIGHT TO ADVICE OF COUNSEL AND YOUR RIGHT TO REMAIN SILENT, AND YOU MAY ANSWER QUESTIONS OR MAKE A STATEMENT WITHOUT CONSULTING A LAWYER, IF YOU SO DESIRE.
RESPONSE: _____ yes Paul Edward; Humphry wP UCC-1-207

SIGNED: (X) Paul Edward; Humphry wP UCC-7-207

WITNESS: _____

WITNESS: _____

DATE AND TIME: _1-21-97  3:55 pm_