**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CAPITAL CASE**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

**v.**                                   **Case No. 4:97-cr-00243-02 KGB**

**DANIEL LEWIS LEE**                                                                  **DEFENDANT**

**ORDER**

Pending before the Court is defendant Daniel Lewis Lee's motion for relief from judgment or order pursuant to Federal Rule of Civil Procedure 60 (Dkt. No. 1363). The Court directs the government to respond to the motion.

It is so ordered this 4th day of February, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge