**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CAPITAL CASE**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                                    **Case No. 4:97-cr-00243-02 KGB**

**DANIEL LEWIS LEE**                                                         **DEFENDANT**

**ORDER**

Pending before the Court is the government's motion for extension of time (Dkt. No. 1365). For good cause shown, the Court grants the motion.

The government requests a 30-day extension to March 13, 2020, to file the government's response to defendant Daniel Lewis Lee's most recently filed motion for relief from judgment or order pursuant to Federal Rule of Civil Procedure 60 (Dkt. No. 1363). Counsel for the government represents that Mr. Lee does not oppose this request. For good cause shown, the Court grants the government's motion for extension of time and extends to March 13, 2020, the time in which the government must file a response to Mr. Lee's pending motion.

It is so ordered this 10th day of February, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge