**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DANIEL LEWIS LEE,**
      **Movant**                        **Criminal Case No. 4:97-cr-00243-KGB-2**

                                        **CAPITAL CASE**

**vs.**

**UNITED STATES OF AMERICA,**
      **Respondent.**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Daniel Lee ("Mr. Lee"), by his undersigned counsel, and hereby moves the Court for a 21-day extension of time, until April 10, 2020, to file a reply to the Government's response (Dkt. 1367) to Mr. Lee's *Motion for Relief from Judgment or Order Pursuant to Fed. R. Civ. P. 60* (Dkt. 1363). In support of this request, Mr. Lee states as follows:

1.   On January 29, 2020, Mr. Lee filed the aforementioned motion for relief pursuant to Fed. R. Civ. P. 60.

2.   On February 4, 2020, this Court directed the Government to respond to Mr. Lee's motion. Dkt. 1364.

3.   On February 7, 2020, the Government moved for an unopposed 30-day extension of time, from February 12, 2020 until March 13, 2020, to file its response to Mr. Lee's motion. Dkt. 1365. The Court granted that request on February 10, 2020. Dkt. 1366. In all, the Government received 44 days to respond to Mr. Lee's motion.

4.   On March 13, 2020, the Government filed its 80-page response to Mr. Lee's motion. Dkt. 1367. Under Local Rule 7.2, Mr. Lee has seven (7) days, until this Friday, March 20, to file his reply to the Government's response.

5.   Mr. Lee respectfully requests a 21-day extension, until April 10, 2020, to file his reply. The Government's pleading, which totals 80 pages, involves complex contested issues of fact, as well as complicated procedural issues. The requested extension is also necessary to account for recent measures taken in response to the COVID-19 pandemic that have disrupted the operations of the undersigned's office,[1] as well the undersigned's access to Mr. Lee.[2]  Replying to the motion in a manner that will be helpful to the Court will therefore require more than the typical 7-day period.

6.   Undersigned counsel have contacted Mr. Pellettieri, who has advised that the Government does not oppose this request.

---

[1] As of March 14, 2020, the United States District Court for the District of Maryland has suspended a number of operations through April 24, 2020, in response to the exigent circumstances posed by the COVID-19 pandemic. *See* In re: Court Operations Under the Exigent Circumstances Created by COVID-19, Second Amended Standing Order 2020-3 (available at: https://www.mdd.uscourts.gov/sites/mdd/files/2020-03%20Second%20Amended.pdf). Accordingly, the physical office of the Federal Public Defender for the District of Maryland is formally closed for at least the next two weeks, and its employees—including staff for the Federal Capital Habeas Project—have been advised to work from home. The undersigned are still in the process of determining how to most effectively manage operations during this time, including ensuring that all staff have what they need to be able to provide proper representation remotely for an extended period of time. In the meantime, other recently-announced closures, affecting arrangements for care for children and elderly parents, are also having an impact on Mr. Lee's attorneys.

[2] On the afternoon of March 13, 2020, the Bureau of Prisons abruptly announced that all legal visits to BOP facilities have been suspended for the next 30 days. *See* Federal Bureau of Prisons COVID-19 Action Plan, March 13, 2020 (available at: https://www.bop.gov/resources/news/20200313_covid-19.jsp). A previously-scheduled all-day legal visit to the Special Confinement Unit (SCU) at USP-Terre Haute to meet with Mr. Lee has thus been canceled. The undersigned are in the process of attempting to make alternate arrangements to conduct confidential and privileged communications with Mr. Lee. This remains a challenge in light of the very limited access to phone lines for the roughly 60 individuals housed in the SCU, the inability to review documents with clients in real-time on the phone, and continued concerns about lack of confidentiality. *See*, *e.g.*, Dan Margolies, Bombshell In Leavenworth Tapings Case: 1,300 Public Defender Calls Recorded Over Two Years, KCUR/NPR, June 6, 2018 (available at https://www.kcur.org/post/bombshell-leavenworth-tapings-case-1300-public-defender-calls-recorded-over-two-years#stream/0).

Wherefore, Mr. Lee respectfully requests that the Court grant this motion for a 21-day extension to April 10, 2020, to file his reply to the Government's response.

Respectfully submitted this 16th day of March, 2020.


/s/ *Morris H. Moon*
MORRIS H. MOON
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(713) 880-3556
Morris_Moon@fd.org

/s/ *George G. Kouros*
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Counsel for Daniel Lewis Lee

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on March 16, 2020. This motion was served via this court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

MICHAEL GORDON
Chief, Criminal Division
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
michael.gordon@usdoj.gov

/s/ *George G. Kouros*
GEORGE G. KOUROS
Bar # 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org