**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO.  4:97-CR-00243 – KGB -2** |
| | ) | |
| **DANIEL LEWIS LEE** | ) | |

**UNITED STATES' MOTION TO REMOVE ALI AHMAD FROM THIS CASE**

The undersigned counsel for the United States hereby requests that Assistant U. S. Attorney, Ali Ahmad, be removed the above captioned case.   Mr. Ahmad is no longer in the office of the Eastern District of Arkansas.

Respectfully submitted,

CODY HILAND
UNITED STATES ATTORNEY

By:   MICHAEL GORDON
Bar. 00795383
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Michael.Gordon@usdoj.gov