**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**v.**                              **Case No.  4:97-cr-00243-02 KGB**

**DANIEL LEWIS LEE**                                                   **DEFENDANT**

**ORDER**

Before the Court is the government's motion for removal of counsel (Dkt. No. 1369).  For good cause shown, the motion is granted (Dkt. No. 1369).  Assistant United States Attorney Ali Ahmad is removed as counsel of record in this matter.  Assistant United States Attorney Michael Gordan will remain local counsel for the government for the Eastern District of Arkansas in this matter.

It is so ordered this the 19th day of March, 2020.

_____
Kristine G. Baker
United States District Judge