**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DANIEL LEWIS LEE,**
      **Movant**
                                **Criminal Case No. 4:97-cr-00243-KGB-2**

                                  **CAPITAL CASE**

**vs.**

**UNITED STATES OF AMERICA,**
      **Respondent.**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Daniel Lee ("Mr. Lee"), by his undersigned counsel, and hereby moves the Court for a second 21-day extension of time, until May 1, 2020, to file a reply to the Government's response (Dkt. 1367) to Mr. Lee's *Motion for Relief from Judgment or Order Pursuant to Fed. R. Civ. P. 60* (Dkt. 1363). In support of this request, Mr. Lee states as follows:

1. On January 29, 2020, Mr. Lee filed the aforementioned motion for relief pursuant to Fed. R. Civ. P. 60.

2. On February 4, 2020, this Court directed the Government to respond to Mr. Lee's motion. Dkt. 1364.

3. On February 7, 2020, the Government moved for an unopposed 30-day extension of time, from February 12, 2020 until March 13, 2020, to file its response to Mr. Lee's motion. Dkt. 1365. The Court granted that request on February 10, 2020. Dkt. 1366. In all, the Government received 44 days to respond to Mr. Lee's motion.

4. On March 13, 2020, the Government filed its 80-page response to Mr. Lee's motion. Dkt. 1367.  On March 16, 2020, Mr. Lee filed an *Unopposed Motion for Extension of Time* in which to file his response.  Dkt. 1368.  On March 17, this Court granted his motion, extending until April 10, 2020 the date on which his reply would be due. Dkt. 1370.

5. On March 16, 2020, the federal public defender office housing the Federal Capital Habeas Project closed, originally for two weeks, in order to help contain the spread of the coronavirus. Shortly thereafter, the State of Maryland, where most staff are located, the State of Illinois, where Mr. Kouros is located, and Harris County, Texas, where Mr. Moon is located, imposed shelter-in-place orders. The entire Federal Capital Habeas Project, including support staff, have been sheltering in place and working at home since that time. The federal public defender offices do not as of yet have a date on which they plan to reopen.

6. The spread of the coronavirus and the measures taken by the federal government, the state governments, the Bureau of Prisons, and most public entities to contain it have had an unprecedented and unforeseen effect on the ability of the undersigned to effectively and expeditiously perform their work.

7. First, the highly contagious nature of this virus has led the Bureau of Prisons, including USP Terre Haute, to cancel all legal visits, including one scheduled with Mr. Lee for next week. Communication with our clients has understandably but unfortunately been restricted.

8. Second, incarcerated individuals and prison staff remain especially vulnerable to contracting the virus. *See* World Health Organization, "Preparedness, prevention and control of COVID-19 in prisons and other places of detention (Interim guidance)," Mar. 15, 2020 at 1.[1] The number of BOP prisoners infected nationally has been growing exponentially, *see* Walter Pavlo, "Bureau of Prisons COVID-19 Outbreak Could Overwhelm Agency," Forbes, Mar. 30, 2020,[2] with one federal institution having confirmed four prisoner deaths. *See* Keegan Hamilton, "4

---

[1] Available at: http://www.euro.who.int/__data/assets/pdf_file/0019/434026/Preparedness-prevention-and-control-of-COVID-19-in-prisons.pdf?ua=1 (last visited Apr. 2, 2020).

[2] Available at: https://www.forbes.com/sites/walterpavlo/2020/03/30/bureau-of-prisons-covid-19-outbreak-growth-could-overwhelm-agency/#2a97635e5473 (last visited Apr. 2, 2020).

Inmates Dead from Coronavirus as Outbreak Spirals at Louisiana Federal Prison," Vice News, Apr. 2, 2020.[3] In our role as resource counsel, the undersigned have been fielding calls and questions regularly about the potential effects of COVID-19 on the clients and their cases. We have been working with lawyers for other prisoners in the Special Confinement Unit (SCU) where death row is housed to ensure that our clients and SCU staff have the necessary resources (e.g., disinfectant, soap, PPE) to avoid contagion. We remain very concerned about Mr. Lee's health and that of the other prisoners.

9. Third, since the onset of the virus, undersigned counsel George Kouros has been responsible for his elderly parents, both of whom have serious underlying health conditions and are thus at elevated risk for contracting COVID-19. As they are sheltering in place, he is handling their grocery shopping, managing the refilling and delivery of their prescription medications, and otherwise tending to their needs while still adhering to social distancing guidelines so as not to inadvertently harm them. These obligations have necessarily been disruptive to his work schedule.

10. Fourth, after this Court granted the previous request for an extension, the district court for the Southern District of Indiana issued an order in Mr. Lee's other pending case that triggered a March 17, 2020 deadline to file a pleading, which that court is without authority to extend.

11. Finally, the outbreak and the extraordinary measures taken to contain COVID-19 have had a continuing impact in other respects on the pace of work for the undersigned, including the strain put on our virtual network and the new family obligations now being shouldered by staff.

---

[3] Available at: https://www.vice.com/en_us/article/m7qdvq/4-inmates-dead-from-covid-19-as-outbreak-spirals-at-louisiana-federal-prison (last visited Apr. 2, 2020).

3

12. The undersigned have contacted opposing counsel, John M. Pellettieri, Esq., who has no objection to the extension request.

Wherefore, Mr. Lee respectfully requests that the Court grant this motion for a 21-day extension to May 1, 2020, to file his reply to the Government's response.

Respectfully submitted this 2nd day of April, 2020.

<div style="display:flex;justify-content:space-between">

MORRIS H. MOON
Bar Number 24032750 (TX)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (713) 880-3556
Email: Morris_Moon@fd.org

GEORGE G. KOUROS
Bar Number 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on April 2, 2020. This motion was served via this court's CM/ECF electronic case filing system upon:

JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

MICHAEL GORDON
Chief, Criminal Division
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
michael.gordon@usdoj.gov

GEORGE G. KOUROS
Bar # 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org