## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                  **Case No. 4:97-cr-00243-02 KGB**

**DANIEL LEWIS LEE**                                                          **DEFENDANT**

## ORDER

Pending before the Court is defendant Daniel Lewis Lee's motion for extension of time to file a reply to the government's response to Mr. Lee's motion for relief from judgment or order pursuant to Federal Rule of Civil Procedure 60 (Dkt. No. 1372).  The motion states that counsel for the government has no objection to the motion.  For good cause shown, the request is granted (Dkt. No. 1372).  Mr. Lee's reply to the government's response to Mr. Lee's motion for relief from judgment or order pursuant to Federal Rule of Civil Procedure 60 will be due by the close of business on Friday, May 1, 2020.

It is so ordered this 3rd day of April, 2020.

_____

Kristine G. Baker
United States District Judge