DANIEL LEWIS LEE v. UNITED STATES
INDEX OF EXHIBITS[1]

Exhibit 1:      9/20/99 FBI letters thanking Arkansas State Police

Exhibit 2:      6/3/97 FBI memo re: cooperation with Arkansas State Police

Exhibit 3:      7/3/96 ATF report re: Mueller investigation with Arkansas State Police

Exhibit 4:      Excerpt of 10/26/96 joint interview of Jeff Brown (Page 1)

Exhibit 5:      Excerpt of 10/30/96 joint interview of Jeff Brown (Page 1)

Exhibit 6:      Excerpt of 11/18/96 joint interview of Bobby Hausy (Page 1)

Exhibit 7:      Arkansas State Police Mueller Investigation Case File Log Sheet

Exhibit 8:      9/10/97 FBI memo re: obtaining Arkansas State Police investigative reports

Exhibit 9:      10/19/99 FBI letter thanking federal line prosecutor

Exhibit 10:     10/15/98 FBI memo re: cooperation with Pope County Sheriff's Office

Exhibit 11:     2/19/98 USA discovery letter to trial counsel

---

[1] In compliance with Fed. R. Civ. P. 5.2(a) and Section III.I of the CM/ECF Administrative Policies and Procedures Manual for Civil Filings for the United States District Court for the Eastern District of Arkansas, personal data identifiers have been redacted where necessary.