# EXHIBIT 1



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

10825 Financial Centre Pkwy
Suite 200
Little Rock, Arkansas   72211

September 20, 1999

b6
b7C

Arkansas State Police
1 State Police Plaza Drive
Little Rock, Arkansas   72209

Re:

Et Al;
Racketeer Influenced and
Corrupt Organizations - Terrorism

Dear

b6
b7C

        I would like to take this opportunity to express my
appreciation and to commend you for your contribution to the
multi-agency investigation and prosecution of members of the
Aryan People's Republic for violent criminal acts in furtherance
of their plans to create an independent Aryan Nation within the
United States.

        You worked diligently in the early stages of the
investigation against Aryan People's Republic members
          Daniel Lee, and                    who were charged with various
crimes ranging from burglary to murder, including the attempted
murder of two Ohio law enforcement officers.  Your efforts paid
off with a guilty plea elicited from                    and the
convictions of the other two defendants at the conclusion of an
11-week trial, leading to a life sentence for                    and
the death penalty for Daniel Lee.

b6
b7C

1 - Addressee
② - Little Rock (183C-LR-38261)(SQ 2)(P)
JES/sso
(3)

183C-LR-38261-761

b6
b7C

2                    0585SS016.LET (8)

I would like to thank you for your investigative efforts and to commend you for your all-out commitment to bringing to justice those responsible for the racketeering acts.

Sincerely yours,


Charles S. Prouty
Special Agent in Charge
FBI, State of Arkansas



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

10825 Financial Centre Pkwy
Suite 200
Little Rock, Arkansas   72211

September 20, 1999

b6
b7C

Arkansas State Police
1 State Police Plaza Drive
Little Rock, Arkansas . 72209

Re: 

Et Al;
Racketeer Influenced and
Corrupt Organizations - Terrorism

Dear 

b6
b7C

     I would like to take this opportunity to express my appreciation and to commend you for your contribution to the multi-agency investigation and prosecution of members of the Aryan People's Republic for violent criminal acts in furtherance of their plans to create an independent Aryan Nation within the United States.

     You worked diligently in the early stages of the investigation against Aryan People's Republic members [          ] Daniel Lee, and [          ] who were charged with various crimes ranging from burglary to murder, including the attempted murder of two Ohio law enforcement officers. Your efforts paid off with a guilty plea elicited from [          ] and the convictions of the other two defendants at the conclusion of an 11-week trial, leading to a life sentence for [          ] and the death penalty for Daniel Lee.

b6
b7C

1 - Addressee
(2) - Little Rock (183C-LR-38261)(SQ 2)(P)
JES/sso
(3)

183C-LR-38261-762

b6
b7C

\2 [          ]   2585SS017.LET (8)

I would like to thank you for your investigative efforts and to commend you for your all-out commitment to bringing to justice those responsible for the racketeering acts.

Sincerely yours,


Charles S. Prouty
Special Agent in Charge
FBI, State of Arkansas

2