# EXHIBIT 2

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                                    Date:  06/03/1997

To:  NSD                           Attn:  DTOU
     CIRG
     Cincinnati
     Denver
     Jacksonville
     Kansas City
     Oklahoma City
     Salt Lake City
     Seattle
     St. Louis
     Tampa

From:  Little Rock
       Sq 2
       Contact:  SA [                        ]                    b6
                                                                  b7C

Approved By: [                    ]

Drafted By: [                    ] bkw

Case ID #:  266E-CI-66739  (Pending)
           [              ]  (Pending)

Title:  CHEVIE O'BRIEN KEHOE, aka
        Bud Gumm - FUGITIVE (A);
        AOT-DT
        (266E-CI-66739)

                                                                  b6
                                                                  b7C

**ARMED AND EXTREMELY DANGEROUS.
SUBJECT HAS FIRED UPON POLICE OFFICERS.**

Synopsis:  To report sighting of individuals believed to be
Chevie Kehoe [                                          ] at a      b6
White Supremacist compound in Pope County, Arkansas, by a          b7C
confidential source on [                    ]                       b7D
[                                          ] Source initially
[                                                        ]
[                                          ] as Chevie
Kehoe. [                                                  ]

                                                                  b6
                                                                  b7C

To: NSD   From: Little Rock
Re:   266E-CI-66739, 06/03/1997

                                                   b6
                                                   b7C
                                                   b7D
                                                   b7E

**Administrative:** Re telcal between Little Rock SAC Ivian C. Smith and Section Chief Robert Blitzer on 6/2/97.

**Enclosures:** Enclosed for the Bureau, Cincinnati, and Oklahoma City are Pope County Sheriff's Office reports regarding sightings of Chevie Kehoe in Pope County, Arkansas, and interview of [ ]     b6
[ ] concerning sightings of fugitives at Elohim     b7C
City, Oklahoma.

**Details:** For information of the Bureau and receiving offices, on 5/27/97, SAC, Little Rock, met with representatives of the Pope County Sheriff's Office concerning captioned investigation. During the meeting, Sheriff Jay Winters advised that a confidential source previously known to the sheriff's office [ ]     b6
[ ] had contacted their office and reported a possible     b7C
sighting of [ ] (later determined to be Chevie Kehoe     b7D
[ ] at a compound in rural Pope County. A subsequent meeting was held on 5/30/97 to discuss the Federal fugitive investigation and the progress of the local homicide investigation surrounding the murders of the Mueller family in 1996.

         The Pope County Sheriff's Office advised that, on     b6
[ ] the source, [ ] .(PROTECT     b7C
IDENTITY), contacted [ ] of their office and     b7D
reported [ ]

         Following the meeting, [ ] was interviewed by FBI     b6
Special Agents and investigators of the Pope County Sheriff's     b7C
Office. [ ]     b7D

To:   NSD   From:   Little Rock
Re:   266E-CI-66739, 06/03/1997

b6
b7C
b7D

b6
b7C
b7D

b6
b7C
b7D

3

To:   NSD   From:   Little Rock
Re:   266E-CI-66739, 06/03/1997

b6
b7C
b7D

b6
b7C
b7D

b6
b7C
b7D

b6
b7C
b7D

To:   NSD   From:   Little Rock
Re:   266E-CI-66739, 06/03/1997

b6
b7C
b7D

b6
b7C
b7D

b6
b7C
b7D

b6
b7C
b7D

5

To: NSD  From: Little Rock
Re: 266E-CI-66739, 06/03/1997

advised [                    ] Pope County Sheriff's Office, confidential source [          ] and has provided information and operational assistance to the Pope County Sheriff's Office, a state drug task force, and the Arkansas State Police.

6

To: NSD  From: Little Rock
Re:  266E-CI-66739, 06/03/1997

b6
b7C
b7D

b6
b7C
b7D

white male

resides at                                        Arkansas.
telephone number                    He has been arrested

According to

advised

b6
b7C
b7D

b6
b7C
b7D

b6
b7C
b7D

b6
b7C

telephone number
Arkansas driver's license records reflect
date of birth                                    Arkansas.
The property is surrounded by
where police recovered William Mueller's Jeep in
February 1996.                   adjacent to the compound are

NCIC check shows                  as a white male, date of birth

To:  NSD  From:  Little Rock
Re:  266E-CI-66739, 06/03/1997

_____ Arkansas _____          b6
                                                                           b7C
_____                             b7D

_____ advised investigation has determined
that Chevie _____ Kehoe _____ resided _____
_____ Arkansas for approximately one year from 1993
lived in a _____ in Madison County,            b6
Arkansas.  During this time, Chevie was known to travel          b7C
extensively and was in and out of Arkansas various times.  He has
traveled to Elohim City, Oklahoma, and reportedly had been there
during the Oklahoma City bombing.  Chevie also became acquainted
with firearms dealer William Mueller. _____ has
interviewed _____ and their
lifestyle when they resided in Arkansas. _____ was a member of
the same religious group to which the _____
_____ was unaware that _____
_____ He advised that _____
previously interviewed by _____, had sold _____
to an unknown individual in Clearwater.

          Investigation has also determined that, while in       b6
Arkansas, _____ associated with _____         b7C
_____ Arkansas. _____ rented a house from the
_____ who lived nearby and within a close proximity of a house
owned by William Mueller.  Mueller may have purchased the
property from an individual named _____ often
accepted deliveries from United Parcel Service (UPS) for Mueller,
presumably for ammunition and firearms parts. _____ supposedly
paid cash on delivery in the amounts _____ per
delivery every other day on behalf of Mueller.  The UPS
deliveries were made out of _____ Arkansas, until 1/11/96
when UPS changed its delivery function to Harrison, Arkansas
_____
Arkansas _____ home telephone _____ fax number
_____

          _____ was a _____              b6
address unknown, telephone number _____            b7C
has been described as a dangerous individual.

          _____ were also associated with     b6
fugitive _____ who is wanted in the September 1994     b7C
shooting of a Missouri State Highway Patrol Officer in Mc Donald
County, Missouri. _____ had been living at a house he rented
from _____ in 1994 when the shooting incident occurred.  The Pope
County Sheriff's Office is of the opinion that _____ may have
been the passenger involved in the Ohio shootings rather than
_____ in February of 1997.

8

To: NSD    From: Little Rock
Re: 266E-CI-66739, 06/03/1997



[                    ] had rental and business property
near [              ] and was a member of the same white supremacist    b6
group as the Mueller family. [          ] was arrested in 1996 for     b7C
being in possession of a vehicle owned by the Mueller's. He had
forged the title for the vehicle and attempted to sell it when he
was arrested.

On [                          ] advised that he received a    b6
telephone call from [                                              ]    b7C
[                    ] stated he was not completely truthful with    b7D
[                    ] and other investigators in other previous
interviews [                                                        ]
advised that [                                                      ]

[                                                                  ] agreed to be interviewed by
Special Agents of the Bureau of Alcohol, Tobacco, and Firearms
(BATF) and the FBI and would submit to a polygraph examination.

On [                              ] also received a call from    b6
[                                                              ]    b7C
                                                                    b7D

A United States Forest Service Officer reported that    b6
[                    ] date of birth [                    ]    b7C
[              ] is currently living at the compound. He is allegedly
driving a vehicle bearing Louisiana license tag [      ] and
maintains a Florida driver's license. Little Rock records check
conducted for Florida driver's license negative. NCIC check
showed [                    ] born [                    ] FBI Number
[                                                  ] with SSAN
[                    ] He has several charges with the sheriff's office in
[              ] Louisiana, [                                          ]
                                                            License
number [        ] is registered on a 1988 Hyundai [              ]
[              ] date of birth [          ] of [                        ]
[          ] Louisiana.
with previous arrest at [              ] Louisiana, Sheriff's Office for
[                    ]

To:   NSD   From:  Little Rock
Re:   266E-CI-66739, 06/03/1997

On [redacted] advised that a U. S.      b6
Forest Service Officer had been driving near the compound and   b7C
came upon a vehicle stopped in the middle of the road.  The
officer approached the vehicle, which was occupied by a male and
female, and asked the driver for identification.  The man
identified himself as [redacted] and stated he lived at the
location of the compound.  [redacted] had no vehicle tag,
driver's license, or proof of insurance.  The officer stated that
he would see him at a later time (presumably to issue a
citation).

[redacted] provided a report of interview    b6
conducted of [redacted] Oklahoma, on 5/7/97, who   b7C
provided information regarding alleged sightings of [redacted]
[redacted] advised he received information from a [redacted]
[redacted] that belong
to residents of Elohim City.  About three weeks prior to the
interview, [redacted] among others, that [redacted]
were at Elohim City.  [redacted] made a similar statement the week after
[redacted] was recovered in Wyoming on 2/28/97.  [redacted]
told [redacted] he received this information about [redacted] from
some of the Elohim City residents.

Little Rock will obtain court orders [redacted]     b3
[redacted] regarding the compound and adjacent property   b6
[redacted] to include [redacted]    b7C
[redacted] Little Rock will also attempt to obtain records from   b7D
UPS regarding deliveries to William Mueller in an attempt to
identify UPS drivers.  Check will be conducted for real estate
and utility records relative to the compound.

Investigation will be coordinated with Little Rock
BATF, the Arkansas State Police, and the Pope County Sheriff's
Office.  The Little Rock point of contact is SA [redacted]    b6
[redacted] telephone [redacted]      b7C

10

To:  NSD   From:  Little Rock
Re:  266E-CI-66739, 06/03/1997

**LEAD (s):**

**Set Lead 1:**

TAMPA

AT [          ] FL

Attempt to identify [                    ]
[                    ] white male, date of birth [      ] FBI
[          ]                    [                    ] telephone number

b6
b7C
b7D

**Set Lead 2:**

CINCINNATI

AT EATON, OH

Coordinate interview and polygraph of [                    ]
with BATF and Pope County Sheriff's Office regarding his
knowledge with fugitives.

b6
b7C
b7D

**Set Lead 3:**

CIRG

AT QUANTICO, VA

Hostage Rescue Team (HRT) is requested to conduct site
survey and flyovers of compound to include aerial photographs.

**Set Lead 4:**

ST. LOUIS

AT ST. LOUIS, MO

At Military Personnel Records Center (MPRC) conduct
search to determine military background of [                    ]
Also attempt to determine whether [              ] has been a
member of the armed forces and provide information.

b6
b7C

**Set Lead 5:**

SALT LAKE CITY

AT [      ] MT

11

To: NSD    From: Little Rock
Re:  266E-CI-66739, 06/03/1997

Provide pertinent results, if any, [           ]                    b3
[                            ] for any relation to Arkansas.

**ARMED AND EXTREMELY DANGEROUS.**
**SUBJECT HAS FIRED UPON POLICE OFFICERS.**

◆◆

12