# EXHIBIT 3

DEPARTMENT OF THE TREASURY- BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## REPORT OF INVESTIGATION (Law Enforcement)

| | |
|---|---|
| X ROUTINE | Page 1 of |
| ☐ SENSITIVE   ☐ SIGNIFICANT | 3 pages |

**1. TO:**
Special Agent in Charge
New Orleans Field Division

COPY

**3. MONITORED INVESTIGATION INFORMATION** *(Number and Branch)*
CIP:  FY-96
VIOLENT CRIME
REPORT 001

**4. TITLE OF INVESTIGATION**
William Mueller

**5. INVESTIGATION No.** *(Include Suspect No.)*
53430-96-0110-K

**6. TYPE OF REPORT** *(Check applicable boxes)*

| | | | | | 7. BUREAU PROGRAM | | | 8. PROJECT(S) | |
|---|---|---|---|---|---|---|---|---|---|
| X | PRELIMINARY | | | COLLATERAL *(Request)* | X | TITLE I | | | TARGETED OFFENDER |
| | | | | | | TITLE II | FIREARMS | X | TERRORIST/EXTREMIST |
| | STATUS | | | COLLATERAL *(Reply)* | | TITLE VII | | | OCD |
| | | | | | | TITLE II | EXPLOSIVES | | ITAR |
| | FINAL | | | INTELLIGENCE | | TITLE XI | | | SEAR |
| | | | | | | TOBACCO | | | OMO |
| | SUPPLEMENTAL | | | REFERRAL *(Internal)* | | ALCOHOL | | X | OTHER *(Specify)* GENERAL |

**9. DETAILS:**

**DESCRIPTION OF ACTIVITY:**

Possible Burglary of Firearms from a Federal Firearms Licensee and Homicide of William Mueller, Nancy Mueller and Sarah Powell. Investigation of possible militia involvement and threat to ATF Agents.

**SYNOPSIS:**

This report relates to the investigation of a possible burglary from a Federal firearms dealer and the subsequent homicide of William Mueller, (Former Federal firearms dealer), Nancy Mueller (wife) and Sarah Powell (juvenile daughter).  This report also relates to a possible threat to ATF Agents.

**NARRATIVE:**

1)  On March 8, 1995, Bureau of Alcohol, Tobacco, and Firearms (ATF) SPECIAL AGENT GLEN JORDAN, Little Rock Field Officer was contacted by ARKANSAS STATE POLICE INVESTIGATOR TOM BROWN, Marshall, Arkansas.  BROWN reported that WILLIAM FREDRICK MUELLER, white male, date of birth ▮, 1943 who operates BILL'S GUN SHOP and resides at ▮ Tilly, Arkansas, 72697 had reported a large burglary of firearms from his residence.  MUELLER was a Federal firearms licensee.  BROWN stated that MUELLER reported while at a gun show the previous weekend an unknown person(s) forced entry to his residence and stole approximately $40,000 worth of firearms.  BROWN believed the theft did not happen and believed that MUELLER was attempting to collect insurance.  BROWN stated that MUELLER could only provide the serial number on one firearm which was

| 10. SUBMITTED BY *(Name)* Glen Jordan | 11. TITLE AND OFFICE SA, Little Rock, AR | 12. DATE 07/03/96 |
|---|---|---|
| 13. REVIEWED BY *(Name)* J. William Buford | 14. TITLE AND OFFICE RAC, Littl Rock, AR | 15 DATE 3/96 |
| 16. APPROVED BY *(Name)* Robert A. Stellingworth | 17. TITLE AND OFFICE Special Agent in Charge | 18. DATE / / |

ATF EF 3270.2 (3-90)

000001

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

REPORT OF INVESTIGATION - CONTINUATION SHEET
(Law Enforcement)

PAGE __2__

OF __3__ PAGES

TITLE OF INVESTIGATION
William Mueller

INVESTIGATION NO.
53430-96-0110-K

DETAILS (Continued)

supposedly stolen.  The one firearm which MUELLER had the serial number on was a .45 caliber automatic pistol.  A sheriff's deputy with the SEARCY COUNTY SHERIFF'S DEPARTMENT told BROWN that MUELLER was afraid he was going to be inspected by ATF and may have faked the burglary to avoid an ATF inspection.

2)  On March 13, 1996, AGENT JORDAN was re-contacted by BROWN and told that he still believed insurance fraud was the motive for the reported burglary.  MUELLER reported that all his firearms were stolen except for a .44 caliber revolver which he had in his possession at the gun show. BROWN reported that the UNITED PARCEL SERVICE had been delivering packages to MUELLER on a daily basis and the driver believed the packages contained firearms and ammunition.  BROWN believed that MUELLER is an associate of TIMOTHY THOMAS COOMBS, AKA WILLIAM PATTERSON, AKA JAMES WILSON, AKA CAL LIBERTY, white male, date of birth ████████ 1959.  COOMBS is currently wanted for the attempted murder of a Missouri State Trooper and is considered armed and dangerous.  BROWN also reported that MUELLER is associated with HOWARD LARNARD, white male, date of birth ████ 1951 who reloads ammunition for MUELLER.  MUELLER filed a claim on the burglary with USAA INSURANCE.  MUELLER, COOMBS AND LARNARD are all members or associates of right wing extremism and believe in the "New World Order" doctrine.

3)  On July 7, 1995, SPECIAL AGENT GLEN JORDAN and INVESTIGATOR BROWN, interviewed HOWARD LARNARD at the Searcy County Sheriff's Department regarding some suspected silencers which had been surrendered to DEPUTY JOEY PRUTT, Search County Sheriff's Department by LARNARD'S ex-wife CHRISTINE LARNARD.  During the interview LARNARD stated that the suspected silencers were left at his residence by COOMBS and he was not even aware they were at his residence.  LARNARD stated he moved out of the house on February 23, 1995 and has had no communication with CHRISTINE since. LARNARD admitted being an associate of COOMBS.  LARNARD stated that HAROLD FURGUSON and JOHN LNU are also associates of COOMBS.  LARNARD stated that SYLVIA MASON was also an associate of COOMBS and that all the persons associated with COOMBS, including himself, held NEW WORLD ORDER beliefs. An examination of the suspected silencers revealed some type of metal cylinder and a quantity of parts.  It was the agents option that the items were questionable as being silencers.

4)  On March 22, 1996, AGENT JORDAN attended a meeting at the Pope County Sheriff's Department regarding WILLIAM MUELLER, NANCY MUELLER AND SARAH POWELL'S disappearance.  The focus of the meeting was COOMBS and his association with the MUELLER'S.  WILLIAM MUELLER'S vehicle was found abandoned in rural Pope County on January 12, 1996.  During the meeting it was suspected that MUELLER may have cut his ties to society and joined some type of right wing group.  It was reported that MUELLER had been seen in Pope County in mid-January and said he was going out of state.  It was also reported that a white male, identified as PAUL HUMPHREY, date of

ATF EF 3270.3 (5-90)

000002

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## REPORT OF INVESTIGATION - CONTINUATION SHEET
### (Law Enforcement)

PAGE __3__
OF __3__ PAGES

**OF INVESTIGATION**
William Mueller

**INVESTIGATION NO.**
53430-96-0110-K

DETAILS (Continued)

birth ███/53, had the title to MUELLER'S jeep.  HUMPHREY is reported to be a FFL.

5)  On June 29, 1996, the bodies of WILLIAM MUELLER, his wife NANCY MUELLER, and their 8 year-old daughter, SARAH POWELL, were found in a bayou which runs into LAKE DARDENELLE near Russellville, Arkansas in Pope County. It was obvious from the manner of death that the MUELLERS had been murdered and their bodies in the water for some time.

6)  William MUELLER is a former Federal firearms dealer.  His license number is 5-71-058-01-6E-14469.  According to ATF Compliance, MUELLER surrendered his license and mailed his records to ATF Out of Business Records on August 22, 1995.

7)  On July 1, 1996, ATF received information from MAJOR RICK RIGGS, Harrison Police Department that a militia group met on or about Sunday, June 30, 1996.  A Harrison Police confidential informant attended the meeting and reported that the group believed that ATF was responsible for the death of WILLIAM MUELLER and his family.  A discussion was held regarding possible retaliation and the specific target was the "ATF Agent with a limp."  (Possibly RAC BILL BUFORD).  More detailed information will be forwarded to the New Orleans Field Division when received from the Harrison Police Department.

ATTACHMENTS:

Arkansas State Police Report

ATF EF 3270.3 (5-90)