# EXHIBIT 4

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO:
CRIME:
DATE:          10/29/96
DICTATED BY:  Glen Jordan
COPIES TO:

<u>INTERVIEW</u>

This is a taped interview being conducted by Special Agent Glen Jordan at 10:40 a.m. on October 29, 1996, with Jeffrey Brown.  Also present in the room is Investigator Dewayne Luter of the Arkansas State Police.

GJ:  Okay, uh, Mr. Brown, would you give us your full name?

JB:  Jeffrey Harold Brown

GJ:  What's your date of birth Mr. Brown?

JB:  ███████████  '63.

GJ:  Okay, where do you currently live?

JB:  Um, at ████████████, Spokane, Washington.

GJ:  Okay, what's the zip code?

JB:  99204

GJ:  What's your date of birth?

JB:  ████ 63, ████████, '63.

GJ:  Okay, how long have you lived in Spokane?

JB:  Since '88.

GJ:  Okay, what is your social security number?

JB:  ██████████

GJ:  Okay, would you uh, give me your uh, physical description?

JB:  Um, about 6'4", 280 pounds, um, brown hair, blue eyes.

GJ:  Okay, okay, do you have a Washington driver's license?

JB:  Yes I do.

GJ:  Okay, is it, the number the same as your social security?

JB:  No, it's, um,

#04-020-96