# EXHIBIT 5

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO: 
CRIME:
DATE:        · 10/30/96
DICTATED BY:  Glen Jordan
COPIES TO:

## INTERVIEW

Interview is conducted by Special Agent Glen Jordan on October 30, 1996, at 10:16 a.m.  This is a taped statement with Jeffrey Brown at the ATF office in Spokane, Washington.  Present in the interview is Investigator Dewayne Luter, Arkansas State Police and Jeff Brown and Special Agent Glen Jordan.

GJ:  Okay, Mr. Brown, just for identification purposes, would you state your full name and date of birth?

JB:  Jeffrey H. Brown, ▮▮▮▮▮▮ 1963.

GJ:  Okay, Mr. Brown, what we're gonna talk about is the arrival of Chevy Keo and another individual at your place of employment approximately a year and a half ago, uh, with an Airstream type trailer.  Uh, could you tell us about the circumstances surrounding the arrival of Mr. Keo with this trailer?

JB:  Um, what do you want me say, when he first showed up?

GJ:  Yeah, just, just start when he first showed up, uh, what he was driving, who was with him, uh, and that sort of thing.

JB:  Uh, it's been a while, but he had a, a Dan, uh, Love.., I can't make out his last na..., a Loveday?

GJ:  Lovelace?

JB:  Lovelace, um, kind of a quiet, mousey type guy, uh, was, I thought it was his cousin at first, that's the way it was explained to me.

GJ:  What, how long ago was it that they arrived at the, was it the Shadows Motel?

JB:  Yes.

GJ:  Okay, how long ago was it they arrived at the Shadows Motel with this Airstream trailer?

JB:  Year, almost two years ago.

GJ:  Okay, almost two years ago.  Uh, what did the trailer look like?

JB:  It was silver, um, aluminum, uh bullet nosed and back, um, like the

#04-020-96