# EXHIBIT 6

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

COPY

CASE NO:        96-1003
CRIME:          Homicide
DATE:           11/18/96
DICTATED BY:    Sgt. Aaron Duvall
COPIES TO:

INTERVIEW

Subject interviewed is Bobby Hausy, c/o Ye Ole Gun Shop, Sheridan, Arkansas.

On Thursday, November 7, 1996, this officer along with Glen Jordan, ATF and Sgt. Dewayne Luter of the Arkansas State Police, interviewed Bobby Hausy in Sheridan, Arkansas. Mr. Hausy advised that it was approximately 1993 when he first met Bill and Nancy Meuller at a gun show in Tulsa, Oklahoma. He stated that the last time that he talked with Bill was a Thursday morning by telephone. Nancy had called him to set up security at a gun show in Oklahoma. He stated that the last gun show that he attended with them was in December, the 29th, 30th and 31st of 1995 in Little Rock, Arkansas.

He stated that it was at this gun show that the Meullers first met a man by the name of John Morris who makes holsters and lives in Missouri. He stated that John Morris stayed at his residence, along with Bill and Nancy, at night during the gun show. The following is John Morris' address:

████████████

Nevada, MO   64772

Telephone Number:   ████████████

Mr. Hausy stated that Bill Meuller had offered to sell him his Jeep at approximately $5,000.00. He stated that Bill wanted to buy an older pickup truck so he could pull the trailer with it.

He stated that he remembers Angela Holderman at the gun show in December of 1995 with the Meullers. He stated that he remembered at Bill's display, that he didn't have more than ten guns. He remembered one of them being a 308 caliber. He believes that Bill had traded three or four long guns during that gun show.

Mr. Hausy was shown a picture of Bill Meuller along with Mae Churchill that included his display and racks. He identified them as those being the ones that Bill used at the December, 1995, gun show. He stated that he doesn't remember seeing any pink cards on the table.

He does remember Nancy having a large calculator, brand unknown. He believes this possibly came from Sam's. He said it was a large calculator, but it did not have a receipt roller. He believes the calculator was around 4"x 7½".

#04-020-96B