# EXHIBIT 7

CASE FILE NO# _01 - 222_

C A S E   F I L E   L O G   S H E E T

COPIED FOR: _St. Cornett_        BY: _Des_

AUTHORIZED BY: _Beach_

DELIVERED BY: _Mail_

DATE: _07-03-96_


COPIED FOR: _Glen Jordan_        BY: _Des_

AUTHORIZED BY: _Rainbolt_

DELIVERED BY: _Hand_

DATE: _04-14-97_


COPIED FOR: _____ BY: _____

AUTHORIZED BY: _____

DELIVERED BY: _____

DATE: _____


COPIED FOR: _____ BY: _____

AUTHORIZED BY: _____

DELIVERED BY: _____

DATE: _____


COPIED FOR: _____ BY: _____

AUTHORIZED BY: _____

DELIVERED BY: _____

DATE: _____