# EXHIBIT 8

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                    Date: 09/10/1997

To: National Security          Attn: DTOU
    Cincinnati

From:  Little Rock
       Squad 2
       Contact: SA [ ]                                                    b6
                                                                         b7C

Approved By: [ ]

Drafted By: [ ]

Case ID #:  266E-CI-66739⁴⁷⁶ (Pending)                                   b6
            183C-LR-38261 (Pending)                                      b7C

Title:  CHEVIE O'BRIEN KEHOE, aka
        Bud Gumm;
        AOT-DT
        (266E-CI-66739)

                                                                         b6
                                                                         b7C

        CHEVIE O'BRIEN KEHOE, aka;
        ET AL;
        RICO - TERRORISM
        (183C-LR-38261)

                    ARMED AND EXTREMELY DANGEROUS
               SUBJECT HAS FIRED UPON POLICE OFFICERS.

Synopsis:  Lead covered.

Administrative:  Re FBIHQ teletype to Little Rock dated March 21,          b6
1997, and Little Rock telcal of SA [ ]                                     b7C
[ ] IOS, DTOU, on September 10, 1997.

Details:  In referenced teletype, Chevie [ ] Kehoe were in                 b6
a fugitive status, and FBIHQ set out leads to various field               b7C
offices in furtherance of the investigation.  Little Rock was
requested to obtain reports of the murder investigation into the
deaths of William and Nancy Mueller and their daughter, Sarah
Powell, in Pope County, Arkansas.

          Since that time, the [ ] have been apprehended, and             b6
Little Rock has initiated a spin-off RICO investigation which             b7C
encompasses the Mueller murders.  Several volumes of

                         AGENT COPY SENT

To:  National Security  From:  Little Rock
Re:  266E-CI-66739, 09/10/1997

investigative reports have been accumulated from the Little Rock
Bureau of Alcohol, Tobacco and Firearms, Arkansas State Police,
and Pope County Sheriff's Office, as well as from various FBI
field offices.

    As a result, Little Rock will consider the lead set out
in referenced teletype covered.

    Investigation continuing.

**ARMED AND EXTREMELY DANGEROUS**
**SUBJECT HAS FIRED UPON POLICE OFFICERS.**

2