# EXHIBIT 9



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

10825 Financial Centre Parkway
Suite 200
Little Rock, Arkansas   72211

October 19, 1999

b6
b7C

Department of Justice
601 D Street, Suite 6500
Washington, D.C.   20530

Dear

On behalf of the Little Rock Division, I would like to commend you on the work of attorney ⬛⬛⬛⬛ during the trial, <u>United States v.</u> ⬛⬛⬛⬛

b6
b7C

From April 1998 through March 1999, ⬛⬛⬛⬛ worked closely with Assistant United States Attorney ⬛⬛⬛⬛ and various federal, state, and local criminal investigators in preparing for the racketeering trial of ⬛⬛⬛⬛ and Daniel Lewis Lee. ⬛⬛⬛⬛ interview witnesses, answered motions, wrote briefs and reviewed evidence in an effort to become familiar with an extremely complex criminal case.

b6
b7C

For approximately thirteen months, ⬛⬛⬛⬛ and essentially moved to Little Rock so that he could devote the time necessary to thoroughly prepare for trial. During this time, he routinely worked fourteen to sixteen hour days, seven days per week without complaint.

b6
b7C

⬛⬛⬛⬛ was both tenacious and thorough in all of his work and he often took on additional duties without being requested to do so. ⬛⬛⬛⬛ proved to be a tremendous asset to the Little Rock trial team and was instrumental in obtaining guilty verdicts against both defendants.

b6
b7C

1 - Addressee
2 - Little Rock (183C-LR-38261)(SQ. 3)(P)
KSF/rsh
(3) rsh

10/25/99
RM

AGENT

292 rsh 03.LET    (8)    183C-LR-38261-770

b6
b7C

Please present [redacted] with this token of appreciation from the Little Rock Office of the FBI for his dedication and professionalism during <u>United States v.</u> [redacted]

b6
b7C

Sincerely yours,

Charles S. Prouty
Special Agent in Charge

By: [redacted]
Supervisory Special Agent

b6
b7C