# EXHIBIT 10

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                                    Date:  10/15/1998

To:  Kansas City                    Attn:  SA [          ]                    b6
                                            Joplin RA                          b7C

From:  Little Rock
       Squad 2  [            ]                                                  b6
       Contact:  SA [              ]                                            b7C

Approved By:  [              ]

Drafted By:  [              ]

Case ID #:  [            ]  (Pending)
            183C-LR-38261  (Pending)

Title:  [                          ]                                            b6
                                                                               b7C

### ARMED AND DANGEROUS

Synopsis:  Lead potential material for Office of Origin

Enclosures:  For Kansas City are two copies of a source FD-302
dated 10-14-98.

Details:  For the information of the file, the enclosed FD-302
may be of some lead potential for Kansas City.  Source stated to
Little Rock that [                            ] and may or may not     b6
be still close with subject.  Source also stated that if and when     b7C
[            ] is interviewed in reference to subject that subject
will, one way or another, get word back about the interview.

     On 10-13-98 Little Rock spoke at length with Deputy
Sheriff [            ] Pope County Sheriff's Office, Russleville,      b6
Arkansas, [            ]  Deputy Sheriff [      ] is an instrumental    b7C
member of the prosecution team for case 183C-LR-38261.  This case
involves the Pope County Sheriff's Office, the ATF and the FBI,
in the joint prosecution of [                    ]  Throughout
this case Deputy Sheriff [      ] has come to know and become
limitedly trusted by [            ] who is a key figure in the
prosecution of the [            ]  This case is due in Federal
Court in Little Rock in February, 1999.

*183C-LR-38261-272*

*10/16/98*
*[initials]*

288jps02.ec

To:  Kansas City  From:  Little Rock                                    b6
Re:  [_____]  10/15/1998                                    b7C


    Deputy Sheriff [_____] explained that subject considers     b6
himself to be [_____]             b7C
[_____]  Deputy Sheriff [_____]
stated that due to the trust that [_____] places in him, [_____] he,
[_____] believes that [_____] can be approached after the up coming
trial as to his knowledge on subjects whereabouts.  The way he
thinks it should be handled is that if he, [_____] can show a
[_____] as to why subject is not [_____]
[_____] should possess, then [_____]

    With the concurrence of Kansas City, Little Rock will
start to prepare some background information.  This information
will be gathered in anticipation of sending it to the Behavioral
Science Unit to obtain their input as to how [_____] should be       b6
"pitched".                                                            b7C


**ARMED AND DANGEROUS**


♦♦


2