# EXHIBIT 11

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Arkansas*

Post Office Box 1229                                    501-324-5342
425 W. Capitol Avenue, Suite 500              FTS 501-324-5342
Little Rock, Arkansas 72203                        FAX 501-324-5221

February 19, 1998

John Wesley Hall, Jr.
Attorney at Law
523 W. 3rd St.
Little Rock, AR  72201

Mark F. Hampton
Attorney at Law
308 S. Louisiana St.
Little Rock, AR  72201

Jack Lassiter
Attorney at Law
401 W. Capitol Ave., Ste. 502
Little Rock,  AR  72201

Cathi V. Compton
Attorney at Law
212 Center St., Ste. 700
Little Rock, AR  72201

Jenniffer Horan
Federal Public Defender
P. O. Box 3587
Little Rock, AR  72201

  Re: US v. Chevie O'Brien Kehoe, et al.
     No. LR-CR-97-243

  Please find enclosed a copy of a polygraph report for Richard L. Coburn, Jr. This report was inadvertently omitted from item #23 in the last packet of discovery materials prepared on February 13, 1998.

  We apologize for any inconvenience this has caused.  Should you have any questions, please call.

       Sincerely,

       PAULA J. CASEY
       United States Attorney

       By DAN STRIPLING
       Assistant U. S. Attorney

DS/man
Enclosure