# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-3618
_____

United States of America

Plaintiff - Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)

_____

## JUDGMENT

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the

district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the District Court's order of

December 6, 2019 is vacated in accordance with the opinion of this Court.

June 01, 2020



Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans

**From:**    ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:**  19-3618 United States v. Daniel Lewis Lee "judgment filed sua sponte vacated" (4:97-cr-00243-KGB-02)
**Date:**    Monday, June 1, 2020 10:51:11 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 06/01/2020

| | |
|---|---|
| **Case Name:** | United States v. Daniel Lewis Lee |
| **Case Number:** | 19-3618 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The District Court's order of December 6, 2019 is Vacated in accordance with the opinion STEVEN M. COLLOTON, JANE KELLY and RALPH R. ERICKSON Hrg Jan 2020 [4918741] [19-3618] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender: Amy_Donnella@fd.org, amyzoegd@aol.com, susan_hart@fd.org, tina_decandia@fd.org
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon, Assistant Federal Public Defender: Morris_Moon@fd.org, moonmorris@aol.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
4700 Bureau Road, S.
Terre Haute, IN 47802

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_193618_4918741_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/01/2020] [FileNumber=4918741-0]
[45af11843503dc654a8b309d4c991710410e56fc05d6452824db6f0500c7d4a5ec65a4e8181264b7026a363bc943bb9d31a23455aca620132cecaae93ec58778]]
**Recipients:**

- Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon, Assistant Federal Public Defender
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4918741
**RELIEF(S) DOCKETED:**
  vacated
**DOCKET PART(S) ADDED:** 6542634, 6542635, 6542636