IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL LEWIS LEE,
    Movant,        Criminal Case No. 4:97-CR-00243-KGB-2

v.              CAPITAL CASE

UNITED STATES OF AMERICA
    Respondent.

## MOTION FOR DISCLOSURE
## AND TRANSMISSION OF COMMUNICATIONS
## PURSUANT TO LOCAL RULE 83.8

COMES NOW Daniel Lee, by and through counsel, and hereby moves pursuant to Local

Rule 83.8 of the Local Rules of the United States District Court for the Eastern and Western

Districts of Arkansas for the disclosure of any communications concerning Mr. Lee, following

his sentencing, between the United States Attorney (and his staff) and the United States Bureau

of Prisons (BOP), the United States Parole Commission (USPC), or the United States Probation

Office (USPO). A proposed order is attached. In support of this motion, Mr. Lee states as

follows:

1. Mr. Lee was tried, convicted, and sentenced in this Court. *See* Judgment, Dkt. 996.

2. Local Rule 83.8 provides:

> The United States Attorney and his staff shall not communicate in writing with
> the United States Bureau of Prisons, the United States Parole Commission, or the
> United States Probation Office concerning any person remanded to the custody of
> the Attorney General by this court following the sentencing of that person unless
> the United States Attorney shall furnish copies of the communication to the
> sentencing judge. If the United States Attorney communicates orally with the
> Bureau of Prisons, the Parole Commission, or the Probation Office concerning
> such a person, he shall reduce the substance of the communication to writing and
> furnish copies to the sentencing judge. The sentencing judge shall then determine
> whether such communications should also be transmitted to the defendant and/or
> his attorney.

3.   This Local Rule was in place at the time of Mr. Lee's 1999 sentencing proceeding in this Court, and remains in effect to this day. *See* Local Rule 83.8 (noting that it was adopted and effective as of February 1, 1982, and revised on September 1, 1982).

4.   By its plain terms, Local Rule 83.8 requires the Government to furnish this Court with copies of any of its communications with the BOP, USPC, or USPO about Mr. Lee following his sentencing. The Local Rule explicitly includes any oral communications, which must be reduced to writing and provided to the Court. The rule does not provide for any exceptions.

5.   Mr. Lee respectfully requests that the Government be ordered to produce to this Court for *in camera* inspection any and all such existing written communications, and that it reduce to writing any oral communications.

6.   Mr. Lee further requests, pursuant to the Local Rule, that this Court make a determination "whether such communications should also be transmitted" to Mr. Lee and/or his counsel.

WHEREFORE, Mr. Lee respectfully requests that this Honorable Court grant the foregoing motion to order the Government to produce its communications with the BOP, UPSC, or USPO concerning Mr. Lee following his sentencing to the Court for *in camera* inspection, and to thereafter make a determination whether such communications should be transmitted to Mr. Lee and/or his counsel.

Respectfully submitted this 9th day of June 2020.

| | |
|---|---|
| MORRIS H. MOON | GEORGE G. KOUROS |
| Bar Number 24032750 (TX) | Bar Number 420813 (CT) |
| Attorney for Daniel Lee | Attorney for Daniel Lee |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| Federal Capital Habeas Project | Federal Capital Habeas Project |
| 6411 Ivy Lane, Suite 710 | 6411 Ivy Lane, Suite 710 |
| Greenbelt, MD 20770 | Greenbelt, MD 20770 |
| (713) 880-3556 | (301) 821-0855 |
| Morris_Moon@fd.org | George_Kouros@fd.org |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on June 9, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

> GEORGE G. KOUROS
> Bar # 420813 (CT)
> Attorney for Daniel Lee
> Assistant Federal Public Defender
> Federal Capital Habeas Project
> 6411 Ivy Lane, Suite 710
> Greenbelt, MD 20770
> Telephone: (301) 821-0855
> Email: George_Kouros@fd.org