**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DANIEL LEWIS LEE,**
    **Movant**

**vs.**

                                    **Criminal Case No. 4:97-cr-00243-JLH-2**
                                    **CAPITAL CASE**

**UNITED STATES OF AMERICA,**
    **Respondent.**

**ORDER**

Pending before the Court is defendant Daniel Lee's motion for disclosure and transmission of communications pursuant to Local Rule 83.8 (Dkt. 1378). For good cause shown, the request is granted.

Pursuant to Local Rule 83.8 of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Government is ordered to furnish to the Court for *in camera* inspection any communications between the United States Attorney (and his staff) and the United States Bureau of Prisons, the United States Parole Commission, or the United States Probation Office concerning Mr. Lee following his sentencing. In addition to any such written communications, the substance of any oral communications shall be reduced to writing and also furnished to the Court.

The Government is ordered to furnish these communications to the Court no later than seven days from the date of this Order.

It is so ordered this ___ day of _____, 2020

                                    _____
                                    Kristine G. Baker
                                    United States District Judge