IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 4:97-CR-00243 |
| | ) | (Capital Case) |
| | ) | |
| DANIEL LEWIS LEE. | ) | |

**GOVERNMENT'S NOTICE REGARDING EXECUTION DATE**

The United States hereby notifies the Court that the Director of the

Federal Bureau of Prisons, upon the direction of the Attorney General, has

scheduled the execution of Daniel Lewis Lee, in accordance with 28 C.F.R.

Part 26, to take place on July 13, 2020.

Respectfully submitted,

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1258
Washington, D.C. 20530
(202) 307-3766

Dated: June 15, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas using the CM/ECF system on June 15, 2020. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/John M. Pellettieri
JOHN M. PELLETTIERI
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Rm. 1258
Washington, D.C. 20530
(202) 307-3766