IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS


UNITED STATES OF AMERICA

v.                                                    NO. 4:97CR00243-2 KGB

DANIEL LEWIS LEE


ENTRY OF APPEARANCE

Jonathan D. Ross, First Assistant United States Attorney for the Eastern District of

Arkansas hereby enters his appearance as counsel for the United States in the above captioned

matter.

                                    CODY HILAND
                                    United States Attorney


                                    BY: JONATHAN D. ROSS
                                    Assistant United States Attorney
                                    Bar No. 2002158
                                    P. O. Box 1229
                                    Little Rock, Arkansas 72203
                                    501-340-2600
                                    jonathan.d.ross@usdoj.gov