IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


UNITED STATES OF AMERICA

v.                                                  NO. 4:97CR00243-2 KGB

DANIEL LEWIS LEE


ENTRY OF APPEARANCE

Shannon S. Smith, Assistant United States Attorney for the Eastern District of Arkansas,

hereby enters her appearance as counsel for the United States in the above captioned matter.


CODY HILAND
UNITED STATES ATTORNEY


SHANNON S. SMITH
Assistant United States Attorney
Arkansas Bar No. 94172
Attorney for the United States
P. O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2628
E-mail: shannon.smith@usdoj.gov