DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS[1]

Exhibit 1:     Serological Research Institute Mitochondrial DNA Report (6/8/07)
Exhibit 2:     Humphrey Search Warrant Affidavit
Exhibit 3:     Excerpt of 3/11/96 Paul Humphrey Interview (Pages 1, 9)
Exhibit 4:     ATF Report with confidential informant re: Humphrey (8/29/96)
Exhibit 5:     Pope Country Sheriff's Office Report re: Humphrey (8/26/96)
Exhibit 6:     ATF handwriting analysis report of Mueller title documents
Exhibit 7:     Pope Country Sheriff's Office summary of interviews with the Turners
Exhibit 8:     Humphrey Interview and Polygraph Examination Report (1/21/97)
Exhibit 9:     Arkansas State Crime Laboratory Report (3/2/99)
Exhibit 10:    Reports re: receipt and submission of Humphrey hair samples
Exhibit 11:    ATF Report from Confidential Informant (4/29/97)
Exhibit 12:    Pope County Sherriff's Office Report of Faron Lovelace Interview (1/13/97)

---

[1] In compliance with Fed. R. Civ. P. 5.2(a) and Section III.I of the CM/ECF Administrative Policies and Procedures Manual for Civil Filings for the United States District Court for the Eastern District of Arkansas, personal data identifiers have been redacted where necessary.