# EXHIBIT 3

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO: 96-242
CRIME: Missing Persons
DATE: 3/11/96
DICTATED BY: A. Duvall
DATE TYPED: 3/12/96
COPIES TO:

### INTERVIEW

This interview being conducted at the PCSO on Monday, 3/11/96, at 3:35 p.m.

AD:  Sir, what is your name?

PH:  Paul Humphrey.

AD:  And, how do you spell your last name, Paul?

PH:  H U M P H R E Y.

AD:  You're aware that this conversation is being taped?

PH:  Yes.

AD:  How old are you?

PH:  43.

AD:  And your birthdate?

PH:  ███/53.

AD:  And the address where you live?

PH:  Ah, my domicle is ████████████████.

AD:  ██████████████████  Ah, do you have a phone number there?

PH:  ██████████.

AD:  Okay, and what do you do business wise?

PH:  Saddle maker.

AD:  Okay.  Now, do you, do you stay, is this your business, the address that you gave me?

PH:  No, that was my home address.

000118

PH: Yes. And a '74 Mercury Marquis.

AD: And you still got possession of that?

PH: Yes.

AD: Did he pay you so much in silver for those?

PH: Not yet, no.

AD: Not yet. Do you still think he wants to buy them?

PH: Yes.

AD: Do you think he'll eventually get in touch with you and try to purchase these or get in possession of them?

PH: I hope he would get in touch with me.

AD: Do you think any harm has come to them?

PH: God, I hope not.

AD: If it has do you think you would somehow know about it? Would somebody let you know.

PH: Nobody I've talked to has indicated in any way, we're not thinking, we're not looking, we don't believe anything has happened to them.

AD: Can you explain to me why, what reason would Bill have just to park his jeep and trailer up there north of Dover in a wooded area that really belongs to you, technically? Why would he do that instead of just dropping it off at your business or where you reside?

PH: That's kind of a $64.00 question, isn't it?

AD: Yeah.

PH: I have no idea.

AD: What kind of, oh, I was going to ask you, just, what kind of seminar was this in Little Rock on the 12th and 13th?

PH: Sovereignty.

AD: Okay. Ah, was Bill interested in that?

PH: Yes.

AD: Now, I'll get back to this. I think he was the type person that was honor an agreement in purchasing or selling this to you and see that was my question, what I couldn't figure out is why he would park this up there instead of bringing it to your leather works or saddle place or your residence. And I figured he would.

000126