# EXHIBIT 4

DEPARTMENT OF THE TREASURY- BUR.   J OF ALCOHOL, TOBACCO AND FIREARMS

**REPORT OF INVESTIGATION (Law Enforcement)**

INVESTIGATION IS

X ROUTINE

☐ SENSITIVE   ☐ SIGNIFICANT

Page 1 of __4__ pages

| 2. TO: | 3. MONITORED INVESTIGATION INFORMATION(*Number and Branch*) |
|---|---|
| Special Agent in Charge<br>New Orleans Field Division    COPY | CIP: FY-96<br>VIOLENT CRIME<br>REPORT 032 |

| 4. TITLE OF INVESTIGATION | 5. INVESTIGATION No. (*Include Suspect No.*) |
|---|---|
| William Mueller | 53430-96-0110-K |

6. TYPE OF REPORT(*Check applicable boxes*)

|   |   |   |   | 7. BUREAU PROGRAM |   |   | 8. PROJECT(S) |   |
|---|---|---|---|---|---|---|---|---|
|   | PRELIMINARY |   | COLLATERAL (*Request*). | X | TITLE I | FIREARMS |   | TARGETED OFFENDER |
|   |   |   |   |   | TITLE II |   | X | TERRORIST/EXTREMIST |
| X | STATUS |   | COLLATERAL (*Reply*) |   | TITLE VII |   |   | OCD |
|   |   |   |   |   | TITLE II | EXPLOSIVES |   | ITAR |
|   | FINAL |   | INTELLIGENCE |   | TITLE XI |   |   | SEAR |
|   |   |   |   |   | TOBACCO |   |   | OMO |
|   | SUPPLEMENTAL |   | REFERRAL (*Internal*) |   | ALCOHOL |   |   | OTHER (*Specify*) |

9. DETAILS:

DESCRIPTION OF ACTIVITY:

Interview of confidential informant. (CI)

*Important Info on page 000230/231*

SYNOPSIS:

This report relates to the burglary of firearms from former Federal firearms dealer WILLIAM MUELLER and the murder of WILLIAM MUELLER, NANCY MUELLER, and SARAH POWELL.

NARRATIVE:

1)  On August 23, 1996, the CI was interviewed by SPECIAL AGENT GLEN JORDAN, Little Rock Field Office, INVESTIGATOR AARON DUVALL, Pope County Sheriff's Department, and TOM KENNEDY, 5th Judicial District Prosecutor.

2)  The CI stated that on August 13, 1996, he/she attended a meeting at Shoney's restaurant in Russellville, Arkansas.  After the meeting the CI went to PAUL HUMPHREY'S residence in Russellville.  While at the house, the CI obtained two samples of carpet.  One is gold which was from the living room.  The other is a brown and white which was from the bathroom. The bathroom is located in the back of house and also serves as a laundry room.  HUMPHREY stated he knew the back roads around the MUELLER residence and also knew the location of a back road which ran from the Mueller residence to where the MUELLER jeep was found.  HUMPHREY knew the precise location of where the jeep was found.  No additional significant conversation occurred.  HUMPHREY did not show the CI any firearms and never talked about automatic weapons.  The CI knows that HUMPHREY

| 10. SUBMITTED BY (*Name*) | 11. TITLE AND OFFICE | 12. DATE |
|---|---|---|
| Glen Jordan | SA, Little Rock, AR | 08/29/96 |

| 13. REVIEWED BY (*Name*) | 14. TITLE AND OFFICE | 15. DATE |
|---|---|---|
| J. William Buford | RAC, Little Rock, AR | / / |

| 16. APPROVED BY (*Name*) | 17. TITLE AND OFFICE | 18. DATE |
|---|---|---|
| Robert A. Stellingworth | Special Agent in Charge | / / |

ATF EF 3270.2 (5-90)

000286

DEPARTM.    OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

## REPORT OF INVESTIGATION - CONTINUATION SHEET

(Law Enforcement)

| | |
|---|---|
| PAGE **4** | |
| OF **4** PAGES | |

| ·ᵀᵀᴿ INVESTIGATION | INVESTIGATION NO. |
|---|---|
| am Mueller | 53430-96-0110-K |

(Continued)

 The CI reported that a man named LEWIS LNU attends the militia
ɘtings and is a close associate of RAINES.

EF 3270.3 (5-90)

000289