# EXHIBIT 5

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO:   96-1003
CRIME: Homicide
DATE:   8/26/96
DICTATED BY: A. Duvall
DATE TYPED:  8/26/96
COPIES TO:

*FFL Licensee*

COPY

SUBJECT INTERVIEWED:   ELDON KING — *w/m/61*     *King's Sporting Goods Hwy 7, Dover*

On Thursday, 8/22/96, at approximately 2:00 p.m., this officer interviewed Eldon King at the PCSO. Mr. King advised that he had received some information from two sources and the following is the information from these sources:

Source #1: Approximately two weeks before the disappearance of the Muellers (last week of December, the first week of January) the Muellers made a trip to New Mexico and dropped off approximately 100 automatic weapons. The Muellers then went on to California to pick up their money, everyone was happy with the arrangement. Source believed that Bill, Nancy and Sarah made the trip along with a young lade from Hecto.

David Mason has a motive for helping the police solve this case. Source advised that Mason has a crystal meth lab near his place and that this case is bringing too much attention to him and he is trying to assist in getting this case solved so all the pressure will be taken off of him and his family.

Source #2: Second source is Loyd Shembra. Mr. King advised that Mr. Schembra came to his business on Wednesday, 8/21/96, and provided the following information:

Mr. Schembra advised that the burglary at the Muellers' in 1995 was not legitimate. he stated that Mueller was in partnership with a subject in Missouri in making automatic weapons. He stated that the man in Missouri was apparently the money man and that Bill was involved in the manufacturing. He stated taht Bill Mueller took all the guns out of his residence and hid them and staged the burglary to cover himself. He advised that the man in Missouri came down the day of the disappearance and met with four individuals, one being Paul Humphrey. There was another individual from Little Rock, possibly a Drew Malone Raines and two other unknown subjects. He advised that Mr. Raines is a W/M, approximately 6' 6" and close to 250/275 lbs. He is described as an ex-marine who specialized in recon and rose to the rank of major in the Viet Nam was. His head is shaved and he is clean shaven.

These gentlemen  met close to the Mueller house and went to the residence and took Mueller and his family away from the residence. The man from Missour told them what to do and then he left and went back to Missouri and it is unknown if he took anything with him. He stated that the man from Missouri was upset because Mueller had ripped him off in the neighborhood of about six figures. Muellers were then carried to Russellville and kept alive for several days. They tortured Nancy and Sarah trying to get information from Mueller on where he kept everything, including his weapons and his money, his gold and his silver. Mr. Schembra advised that the Missouri subject drives a mini-van.

Mr. Schembra told Mr. King that a man from Little Rock whose name is Garrison (unknown first name or last name) (who is a professional hit man). He stated that this Garrison subject paid him a visit and told him to keep his mouth shut concerning this incident.

000105

COPY

Mr. King advised this officer that Paul Humphrey had told King that when the Muellers' disappeared, that their "cashes" were cleaned out. Humphrey also told King on Tuesday, 8/13/96, that it would be no problem getting the Muellers' vehicle and trailer to the location where it was found from the Mueller residence. He stated that he knew a short cut from the Muellers' house to where the vehicle was found on Highway 7 North.

Humphrey stated that he had only been to Mueller's residence one time.

Mr. King advised this officer that a William Brown who lives north of Dover told King approximately one week ago that Humphrey, in December, of 1995, told Brown that he could run up to the Muellers' and get a trigger for an automatic weapon that Humphrey was putting together for him.

000106