# EXHIBIT 6



Atlanta   sic Science Laboratory

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

2600 Century Parkway
Atlanta, GA 30345-3100
(404) 679-5100
FAX (404) 679-5112

DEPARTMENT OF THE TREASURY

# Laboratory Report

|  |  |
|---|---|
| **Date of Report:** | August 22, 1996 |

**To:**   Special Agent Glen Jordan
Bureau of Alcohol, Tobacco and Firearms
425 West Capitol Avenue
Room 775
Little Rock, AR 72201

**Lab Number:** 96A0329 (1)

**Reference:** 53430960110K

**Type of Exam:** Document

The exhibits described below were received on August 14, 1996 via Federal Express #2562731533.

## QUESTIONED

Q1 -    One "Certificate of Origin for a Vehicle" Duplicate Certificate #P0025351 from J&J Trailers, dated June 1995, Invoice #27525

Q2 -    One "Certificate of Title" State of Arkansas Title #9133021115, dated 12/2/91

Q3 -    One typewritten "Bill of Sale" dated 1/2/96, signed Nancy Mueller and dated 2-2-96

Q4 -    One typewritten "Bill of Sale" dated 1/2/96, signed William Mueller

## KNOWN WRITING OF KIRBY KEITH KEHOE

K1 -    One machine copy of a fingerprint card dated 9/29/65

## KNOWN WRITING OF WILLIAM FREDRICK MUELLER JR.

K2 -    One machine copy of a fingerprint card dated 7/12/67

K9 -    Machine copies of eight "Ace Hardware" receipts

K10-    One sheet of lined yellow paper bearing handwritten message

K11-    One carbon copy of a "Chemical Bank" deposit ticket dated 8/4/95

K12-    One Warranty Deed dated 1/27/89

K13-    One "Joint Industry Board of the Electrical Industry" check #410532 endorsement

K14-    One "Joint Industry Board of the Electrical Industry" check #410252 endorsement

## KNOWN WRITING OF PAUL EDWARD HUMPHERY

K3 -    One machine copy of a fingerprint card dated 2/3/72

Page 1 of 3

Accredited by The American Society of Crime Laboratory Directors

000283

· 96A0329 (B·O·

## KNOWN WRITING OF TIMOTHY COOMBS

K4 -       One machine copy of a fingerprint card dated 6/27/92


## KNOWN WRITING OF NANCY MUELLER

K5 -       One four-page letter dated 10/5/95
K6 -       Two "Tupperware" Invoices dated 7/31/90 and 9/14/90
K7 -       One envelope addressed to Teresa Ann
K8 -       Machine copies of three "Ace Hardware" receipts


## KNOWN WRITING OF WILLIAM FREDRICK MUELLER SR.

K15-       One "Macy's" credit card
K16-       One "JC Penney" credit card
K17-       One white envelope addressed to William Mueller, postmarked 6/24/91


## RESULTS OF EXAMINATION

The known writers submitted cannot be identified or eliminated as the writers of the questioned signatures on Exhibits Q1 through Q4.

Pictorial similarities were noted when comparing K5-K8 (Nancy Mueller) with the Nancy Mueller signatures on Exhibits Q1 and Q3.

Pictorial similarities were noted when comparing K15-K17 (William Mueller, Sr.) with the William Mueller signatures on Exhibits Q2 and Q4.

Both sets of signatures were prepared with a thick, fibertip type pen, making examination of line detail difficult. However, the subtle differences noted between the questioned and known signatures, in addition to the apparent slow careful manner in which they were written, indicate they may be simulations/tracings.


## DISPOSITION OF EVIDENCE

Photographs have not been made. Should this matter require additional attention, please resubmit all evidence promptly. Allow at least two weeks for chart preparation for court presentation.

000284

96A0329 (1)

All exhibits will be returned upon completion of fingerprint examination.

Nancy A. Davis
Document Examiner

REVIEWED BY:

Marvin G. Rennert, Chief
Atlanta Forensic Science Laboratory

000285