# EXHIBIT 8

## CRIMINAL INVESTIGATION DIVISION

ASP-3-A

DATE:            01/29/97
DICTATED BY:     INV. BRETT PRITCHARD
DATE TYPED:      02/24/97 LW
COPIES TO:       INV. BRETT PRITCHARD
                 SGT. H.D. LUTER, ASP COMPANY "D"
                 PROSECUTING ATTORNEY DAVID GIBBONS

### INTERVIEW OF SUSPECT

PAUL EDWARD HUMPHREY
W/M, DOB ████/53
████████
RUSSELLVILLE, AR  72801
SELF EMPLOYED
HOME PHONE 968-5760

PAUL HUMPHREY was interviewed by Inv. BRETT PRITCHARD of the Arkansas State Police on 01/21/97, beginning at 1:20 P.M. at the Braden Law Office in Russellville, Arkansas.

An ASP-6, Description of Subject, was completed on HUMPHREY. HUMPHREY was advised of his rights as set out on the ASP-116 and his responses were recorded on that form, with each of the responses initialled by HUMPHREY after he had reviewed the form. The form was then signed by HUMPHREY. Copies of the ASP-6 and ASP-116 have been forwarded to the Little Rock office. After being advised of his rights, HUMPHREY made the following statement:

"I met BILL two or three years ago at a gun show. The gun show at Russellville at the Armory. During the gun show BILL had a booth. We visited about twenty or thirty minutes on that date. I don't remember if I bought anything from him. We talked about .45 caliber parts. I saw him at other gun shows after that. At first I would just bump into him on the job. Then he would call me and tell me he was coming to town. I helped him on several jobs. We ran lights at Pizza Hut in the summer of 1995. I ran into him a few times at Wal-Mart while he was working, but I really didn't help him with that job. BILL and I were studying Constitutional Law. He wanted to pull his title out of the state's hands. He had read in one of his books how we could pull it out of the state's hands by selling it to one another. With $21.00 in silver, I bought the Jeep from him at the gun show in Little Rock in December, 1995. The title came to me through the mail. I don't remember when the title came to my house. The title was completely filled out. SYLVIA MASON gave me a phone call and told me to expect something in the mail. This was during the morning hours. Either that day or the next day I got the title. I don't know SYLVIA MASON that well. I met her up at BILL and NANCY'S house. This was after they were missing.

FILE NUMBER: 04-020-96        CRIME: CAPITAL MURDER

ASP-3
PAGE NO. __2__

BOBBY HULL (EY) took me to BILL'S house.  He said they called a meeting of all of BILL'S friends to try to figure out what happened.  SYLVIA MASON, BOBBY HULSEY, me, and about six others met at BILL'S house to try to figure out what happened.  This was the second week they were missing.  SYLVIA was BILL'S landlord.  SYLVIA is married, but her husband was not at the meeting.  I have never met him.  I brought up that BILL and I were studying on buying and selling the Jeep.  He was going to buy my vehicle for twenty-one silver dollars and when the titles came from the state we would sell them back at a ten percent profit.

The day the titles came into the post office box, the envelope was a manila envelope with no return address.  The envelope had a title to the Jeep and a cargo trailer.  It also contained two bills of sale.  I had paid twenty-one silver dollars for the trailer at the same gun show that I bought the Jeep.

I just held onto the titles when I got them.  I talked to BOBBY HULSEY and he wanted me to hurry and go to the Revenue Department with the bills of sale and the titles.  I took them to the Revenue Office about one week after I got them.  The lady told what to do and gave me a form.  The form was to be completed by BILL.  I never got the title changed over.  I talked to BOBBY HULSEY about the title.  I came and asked DALE BRADEN about it.

I told PAUL STATEN and JOHN WRIGHT, and I don't know who else.  I read in the paper that the Jeep was found up in Dover.  I was confused. I did not know what happened to BILL and NANCY.  JAY WINTERS called me and said he heard I had the title.  I said yes.  I put him off for a while (several days).  BOBBY was telling me not to turn it in or go down there.  He was trying to take me to an attorney in Little Rock.  I lost the envelope.  I took the title and receipts to the S.O. a few days later.  The weekend they were abducted, RICHARD McDONALD came in from California.  He was talking about the Fourteenth Amendment.  This was in North Little Rock.  Just about or under the CHECKMATE CLUB.  I think it was in LEGION HALL.  DREW MALONE RAINES put on the class.  HART REALTY COMPANY in Little Rock also had something to do with it.

This was a two-day class, and I drove home between classes.  The bodies were found in the Illinois Bayou.  I know the area.  I have never fished or anything out there.  I never swam or anything out there."

FILE NUMBER:   04-020-96              CRIME: CAPITAL MURDER

ASP-116
REV. 9-94

## YOUR RIGHTS

NAME: *Paul Edward Humphrey*     PLACE *Braden Law Office Russello*

DATE *1-21-97* *Paul Edward, Hu*

TIME *1.20am* *Paul Edward, Humph*

Before we ask you any questions, you must understand your rights.

1.  Do you understand that you have the right to remain silent?

    Response *yes* *Paul Edward; Humphry*

2.  Do you understand that anything you say can and will be used against you in court?

    Response *Yes* *Paul Edward; Humphry*

3.  Do you understand that you have the right to talk to a lawyer for advice before we ask you any questions and to have him with you during questioning?

    Response *Yes* *Paul Edward; Humphry*

4.  Do you understand that if you cannot afford a lawyer, one will be appointed for you before any questioning if you wish, at no cost to you?

    Response *Ye* *Paul Edward; Humphry*

5.  Do you understand that if you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time? You also have the right to stop answering at any time until you talk to an attorney.

    Response *Yes* *Paul Edward; Humphry*

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.     SIGNED *Paul Edward; Humphry*

WITNESS *Brett Pritchard #48*

WITNESS _____

PRITCHARD

04-020-96

FILE NO. _____ DATE _1-21-97_ TIME _1:20pm_

APPLICANT: _Humphrey_          _Paul_          _Edward_
          (LAST)             (FIRST)          (MIDDLE)

I, _Paul Edward Humphrey_, voluntarily, without threat, duress, coercion, undue influence, force promise of immunity or reward — agree and stipulate to submit to a polygraph (truth verification) examination to be conducted by officers of the Arkansas State Police.

I understand that: I am not required to take this examination, I have the right to remain silent and anything I say can and will be used against me in court. I have the right to talk to a lawyer before answering any questions and to have a lawyer present. I have a right to the advice and presence of a lawyer even if I cannot afford to hire one. (The Arkansas State Police cannot furnish you a lawyer). I further understand and know that I have the right to stop answering questions at any time.

## WAIVER

I have read, or had read to me, the above statement of my rights and understand what my rights are. I am willing to answer questions and/or make a statement. I am taking this examination of my own free will and that no force, duress or undue influence was exercised to require me to submit to the examination. I also agree to fully and completely release and absolve the Arkansas State Police from any liability connected in any way with this examination.

I attest that I am in good mental and physical condition and that I know of no mental or physical ailment or treatment plan which may impair or be impaired by the polygraph examination.

Without Prejudice UCC-1-207

SIGNED: _Paul Edward Humphry_
TIME: _1:22 PM_

WITNESS: _Britt Puttell #48_    WITNESS: _____

    This interview/polygraph examination was concluded at _____ on the above date. I completely re-affirm in its entirety my above agreement. In addition, I knowingly and intelligently continued to waive all my rights, including those listed in the second paragraph above, and I willingly made all the statements that I did make.

    I also certify that during the entire time I was here I have been well-treated, submitted myself freely to the interview/polygraph examination knowing that I could stop any time I so desired by merely saying I wished to stop or that I wished to consult an attorney or any other person. I remained here of my own free will knowing that I could leave this room at any time I so desired, and that there were no threats, promises, or any harm whatsoever done to me during the entire period I have been here, either in connection with the interview/polygraph examination or my again signing this agreement, stipulation, and release form.

_____    _____    _____
(WITNESS)              (SIGNED)                (TIME)

04-020-96                                                        PRITCHARD

ARKANSAS STATE POLICE

ASP-6
(Rev. 1/90

Criminal Investigation Division
Description of Subject Form

Name _Paul Edward Humphrey_    Race/Sex _W/M_    DOB _____ -53_
                                                           Month/Day/Year

Alias(es) _N/A_

Address _____    City _Russellville_    State _Ar_

Height _6-0_    Weight _160_    Complexion _med_    Hair _Brown/Gray_    Eyes _Blue_

SSN _would not give_    DL# _G035406000_    State _Ar_

SID#/State _____    FBI# _____    Where Born _Russellville, A_

Telephone Number ( _501_ ) _____    Tracking Number _____

Scars/Marks/Tattoos (location of each) _N/A_

Relatives (name/address/relationship) _Joe Vinson (uncle)_
_Russellville, AR_

Peculiarities _Right Handed Glasses_

Occupation & Employer _Saddlemaker    Self Employed_

Education (include trade schools) _12_

Vehicle Make _1985 Toyota_    Model _Pickup_    Color _Cream_    LPN _unk_

Arrested? (Y/N) _Y_    Charge/Code# _____

City/County Arrested _____

Fingerprinted? (Y/N) _Y_    Date _____    Agency _____
                                        Month/Day/Year

Photographed? (Y/N) _Y_    Date _____    Agency _____
                                        Month/Day/Year

Investigator _Cpl JB Pritchard #44_    File# _04-020-90_
              Rank/Name/Badge#

PRITCHARD

Time of Exam: 1:20pm   Termination of Exam: _____   Specific Issue: Forgery

Interview Date: 1-21-97   Interview Location: Bradan Law Office   DOB: ▮ 53   POB: Russellville A

Name: Paul Edward Humphrey   Age: 43   Ht: 6-0   Wt: 160   Hr: Brown/Grey   Es: Blue   Sex: M
(First) (Mid) (Last)

Address: ▮ Russellville AR   Dependents: 0   Boy(s) ___   Girl(s) ___   SS#: ___

Martial: (S) (D) (M) (SEP) (WID)   Dependents: 0

Education: highest grade completed: 12   Other Tng: Votec ___   College ___   Trade School ___

Military Service: National Guard   6 years   Spec-4   Honorable   Spec-4
(Branch)   (ETS)   (Rank)   (Type Discharge)   (Rank at Discharge)

Arrest Record: N/A
(Date)   (Place)   (Charge)   (Disposition)

_____
(Date)   (Place)   (Charge)   (Disposition)

Prior Polygraph Exam: Gary Harp   9-96   Same   Not
(Given by)   (Date)   (Reason)   (Outcome)

Previous Employment: Electrician   Russellville, AR   8 years
(Name)   (Location)   (How Long)   (Reason for Leaving)

Present Employment: Saddlemaker   ▮ Russellville, AR   6-7 years
(Name)   (How Long)

What is normal for you?: 8

Hours of sleep past 24 hours?: 7-8

Last time you've seen a doctor?: 1980   For what reason?: Food Poisoning

Have you taken any medication in the last 24 hours?: N/A   Drugs?: N/A   What type?: ___

Alcohol Last 24 hours: N/A   Drivers Liscense: ▮   AR
(Number)   (State)

Mental/Psychological Treatment: N/A
(When)   (Where)   (Reason)

Chronic Illnesses:   Heart Problem ☐   Breathing Disorder ☐   High/Low Blood Pressure ☐

Are you pregnant?: Yes ☐   No ☐

Case 4:97-cr-00243-LPR   Document 1387-9   Filed 06/19/20   Page 7 of 10

96-020-40

MODIFIED GENERAL QUESTION TECHNIQUE

Name _Paul Edward Humphrey_

Date _1-21-97_

1    Is your first name _Paul_ ?

2    Is today _Tuesday_ ?

3    (secondary relevant) _Did you ever meet Sylvia Mason prior to the Muellers Desappeary?_ ?

4    Are you now in _Russellville_ ?

5    (Strong relevant) _Were you present when the Muellers were killed?_ ?

6    (con) _During the First 21 years of your life do you even Remember lying to get out of Trouble?_ ?

7    Is your last name _Humphrey_ ?

8    (EC relevant) _Did you participate in Desposing of the Bodies of the Mueller's_ ?

9    (Know relevant) _Did you know the Bill of Sale was Forged when you took it to the Sheriff._ ?

10   (con) _During the First 40 years of your life do you even Remember lying to get out of Trouble_ ?

3rd chart _4-1-9-6-2-3-10-5-6-8-10_

File number __04-020-96__ officer __PRITCHARD__



**State of Arkansas**

# ARKANSAS STATE POLICE

Post Office Box 5901  •  Little Rock, Arkansas 72215

Mike Huckabee • Governor    Colonel John R. Bailey • Director    Lt. Col. Richard C. Rail • Ass't Director

January 21, 1997

CONFIDENTIAL

Sergeant H.D. LUTER
Arkansas State Police
CID Company "D"
██████████████████
Atkins, AR  72823

ARRANGEMENTS

At your request, Mr. PAUL EDWARD HUMPHREY was administered a polygraph examination at the BRADEN LAW FIRM in Russellville, Arkansas. The examination was administered on January 21, 1997 by Investigator BRETT PRITCHARD.

Mr. HUMPHREY was being examined to determine his knowledge or involvement in the reported homicide of BILL and NANCY MUELLER.

PRETEST INTERVIEW

The interview with Mr. HUMPHREY, which was conducted prior to the polygraph examination being administered, will be forwarded to you when it has been typed. The interview will be contained on an ASP-3A form, under the heading of "Interview of Suspect".

EXAMINATION

Mr. HUMPHREY was administered three polygrams, all of which were of the Modified General Question Technique Series Type, in which the following questions were asked, along with other irrelevant and control questions.

Q-3:    Did you ever meet SYLVIA MASER prior to the MUELLERS disappearing?

A:    No.

Q-5:    Were you present when the MUELLERS were killed?

A:    No.

Q-8:    Did you participate in disposing of the bodies of the MUELLERS?

A:    No.

Q-10:    Did you know that the title was forged when you took it to the sheriff?

A:    No.

*04-020-96*

PAGE 2
P. HUMPHREY


FINDINGS

The physiological responses noted on this subject's polygraph charts are in such a pattern as to indicate that the subject, Mr. PAUL EDWARD HUMPHREY, was essentially untruthful in answering the above questions.

Based on the evaluation of the subject's polygraph charts, it is the opinion of this examiner that Mr. HUMPHREY was involved in the death of the MUELLERS.


                              Respectfully submitted,

                              *Brett Pritchard / liv*

                              BRETT PRITCHARD, Investigator
                              Polygraph Examiner
                              Criminal Investigation Division



JBP/lw



cc:    04-020-96
       Inv. BRETT PRITCHARD