# EXHIBIT 9

# STATE CRIME LABORATORY

P.O. BOX 8500
Number 3 Natural Resources Drive
Little Rock, Arkansas 72215

Laboratory Services
227-5747

*REPORT OF LABORATORY ANALYSIS*

Medical Examiner
227-5936

Investigating Officer/Agency/Address

Inv. Aaron Duvall
Pope County Sheriff's Office
3 Emergency Lane
Russellville, AR  72801

| | |
|---|---|
| Laboratory Case Number: | 1996-WVS-09666   Page 1 of 2 |
| Date Received in Lab: | 02/16/99 |
| How Evidence Received: | H C Duvall |
| Agency Case Number: | 96-1003 |

Suspect(s):
Paul Edward Humphrey
Kirby K Kehoe
Chevie Kehoe

Suspect(s):
Daniel Lee Graham
Faron Lovelace
Daniel Lee

Victim(s):
William Mueller
Nancy Mueller
Sarah Powell

Date of Report:    03/02/99

I do hereby attest and confirm as specified by A.C.A. 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed by me of evidence received in a sealed condition at the Arkansas State Crime Laboratory.

Please refer to report dated 08/02/96 and 02/12/98 for previously submitted items and results.

## EVIDENCE SUBMITTED:

| | |
|---|---|
| Q21 | Cutting from carpet (MH WBB E-2) |
| Q24 thru Q28 | Cotton swabs (E-0084-98) |
| Q29 | Scrapings (E-0084-98) |
| Q42 | Cotton swabs (E-0098-98) |

## RESULTS OF ANALYSIS:

STR types as listed below were analyzed for the following specimens:

| Item | CSF1PO | TPOX | THO1 | vWA | AMELOGENIN |
|---|---|---|---|---|---|
| 276-DG | 11,11 | 8,8 | 9,9.3 | 16,16 | X,Y |
| 278-CK | 11,11 | 8,10 | 9,9.3 | 15,18 | X,Y |
| Q24/28/42 | 10,12 | 8,11 | 8,9.3 | 17,18 | X,Y |
| Q22-23S | 10,12 | 8,9 | 9.3,9.3 | 17,17 | X,Y |
| Q22-5S | Inc. | 8,9 | 9.3,9.3 | 17,17 | X,Y |

| Item | D16S539 | D7S820 | D13S317 | D5S818 |
|---|---|---|---|---|
| 276-DG | 12,12 | 8,10 | 11,12 | 9,12 |
| 278-CK | 11,12 | 9,10 | 11,13 | 11,12 |
| Q24/28/42 | 9,10 | Inconclusive | | |
| Q22-23S | 12,12 | 10,11 | 8,9 | 11,12 |
| Q22-5S | 12,12 | 10,11 | 8,9 | 11,12 |

DG = Danny Graham          CK = Chevie Kehoe          Inc = Inconclusive

MAR  2 '99 13:59                              501 2270713  PAGE.002

011071

# STATE CRIME LABORATORY

P.O. BOX 8500
Number 3 Natural Resources Drive
Little Rock, Arkansas 72215

Laboratory Services
227-5747

*REPORT OF LABORATORY ANALYSIS*

Medical Examiner
227-5936

Investigating Officer/Agency/Address

Inv. Aaron Duvall
Pope County Sheriff's Office
3 Emergency Lane
Russellville, AR 72801

| | |
|---|---|
| Laboratory Case Number: | 1996-WVS-09666    Page 2 of 2 |
| Date Received In Lab: | 02/16/99 |
| How Evidence Received: | H C Duvall |
| Agency Case Number: | 96-1003 |

Suspect(s):
Paul Edward Humphrey
Kirby K Kehoe
Chevie Kehoe

Suspect(s):
Daniel Lee Graham
Faron Lovelace
Daniel Lee

Victim(s):
William Mueller
Nancy Mueller
Sarah Powell

Date of Report:        03/02/99

I do hereby attest and confirm as specified by A.C.A. 12-12-313, that the information listed below is a true and accurate report of the results of analysis performed by me of evidence received in a sealed condition at the Arkansas State Crime Laboratory.

## CONCLUSION:

Based on the above results, the sources of the DNA extracted from 276, Danny Graham, and 278, Chevie Kehoe, are excluded as being contributors to the DNA extracted from Q22-23S and Q22-5S.

Danny Graham and Chevie Kehoe are also excluded as being contributors to the human DNA identified on Q24/28 and Q42.

No DNA was identified on Q21.

Kermit B. Channell II, Chief Forensic Biologist
KBC/me

State of Arkansas
County of
Subscribed and sworn to before me, the undersigned Notary Public on this ___ day of _____, 1999.

My Commission Expires _____

MAR  2 '99 14:00

501 2270713    PAGE.003

011072