# EXHIBIT 12

CRIMINAL INVESTIGATION DIVISION

POPE COUNTY SHERIFF'S OFFICE

CASE NO:      96-1003
CRIME:        Homicide
DATE:         1/13/97
DICTATED BY:  Sgt. Aaron Duvall
COPIES TO:

## INTERVIEW

Subject interviewed is Feron Lovelace (by telephone).

On Friday, 1/10/97, at approximately 3:45 p.m. this officer received a collect call from Feron Lovelace. He advised that he was calling from the jail in Bonner County, Idaho. Mr. Lovelace advised that he had been wanting to get in touch with me concerning the Mueller homicide and that he had three questions he wanted to ask before talking.

1.  Have we made any connection between him and a bank robbery in Russellville back in 1995?

    I advised him that we have not.

2.  Have we made any connection between him and the Mueller homicide?

    He was advised that we have not.

3.  Where is Paul Humphrey at the present time and what charges are against him?

    Mr. Lovelace was advised that Mr. Humphrey is out on bond and now facing forgery charges by the State and some firearm charges through Federal Court.

Mr. Lovelace advised that if we need to get in touch with him by mail we need to write him through his wife and the address is as follows:

    Norda Millett
    P. O. Box 1193
    Priest River, Idaho  83856

Mr. Lovelace advised that he would like to keep Elohim City separated from himself because of the publicity.

Mr. Lovelace made a statement that in getting in touch with his wife, Norda, that he knew that it was her son, John, who was the "Rat" that got him in jail.

#04-020-96

COPY

Interview with Feron Lovelace
1/13/97
Continued
Page Two

Mr. Lovelace was questioned as to whether he was ever associated with skin heads. He advised that he never associated with them. He was given the name of Daniel Graham and Sean Haines. Mr. Lovelace advised that he had read about Sean Haines in the newspaper but that he did not know either one of them.

The reason for Mr. Lovelace's call, he advised that he had been thinking about the homicide and that, if need be, he would be willing to be wired or have a room wired where he would get Chevy Keo or Kirby Keo to confess to the homicide. He stated that he would not snitch on either one of them but he would be willing to get them to start talking wherein they might possibly confess to the homicide. He stated that Chevy or Kirby Keo would not come to the jail and talk with him, that this would have to be in a controlled situation either outside or in some type of motel room. He stated that they know he is in jail, but it would have to be something they would be comfortable with, such as a fake escape wherein they knew he was holed up in some motel room or outside in the mountain area.

Mr. Lovelace stated that after Chevy and Kirby Keo were taped, he would be willing to give any type of video or taped deposition stating that it was his choice to be wired and that it was his idea to tape them in a confession.

He stated that I would have to get in touch with the FBI in Washington; that he would be willing to suspend his constitutional rights and he quoted "National Security Decision Directive #138".

Mr. Lovelace stated that he would be willing to talk to Tommy Norris or anyone else with the FBI or possibly ATF that I might designate.

When questioned as to whether he knew where Chevy Keo is at the present time, he stated that he could make two phone calls and find out, but it is his belief that Keo is in a County just north of Stephens County in Washington.

It is Lovelace's belief that the Keos want him dead. He believes his life will be in jeopardy when he comes face to face with them, but he would be willing to take the chance based on what happened

#04-020-96

Interview with Feron Lovelace
1/13/97
Continued
Page Three

to the Muellers and especially the young girl.

Interview was concluded.

#04-020-96