**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        **Case No. 4:97-cr-00243-02 KGB**

DANIEL LEWIS LEE                                                              DEFENDANT

<u>**ORDER**</u>

On June 1, 2020, the Eighth Circuit Court of Appeals issued an opinion and judgment vacating a stay of execution previously entered by this Court (Dkt. Nos. 1375, 1376). By Notice issued June 15, 2020, the Director of the Federal Bureau of Prisons set defendant Daniel Lewis Lee's execution to take place on July 13, 2020 (Dkt. No. 1379).

Before the Court is defendant Daniel Lewis Lee's motion for disclosure and transmission of communications pursuant to Local Rule 83.8 (Dkt. No. 1378). The government responded to the motion, indicating its intent to provide to the Court by June 22, 2020, communications for an *in camera* review by the Court to determine whether such communications should also be transmitted to Mr. Lee and his counsel (Dkt. No. 1385).

Absent good cause shown, the Court directs the government to provide communications subject to Local Rule 83.8 to the Court *ex parte* and under seal by June 22, 2020, for the Court's *in camera* review. The Court holds under advisement Mr. Lee's request for disclosure pursuant to Local Rule 83.8.

It is so ordered this 19th day of June, 2020.

_____
Kristine G. Baker
United States District Judge