### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**v.**                                        **Case No. 4:97-CR-00243**

**DANIEL LEWIS LEE**

### NOTICE OF SUBMISSION OF DOCUMENTS

The United States, by and through Cody Hiland, United States Attorney for the Eastern District of Arkansas, and Shannon S. Smith, Assistant United States Attorney for the Eastern District of Arkansas, submits the following notice:

In its response to Lee's motion for disclosure of documents pursuant to Local Rule 83.8, counsel for the United States identified communications the U.S. Attorney's Office has had with the Bureau of Prisons.  As represented in its response, on June 19, 2020, the United States agreed to submit the attached letter and the communications to the Court for in camera review.  Since the communications are to be reviewed in camera, those documents are not attached to this filing.

Respectfully submitted,

CODY HILAND
UNITED STATES ATTORNEY

SHANNON S. SMITH
Assistant United States Attorney
Arkansas Bar No. 94172
Attorney for the United States
P. O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2628
E-mail: shannon.smith@usdoj.gov