DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS

Exhibit A:      Declaration of Cheyne Kehoe

Exhibit B:      Declaration of Kirby Kehoe

Exhibit C:      Sentencing Hearing Transcript Excerpt, *United States v. Kirby Kehoe,*
                No. 97-CR-243 (E.D. Ark. Aug. 24, 1999)

Exhibit D:      Sentencing Hearing Transcript, *United States v. Kirby Kehoe,*
                No. CR 13-8223-PCT-GMS (D. Ariz. June 23, 2014)

Exhibit E:      Transcript Excerpt, *State of Idaho v. Faron E. Lovelace*,
                No. CRF 96-1506 (1st Jud. Dist. Ida., Sep. 8, 1997)

Exhibit F:      Declaration of James Wanker

Exhibit G:      Court Order, *State v. Batchelor et al.*, No. 89-cr-13613 (Circuit Court, Cook
                County, Ill., Nov. 17, 2014)