# EXHIBIT E

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNER

* * * * * * *

STATE OF IDAHO,                    )
                                   )
            Plaintiff,             )
                                   )
     vs.                           )    Case No. CRF-96-1506
                                   )
FARON E. LOVELACE,                 )
                                   )
            Defendant.             )
_____   )_____

AT:       Bonner County, Sandpoint, Idaho

ON:       September 8 through 11, 1997

BEFORE:   The Honorable James F. Judd, District Judge

APPEARANCES:

   For the Plaintiff:    Dennis E. Charney
                         J. Scott James
                         Idaho Attorney General's Office
                         Statehouse, Room 210
                         Boise, ID 83720-1000

   For the Defendant:    Faron Lovelace, Pro Se
                         No. 53328, IMSI-B, Death Row
                         P. O. Box 51
                         Boise, ID 83707

376

years with the Federal government. I'm facing a couple lifes and thirty years, I believe, by the Federal government. I'm under investigation today for possible -- the Rico investigation, which is organized crime. I've told at least one investigator it's ridiculous.

I will not be in the future denying any guilt in the Washington case in which one witness has testified to today that involved that. There's a mandatory life sentence without parole, but that's yet an untried case, and that's why testimony was limited by that witness.

There's probably things I should say right now that I can't think to say, and probably things I said that I shouldn't have said, but here I am. I'm a liar, I'm a killer and/or murderer. I'm a violator of the law ancient and present. The last thing to yield up here is my pride. That's not going to be difficult to do.

And I can't think of anything, but I'd like to ask my advisor if he can think of anything. Can you?

(BRIEF PAUSE.)

MR. LOVELACE: I've been advised that I should reveal a little bit more as to why the killing occurred, and where it occurred.

I recently gave a new confession to my attorney Monday that the government has been after for a long time. And he is now convinced that that's what happened. At no

447