# EXHIBIT G

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT-CRIMINAL DIVISION**

| | | |
|---|---|---|
| **PEOPLE OF THE STATE OF ILLINOIS,** | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | No. 89 CR 13613 |
| | ) | |
| | ) | |
| **COREY BATCHELOR,** | ) | The Honorable |
| Defendant-Petitioner, | ) | Clayton Crane, |
| | ) | Judge, Presiding. |
| **KEVIN BAILEY,** | ) | |
| Defendant-Petitioner, | ) | |
| | ) | |

## COURT ORDER

This Court, having considered Petitioner's motion; the June 10th, 2014 Affidavit of Donald Parker (CODIS Administrator of the Illinois State Police (ISP)); Petitioners' memorandum of law; the oral arguments of Petitioners' counsel; the applicable state and federal statutes; and existing case law, including *People v. Rozo*, 2012 IL App (2d) 100308, hereby orders as follows:

1. This Order supersedes this Court's July 2, 2014 Court Order.

2. This Court **GRANTS** the Petitioners' request directing the ISP to perform a Y-STR comparison of the DNAprofiles of Keith Moore and Ladon Willis to the data described in Paragraph 4 herein. . This Court specifically finds that this request is permitted both under state and federal law, and Petitioners have met their burden under state law to allow the requested testing.

3. ISP is ordered to retrieve the buccal swab and/or blood standards of Keith Moore (IR# 926918, IDOC# B65370) and Ladon Willis (IR# 588035, IDOC# N33883) that have not been previously subjected to DNA testing for DNA indexing purposes but are otherwise stored and housed within ISP's control. ISP shall conduct Y-STR DNA testing and analysis on the Moore and Willis samples to obtain Y-STR standards for both Mr. Moore and Mr. Willis..

1

4. Cellmark Forensics (Cellmark), 13988 Diplomat Drive, Suite 100, Dallas, Texas 75234, shall mail all underlying Rule 417 data, including but not limited to electropherograms, created as part of the partial Y-STR profile generated from "the swabbings from the straps, inner openings, inner flap, and snap areas of the purse," (FR11-0046-06.01.2) and the partial Y-STR profile generated from "the hair from the cap" (FR11-0046-17.01.1) as reflected in the Cellmark Forensic Laboratory Reports dated January 9, 2014 and September 19, 2014, to ISP, Division of Forensic Services, Forensic Science Center at Chicago, 1941 West Roosevelt Road, Chicago, IL 60608. The Cellmark analysis must have been completed in compliance with the FBI's Quality Assurance Standards.

5. Cellmark is also ordered, if requested by ISP, to supply the ISP with comparison standards and/or Rule 417 data generated from DNA testing of known standards of Petitioners Corey Batchelor and Kevin Bailey, and the victim, Lula Mae Woods – or any other samples or Rule 417 data generated from Cellmark's DNA testing in this matter.

6. Once the Y-STR DNA testing and analysis is conducted on the Moore and Willis standards (paragraph 3), and ISP receives the samples and/or Rule 417 data from Cellmark (paragraphs 4-5), ISP is ordered to compare the Y-STR profiles from the Moore and Willis standards to the Y-STR data obtained from Cellmark pursuant to paragraph 4. The results of these comparisons shall be published in a report generated by ISP in a timely fashion. A copy of this report should be mailed or emailed to the undersigned parties.

7. Both ISP and Cellmark employees assigned to this case shall communicate with undersigned counsel for Petitioners, the Office of the Cook County State's Attorney, and the Attorney General. Cellmark shall provide in a timely manner any Rule 417 data relating to the DNA testing conducted pursuant to this order.

8. All parties and agents acting on behalf of parties named in this Order shall exercise maximum caution to prevent contamination of the evidence and shall ensure that a proper chain of custody is maintained at all times.

9. This order does not foreclose any of the parties from attempting to seek additional DNA or forensic testing on other items recovered during the investigation of the murder of Lula Mae Woods.

10. Nothing in this Order shall be interpreted as allowing or requiring the ISP to release saliva or blood "samples" or DNA profiles of Moore and/or Willis to Cellmark or any party representing Petitioners.

11. Any fees resulting from this Order will be forwarded to and paid by counsel for Petitioners.

ENTERED THIS _____ DAY OF_____, 2014.

_____
Hon. Clayton Crane, Presiding Judge


Joey Mogul, Counsel for Kevin Bailey
1180 N. Milwaukee Ave.
Chicago, IL 60642
Phone: (773) 235-0070
Fax: (773) 235-6699
Email: JoeyMogul@aol.com

Bryce Benjet
Innocence Project
40 Worth Street, Suite 701
New York, NY 10013
Phone: (212) 364-5980
Fax: (212) 364-5341
Email: bbenjet@innocenceproject.org
COUNSEL FOR KEVIN BAILEY

Joshua A. Tepfer
Steven A. Drizin
Center on Wrongful Convictions of Youth
Northwestern University School of Law
Bluhm Legal Clinic
357 East Chicago Avenue
Chicago, IL 60611
Phone: (312) 503-6298
Fax: (312) 503-8977
Email: j-tepfer@law.northwestern.edu
COUNSEL FOR COREY BATCHELOR


Melissa Meana, Assistant State's Attorney
Cook County State's Attorney's Office
2650 South California Avenue
Room 12D14
Chicago, IL 60608
Phone: (773) 674-6296
Fax: (773) 674-4440
Email:
melissa.meanahartmann@cookcountyil.gov
COUNSEL FOR THE STATE

Andres Padua, Assistant Attorney General
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
Phone: (312) 814-4324
Fax: (312) 814-4425
Email: cpadua@atg.state.il.us
COUNSEL FOR ISP

**ENTERED**
JUDGE CLAYTON J. CRANE - 1724

NOV 17 2014

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK_____

3