## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DANIEL LEWIS LEE,**
    **Movant**

**vs.**

                            **Criminal Case No. 4:97-cr-00243-KGB-2**
                            **CAPITAL CASE**

**UNITED STATES OF AMERICA,**
    **Respondent.**

## ORDER

Pending before the Court is defendant Daniel Lee's motion to declare the BOP's execution notice null and void. The request is granted.

This Court has never been asked to enter an order authorizing the BOP to set an execution date in this matter as required pursuant to 28 C.F.R. § 26.2. The BOP's actions setting an execution date in this matter are ultra vires and thus null and void.

It is so ordered this ___ day of _____, 2020

                                        _____

                                        Kristine G. Baker
                                        United States District Judge