DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS

Exhibit A:     Letter from Warden T.J. Watson to Daniel Lee (June 15, 2020)

Exhibit B:     Docket Sheet, *United States v. Victor Feguer*, No. 7-6031 (N.D. Iowa)

Exhibit C:     Government's Proposed Judgment and Order Implementing Judgment,
               *United States v. Fulks*, No. 4:02-cr-00992-JFA-1, Dkt. 696
               (D. S.C. Aug. 9, 2004)

Exhibit D:     Judgment and Order Implementing Judgment,
               *United States v. Fulks*, No. 4:02-cr-00992-JFA-1, Dkt. 854
               (D. S.C. Dec. 20, 2004)