**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**


**DANIEL LEWIS LEE,**
    **Movant**

**vs.**

                             **Criminal Case No. 4:97-cr-00243-KGB-2**
                             **CAPITAL CASE**

**UNITED STATES OF AMERICA,**
    **Respondent.**

**ORDER SETTING DATE FOR THE IMPLEMENTATION**
**OF THE SENTENCE OF DEATH**

On May 13, 2002, this Court sentenced Daniel Lewis Lee to death on Counts 3, 4, and 5 in the above-captioned case.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

The Attorney General shall release Daniel Lewis Lee to the custody of a United States Marshal, who shall on March 19, 2021, supervise the implementation of the sentence of death in the manner prescribed by the law of the State of Arkansas. 18 U.S.C. § 3596(a).


It is so ordered this ___ day of July, 2020

                                        _____

                                        Kristine G. Baker
                                        United States District Judge

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**


**DANIEL LEWIS LEE,**
     **Movant**

**vs.**

                                 **Criminal Case No. 4:97-cr-00243-KGB-2**
                                 **CAPITAL CASE**

**UNITED STATES OF AMERICA,**
     **Respondent.**


**RETURN**


I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to_____

_____

_____

with a certified copy of this Judgment.


                                 _____

                                 UNITED STATES MARSHAL


                                 By_____

                                     Deputy United States Marshal