DANIEL LEWIS LEE V. UNITED STATES
INDEX OF EXHIBITS

Exhibit A:    Declaration of Epidemiologist Dr. Chris Beyrer

Exhibit B:    Docket Sheet, *United States v. Victor Feguer*, No. 7-6031 (N.D. Iowa)

Exhibit C:    Opinion of Attorney General Caleb Cushing, 7 Op. Atty. Gen. 561 (1855)

Exhibit D:    Excerpts from Department of Justice Bureau of Prisons Manual of Policies and Procedures for the Administration of the Federal Penal and Correctional Service (1942)

Exhibit E:    Order Setting Date for the Implementation of the Death Sentence, *United States v. Hammer*, No. 4:96-cr-00239-JHS, Dkt. 711 (M.D. Pa. September 21, 2000)

Exhibit F:    Government's Memorandum Regarding Setting of an Execution Date, *United States v. Hammer*, No. 4:96-cr-00239-JHS, Dkt. 709 at 3-4 (M.D. Pa. Sept. 20, 2000)

Exhibit G:    Government's Memorandum Regarding Setting of a Particular Time Frame for Execution, *United States v. Hammer*, No. 4:96-cr-00239-JHS, Dkt. 719 at 3 (M.D. Pa. October 10, 2000)

Exhibit H:    US Fleet Forces Fragmentary Order Week of June 24, 2020

Exhibit I:    Declaration of George H. Kendall

Exhibit J:    Declaration of Bruce A. Green

Exhibit K:    FILED UNDER SEAL