# EXHIBIT A

DECLARATION OF CHRIS BEYRER, MD, MPH

I, Chris Beyrer, declare as follows:

1. I am over the age of 18, have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would testify competently as set forth below.

2. I am a professor of Epidemiology, International Health, and Medicine at the Johns Hopkins Bloomberg School of Public Health, where I regularly teach courses in the epidemiology of infectious diseases.

3. Epidemiology has been defined as "the study of the distribution and determinants of health-related states or events in specified populations, and the application of this study to the control of health problems."[1]

4. This past Spring, 2020 semester, I taught the epidemiology course on emerging infections at Hopkins. I am a member of the National Academy of Medicine, a former President of the International AIDS Society, and a past winner of the Lowell E. Bellin Award for Excellence in Preventive Medicine and Community Health. I have been active in infectious diseases Epidemiology since completing my training in Preventive Medicine and Public Health at Johns Hopkins in 1992. Over the course of my career, I have at various times studied and

---

[1] Last JM, editor. Dictionary of epidemiology. 4th ed. New York: Oxford University Press; 2001. P. 61.

published on the spread of infectious diseases within prisons. A copy of my curriculum vitae is attached as an exhibit.

5. I am currently actively at work on the COVID-19 pandemic in the United States.

6. Among other activities I am the Director of the Center for Public Health and Human Rights at Johns Hopkins, which is active in disease prevention and health promotion among vulnerable populations, including prisoners and detainees, in the US, Africa, Asia, and Latin America. I have submitted declarations regarding incarceration and COVID-19 in 13 states, including Washington, California, Illinois, New York, New Jersey, Georgia, Maryland, Missouri, Alabama, Texas, California, North Carolina, Tennessee, and Washington, DC.

**The History, Diagnosis and Nature of COVID-19**

7. A pandemic refers to an outbreak of disease with wide geographic spread which affects a large portion of the population. The SARS-CoV-2 virus, and the human infection it causes, COVID-19 disease, is a global pandemic and has been termed a global health emergency by the World Health Organization (WHO).

8. Cases of COVID-19 first began appearing sometime between December 1, 2019, and December 31, 2019, in Hubei Province, China. Most of the initial cases were associated with a wet seafood market in Wuhan City.

9. On January 7, 2020, the virus was isolated and identified. The virus was analyzed and discovered to be a coronavirus closely related to the SARS coronavirus which caused the 2002-2003 SARS epidemic.

10. On March 11, 2020, the WHO announced that the outbreak of COVID-19 was a pandemic. On March 13, President Donald Trump declared a national emergency.

11. To be classified as a confirmed case of COVID-19, an individual must meet confirmatory laboratory evidence. A viral test identifies people with current SARS-CoV-2 infection. Additionally, antibody tests can be used to identify people with a previous viral infection. To be determined a confirmed case, an individual must have undergone diagnostic testing, which is often limited in availability. For surveillance purposes, these test results must be reported to state or governmental agencies. However, for various reasons, not all tests are reported.

12. The case definition of a COVID-19 death is defined as follows: "A COVID-19 death is defined for surveillance purposes as a death resulting from a clinically compatible illness in a probable or confirmed COVID-19 case, unless there is a clear alternative cause of death that cannot be related to COVID-19 disease (e.g. trauma). There should be no period of complete recovery between the illness and death."

13. The number of COVID-19 reported cases and deaths can be influenced

3

by access to healthcare and testing as well as reporting practices and case definitions. It has been reported that political considerations my also be impacting reporting of case numbers and deaths, a factor that epidemiologists must take into consideration.

14.    The overall case fatality rate has been estimated to range from 0.3 to 3.5% in most countries, but over 7.0% in Italy. This is 5-35 times the fatality rate associated with influenza infection. The case fatality rate can be significantly higher depending on the presence of certain demographic and health factors.

15.    As of June 21, 2020, there have been 8,708,008 confirmed human cases globally and 461,715 known deaths.

16.    As of June 21, 2020, the Centers for Disease Control and Prevention (CDC) has reported 2,215,618 confirmed cases of coronavirus and 119,055 deaths in the United States.

17.    COVID-19 cases continue to rise in the United States. There has been wide variation in COVID-19 trends across states. Forecast data predicts large variability across states in the next few months due to state-level policies and variation in contact rates.[2]  Just in the past week, rates in some states and counties that had previously seen little disease have risen dramatically.

18.    The "reproduction number," also known as $R_0$, is an estimate of the number of people to which someone with COVID-19 will pass on the disease. This

---

[2] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/forecasting-us.html (Last visited June 21, 2020)

number, a measure of the rate of transmission of the virus, varies by location and by how well social distancing and other preventive measures have been practiced.  For example, in Massachusetts, the reproduction number is 0.7, whereas in Texas the reproduction number is 1.2 as of June 21, 2020.

19.    As $R_0$ increases, the number of new cases increases exponentially.  An outbreak is expected to continue if the $R_0$ is greater than 1 (as it currently is in Texas), and to end if it is lower than 1 (as it currently is in Massachusetts).[3]

20.    Engaging in COVID-19 prevention strategies, such as social distancing, helps to reduce the $R_0$.  However, if preventive strategies such as social distancing are not practiced or stop being practiced, $R_0$ may increase.

21.    At the beginning of the epidemic, before adequate prevention measures were instituted, each infected person transmitted the virus to 2-3 people.  The relaxation of prevention measures threatens to result in a return in the transmission rate to these higher levels.

22.    Travel has the potential to seed new outbreaks across the country. The outbreak of COVID-19 in New York is estimated to be responsible for 60-65% of cases nationwide, and travel from Seattle spread the virus to at least 12 different states.

23.    The Indiana State Health Department provides statewide and county-by-

---

[3] Delamater, P. L., Street, E. J., Leslie, T. F., Yang, Y., & Jacobsen, K. H. (2019). Complexity of the Basic Reproduction Number (R0). *Emerging Infectious Diseases*, *25*(1), 1-4. https://dx.doi.org/10.3201/eid2501.171901.

county COVID-19 tracking. As of June 21, 2020, Indiana reported 42,423 positive COVID-19 cases and 2,350 deaths.   In Marion county, 10,945 confirmed cases and 668 deaths have been reported. In Vigo County, there were 210 confirmed cases and 8 deaths.

24.    As of June 16, it was reported that 46,249 people in state and federal prisons tested positive for COVID-19, and 548 have died. The Federal Bureau of Prisons reported that as of June 25, 2020, 6,364 prisoners in BOP institutions have had confirmed cases of COVID-19, and 89 had died.[4]

25.    In the United States, dramatic outbreaks have occurred in the Cook County jail and Rikers Island in New York City. In New York City jails, the infection rate of COVID-19 among those in custody is 16 times higher than that of the U.S. population overall.

26.    In the course of my research and work with identification of disease in prisons, I have found that reported cases often reflect an underrepresentation of actual cases, as testing policies and reporting procedures are inconsistent across facilities. Anecdotal evidence, including the unavailability of widespread access to COVID testing during the early months of the pandemic, suggests cases of COVID-19 have also gone unidentified within prisons and the number of cases has been underreported.

---

[4] https://www.bop.gov/coronavirus/ (Last visited June 26, 2020)

27. The CDC projects that over 200 million people in the United States could be infected with COVID-19 over the course of the pandemic without effective public health intervention, with as many as 200,000 to 1.7 million projected deaths under a worst case scenario.

**Nature of the Disease**

28. COVID-19 is a serious disease. There is currently no vaccine or known cure. Although it is often compared to influenza, the overall case fatality rate is 5-35 times the fatality rate associated with influenza infection. And unlike influenza, overall, some 20% of cases will have more severe disease requiring medical intervention and support.

29. The virus enters the body when someone inhales respiratory droplets containing SARS-CoV-2, or when these droplets enter via the eyes. The coronavirus then enters cells in the nose and throat where it invades them by latching onto a receptor at the cell surface. It then proliferates by using the invaded cell's own machinery. From there, the virus can spread from the nose and throat to the lungs, where the virus—and the body's immune response—can disrupt the flow of oxygen into the blood, causing coughing and shortness of breath. SARS-CoV-2 can invade many other organs in the body with a wide range of effects: seizures and strokes in the brain; blood clots and cardiac inflammation in the vessels and heart; and liver and kidney damage.

30. The course of illness in any particular person is unpredictable. Some individuals with COVID-19 may have no symptoms or only mild symptoms, while others may develop severe illness.

31. The "mild" symptoms for COVID-19 are fever, chills, cough, shortness of breath, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, and diarrhea. Many COVID-19 infections resolve within a few weeks.

32. However, a subset of individuals has enduring symptoms that last months. Many of these individuals are young and previously healthy.

33. Once contracted, COVID-19 can cause severe damage to lung tissue, including a permanent loss of respiratory capacity.

34. It can permanently damage tissues in other vital organs as well, such as the heart, central nervous system, and liver.

35. There are multiple mechanisms by which COVID-19 kills. Among patients who have more serious disease, some 30% will progress to Acute Respiratory Distress Syndrome (ARDS), a condition in which oxygen levels in the blood and blood pressure falls dramatically. ARDS has a 30% mortality rate overall, higher in those with other health conditions. Some 13% of these patients will require mechanical ventilation.

36. COVID-19 can also cause heart damage, blood clots, and constriction

of blood vessels, all of which can play a role in causing death.  Kidney failure can also be involved in COVID-19 mortality.

37.     COVID-19 can severely damage lung tissue, which requires an extensive period of rehabilitation, and in some cases, cause permanent loss of breathing capacity. COVID-19 may also target the heart, causing a medical condition called myocarditis, or inflammation of the heart muscle. Myocarditis can reduce the heart's ability to pump.

38.     A "cytokine storm," which can come in the wake of a COVID-19 infection, is an exaggerated response of the immune system in which a flood of inflammatory signaling molecules are unleashed onto the body. These molecules cause blood vessels to become leaky, resulting in a drop in blood pressure. Blood clots become more likely to form and obstruct vessels. Organs may not get the oxygen they need to function. Some treatments may help dampen the cytokine storm, but it is nonetheless a complication of grave concern. In a new study, for example, dexamethasone, a steroid that hampers inflammation, reduced COVID-19 deaths among those using ventilators by one-third.[5]

39.     There are multiple estimates of the ratio between all known cases and known deaths (the "case-fatality ratio") for COVID-19 across different states. In

---

[5]https://www.recoverytrial.net/files/recovery_dexamethasone_statement_160620_final.pdf

Indiana, for example, the case-fatality ratio by age are as follows, as of June 22, 2020. These estimates are representative of trends in most states, in which mortality rises steeply above 60-70 years of age:

| | |
|---|---|
| 0-19 | 0.08% |
| 20-29 | 0.21% |
| 30-39 | 0.68% |
| 40-49 | 1.86% |
| 50-59 | 5.12% |
| 60-69 | 16.38% |
| 70-79 | 24.55% |
| 80+ | 51.12% |

40.     A number of underlying conditions, other than age, create higher risk and influence the course of symptoms and mortality rate.  For example, people with type 2 diabetes are nearly 4 times more likely to develop serious disease or die from COVID-19.  Heart disease, COPD, hypertension, and cancer are all risk factors for ICU admission, ventilation, or death.

41.     The COVID-19 mortality rate is twelve times higher among those with underlying conditions. Specifically, 19.5% of people with COVID-19 who had underlying health conditions died as compared to 1.6% of those without underlying conditions.

42.     Epidemiologists have collected additional demographic data on populations of COVID sufferers.  Individuals with obesity are about twice as likely to be hospitalized with COVID-19.  Younger patients with obesity are more likely

10

to require hospital admission and ICU care when infected than their non-obese counterparts.

43.     Black and Latinx individuals have also been disproportionately affected by COVID-19.

44.     Males are more likely to die of COVID-19 than females.

45.     A person in her 80's with a heart condition and a person in her 40's with atrial fibrillation would both be at increased risk for serious COVID-19 infection and complications.

**Transmission of the Virus**

46.     COVID-19 passes from person to person primarily through respiratory droplets. This can happen whenever a person expels droplets into the air, and increases when an infected individual speaks, shouts, sings, coughs, or sneezes. It can also survive on hard surfaces for hours to days. New information indicates that COVID-19 may also be transmissible through aerosolized fecal contact.

47.     The onset and duration of viral shedding, which propagates spread, and the period of infectiousness for COVID-19, are not well understood.

48.     However, we do know that someone who is contagious does not necessarily show symptoms. There are two times when this could occur: (1) the pre-symptomatic stage, and (2) an asymptomatic case.

49.     A pre-symptomatic person will go on to develop symptoms, but can

be infectious for up to 3 days before symptoms first develop.

50.    Asymptomatic individuals never go on to develop symptoms, but still test positive for SARS-CoV-2.  It is unclear how infectious they are.

51.    However, the combined effect of pre-symptomatic and asymptomatic carriers is thought to account for a substantial portion of SARS-CoV-2 transmission, with some estimates putting it at between 50 to 80% depending on the setting.

52.    The length of time a person spends in an environment that harbors the virus increases his or her chance of contracting it.  While a very short period of time may be enough for someone to contract it if the viral load is heavy, a longer period of time in the presence of even a small amount of virus increases the chance of infection.

53.    For contact tracing purposes to determine a high likelihood of exposure, "close contact" is often defined as within 6 feet for more than 3 minutes.

54.    The most dangerous transmission scenarios are indoor environments with poor ventilation in which people are close together. Research suggests that speech droplets which carry the virus that causes COVID-19 can linger in the air in closed environments for 8 to 14 minutes.  A study currently under review found that among 1,245 cases during the COVID-19 outbreak in China, there was only one case of COVID-19 transmission that was in an outdoor environment,

12

highlighting the overwhelming predominance of COVID-19 transmission in indoor environments.

55.     Wearing face masks helps to mitigate transmission of SARS-CoV-2, but does not guarantee full protection.  This is why medical personnel wear full coverage PPE.

56.     When wearing non-N95 face masks, social distancing must be maintained to avoid acquiring the virus.  The two measures must be taken in combination – wearing a mask *and* social distancing.

57.     Poorly ventilated spaces increase the likelihood of COVID-19 transmission. Some airflow studies have found that respiratory droplets can travel between people even from 10 feet away, suggesting that even the social distancing recommendation of 6 feet may be insufficient depending on ventilation.  Airflow direction may also influence transmission. One case report from China found that a cluster of infections mapped onto the direction of air conditioning flow through a restaurant.

58.     Wearing face masks mitigates transmission of SARS-CoV-2, but does not guarantee full protection. Wearing a mask helps keep the person wearing it from spreading disease to another but it does not necessarily protect the person wearing it.  Masks also vary significantly in the degree of protection they confer. The virus can also enter one's body through his or her eye membranes.

59.    The virus can also be transmitted from contact with hard surfaces.  We know it can live for 72 hours on plastic and metal, 48 hours on stainless steel, and 24 hours on cardboard.  It is unclear how long the virus can live on clothes.

60.    CDC guidelines indicate that surfaces need to be cleaned with soap and water, followed by a disinfectant. Proper disinfectants include diluted household bleach solutions as well as alcohol solutions with at least 70% alcohol.

**COVID-related Dangers to Travelers**

61.    Travel involves significant risks of transmission.

62.    All airports pose a risk of COVID-19 due to the need to stand in security lines as well as exposure to high contact surfaces and close proximity to others. Visiting airports in cities with higher case counts increases one's risk of exposure to an infected person or surface.

63.    I have been asked about case and death counts for some specific locations.  The numbers listed below represent the number of cases and deaths as of June 21, 2020.  (Reporting on COVID-19 deaths may be delayed as it can take several weeks for death certificates to be submitted and processed):

- Houston, TX (Harris County: 20,874 cases, 332 deaths)
- Chicago, IL (Cook County: 86,851 cases, 4,390 deaths)
- Washington, D.C. (District of Columbia: 9,984 cases; 531 deaths)
- Chapel Hill, NC (Durham County: 3,094 cases; 60 deaths)
- Portland, ME (Cumberland County: 1,534 cases; 58 deaths)

14

- Oklahoma City, OK (Oklahoma County: 1,990 cases; 65 deaths)

- Knoxville, TN (Blount County: 127 cases; 3 deaths)

- Philadelphia, PA (Philadelphia County: 24,841 cases; 1,552 deaths)

- Little Rock, AR (Pulaski County: 1,499 cases, 52 deaths)

- Indianapolis, IN. (Marion County: 10,945 cases, 668 deaths).

64.    Just four days later, on June 25, 2020, the number of cases in Harris County had increased by 4,912 cases to 25,786.

65.    Risk of infection is elevated when passing through cities with high case counts, as this activity heightens one's risk of coming into contact with an infected person.

66.    Cook County has the highest reported number of cases by county in the United States.  Philadelphia and Harris counties, as well as the District of Columbia are in the list of top 50 counties with the highest number of confirmed cases.

67.    The number of new cases per day has shown a troubling positive trend in the past week with 37,667 new cases reported on June 24th, an increase in 9,839 cases/day from a week prior.[6] This marks the second highest number of cases/day in the United States since the virus first came into the U.S.

68.    COVID-19 has continued to spread in Arkansas. In the last month, the

---

[6] https://www.cdc.gov/covid-data-tracker/#trends (Last visited June 25, 2020.)

number of cases has almost tripled (5,644 cases reported on May 21st; 15,142 cases reported June 21st). In response to the climbing cases, on June 18th the Governor extended the Public Health Emergency Order for another forty-five days. Pulaski County, which includes Little Rock, has one of the highest number of cases in Arkansas and reported 1,499 positive cases and 52 deaths from COVID-19 as of June 21, 2020.

69.    Austin, Texas is the largest city of Travis County. Travis County recently reported a third consecutive day of record cases in the County, with 6,210 cases and 110 deaths as of June 21, 2020.   The number of new cases reported per day have increased exponentially in the past month, with 68 cases reported on May 21st and 506 cases reported on June 21st.

70.    Air travel can lead to numerous risks of transmission. While that risk depends on the number of individuals on a plane, and the amount of space left between them, there are anecdotal reports of airplanes operating at nearly full capacity, making social distancing impossible.

71.    Small planes have more limited capacity in the first place. Therefore, a few extra passengers can lead to cramped quarters without distancing.

72.    Air circulation on planes may not be uniform or subject to the control of an individual passenger.  A fellow traveler, for example, may choose to increase the air flow from his personal vent or point it away from himself, towards another

passenger.

73.     There is also little data on compliance, once in flight, with mask-wearing guidelines.  Passengers who eat or drink on a flight will lower their masks at least for the duration of consuming food.

74.     Waiting in airports has similar risk—social distancing is necessary with consistent mask wearing among everyone present. Sitting away from others, using hand sanitizer or washing hands frequently after touching any high-touch surfaces (such as seat armrests), and reducing close contact with airport staff are all important ways to reduce the risk but depend on others being equally compliant.

75.     Passing through security checkpoints may also involve risk of touching common surfaces and luggage bins.  The risk is increased for anyone who may have to be patted down while passing through security.

76.     Taking cabs leads to close contact with the driver, who may spread the virus. A study from Zhuhai, China found that sharing a car with someone infected significantly increased the risk of that person then becoming infected.  In addition, if cab owners do not wipe down the interior after each passenger, there may be residual risk of infection from the prior trip.

77.     The risk of infection from using public restrooms varies, depending on how often and how thoroughly they are cleaned.  However, the distance between bathroom stalls and sinks may not provide adequate distancing, especially

in an environment that may seem private enough for one to remove his or her mask. And, as noted earlier, new information indicates that COVID-19 may also be transmissible through aerosolized fecal contact.

78.    The risks from staying in a hotel includes the virus remaining on surfaces if rooms were not properly cleaned. This may occur if staff who clean the rooms are infected but are not taking proper precautions (wearing a mask, washing their hands, etc.) or are engaging in any improper cleaning practices (using cleaners that are too weak, for instance).

79.    During check-in, as well, it may be difficult to remain 6 feet or more from others, including guests and staff. It may also be difficult to avoid elevators which present a risk of infection, as they are a close, confined space. Individuals who are infected may touch the buttons or join others in the elevator, thus exposing them to transmission.

80.    Wearing a mask, and insisting others wear a mask, can help reduce these risks. Realistically, unfortunately, there are few situations in which a traveler or hotel guest can reasonably be expected to (or claim the authority to) insist that someone else wear a mask (or maintain an appropriate distance.)

81.    Discretionary travel, crowded rooms, and indoor events without prior assurances that social distancing can be maintained should be avoided whenever possible.

18

**COVID Transmission within Prison**

82.     As noted above, I am the Director of the Center for Public Health and Human Rights at Johns Hopkins, which is active in disease prevention and health promotion among vulnerable populations, including prisoners and detainees, and over the course of my career, I have studied and published on the spread of infectious diseases within prisons.

83.     Prisons are known to have poor infection control mechanisms available, and are often hotspots for infectious diseases, including SARS-CoV-2, as well as HIV, tuberculosis, hepatitis viruses, influenza, and others.

84.     There are a number of reasons for this: First, as with other contaminate environments, like nursing homes, to receive basic necessities, prisoners are required to interact with numerous correctional officers daily: to receive food, receive medication, be let outside into recreational facilities. One infected correctional officer can spread infections between different areas of the prison.

85.     Second, meaningful isolation and social distancing within a prison, among infected or exposed persons, is nearly impossible. Crowded conditions are a known risk factor for infection, and high-density prisons can more than double the risk of major infection, for instance for tuberculosis.  Prisons rarely have the facilities available to allow individuals to quarantine properly. Those in need of

19

quarantine and monitoring for symptoms, for instance, are often put in special housing units (SHU), which in turn requires further interactions with correctional officers, often in a delayed manner.

86.    Third, prisons typically lack the facilities for quick and efficient dispensation of medical care and testing. This fact has been well-documented in prior studies of tuberculosis, which found 21% of prisons lacked organized healthcare systems allowing for timely testing.[7]  In addition, notably for SARS-CoV-2, individuals can quickly deteriorate, and current sick call protocols can make it difficult to receive care in the event of worsening symptoms.

87.    There are numerous examples of spread within prison facilities. The CDC reports up to 420 facilities from January 21 to April 21, 2020 reporting at least one infection.

88.    Transmission prevention in prisons is difficult because a prison is not a closed system. Even with the suspension of in-person visitation, correctional officers and other staff have to go home at the end of the day. Therefore, there is no way to ensure that community-related infections do not enter the prison system and quickly spread.

89.    We know this to be the case because all visiting, both social and legal,

---

[7]   Masoud Dara et al., Tuberculosis Control in Prisons:  Current Situation and Research Gaps," *International Journal of Infectious Diseases*, Special Issue:  Commemorating World Tuberculosis Day 2015, 32 (March 1, 2015):111-17, https://doi.org/10.1016/j.ijid.2014.12.029.

was terminated for all prisons in the federal system in mid-March.  Nevertheless, infections and deaths have been reported at federal facilities across the country.

90.    For example, the Lompoc federal prisons report exceedingly high rates of COVID-19 infection. Nearly all of the incarcerated individuals at Lompoc FCI (992 total inmates) tested positive for COVID-19, and many were reported to be asymptomatic.  Lompoc FCI reported administering 986 tests, resulting in 922 positive results.  Lompoc USP (1,555 total inmates) reported administering 377 tests with 126 results pending and 112 positive results.  The Lompoc federal prison accounts for a large percentage of the 2,421 cases in Santa Barbara County.

91.    The rate of testing at the federal prison at Lompoc seems to have been relatively high.  This may account for the high numbers of infection found there as compared to other federal facilities in which the testing rate has been much lower.

92.    Many prisons have implemented screening measures to try to identify officers and other staff who may be infected before they enter the prison. However, these screening efforts have been inadequate: often, screening includes only a temperature check to assess fever, and/or a brief questionnaire about contact with COVID-19 patients or recent travel. Such screening efforts are ineffective because individuals can be infected and present with extremely mild or no symptoms. The WHO estimates this makes up some 80% of infections.  Therefore, individuals who are exposed to COVID-19 patients may not know they were

exposed, and therefore answer a screener question in the negative. They also may not develop a fever, which also would allow them to pass screening. In addition, some screening protocols only ask that staff members take their own temperatures at home and rely on staff member compliance and accurate reporting.

93.    Prisons, as noted, have proved to be exceedingly difficult environments for containing the virus.  On top of this, proper screening has not been conducted consistently, if at all, in most institutions.  This would have entailed universal testing of officers and staff for active SARS-CoV-2 infection at regular intervals.  In addition, proper personal protective equipment (PPE) should have been made mandatory for everyone entering the facilities, in order to reduce the likelihood of spread in the event an infected individual did pass the screening.

94.    Testing in prison, overall, is very inconsistent. Many prisons only test incarcerated people if they develop symptoms. In a recent report from the CDC, more than 30% of jurisdictions failed to report any data on SARS-CoV-2 infection in their prisons or jails. In addition, the report highlighted that many correctional facilities do not provide testing to their staff, and have proceeded on the problematic assumption that they will receive testing from outside medical systems (such as the local hospital or community testing site).[8]

---

[8]  Megan Wallace, "COVID-19 in Correctional and Detention Facilities – United States, February-April 2020."*Morbidity and Mortality Weekly Report* 69 (2020), https://dol.org/10.15585/mmwr.mm6919e1.

95.    Without widespread testing, it is impossible to know the extent of transmission within a facility due to asymptomatic and pre-symptomatic carriers.

96.    Without widespread testing, it is also impossible to assess the risk to the prison population, including prisoners, staff, and any visitors to the facility.

97.    Once infection has entered a facility, control is extremely difficult unless drastic steps are taken early. Individuals often share a cell or are in dorm-style facilities, where individuals spend large portions of the day in close contact nearer than 6 feet. For example, in most dorm-style facilities, there can only be up to 3 or 4 feet of distance between bunks, and up to 3 feet from the bunk above/below. This results in 3 to 5 individuals being within 6 feet for at least 8 hours of the day.

98.    Even in sections of prisons in which prisoners have individual cells, transmission can happen quickly and be widespread because of interaction with staff; use of common equipment like computers and telephone handsets; ventilation circulating from other areas of the prison through common vents; passing of food trays; and use of exercise equipment.

99.    There are a number of high-touch surfaces in prisons that would need to be wiped down after every individual use: phones, trays, magazines/books, remote controls, tables, chairs, and others. This, in turn, requires that cleaning supplies will remain available and dedicated staff or other incarcerated people will

23

be able to complete the task consistently.

100.    Also, hand washing is an important mitigation factor, but often has low adherence, either due to enough soap not being available, or human behavioral challenges. A pre-COVID report from the CDC has noted, for instance, that even in a hospital setting among healthcare workers, only 41% of doctors and nurses washed their hands every time they were supposed to.[9]  It is unlikely that currently incarcerated people and staff will be able to attain perfect adherence.

101.    Were visits to resume, this risk of contamination would be greatly increased.

**COVID-19 Risks to People Visiting a Prison**

102.    Prisons have a number of factors that increase the risk of contracting SARS-CoV-2 and developing disease even upon a visit. For instance, visitors have to interact with a number of staff in order to enter and move through the prison. Facilities often include narrow hallways where exposure to SARS-CoV-2 may occur. In addition, areas that are not wiped down often may continue to have SARS-CoV-2, such as on the surface of tabletops, restrooms, and chairs.  And if incarcerated individuals are infected, contact with them may also transmit the

---

[9] Healthcare Infection Control Practices Advisory Committee and the HICPAC/SHEA/APIC/IDSA Hand Hygiene Task Force, "Guideline for Hand Hygiene in Health-Care Settings," (2002), accessed June 22, 2020, https://www.cdc.gov/mmwr/preview/mmwrhtml/rr5116a1.htm.

virus. The more prolonged the contact, the greater the risk of transmission.

103. A number of factors can increase the risk of infection, including the length of time, the number of days spent there, using common spaces including bathrooms, inadequate social distancing, and lack of masks. For example, even if contact is brief, multiple brief close contacts over a number of days leads to an increase in overall exposure.

104. If everyone were to wear a mask with perfect adherence, the risk of infection would be mitigated. However, while in the facility, incarcerated people have to sleep and they as well as staff need to eat. As a result, it is difficult to eliminate the risk. In addition, the type of mask and its quality impact its ability to reduce spread. For instance, cloth and paper masks have been shown to be helpful, but without proper cleaning or a new mask after the paper ones have become soiled, they will not be as effective. They also are both much less protective than an N95 or other higher-quality mask. To date, there have been nationwide shortages of PPE. It is currently unlikely that a prison would have enough PPE in order to meet these requirements for all staff and incarcerated people.

105. Information about compliance with mask-wearing requirements is limited. However, in a study of healthcare workers in France, for example, researchers found that even among nurses and physicians who worked in COVID-19 areas and therefore understood the importance of PPE firsthand, 53.8% still

report having had more than four close contacts per day with colleagues without a mask in the hospital, and 76.2% reported using a mask "never" or "not often" while outside the home and hospital (e.g., such as going to the grocery store, taking a walk outside, etc.).

106.   It is also well-known that contamination from masks and other PPE can occur, often during removal. One U.S. study found that detectable contamination occurred with 10 to 20% of healthcare workers, even after being instructed in proper removal.[10]  This highlights that even healthcare workers who are trained and used to donning and removing PPE still have contamination and inconsistent adherence. It is very unlikely there would be higher rates of compliance and lower rates of contamination among correctional officers and incarcerated people, who are not used to these protocols and who are experiencing shortages of the necessary equipment.

**Dangers of Community Spread from Someone Who Has Traveled And Visited a Prison**

107.   Travel, as noted previously, increases risk for COVID-19 infection and spread. Therefore, the CDC recommends staying home and avoiding close contact with others.  Air travel, hotel stays, and prison visits can increase risk of getting COVID-19, as these activities involve spending time in security lines,

---

[10] Lisa Casanova et al., "Virus Transfer from Personal Protective Equipment to Healthcare Employees' Skin and Clothing," *Emerging Infectious Diseases* 14, no. 8 (August 2008): 1291–93, https://doi.org/10.3201/eid1408.080085.

exposure to high contact surfaces, and close proximity to others.

108.    Risk to individuals and their household members increases if they or their household members are at greater risk of contracting COVID-19 or experiencing more severe outcomes. Living in a household with an infected person increases risk of COVID-19 transmission, as it can be difficult to socially distance between household members (stay 6 away,) and there are many shared surfaces in a household.

109.    As asymptomatic transmission is possible, a person may return from a trip having been exposed to COVID-19 but show no signs of illness, which puts their household members at greater risk of infection.

110.    For people who have recently traveled, some state and local governments may require a period of quarantine where the person must stay home for 14 days. But one is typically not able to quarantine from others in their household.

111.    In the same fashion, if individuals became infected while inside a prison, they would pose a risk to anyone they came in contact with, including others in the prison; cab drivers, hotel staff, and fellow travelers they encounter upon their departure; and to everyone in the household to which they are returning.

**When Will Travel and Prison Visits Be Safe?**

112.    It is not yet known when COVID-19 cases will be reduced in the

United States, as transmission dynamics currently vary dramatically by state, and as infection rates in numerous areas continue to rise. Viruses like influenza spread more during cold weather months, but it is still possible to become infected during other seasons. Investigations on the transmissibility of COVID-19 are ongoing.

113.    Currently the number of new COVID-19 cases is on the rise. Reputable national-level forecasts predict an upward trajectory and, as of June 25, 2020, 22 states had increasing infection rates – some exponential.[11]  Models differ, but it is expected that SARS-CoV-2 will continue to circulate in the population for a long while, including through the rest of the year and the beginning of 2021.

114.    It is difficult to predict the rate of new case incidence or the levels of mortality, without strict mitigation measures implemented with near perfect compliance.  However, based on (1) available data; (2) national and regional academic and governmental forecasts; (3) the collective research and experience of epidemiologists who are studying the spread of the disease; and (4) assuming current levels of mitigation and compliance with no increase in or additional relaxing of mitigation, I believe the virus will continue to pose a significant health concern in the United States until at least the Spring of 2021.

115.    There will likely be substantial variation by state due to the number of

---

[11] https://www.cdc.gov/coronavirus/2019-ncov/covid-data/forecasting-us.html (Last visited, June 25, 2020.)

28

infected people in each, as well as varying state-level COVID-19 prevention policies. There is currently much to learn about the transmissibility of the virus.

116.  There is no known cure or definitive treatment for COVID-19 at this time.

117.  There are no effective treatments for COVID-19 presently approved by the U.S. Food and Drug Administration (FDA). Clinical management of persons infected with COVID-19 includes infection prevention and control measures, and when indicated, supportive care such as supplemental oxygen and ventilatory support.

118.  There is no vaccine to prevent COVID-19; a vaccine will likely not be available for widespread use for at least a year.

**Conclusions**

119.  It is my opinion, to a reasonable degree of medical certainty, that overnight, out-of-state travel, poses a significant and enhanced risk to the traveler and the members of his or her household, of contracting, and causing community spread of, COVID-19, a disease which can cause serious illness, long-term and permanent health effects, and death.

120.  It is my opinion, to a reasonable degree of medical certainty, that visiting a prison, poses a significant and enhanced risk to the traveler and members of his or her household, of contracting, and causing community spread of, COVID-

19, a disease which can cause serious illness, long-term and permanent health effects, and death.

121.   It is my opinion, to a reasonable degree of medical certainty, that traveling from out of state and visiting a prison, poses a significant and enhanced risk of the traveler bringing SARS-CoV-2 into the prison and transmitting it to staff, prisoners, and others one encounters in the prison, including other visitors.

122.   It is my opinion, to a reasonable degree of medical certainty, that travel and visits to penal institutions currently risks public health and community spread and will remain a risk until at least the Spring of 2021.

I declare subject to the penalty of perjury that the foregoing it true and correct, this 28th day of June, 2020.

_____

Chris Beyrer, MD, MPH

30