# EXHIBIT B

CRIMINAL DOCKET   7 --   6031
UNITED STATES DISTRICT COURT

D. C. Form No. 100A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES<br><br>vs.<br><br>Victor Harry Feguer. | *For U. S.:*<br>F. E. Van Alstine,<br>United States Attorney.<br><br>*For Defendant:*<br>Paul L. Kildee,<br>609 1st Natl. Bldg.,<br>Waterloo, Iowa.<br><br>Frederick G. White,<br>611 Marsh Place Bldg.,<br>Waterloo, Iowa. |

| STATISTICAL RECORD | COSTS | | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|---|
| J.S. 2 mailed 8-3-60 | Clerk | | | | | | |
| J.S. 3 mailed 4-5-61 | Marshal | $111.30<br>108.00 | | | | | |
| Violation Kidnapped person not liberated unharmed.<br>Title 18<br>Sec. 1201 (a) | Docket fee | | | | | | |

| DATE 1960 | PROCEEDINGS |
|---|---|
| July 25 | Filed United States Attorney's motion for commitment of Victor Harry Feguer to U. S. Medical Center for custodial care and examination as to mental condition.<br>Filed Order of Court granting said motion. |
| Aug. 9 | Filed Indictment with Order thereon that defendant be held in custody without bail pending disposal of Indictment. (OB-1-280)<br>Filed Record of Foreman of Grand Jury. |
| Aug. 23 | Filed Order on Arraignment. (OB-1-293)<br>Attested copies of above Order mailed to U. S. Attorney and to defenda |
| Aug. 26 | Filed Order for continuation of arraignment. (OB-1-297)<br>Attested copies of above Order mailed to U.S. Attorney and to defendan<br>copy delivered to U.S. Marshal. |

Docket 7- 6031

| DATE 1960 | PROCEEDINGS |
|---|---|
| ig.29 | Filed certified shorthand notes of Dennis Quinn, OCR, on arraignment proceedings at Waterloo, August 23, 1960. (In separate drawer). Filed transcript of Dennis Quinn, OCR, on arraignment proceedings at Waterloo, August 23, 1960. |
| pt.1 | Filed Order on Arraignment/September 1, 1960. (OB-1-300). and Plea |
| t. 2 | Filed attested copy of Order of August 26, 1960 on Arraignment, with Marshal's return thereon. Filed Order as to Assistance of counsel for defendant. (OB-1-301½). |
| t. 3 | Attested copies of last two above noted Orders mailed special delivery to defendant c/o Sheriff, Blackhawk County, at Waterloo; and two such copies mailed U.S.Attorney, Sioux City. |
| t. 1 | Filed Order under the provisions of Section 4244, Title 18, United States Code as to defendant's capability of understanding nature of proceedings and mental competency to assist in his own defense. (OB1-300½). |
| t. 8 | Attested copies of above Order mailed to F.E. Van Alstine, U.S.Atty., Sioux City, Iowa; and to defendant, c/o Sheriff, Black Hawk County, Iowa, Waterloo, Iowa. |
| t. 9 | Filed Order as to Assistance of Counsel, and appointing Paul L. Kildee, as said counsel. (OB-1, p. 304) |
| .10 | Attested copies of above Order mailed this date to F.E. Van Alstine, U.S.Attorney, Sioux City, Iowa; Paul L. Kildee, First Nat'l. Bldg, Waterloo, Iowa; to Deft., c/o Sheriff, Black Hawk County, Iowa; to Sheriff, Black Hawk County, Iowa, Waterloo, Iowa; and copy delivered to Clement H. Crahan, U. S. Marshal, Dubuque, Iowa. |
| . 13 | Filed certified shorthand notes of Dennis Quinn, OCR, on further arraignment proceedings at Waterloo, September 1, 1960. (In separate drawer). Filed transcript of Dennis Quinn, OCR, on further arraignment proceedings at Waterloo, September 1, 1960. |
| t.15 | Filed Application of Paul L. Kildee for appointment of Frederick G. White as additional counsel for defendant. |
| t.16 | Filed Order appointing Frederick G. White of Waterloo, Iowa, as counsel to assist Paul L. Kildee. (OB1-308). |
| t.17 | Attested copies of above Order mailed this date to F.E.Van Alstine, U.S. Attorney, Sioux City, Iowa; Paul L. Kildee, First Natl.Bldg., Waterloo, Iowa; Frederick G. White, 611 Marsh Place Bldg., Waterloo, Iowa; Sheriff, Black Hawk County, Iowa, Waterloo, Iowa; and to Victor Harry Feguer, c/o Sheriff, Black Hawk County, Iowa. |
| t.30 | Filed Plaintiff's motion requesting appointment of psychiatrists, re Rule 28, F.R.C.P. |
| . 5 | Filed Order fixing October 15, 1960, for hearing on appointment of expert witnesses under Rule 28, FRCP., (OB-1-315) and mailed |

| DATE 1960 | PROCEEDINGS |
|---|---|
| | attested copies to F. E. Van Alstine, U.S.Attorney, to defendant, and to his counsel, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Oct. 15 | Filed record entry of appearance of counsel for Defendant. (OB1-318) |
| | Filed Order assigning case for jury trial at Waterloo, January 9, 1961. (OB1-319); and mailed attested copies to F. E. Van Alstine, U.S.Attorney, to defendant, and to his counsel, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| | Filed Order on appointment of Richard A. Stamm, M.D., Staff Psychiatrist at Medical Center for Federal Prisoners, Springfield, Missouri, as an expert witness under Rule 28 (OB1-320); and mailed attested copies to F. E. Van Alstine, U.S.Attorney; Paul L. Kildee, attorney for defendant; the defendant; Richard A. Stamm, M.D., and Clement W. Crahan, U. S. Marshal. |
| Oct. 18 | Filed Government's Motion to advance trial date from 1-9-'61 to 10-31-'60; with certificate of service attached. |
| Oct. 19 | Filed Defendant's Motion for Issuance of Subpoenas and mailed copy to U.S.Attorney. |
| Oct. 25 | Filed certified shorthand notes of proceedings at Waterloo, Iowa, on October 15, 1960. (In separate drawer.) |
| | Filed transcript of proceedings at Waterloo, Iowa, on October 15, 1960. (In separate envelope.) |
| Nov. 10 | Filed Order as to Matter of Trial and Related Matters.(OB1-349) |
| | Filed Order granting Motion of Defendant for Issuance of Subpoenaes for Witnesses under Rule 17(B), FRCP. (OB1-350) |
| | Attested copies of above Orders mailed to F.E.Van Alstine,U.S.Attorney counsel for defendant; and to defendant, c/o Dr. Richard A.Stamm, Medical Center for Federal Prisoners, Springfield, Missouri. |
| Dec. 14 | Filed copy of letter from Hon. Henry N. Graven, Judge, to Warden, Medical Center for Federal Prisoners, Springfield, Mo., advising it will be satisfactory to have defendant remain at Medical Center until 1-9-61. |
| 1961 Jan. 12 | Filed Order as to time for making pretrial motions by the defendant OB 1 P 389 |
| Jan. 13 | Filed attested copy of Order on Appointment of Expert Witness with Marshal's return thereon showing defendant delivered to Medical Center for Federal Prisoners at Springfield, Mo. on October 25, 1960, and returned to Waterloo, Iowa, on Jan.11,1961. |
| Jan. 20 | Filed Defendant's Motion to Suppress Evidence. |
| | Filed Defendant's Motion for Return of Property and to Suppress Evidence. |
| Jan. 28 | Filed Defendant's Amendment to Motion for return of property and to Suppress Evidence. |
| | Filed Defendant's Motion for Discovery and Inspection. |
| | Filed Order fixing February 9, 1961 for hearing on Motions and Order relating to production of witnesses at said hearing.(OB1-40 |

Docket 7 -- No. 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| an. 28 | Attested copy of preceding Order delivered to U.S.Attorney; and attested copies mailed to Mr. Paul L. Kildee and Mr. Frederick G. White, Waterloo, Iowa, counsel for defendant. |
| b. 9 | Filed Defendant's Motion to exclude persons from hearing and to sequester Witnesses.<br>Filed Defendant's Motion for hearing to determine mental competency to stand trial of defendant.<br>Filed Order granting permission for sequestration of witnesses at hearing and denying balance of motion. (OB1-425) |
| b. 10 | Filed Government's Exhibits A, B, C, and D, and Defendant's Exhibits 1 and 2.<br>Filed Order fixing February 20, 1961, at Waterloo, for hearing on matter of mental competency of defendant to start trial.(OB1-427)<br>Filed Order as to submission of motions for return of property and to suppress evidence. (OB1-428)<br>Attested copies of each of above Orders mailed to U.S. Attorney and to counsel for defendant: Paul L. Kildee and Frederick G. White, Waterloo, Iowa. |
| b. 20 | Filed Order ruling on motion of defendant to suppress evidence.(OB1-436<br>Filed Order ruling on motion of defendant, as amended, for return of property allegedly obtained by unreasonable search and seizure and suppression of same for use in evidence at trial.(OB1-437<br>Attested copies of each of above Orders delivered to U.S.Attorney and to counsel for defendant.<br>Filed defendant's Motion to exclude persons from hearing on matter of mental competency of defendant. (OB1-438)<br>Filed Order denying defendant's Motion to exclude persons from hearing on mental competency of defendant.(OB1-438)<br>Filed Order directing that court copy of transcript of hearing held February 9 and 10, 1961, be made available to defendant and his attorneys. (OB1-439)<br>Attested copies of each of above Orders delivered to U.S.Attorney and to counsel for defendant.<br>Filed Order ruling on competency of defendant to stand trial(OB1-440)<br>Filed Order fixing March 1, 1961, at 10:00 o'clock a.m., at Waterloo, Iowa, for commencement of trial with jury. (OB1-441)<br>Filed Order ruling on motion of Defendant for Discovery and Inspection. (OB1-442)<br>Filed Order as to furnishing Defendant with List of Witnesses; and List of Veniremen to Defendant and to Government. (OB1-443)<br>Attested copies of each of above Orders mailed to U.S.Attorney and to counsel for defendant. |
| eb. 23 | Filed Notice of defendant's intention to interpose defense of insanity at trial.<br>Filed defendant's Motion for Issuance of Subpoenas.<br>Filed Plaintiff's resistance to motion of Defendant seeking production of witnesses at Government expense, with Certificate of Service attached.<br>Filed List of Government Witnesses.<br>Copy of List of Government Witnesses mailed to counsel for defendant, |
| 23 | from Sioux City. |

| DATE 1961 | PROCEEDINGS |
|---|---|
| Feb. 24 | Filed Amendment to List of Government Witnesses.<br>Filed Second Amendment to List of Government Witnesses.<br>List of Government Witnesses mailed to defendant's counsel from Sioux City.<br>Filed Order granting motion of defendant to have defendant's witnesses subpoenaed at expense of government. (OB1-451). |
| Feb. 25 | Attested copies of above Order mailed to U.S.Attorney and to Messrs. Paul L. Kildee and Frederick G. White.<br>Filed Court Reporter's Transcript of February 9 and 10, 1961 hearing on defendant's motions. (In separate envelope).<br>Filed Court Reporter's shorthand notes of February 9 and 10, 1961 hearing. (In separate drawer).<br>Filed Court Reporter's Transcript of February 9, 1961 hearing in Chambers. (In separate envelope). |
| Feb. 24 | Filed Plaintiff's Motion to produce Jack Howard Hale as a witness for the Court, with Certificate of Service attached.<br>Filed Plaintiff's application for Writ of Habeas Corpus Ad Testificandum.<br>Filed Order to Produce Jack Howard Hale as a witness for the Court. (OB1-452)<br>Filed Order for issuance of Writ of Habeas Corpus Ad Testificandum. (OB1-453) |
| Feb. 25 | Issued Writ of Habeas Corpus Ad Testificandum. |
| Feb. 26 | Delivered original and 3 copies of Habeas Corpus Ad Testificandum to C. H. Meek, Chief Deputy U.S.Marshal, for service. |
| Feb. 27 | Attested copies of Orders to Produce Jack Howard Hale as a witness and for issuance of Writ of Habeas Corpus Ad Testificandum, and Lists of Government Witnesses mailed to Paul L. Kildee and Frederick G. White. |
| Feb. 28 | Filed Order as to Exclusion of Witnesses at Trial. (OB1-456)<br>Attested copies delivered to United States Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1) to ) Mar.12) (inc.)) | Entered record entry of jury trial proceedings.<br>(Clerk's Minutes, pages 18 to 23, inc.) |
| Mar. 1 | Filed Challenge Sheet. |
| Mar. 1 | Filed Order for segregation of jury and directions in connection therewith. (OB1-465) |
| Mar. 2 | Attested copies of above Order delivered to U.S.Attorney, Paul L. Kildee and Frederick G. White. |
| Mar. 1 | Filed Record as to Compliance by the Government with Order of Court granting motion of defendant for discovery and inspection. (OB1-466) |
| Mar. 2 | Attested copies of above Order delivered to U.S.Attorney, Paul L. Kildee and Frederick G. White.<br>(OB1-467) |
| Mar. 1 | Record as to place of trial and geographical locale of jury panel |

Docket 7 -- 6031

| DATE<br>1961 | PROCEEDINGS |
|---|---|
| ar. 2 | Filed Opinion and Findings as to suppression of evidence.(OB1-472)<br>Filed Defendant's Motion for issuance of subpoenas.<br>Filed Order as to issuance of subpoenas for witnesses of the<br>  defendant at expense of Government. (OB1-473)<br>Attested copies of above Order delivered to U.S. Attorney,<br>  Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to records pertaining to defendant at the Southern<br>  Michigan Penitentiary, Jackson, Michigan. (OB1-474)<br>Attested copy of above Order mailed to Mr. W. H. Bannan, Warden,<br>  Southern Michigan Penitentiary, Jackson, Michigan; and attested<br>  copies delivered to U.S.Attorney, Mr. Paul L. Kildee, and<br>  Mr. Frederick G. White. |
| ar. 3 | Filed Supplemental Order as to issuance of subpoena to Darrell<br>  Sudcliffe at expense of the Government. (OB1-478)<br>Attested copies of above Order delivered to U.S.Attorney,<br>  Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to guarding of Defendant while in Courtroom and<br>  other matters connected with his custody. (OB1-479) |
| ar. 4 | Issued subpoenas for the following, and delivered same with copy<br>  to U.S.Marshal for service:<br>  Mr. Gordon Iacovinni, Southern Michigan State Penitentiary,<br>  Jackson, Michigan; Dr. Herbert Thomas, Southern Michigan State<br>  Penitentiary, Jackson, Michigan; Dr. David P.Phillips, Southern<br>  Michigan State Penitentiary, Jackson, Michigan; Gilda Shellow,<br>  2641 North Lake Drive, Milwaukee, Wisconsin; Mrs. Eleanor Beffel,<br>  4123 West Lisbon, Milwaukee, Wisconsin; Dr. Richard A. Stamm,<br>  Medical Center for Federal Prisoners, Springfield, Missouri;<br>  Charles Feguer, 751 North Dearborn, Chicago, Illinois; Harold<br>  Albaugh, 9615 Meridian Road, Bannister, Michigan; Mrs. Harold<br>  Albaugh, 9615 Meridian Road, Bannister, Michigan; Everett Glaser,<br>  106 Flora, St. Johns, Michigan; and Mrs. Martha O'Leary, 3731<br>  Garfield, Milwaukee, Wisconsin.<br>Filed Order denying motion of defendant for subpoenaing of Dr.<br>  Joseph Sturgell and Dr. Russell Settell under Rule 17(b)<br>  of FRCP. (OB1-482)<br>Filed Ruling and Findings on motion of defendant to suppress for<br>  use in evidence certain exhibits. (OB1-483)<br>Attested copies of above Orders delivered to U.S.Attorney and to<br>Mr. Paul L. Kildee and Mr. Frederick G. White. |
| ar. 6 | Filed Order cancelling subpoena for appearance of Mrs. Eleanor<br>  Beffel. (OB1-485)<br>Attested copies of above Orders delivered to U.S.Attorney and to<br>  Mr. Paul L. Kildee, and to Mr. Frederick G. White.<br>Filed record as to subpoenaing of Dr. David P. Phillips.(OB1-486)<br>Attested copies of above Orders delivered to U.S.Attorney and to<br>  Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order as to the matter of the records pertaining to defendant<br>  at Southern Michigan Penitentiary, Jackson, Michigan.(OB1-487)<br>Attested copy of above Order delivered to U.S.Attorney and to<br>  Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed certified notes of Dennis E.Quinn, Official Court Reporter,<br>  taken at hearing at Waterloo on February 20, 1961. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| Mar. 7 | Filed record of Victor Harry Feguer, No. 77223, State Prison of Southern Michigan, received from W. H. Bannan relative to compliance with Court Order of March 6, 1961 - 4 volumes and letter of transmittal.<br>Filed non-jury exhibit No. 1200 (Confession of July 20, 1961) delivered to Carl V. Riley, Clerk, in sealed envelope, after having been made available to defendant and his attorneys at March 7, 1961, hearing held in absence of jury. (Signed Henry N. Graven, United States District Judge.)<br>Filed Order terminating subpoena for Dr. David P. Phillips.(OB1-489)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed procedure proposed by the Court in connection with Court appointed expert witness, Dr. Richard A. Stamm.(OB1-490)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 8 | Filed Defendant's Motion for Acquittal.<br>Filed Order denying Defendant's Motion for Acquittal.(OB1-493)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 9 | Filed Findings and Rulings on Incriminatory Statements alleged to have been made by defendant. (OB1-497)<br>Attested copies of above Findings and Rulings delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 8 | Filed Supplement as to procedure proposed with Court appointed witness, Dr. Richard A. Stamm. (OB1-495)<br>Attested copies of above Supplement delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| Mar. 9 | Filed Defendant's Requested Instructions.<br>Filed Rulings on requested instructions presented to the Court on March 9, 1961, at 8:45 a.m. (OB1-498)<br>Attested copies of above Rulings delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G.White. |
| Mar. 10 | Filed Order as to Arguments to the Jury. (OB1-500)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order overruling Motion of Defendant for Judgment of Acquittal at the end of all the evidence. (OB1-501)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Order relating to the taking of exceptions to the instructions. (OB1-502)<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr.Frederick G. White. |
| Mar. 11 | Filed Record as to exceptions to the instructions to the jury.(OB1-50|<br>Attested copies of above Order delivered to U.S.Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Jury inquiry re Feguer statement to F.B.I. concerning Alex De Puree. |

D. C. 109A Criminal & Bankruptcy Continuation Sheet

Docket 7 -- 6031

| DATE<br>1961 | PROCEEDINGS |
|---|---|
| ar. 11 | Filed memo from jury stating they did not desire testimony read back at this time.<br>Filed transcript of Hearing at Waterloo, Iowa, on February 20, 1961.<br>Filed Answer of Court to question of jury, with notation of Foreman of Jury desiring testimony read by Reporter.<br>Filed Record as to Impaneling of Jury. (OB1-505)<br>Filed Supplemental Ruling on Competency of Defendant to Stand Trial. (<br>Attested copies of above Ruling delivered to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| ar. 12 | Filed Court's Instructions to the Jury.<br>Filed Verdict Sheet.<br>Filed Record as to Trial and Return of Verdict. (OB1-508)<br>Attested copies of above Record delivered to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed List of Exhibits. (See No. 104 on File) |
| ar. 13 | Filed letter of transmittal returning Record file on defendant to State Prison of Southern Michigan, with Certificate of Clerk attached.<br>Filed Judgment and Sentence. (OB1-510) Judgment: Death.<br>Three attested copies of Judgment and Sentence furnished U.S. Marshal.<br>One attested copy of Judgment and Sentence furnished to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.<br>Filed Defendant's Motion for Leave to Appeal in Forma Pauperis and for Transcript of Evidence and Proceedings at Government Expense.<br>Filed Defendant's Affidavit of Poverty.<br>Filed Order Allowing Appeal In Forma Pauperis. (OB1-511)<br>Filed Notice of Appeal to U.S. Court of Appeals, Eighth Circuit, from Judgment, Sentence and Verdict.<br>Filed Order Granting Defendant's Motion for Furnishing Transcript at cost of United States. (OB1-512) |
| ar. 14 | Filed Order as to the Custody of the Defendant. (OB1-514)<br>Three attested copies of Order as to the Custody of the Defendant furnished to U.S. Marshal.<br>Copy of Defendant's Motion for Leave to Appeal In Forma Pauperis and for Transcript of Evidence and Proceedings at Government Expense, Defendant's Affidavit of Poverty, attested copy of Order Allowing Appeal In Forma Pauperis, copy of Notice of Appeal, and attested copies of Order Granting Defendant's Motion for Furnishing Transcript at Cost of United States, and Order as to Custody of Defendant, mailed to U.S. Attorney.<br>Attested copy of Order Granting Defendant's Motion for Furnishing Transcript at Cost of United States, and of Order as to Custody of Defendant, mailed to Mr. Paul L. Kildee and Mr. Frederick G. White at Waterloo, counsel for Defendant. |
| ar. 16 | Filed Writ of Habeas Corpus Ad Testificandum for production of Witness Jack Howard Hale with Marshal's return thereon. |
| ar. 20 | Filed attested copy of Order as to Custody of Defendant with Marshal's return thereon showing defendant delivered to U.S. Penitentiary at Leavenworth, Kansas on March 16, 1961. |

Docket 7 -- 6031

| DATE 1961 | PROCEEDINGS |
|---|---|
| Mar. 22 | Filed Application of Mr. Paul L. Kildee and Mr. Frederick G. White to be discharged as attorneys for defendant. |
| Mar. 28 | Filed Court Reporter's transcript of hearing on March 10, 1961, of additional evidence on original motion on competency of defendant to stand trial. |
| Apr. 17 | Filed Order of Circuit Court of Appeals appointing Messrs. Paul L. Kildee and Frederick G. White, Waterloo, Iowa, to represent appellant on appeal, and ordering that counsel for appellant may have 40 days from the date of filing of trial transcript in District Court in which to serve and file five copies of their brief with the Circuit Court. Attested copies of above Order mailed to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White. |
| May 22 | Filed shorthand notes of Official Court Reporter of proceedings at trial commencing March 1, 1961. Filed transcript, in duplicate, of proceedings at trial. Mailed original transcript to Mr. Paul L. Kildee, of counsel for defendant. |
| June 1 | On authorization of Judge Henry N. Graven, mailed to Mr. Frederick G. White, of counsel for defendant, duplicate copy of transcript of trial proceedings, and original transcripts of the following: hearing on October 15, 1960, hearing in Chambers February 9, 1961, hearing on motions of defendant February 9 and 10, 1961, hearing on February 20, 1961, and hearing on motion March 10, 1961. |
| July 15 | Filed Order for Delivery of Exhibits to Circuit Court of Appeals. OB2 P Attested copies of above Order mailed to U.S. Attorney, Mr. Paul L. Kildee and Mr. Frederick G. White.   OB2 P 52. |
| Aug. 25 1962 | Filed copy of Order from U.S.Court of Appeals for the 8th Circuit, dated 8-8-61 directing Clerk of this Court to retain certain designated exhibits until further direction from the CCA or the disposition of Appeal. |
| 10-19 | Filed Mandate issued October 18, 1962 by Court of Appeals, Eighth Circuit, affirming as of April 16, 1962 the Judgment and Sentence of this Court entered on March 13, 1961. OB2 P 310 |
| 10-23 | Attested copy of Mandate mailed to Mr. Donald E. O'Brien, U. S. Attorney; and to Mr. Paul L. Kildee and Mr. Frederick G. White at Waterloo, counsel for Defendant. |
| 10-25 | Copy of Mandate mailed to Hon. Henry N. Graven, Senior U. S. District Judge, Greene, Iowa. |
| 10-31 | Filed at Cedar Rapids Defendant's Application for Stay of Enforcement and Execution of Judgment and Sentence, to which is attached Defendant's Application for Executive Clemency. |
| 11-2 | Filed Order as to Execution of Judgment and Sentence, and Order as to Motion for Stay; subject to interposition of executive clemency, said imposed death sentence by hanging scheduled for January 15, 1963 at approximately 5:30 a.m. at Iowa State Penitentiary at Fort Madison, Iowa.   OB2 P 323 |
| 11-2 | Three attested copies of Order as to Execution delivered to U.S.Marshal, Dubuque; Attested copies mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Frederick G. White both of Waterloo, Iowa, counsel for Defendant, and to Defendant, c/o Warden, U.S. Penitentiary, Leavenworth, Kansas. |

D. C. 109A Criminal & Bankruptcy Continuation Sheet

Docket 7 - 6031

| DATE. 1963 | PROCEEDINGS |
|---|---|
| 1-2 | Filed Order changing date of execution of death sentence as to Defendant, subject to interposition of executive clemency, said sentence to be carried out on February 15, 1963 at Iowa State Penitentiary at Fort Madison, Iowa ~~xxxFebruaryxx15xx1963~~ at approximately 5:30 a.m., instead of January 15, 1963 as previously set. (OB 2, P. 358 |
| 1-7 | Three attested copies of Order changing date for execution of death sentence of Defendant delivered to United States Marshal at Dubuque; attested copies mailed to Mr. Donald E. O'Brien, U.S.Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and and Mr. Frederick G. White both of Waterloo, Iowa, counsel for Defendant; and to Defendant, Victor Harry Feguer, c/o Warden, U.S. Penitentiary, Leavenworth, Kansas. |
| 2-1 | Filed Order changing date of execution of death sentence as to Defendant, subject to interposition of executive clemency, said sentence to be carried out on March 15, 1963 at Iowa State Penitentiary at Fort Madison, Iowa at approximately 5:30 a.m., instead of February 15, 1963 as previously set. (OB 2, P. 377  ) |
| 2-5 | Three attested copies of above Order delivered to United States Marshal at Dubuque; attested copies of Order mailed to Mr. Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa; Mr. Paul L. Kildee and Mr. Fredrick G. White both of Waterloo, Iowa; counsel for Defendant; and to Defendant, Victor Harry Feguer, c/o Warden, U. S. Penitentiary, Leavenworth, Kansas. |
| 3-19 | Filed Marshal's Return as to execution of Judgment and Sentence as to Defendant, Victor Harry Feguer, said execution carried out on March 15, 1963 at the State Penitentiary, Fort Madison, Iowa; with signatures of witnesses to said execution of Judgment and sentence of said Defendant. |
| 3-22 | U. S. Attorney, for Court Order<br>Filed Application of Donalde E. O'Brien/for disposition of 300 items of evidence. Filed Order for disposition of items of personal property and other evidence, including the murder weapon. (EJMcM.) OB2 P.403 |
| 3-25 | Attested copy of above Order mailed this date to Donald E. O'Brien, U. S. Attorney, Sioux City, Iowa. |
| 1966 3-2 | Filed Application of Plaintiff for Order as to Disposition of Exhibits. Filed order entered 2-28-66 as to disposition of Exhibits.  (OB 5, P. 3) |
| 3-30 | Filed Affidavit as to Destruction of Certain Exhibits pursuant to Court Order. |