# EXHIBIT H

🌐 Find Your Region or Installation

# US Fleet Forces Fragmentary Order Week of June 24

-----OFFICIAL INFORMATION DISPATCH FOLLOWS-----

RAAUZYUW RUCBCLF0001 1752340-UUUU--RHMCSUU.

ZNR UUUUU

R 232340Z JUN 20 MID510001318442U

FM COMUSFLTFORCOM NORFOLK VA

TO COMSECONDFLT

COMTHIRDFLT

CNIC WASHINGTON DC

COMSUBLANT NORFOLK VA

COMSUBPAC PEARL HARBOR HI

COMNAVAIRLANT NORFOLK VA

COMNAVAIRPAC SAN DIEGO CA

COMNAVSURFLANT NORFOLK VA

COMNAVSURFPAC SAN DIEGO CA

COMNECC LITTLE CREEK VA

COMNAVREG MIDLANT NORFOLK VA

COMNAVREG SE JACKSONVILLE FL

COMNAVREG SW SAN DIEGO CA

COMNAVREG NW SILVERDALE WA

COMNAVDIST WASHINGTON DC

COMSC NORFOLK VA

COMSC LANT NORFOLK VA

COMSC PAC SAN DIEGO CA

BUMED FALLS CHURCH VA

INFO NORAD AND USNORTHCOM COMMAND CENTER PETERSON AFB CO

HQ USSTRATCOM OFFUTT AFB NE

CNO WASHINGTON DC

COMPACFLT PEARL HARBOR HI

COMUSNAVCENT

COMUSNAVEUR COMUSNAVAF NAPLES IT

COMNAVIFOR SUFFOLK VA

MCE EAST

MCE WEST

COMNAVMETOCCOM STENNIS SPACE CENTER MS

COMNAVWARDEVCOM NORFOLK VA

NMCLANT YORKTOWN VA

PRESINSURV VIRGINIA BEACH VA

COMOPTEVFOR NORFOLK VA

COMNAVRESFOR NORFOLK VA

COMNAVSPECWARCOM CORONADO CA

COMNAVSEASYSCOM WASHINGTON DC

COMUSNAVSO

COMFLTCYBERCOM FT GEORGE G MEADE MD

NAVMEDFORLANT PORTSMOUTH VA

DIRSSP WASHINGTON DC

NETC PENSACOLA FL

COMNAVSUPSYSCOM MECHANICSBURG PA

COMNAVAIRSYSCOM PATUXENT RIVER MD

COMNAVWARSYSCOM SAN DIEGO CA

NAVFAC WASHINGTON DC

CHNAVPERS WASHINGTON DC

NAVINTACT WASHINGTON DC

COMNAVLEGSVCCOM WASHINGTON DC

USS CONSTITUTION

USNA ANNAPOLIS MD

FLDSUPPACT WASHINGTON DC

NAVHISTHERITAGECOM WASHINGTON DC

COMNAVSAFECEN NORFOLK VA

NAVWARCOL NEWPORT RI

NPS MONTEREY CA

NAVY BAND WASHINGTON DC

COMDT COGARD WASHINGTON DC

CHINFO WASHINGTON DC

ONI WASHINGTON DC

COMCARSTRKGRU FOUR

COMMARFORCOM

CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX

CDR 5 ARMY NORTH PMO FT SAM HOUSTON TX

AFNORTH TYNDALL AFB FL

COMMARFORNORTH

ALCOM J3

NAVNUPWRTRAU BALLSTON SPA NY

ALLTF80

CTF 80

COMUSFLTFORCOM NORFOLK VA

BT

UNCLAS F O U O

MSGID/ORDER/COMUSFLTFORCOM/20-024/JUN//

SUBJ/CUSFF/NAVNORTH FRAGORD 20-024.013 IN RESPONSE TO CORONAVIRUS DISEASE 2019 (COVID-19)//

ORDTYP/FRAGORD//

TIMEZONE/Z//

REF/A-CS/NO CHANGE//

REF/CT/RMG/COMUSFLTFORCOM/172330ZJUN20//

AMPN/REF CT IS CUSFF/NAVNORTH FRAGORD 20-024.012 IN RESPONSE TO COVID-19.//

NARR/(U) CUSFF/NAVNORTH FRAGORD 20-024.013 TO CUSFF/NAVNORTH EXECUTE ORDER (EXORD) IN RESPONSE TO COVID-19 UPDATES GUIDANCE REGARDING CONDITIONS-BASED HPCON CHANGES.//

GENTEXT/SITUATION//

1. (U) SITUATION. NO CHANGE.

2. (U) MISSION. NO CHANGE.//

GENTEXT/EXECUTION//

3. (U) EXECUTION. CHANGE.

3.A (U) COMMANDER?S INTENT.

3.A.1. (U) AS WE EXECUTE A CONDITIONS-BASED APPROACH TO BOTH HPCON CHANGES AND THE LIFTING OF TRAVEL RESTRICTIONS, WE MUST STILL ENSURE THE HEALTH OF THE FORCE AND GUARANTEE MISSION ASSURANCE. COVID-19 IS NOT ERADICATED. IT STILL PRESENTS RISK TO OUR SERVICE MEMBERS, CIVILIAN WORKFORCE, AND THEIR FAMILIES.  LIKEWISE, THE MANY VECTORS

THIS VIRUS CAN TAKE TO INFILTRATE OUR FORCE MAKES IT A CONTINUED THREAT TO MISSION ASSURANCE, A ZERO FAILURE MISSION. WE ARE LEVERAGING THE OPERATIONAL ENVIRONMENT TO MAKE RISK-BASED DECISIONS IN SHIFTING HPCON AND OPENING UP OF INSTALLATION SERVICES. IN SOME LOCALITIES, THE EASING OF COMMUNITY RESTRICTIONS IS NOT ALIGNED WITH THE NAVY IMPERATIVE TO MAINTAIN COVID INFECTION AS LOW AS ACHIEVABLE ACROSS THE FORCE. WE BEAR AN OBLIGATION TO MAINTAIN THE ABILITY TO MAN AND TAKE OUR SHIPS TO SEA, OFTEN ON SHORT NOTICE. IT IS THEREFORE ESSENTIAL THAT EVERY ONE OF US TAKES PERSONAL RESPONSIBILITY TO LIMIT

THE SPREAD OF THIS DISEASE. ASYMPTOMATIC SPREAD IS A REALITY AND ONE MISSTEP OPENS A POTENTIAL ATTACK VECTOR FOR THIS VIRUS. WE MUST STAY VIGILANT IN EXECUTION OF FORCE HEALTH PROTECTION GUIDANCE AND WE MUST HOLD OURSELVES AND EACH OTHER ACCOUNTABLE FOR OUR ACTIONS. MEDICAL INTELLIGENCE ANALYSIS IS CLEAR. INACTION OR ?MIS-ACTION? RELATED TO MITIGATION MEASURES PUTS OUR TEAM, FAMILY MEMBERS, FLEET, AND MISSION AT RISK. I EXPECT ALL COMMANDERS TO DISSEMINATE THIS DIRECTION TO ALL MEMBERS OF THE COMMAND, ENSURING EVERY SAILOR HAS A COMPLETE UNDERSTANDING OF THE ENVIRONMENT THEY ARE OPERATING IN AND THE GUIDANCE THEY ARE OPERATING UNDER.

3.A.2. (U) UNTIL HPCON B IS SET, HPCON C MINUS REMAINS IN EFFECT.

THIS WILL VARY BY BOTH STATE AND INSTALLATION, AND QUITE POSSIBLY INSTALLATIONS WITHIN THE SAME STATE.//

4. (U) CONCEPT OF OPERATIONS. NO CHANGE.//

5. (U) TASKS. CHANGE.

5.A.7. (U) CHANGE. THIS FRAGO CANCELS AND SUPERSEDES PARAGRAPHS 5.A.7.A. THROUGH 5.A.7.L. OF REF BM (COVID-19 EXORD 20-024). AS INDIVIDUAL STATES AND MUNICIPALITIES BEGIN TO REOPEN SERVICES AND REDUCE HEALTH-RELATED RESTRICTIONS, COMMANDS AND SERVICE MEMBERS SHALL MAINTAIN SECDEF DIRECTED AND CUSFF/NAVNORTH IMPLEMENTED HPCON C MINUS FORCE HEALTH PROTECTION MEASURES (FHP) BOTH ON AND OFF INSTALLATION; EVEN WHEN THOSE RESTRICTIONS/MEASURES ARE MORE STRINGENT THAN THOSE PLACED ON THE GENERAL PUBLIC, AND EVEN WHERE THE STATE IS DEPICTED AS GREEN ON THE NAVY TRAVEL TRACKER IMPLEMENTED IN

REFERENCE CO AND DISPLAYED ON MYNAVY PORTAL. ACCORDINGLY, HPCON C MINUS MEASURES REMAIN IN EFFECT UNTIL HPCON AT AN INSTALLATION IS LOWERED TO HPCON B, INCLUDING LIFTING OF STOP MOVEMENT TRAVEL RESTRICTIONS, IN ACCORDANCE WITH THE CONDITIONS-BASED PHASED APPROACH PROCESS DETAILED IN REFERENCE CS. DOD CIVILIAN AND CONTRACT PERSONNEL AND FAMILY MEMBERS ARE STRONGLY ENCOURAGED TO COMPLY WITH THIS MORE STRINGENT GUIDANCE TO MINIMIZE THE RISK OF INFECTING SERVICE MEMBERS.

5.A.7.A. (U) HPCON C MINUS MEASURES IN THE CUSFF/NAVNORTH COVID-19 EXORD 20-024 ARE APPLICABLE TO ALL CONUS-BASED ECHELON II COMMANDS, NUMBERED FLEET COMMANDS, TYPE COMMANDS, REGION COMMANDS, AND THEIR SUBORDINATES. THESE HPCON C MINUS MEASURES INCLUDE THE FOLLOWING.

5.A.7.A.1. (U) CANCEL UNIT AND INSTALLATION SPONSORED EVENTS.

5.A.7.A.2. (U) ISSUE INSTRUCTIONS TO PERSONNEL TO AVOID LARGE PUBLIC GATHERINGS AND PRACTICE SOCIAL DISTANCING.

5.A.7.A.3. (U) MAXIMIZE TELEWORK PLANS FOR TELEWORK READY EMPLOYEES.

5.A.7.A.4. (U) CANCEL LARGE PUBLIC GATHERINGS ON INSTALLATIONS.

5.A.7.A.5. (U) RE-SCOPE, MODIFY, DELAY, OR CANCEL UPCOMING EXERCISES.

5.A.7.A.6. (U) CONTINUE TO APPROVE LEAVE AND TRAVEL TO AND FROM THE

AREA ON A CASE BY CASE BASIS (IAW OPNAV, CUSFF/NAVNORTH AND PACFLT GUIDANCE, AUTHORITIES AND DIRECTIVES).

5.A.7.A.7. (U) COORDINATE WITH STATE AND LOCAL AUTHORITIES TO SYNCHRONIZE IN-GARRISON SELF-MONITORING GUIDANCE FOR PERSONNEL RETURNING FROM HIGHER RISK LOCATIONS (PREVIOUS ROM GUIDANCE).

5.A.7.A.8. (U) ASSESS TRAVELERS, IAW CURRENT GUIDANCE, UPON ARRIVAL FROM OTHER AREAS. INFORM THEM OF ANY LOCAL MONITORING AND MOVEMENT EXPECTATIONS.

5.A.7.A.9. (U) EVALUATE OPERATIONS AT VISITOR CONTROL CENTERS. UTILIZE ELECTRONIC MEANS TO THE MAXIMUM EXTENT POSSIBLE TO GRANT INSTALLATION ACCESS. DISCONTINUE WAITING ROOM UTILIZATION IF SOCIAL DISTANCING CANNOT BE MAINTAINED. IF NECESSARY, DIRECT CUSTOMERS TO

SECONDARY HOLDING AREAS UNTIL CALLED.

5.A.7.A.10. (U) ALL COMMANDS COORDINATE WITH CONTRACTORS, VENDORS, DELIVERY SERVICES, ETC., TO ENSURE THEIR PERSONNEL ARE NOT PERFORMING SERVICES WHILE SICK OR SYMPTOMATIC.

5.A.7.A.11. (U) EVERY EFFORT TO LIMIT COVID-19 EXPOSURE TO THE WORKFORCE SHOULD BE IMPLEMENTED WHILE BALANCING THE MISSION REQUIREMENTS ESTABLISHED BY LOCAL COMMANDERS.

5.A.7.B. (U) CUSFF/NAVNORTH DIRECTS THE FOLLOWING HPCON C MINUS MEASURES FOR SERVICE MEMBERS ASSIGNED TO CONUS-BASED ECHELON II COMMANDS, NUMBERED FLEET COMMANDS, TYPE COMMANDS, REGION COMMANDS, AND THEIR SUBORDINATES.

5.A.7.B.1. (U) MAINTAIN A PHYSICAL DISTANCE OF AT LEAST SIX FEET FROM OTHERS WHEN YOU ARE IN CLOSE CONTACT FOR FIFTEEN (15) OR MORE MINUTES AND, TO THE MAXIMUM EXTENT PRACTICAL, WEAR CLOTH FACE COVERINGS WHEN YOU ARE IN CLOSE CONTACT WITH OTHERS FOR FIFTEEN (15) OR MORE MINUTES AND ARE UNABLE TO MAINTAIN SIX FEET OF PHYSICAL DISTANCE.

5.A.7.B.2. (U) TO THE MAXIMUM EXTENT POSSIBLE DO NOT GATHER IN GROUPS OF OVER 10 PEOPLE.

5.A.7.B.3. (U) LIMIT TRAVEL TO/FROM PLACE OF RESIDENCE/WORK WITH STOPS ONLY FOR ESSENTIAL BUSINESS (FOOD, MEDICAL, PHARMACY, GAS, AND CHILD CARE SERVICES).

5.A.7.B.4. (U) SERVICE MEMBERS ARE PROHIBITED FROM VISITING, PATRONIZING, OR ENGAGING IN THE FOLLOWING OFF-INSTALLATION SPECIFIC FACILITIES, SERVICES, OR ACTIVITIES. OBSERVE GUIDANCE PROVIDED BY REGIONAL AND INSTALLATION COMMANDERS REGARDING USE OF ON-INSTALLATION

SERVICES.

5.A.7.B.4.A. (U) RECREATIONAL SWIMMING POOLS, GYMS, FITNESS FACILITIES, EXERCISE CLASSES, SAUNAS, SPAS, AND SALONS

5.A.7.B.4.B. (U) TATTOO/BODY ART/PIERCING PARLORS

5.A.7.B.4.C. (U) BARBER SHOPS, HAIR OR NAIL SALONS, AND MASSAGE PARLORS

5.A.7.B.4.D. (U) CINEMAS/THEATERS

5.A.7.B.4.E. (U) PARTICIPATION IN TEAM/ORGANIZED SPORTS

5.A.7.B.4.F. (U) DINE-IN RESTAURANTS (TAKE-OUT AUTHORIZED), BARS, NIGHT CLUBS, CASINOS, CONFERENCES, SPORTING EVENTS, CONCERTS, PUBLIC CELEBRATIONS, PARADES, PUBLIC BEACHES, AMUSEMENT PARKS OR OTHER EVENTS DESIGNED TO PROMOTE LARGE GATHERINGS, TO INCLUDE INDOOR RELIGIOUS SERVICES.

5.A.7.B.4.G. (U) OUTDOOR RECREATION WHERE COMMON USE FACILITIES ARE USED AND IF A MINIMUM OF SIX FEET PHYSICAL DISTANCING CANNOT BE MAINTAINED.

5.A.7.B.4.H. (U) NON-ESSENTIAL COMMERCIAL RETAIL ESTABLISHMENTS AND SHOPPING MALLS.

5.A.7.B.5. (U) TO THE MAXIMUM EXTENT PRACTICAL, SERVICE MEMBERS, GOVERNMENT CIVILIANS, FAMILY MEMBERS, AND CONTRACT EMPLOYEES SHOULD MINIMIZE UNNECESSARY IN-PERSON USE OF THE FOLLOWING SERVICES AND ACTIVITIES. IF THESE SERVICES AND ACTIVITIES MUST BE UTILIZED,

PRUDENT PRECAUTIONS (INCLUDING MANDATORY PHYSICAL DISTANCING AND USE OF CLOTH FACE COVERINGS) SHALL BE EXERCISED.  THE BELOW LIST IS ALL INCLUSIVE:

5.A.7.B.5.A. (U) USE OF MASS TRANSIT (BUS, RAIL, OR FERRY)

5.A.7.B.5.B. (U) AUTO REPAIR, MAINTENANCE, AND ANNUAL INSPECTION.

5.A.7.B.5.C. (U) CURB-SIDE AND DRIVE THROUGH SERVICES

5.A.7.B.5.D. (U) IN-HOME DOMESTIC SERVICES (HOME MAINTENANCE/REPAIR AND LAWN SERVICES).

5.A.7.B.5.E. (U) DRIVE-IN SPIRITUAL SERVICES

5.A.7.B.5.F. (U) BANKING SERVICES

5.A.7.B.5.G. (U) PET CARE AND VETERINARY SERVICES

5.A.7.B.5.H. (U) POST OFFICE

5.A.7.B.5.I. (U) LAUNDRY SERVICES, DRY CLEANING

5.A.7.B.5.J. (U) IN-RESIDENCE SOCIAL GATHERINGS THAT INCLUDE MORE THAN TEN (10) GUESTS THAT DO NOT RESIDE IN THE RESIDENCE. IN-RESIDENCE SOCIAL GATHERINGS ARE STRONGLY DISCOURAGED IF ANYONE RESIDING IN THE HOME IS COVID-19 POSITIVE OR INFLUENZA LIKE ILLNESS (ILI) SYMPTOMATIC.

5.A.7.C. (U) ALTHOUGH THE RELAXATION OF STATE AND LOCAL RESTRICTIONS, ALONG WITH ANY APPROVED TRANSITION TO HPCON B, AFFORDS SERVICE MEMBERS THE OPPORTUNITY TO RETURN TO ACTIVITIES SUCH AS DINING-OUT, ATTENDING PUBLIC GATHERINGS AND FREQUENTING RETAIL ESTABLISHMENTS, WE MUST RECOGNIZE THAT THESE ACTIVITIES WILL CONTINUE TO POSE RISK TO OUR FORCE AND THEREFORE WE MUST REMAIN VIGILANT IN OUR FORCE HEALTH PROTECTION MEASURES.

5.A.7.C.1. (U) IF AN INSTALLATION HAS BEEN APPROVED TO TRANSITION TO HPCON B, INCLUDING LIFTING OF STOP MOVEMENT TRAVEL RESTRICTIONS, CUSFF/NAVNORTH DIRECTS THE FOLLOWING HPCON B MEASURES FOR SERVICE MEMBERS ASSIGNED TO CONUS-BASED ECHELON II COMMANDS, NUMBERED FLEET COMMANDS, TYPE COMMANDS, REGION COMMANDS, AND THEIR SUBORDINATES.

5.A.7.C.1.A (U) MAINTAIN A PHYSICAL DISTANCE OF AT LEAST SIX FEET FROM OTHERS WHEN YOU ARE IN CLOSE CONTACT FOR FIFTEEN (15) OR MORE MINUTES AND, TO THE MAXIMUM EXTENT PRACTICAL, WEAR CLOTH FACE COVERINGS WHEN YOU ARE IN CLOSE CONTACT WITH OTHERS FOR FIFTEEN (15)

OR MORE MINUTES AND ARE UNABLE TO MAINTAIN SIX FEET OF PHYSICAL DISTANCE.

5.A.7.C.1.B (U) OBSERVE GUIDANCE PROVIDED BY REGIONAL AND INSTALLATION COMMANDERS REGARDING USE OF ON-INSTALLATION SERVICES.

5.A.7.C.1.C (U) COMPLY WITH HEALTH PROTECTION RESTRICTIONS/MEASURES ESTABLISHED BY LOCAL CIVIL AUTHORITIES.

5.A.7.C.1.D (U) OBSERVE WORKPLACE RELATED COVID 19 MITIGATION MEASURES ESTABLISHED BY YOUR RESPECTIVE CHAIN OF COMMAND.

5.A.7.D. (U) THE MEASURES PROMULGATED IN THIS MESSAGE DO NOT RESCIND PREVIOUSLY IMPLEMENTED PRE- OR POST-DEPLOYMENT/UNDERWAY OPERATIONS RESTRICTION OF MOVEMENT AND TESTING REQUIREMENTS AND ARE TO APPLY TO AT-SEA UNITS, IF APPLICABLE.

5.A.7.E. (U) THE PROHIBITIONS IN PARA 5.A.7.B.1. THROUGH PARA 5.A.7.B.4.H. ARE ESSENTIAL TO SAFEGUARD THE HEALTH, SAFETY, AND WELFARE OF OUR SERVICE MEMBERS AND TO ENSURE MISSION READINESS AND ASSURANCE. THIS IS A LAWFUL GENERAL ORDER UNDER ARTICLE 92 OF THE UNIFORM CODE OF MILITARY JUSTICE (UCMJ). ANY PERSON SUBJECT TO THE UCMJ WHO VIOLATES OR FAILS TO OBEY THIS ORDER MAY BE SUBJECT TO ADVERSE ADMINISTRATIVE AND/OR DISCIPLINARY ACTION. GOVERNMENT CIVILIANS, FAMILY MEMBERS, AND CONTRACT EMPLOYEES ARE STRONGLY ENCOURAGED TO COMPLY WITH THIS SAME GUIDANCE. COMMANDERS HAVE AUTHORITY TO EXCLUDE ACCESS TO DOD FACILITIES FOR 14 DAYS FOR ANYONE WHO IS KNOWN TO HAVE VISITED, PATRONIZED, OR ENGAGED IN THE FACILITIES, SERVICES, OR ACTIVITIES IN PARA 5.A.7.B.1. THROUGH 5.A.7.B.4.H.

5.A.7.F. (U) INSTALLATION COMMANDING OFFICERS, AND AS APPROPRIATE REGION COMMANDERS, WILL HOST TENANT COMMAND LEADERSHIP MEETINGS TO REVIEW HPCON MEASURES IN EFFECT AND TO IDENTIFY MISSION IMPACTS. PROVIDE PERIODIC REPORTS TO ALL TENANT COMMAND LEADERSHIP ON THE STATUS OF INSTALLATION SUPPORT MODIFICATIONS/FUNCTIONS.

5.A.7.G. (U) ALL CONUS-BASED ECHELON II COMMANDERS, NUMBERED FLEET COMMANDERS, TYPE COMMANDERS, REGION COMMANDERS, AND THEIR SUBORDINATE COMMANDERS AND COMMANDING OFFICERS ARE DIRECTED TO:

5.A.7.G.1. (U) BRIEF THE ABOVE DIRECTED HPCON CHARLIE MINUS AND BRAVO MEASURES TO ALL COMMAND PERSONNEL NOT LATER THAN 29 JUNE 2020.

5.A.7.G.2. (U) ISSUE APPROPRIATE PAGE 13 TO DOCUMENT TRAINING.

5.A.7.G.3. (U) SUBORDINATE COMMANDERS AND COMMANDING OFFICERS SHALL REPORT COMPLETION OF THIS TASK VIA THEIR ADMINISTRATIVE CHAIN OF COMMAND NOT LATER THAN 01 JULY 2020.

5.A.7.G.3.A. (U) COMPLETION REPORT WILL INCLUDE A PLAN OF ACTION (POA) THAT INCORPORATES MEASURES OF EFFECTIVENESS (MOE) TO ENSURE AN ENDURING BATTLE RHYTHM OF COMMUNICATION IS MAINTAINED TO GUARANTEE COMPLACENCY OR LACK OF DILIGENCE IN ADHERENCE DOES NOT SET IN OVER TIME. LEVERAGE MOE ANALYSIS TO DETERMINE IF EFFORTS ARE ON/OFF/NEW PLAN REQUIRED. FOLLOW UP MOE REPORTING WILL BE EVERY TWO WEEKS STARTING 15 JULY.

5.A.7.G.3.A.1. (U) POA EXAMPLES:  OPERATIONAL PAUSES/SAFETY STAND-DOWNS, WEEKLY NOTES IN THE COMMAND POW, DAILY UPDATES VIA EMAIL AND QUARTERS, INFORMATION POSTED ON OFFICIAL COMMAND SOCIAL MEDIA SITES, CO LETTERS, QUESTIONS AND ANSWERS AND EMAILS TO OMBUDSMAN AND THE COMMAND FRG, COMMAND LEADERSHIP SPOT CHECKS AND PRINTED INFORMATIONAL MATERIALS TO BE POSTED IN COMMAND SPACES. IF COMMANDS HAVE THE ABILITY, 1MC, SITE TV AND PRINTED INFORMATION CARDS ARE OTHER OPTIONS.

5.A.7.G.3.A.2. (U) POA EXAMPLES ARE NOT MEANT TO BE LIMITING.

LEVERAGE ALL AVAILABLE RESOURCES AND PUBLISHED GUIDANCE.  EFFECTIVE, PERSISTENT COMMUNICATION THROUGHOUT THE CHAIN OF COMMAND IS PARAMOUNT TO MAINTAIN THE HEALTH OF OUR FORCE AND MISSIONS.

5.A.7.G.4. (U) CONUS-BASED ECHELON II AND III COMMANDERS SHALL EMAIL COMPLETION REPORTS TO THE USFF/NAVNORTH BATTLE WATCH CAPTAIN (BWC.FFC.FCT(AT)NAVY.MIL) NOT LATER THAN 02 JULY 2020. PROVIDE FOLLOW ON EMAIL UPDATES TO CUSFF EVERY TWO WEEKS STARTING 15 JULY.

UPDATES SHALL INCLUDE SUBORDINATE COMMAND MOE ASSESSMENTS TO ENSURE FORCE HEALTH PROTECTION CONTINUED EFFECTIVENESS.//

GENTEXT/ADMINISTRATION AND LOGISTICS//

6. (U) ADMINISTRATION AND LOGISTICS. NO CHANGE.//

GENTEXT/COMMAND AND SIGNAL//

7. (U) COMMAND RELATIONSHIPS. NO CHANGE.//

GENTEXT/REPORTING//

8. (U) REPORTING. NO CHANGE.//

GENTEXT/POINTS OF CONTACT//

9. (U) POINTS OF CONTACT. NO CHANGE.//

GENTEXT/AUTHENTICATION/

10. (U) CUSFF OFFICIAL: RADM J. F. WADE, CUSFF N04, DIRECTOR

MARITIME OPERATIONS.//

AKNLDG/NO//

BT

#0001

**Share This Page**





Site Links

[CNIC HQ Home](#)
[FOIA](#)
[Navy](#)
[Hyperlink Notice](#)
[USA.gov](#)
[CCS](#)

Address

Commander, Navy Region Southeast
PO Box 102
Jacksonville, FL 32212-0102
[https://www.facebook.com/NavyRegionSE/](https://www.facebook.com/NavyRegionSE/)

[Webmaster Email](#)
[Navy Recruiting](#)
[Contact Us](#)
[Inspector General](#)
[No Fear Act Data](#)
[Accessibility/](#)
[Section 508](#)

Stay Connected



This is an Official US Navy Website