# EXHIBIT K

# FILED UNDER SEAL