## Jake Kornegay

| | |
|---|---|
| **From:** | George Kouros <George_Kouros@fd.org> |
| **Sent:** | Thursday, July 2, 2020 4:30 PM |
| **To:** | AREDdb_clerksoffice |
| **Cc:** | Morris Moon |
| **Subject:** | RE: USA v. Lee, No. 4:97-cr-243-KGB -- corrected exhibits for Dkt. No. 1401. |
| **Attachments:** | 01_Exh A Declaration of Epidemiologist Dr. Chris Beyrer WITH CV.pdf; 09_Exh I Declaration of George H. Kendall WITH CV.pdf; 10_Exh J Declaration of Bruce A. Green WITH CV.pdf |

Dear Katelyn,

I hope you're well. This afternoon we filed a motion on behalf of Mr. Lee (Motion to Set or Modify Execution Date, Dkt. No. 1401) that had a series of attached exhibits. Three of the exhibits are declarations from experts, but we inadvertently omitted the CVs for the experts. Attached are corrected versions of the following exhibits:

Exh. A: Beyrer Declaration
Exh. I: Kendall Declaration
Exh. J: Green Declaration

Can we please correct the docket entries with these exhibits? I will alert opposing counsel and chambers regarding the correction.

Apologies for the inconvenience, and thank you in advance for your assistance with this matter.

Sincerely,

George G. Kouros
Staff Attorney, Federal Capital Habeas Project
Office of the Federal Public Defender, Chicago Office
55 E. Monroe, Suite 2800
Chicago, IL 60603
(301) 821-0855

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying  is prohibited and may be unlawful. If you have received this communication in error, please notify us immediately at (301) 821-0855.