U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date July 3, 2020

**Caption:** USA v. Daniel Lewis Lee

**Case No.:** 4:97-CR-00243-02 KGB

**Appellant:** Daniel Lewis Lee

**Appellant's Attorney(s):** George G. Kouros, Morris Moon, Jennifer Merrigan, Karl Schwartz

**Appellees:** USA

**Appellee's Attorney(s):** John M. Pelletieri, Jonathan D. Ross, Michael S. Gordon, Shannon Smith

**Court Reporter(s):** N/A

**Name of Person who prepared appeal:** Tammy Downs, Deputy Clerk

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N/A | Y | N/A |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Appointed | Y |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Yes.

**Where?** Bureau of Prisons, Terre Haute, Indiana

**Address of Defendant:** _____

**Please list all other defendants in this case if there were multiple defendants:**
Chevie O'Brien Kehoe, Faron Earl Lovelace, and Kirby Keith Kehoe ⊞

**Special Comments:** Capital Case. Execution scheduled for July 13, 2020.