# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

July 04, 2020

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

4:97-cr-00243-02-KGB

RE:  20-2351  Daniel Lee v. United States

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter. In accordance with Rule 24(a), Federal Rules of Appellate Procedure, the appeal has been docketed under the number indicated. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc:     Honorable Kristine G. Baker
        Mr. Michael S. Gordon
        Mr. Daniel Lewis Lee
        Mr. Jim McCormack
        Mr. Morris H. Moon
        Mr. John Michael Pellettieri
        Mr. Jonathan Dean Ross
        Ms. Shannon S. Smith

District Court/Agency Case Number(s):  4:18-cv-00649-KGB

**Caption For Case Number:   20-2351**

Daniel Lewis Lee

      Petitioner - Appellant

v.

United States of America

      Respondent - Appellee

**Addresses For Case Participants:   20-2351**

Mr. George Gust Kouros
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Honorable Kristine G. Baker
U.S. POST OFFICE AND COURTHOUSE ANNEX
D444
500 W. Capitol Avenue
Little Rock, AR  72201

Mr. Michael S. Gordon
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
21303-009
P.O. Box 33
Terre Haute, IN  47808-0033

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Morris H. Moon
FEDERAL PUBLIC DEFENDER'S OFFICE
Federal Capital Habeas Project
Suite 710
6411 Ivy Lane
Greenbelt, MD  20770

Mr. John Michael Pellettieri
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
Room 1264
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Mr. Jonathan Dean Ross
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

Ms. Shannon S. Smith
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
500
Suite 500
425 W. Capitol Avenue
Little Rock, AR  72201

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:** 20-2351 Daniel Lee v. United States "Death Penalty Case Docketed" (4:18-cv-00649-KGB, Lead: 4:97-cr-00243-KGB-2)
**Date:** Saturday, July 4, 2020 9:30:31 AM

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/04/2020

**Case Name:**     Daniel Lee v. United States

**Case Number:**   20-2351

**Document(s):**   Document(s)

**Docket Text:**
Death Penalty case docketed. [20-2351] (Elizabeth Greenwood)

**Notice will be electronically mailed to:**

Honorable Kristine G. Baker, U.S. District Judge: Kristine_Baker@ared.uscourts.gov
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon, Assistant Federal Public Defender: Morris_Moon@fd.org, moonmorris@aol.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Jonathan Dean Ross, Assistant U.S. Attorney: jonathan.d.ross@usdoj.gov
Ms. Shannon S. Smith, Assistant U.S. Attorney: Shannon.Smith@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
P.O. Box 33
Terre Haute, IN 47808-0033

The following document(s) are associated with this transaction:
**Document Description:** COA Docketing Letter
**Original Filename:** /opt/ACECF/live/forms/BethGreenwood_202351_4930234_COADocketingLetters_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/04/2020] [FileNumber=4930234-0]
[a86fcd5f989a0d25c7acbfb8dd1d54bc49e24ee97f438e5e94c59ba3060eb219777b5a9e2c6166269b0f7bec0de6da80536c194410feb5d866be19ac5a50c6d4]]
**Recipients:**

- Honorable Kristine G. Baker, U.S. District Judge
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon, Assistant Federal Public Defender
- Mr. John Michael Pellettieri
- Mr. Jonathan Dean Ross, Assistant U.S. Attorney
- Ms. Shannon S. Smith, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4930234
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6564262, 6564263