# TRANSMITTAL SHEET

**TO:**     Clerk, USCA 8     **DATE:** 7/6/2020

**FROM:**     U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 20-2351

**DISTRICT COURT NO.** 4:97-cr-00243-02-KGB

**TRANSMITTED HEREWITH:**

_____

**VOLUME:** _____

Transcript

Volume and Date: _____
Volume and Date: _____
Volume and Date: _____

In Camera Documents

Documents 1380, 1381, 1383, 1389, 1390, 1394, 1395, 1396, and 1402 transmitted electronically on 7/3/2020
_____
_____

Exhibits

Plaintiff(s) _____
Defendant(s) _____
Joint _____

**COMMENTS:**

_____

**********************************************************************

### USCA 8 ACKNOWLDGMENT

RECEIPT

By: _____
        Deputy Clerk