**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CAPITAL CASE**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                              **Case No. 4:97-cr-00243-02 LPR**

**DANIEL LEWIS LEE**                                                    **DEFENDANT**

**ORDER**

Now that Motions 1400 and 1401 are ripe—meaning the consolidated response and replies have been filed—the Court is beginning its analysis of the legal and factual arguments presented. However, the Court has two sets of questions it would like answered. Because the Court is just at the beginning of its analysis, the Court stresses that neither party should attempt to "read the tea leaves" based on these questions. Additionally, because the Court is just at the beginning of its analysis, the Court is keenly aware that these questions might have very simple answers that the Court will itself uncover during its analysis of the parties' positions. Simple answers are fine if they are correct.

The first set of questions is for the Government. I understand the Government's legal position on the constitutional authority to set an execution date, as well as its position regarding the applicable laws and regulations. Putting that to the side for a moment, as a practical matter, why wouldn't the Government file a Proposed Judgment and Order with the Court now, asking the Court to set the execution date for Monday, July 13? If the Government was to do so and if I was inclined to issue such a Judgment and Order, is there a constitutional provision, statute, regulation, or judicial precedent that would prevent me from doing so? Would there be additional problems (from the Government's perspective) that this would or could create?

The second set of questions is for Mr. Lee.  What prevents me from currently, *sua sponte*, issuing a Judgment and Order setting the execution date for July 13, 2020?  I understand Mr. Lee's arguments regarding Covid-19.  But putting that to the side, is there a constitutional provision, statute, regulation, or judicial precedent that would prevent me from (1) *sua sponte* issuing the Judgment and Order and (2) setting the execution date for July 13, 2020?  What would your objections be aside from the COVID-19 related arguments that you have ably presented already?

Each party is directed to submit a Supplemental Brief by noon tomorrow (July 9, 2020).  Each Supplemental Brief should be no more than five (5) pages.  Each Supplemental Brief must answer the questions posed to the submitting party and may also comment on the questions posed to the other party.  The Court will also allow each party to submit a Response of no more than three (3) pages by 5 pm tomorrow evening (July 9, 2020).  There will be no Replies.

IT IS SO ORDERED this 8th day of July 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE