IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANIEL LEWIS LEE, Movant                    )
                                            )
v.                                          )      No. 4:97-CR-00243 – KGB - 2
                                            )
UNITED STATES OF AMERICA,                   )
  Respondent                                )

**UNITED STATES' RESPONSE TO**
**MOTION TO SUBMIT EXHIBIT UNDER SEAL**

The United States of America, by and through its counsel, Cody Hiland, United States

Attorney for the Eastern District of Arkansas, and Jonathan Ross, First Assistant United States

Attorney for said district, for its response to Lee's Motion for Leave to Submit Exhibit Under Seal,

states:

The United States has no objection to the exhibit being filed under seal.

Respectfully submitted,

CODY HILAND
United States Attorney

By:  Jonathan Ross
Bar No. 2002158
Assistant United States Attorney
P.O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Jonathan.Ross@usdoj.gov