IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:97-CR-00243-LPR |
| | ) | (Capital Case) |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| DANIEL LEWIS LEE. | ) | |

A jury found defendant Daniel Lewis Lee guilty of, among other things, three counts of murder in aid of racketeering, in violation of 18 U.S.C. § 1959(a)(1) and § 2 (Counts 3-5). Pursuant to the Federal Death Penalty Act of 1994, 18 U.S.C. §§ 3591-3594, and the verdict of the jury returned on May 14, 1999, recommending Lee be sentenced to death, this Court entered judgment on May 13, 2002, sentencing Lee to death on Counts 3, 4, and 5 of the Superseding Indictment and remanding him to the custody of the United States Marshal.

In accordance with 28 C.F.R. § 26.2, this Court hereby orders:

(1) The sentence shall be executed by a United States Marshal designated by the Director of the United States Marshals Service;

(2) The sentence shall be executed by intravenous injection of a lethal substance or substances in a quantity sufficient to cause death;

(3) The sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons, namely, July 13, 2020, at the Federal Correctional Complex, Terre

Haute, Indiana, or such other time and place as he may later designate; and

(4) The prisoner under sentence of death shall be committed to the custody of the Attorney General or his authorized representative for appropriate detention pending execution of the sentence.

Signed this _____ day of _____, 2020.


_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,      )
                               )    Case No. 4:97-CR-00243-LPR
                               )
       v.                      )
                               )
                               )
DANIEL LEWIS LEE.              )

**RETURN**

I hereby inform this Honorable Court that the sentence of death imposed herein has been executed.

_____          _____

DATE                                  Designated United States Marshal