### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DANIEL LEWIS LEE,**
        **Movant**

                                       **Criminal Case No. 4:97-CR-00243-LPR-2**

**v.**                                   **CAPITAL CASE**

**UNITED STATES OF AMERICA**
        **Respondent**

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that Movant, Daniel Lee, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order of the District Court, Hon. Lee P. Rudofsky, United States District Judge, denying Movant's *Motion to Declare the Bureau of Prisons' Notice Scheduling Daniel Lee's Execution Null and Void*, and also Movant's *Motion to Set or Modify the Execution Date in Light of the Covid-19 Pandemic* entered on July 10, 2020 (Dkt. No. 1425).

Respectfully submitted this 14th day of July, 2020.

MORRIS H. MOON
Bar Number 24032750 (TX)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (713) 880-3556
Email: Morris_Moon@fd.org

GEORGE G. KOUROS
Bar Number 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

United States District Court for the Eastern District of Arkansas using the CM/ECF system on

July 14, 2020. This motion was served via this court's CM/ECF electronic case filing system

upon:


JOHN M. PELLETTIERI
Attorney, U.S. Department of Justice
Criminal Division, Appellate Section
950 Pennsylvania Ave., N.W., Rm. 1264
Washington, D.C. 20530
(202) 307-3766
john.pellettieri@usdoj.gov

MICHAEL GORDON
JONATHAN D. ROSS
SHANNON S. SMITH
U. S. Attorney's Office
Eastern District of Arkansas
Post Office Box 1229
Little Rock, AR 72203-1229
(501) 340-2600
michael.gordon@usdoj.gov
Jonathan.D.Ross@usdoj.gov
shannon.smith@usdoj.gov

GEORGE G. KOUROS
Bar # 420813 (CT)
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org