# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-3618

United States of America

Appellant

v.

Daniel Lewis Lee, also known as Danny Lee, also known as D. L. Graham, also known as Daniel Lewis Graham

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:97-cr-00243-KGB-02)
_____

## ORDER

Before COLLOTON, KELLY, and ERICKSON, Circuit Judges.

The government's emergency motion to expedite immediate issuance of the mandate is granted. The mandate shall issue forthwith.

Judge Kelly would deny the emergency motion.

July 14, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:** 19-3618 United States v. Daniel Lewis Lee "Judge Order Filed granting for miscellaneous relief" (4:97-cr-00243-KGB-02)
**Date:** Tuesday, July 14, 2020 6:42:39 AM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/14/2020

**Case Name:**     United States v. Daniel Lewis Lee

**Case Number:**   19-3618

**Document(s):**   Document(s)

**Docket Text:**
JUDGE ORDER:The government's emergency motion to expedite immediate issuance of the mandate is granted. The mandate shall issue forthwith. Judge Kelly would deny the emergency motion. [4933192-2] motion for issuance of the mandate filed by Mr. John Michael Pellettieri. Special July 2020 [4933206] [19-3618]i (Robin Weinberger)

**Notice will be electronically mailed to:**

Honorable Kristine G. Baker, U.S. District Judge: Kristine_Baker@ared.uscourts.gov
Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender: Amy_Donnella@fd.org, amyzoegd@aol.com, susan_hart@fd.org, tina_decandia@fd.org
Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon, Assistant Federal Public Defender: Morris_Moon@fd.org, moonmorris@aol.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov

**Notice will be mailed to:**

Mr. Daniel Lewis Lee
U.S. PENITENTIARY
P.O. Box 33
Terre Haute, IN 47808-0033

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/RobinWeinberger_193618_4933206_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/14/2020] [FileNumber=4933206-0]
[c68aff2d238b3b13d75ef910b16d3fd0b8d049a40d9fada2a21ecd9b9ba5a212b0cce0f94a8d488b92828a6b64b7ef5693762999e956734551a0155cd27b5eec]]
**Recipients:**

- Honorable Kristine G. Baker, U.S. District Judge
- Ms. Amy Gershenfeld Donnella, Assistant Federal Public Defender
- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Daniel Lewis Lee
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon, Assistant Federal Public Defender
- Mr. John Michael Pellettieri

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4933206
**RELIEF(S) DOCKETED:**
  for miscellaneous relief
**DOCKET PART(S) ADDED:** 6569800, 6569777, 6569801