# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-2418
_____

Daniel Lewis Lee

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

4:97-cr-00243-02-LPR

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00649-LPR)

_____

**JUDGMENT**


This appeal is administratively closed. The mandate shall issue forthwith.


July 28, 2020


Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Subject:** | 20-2418 Daniel Lee v. United States "judgment filed sua sponte Dismissed" (4:18-cv-00649-LPR, Lead: 4:97-cr-00243-LPR-2) |
| **Date:** | Tuesday, July 28, 2020 4:18:27 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/28/2020

| | |
|---|---|
| **Case Name:** | Daniel Lee v. United States |
| **Case Number:** | 20-2418 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** This appeal is administratively closed. The mandate shall issue forthwith. [4939093] [20-2418] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon, Assistant Federal Public Defender: Morris_Moon@fd.org, moonmorris@aol.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Jonathan Dean Ross, Assistant U.S. Attorney: jonathan.d.ross@usdoj.gov
Ms. Shannon S. Smith, Assistant U.S. Attorney: Shannon.Smith@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Judgment
**Original Filename:** /opt/ACECF/live/forms/AmandaTrautt_202418_4939093_BlankJudgment_128.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/28/2020] [FileNumber=4939093-0]
[c53ac2e7d5b979fe1c192baf517c0d805ee6597f62219940c74fd2d086070296375715d7d285db58951c463bc472331a04edb303d665a85bd490c854b630b7e7]]
**Recipients:**

- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon, Assistant Federal Public Defender
- Mr. John Michael Pellettieri
- Mr. Jonathan Dean Ross, Assistant U.S. Attorney
- Ms. Shannon S. Smith, Assistant U.S. Attorney

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4939093
**RELIEF(S) DOCKETED:**
  Dismissed
**DOCKET PART(S) ADDED:** 6580584, 6580585, 6580586