# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2418

Daniel Lewis Lee

Appellant

v.

United States of America

Appellee                                        4:97-cr-00243-02-LPR

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:18-cv-00649-LPR)

_____

## MANDATE

In accordance with the judgment of 07/28/2020, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

July 28, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit

**From:**      ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:**   20-2418 Daniel Lee v. United States "Mandate Issued" (4:18-cv-00649-LPR, Lead: 4:97-cr-00243-LPR-2)
**Date:**      Tuesday, July 28, 2020 4:20:43 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/28/2020

**Case Name:**      Daniel Lee v. United States
**Case Number:**    20-2418
**Document(s):**    Document(s)


**Docket Text:**
MANDATE ISSUED. [4939097] [20-2418] (Amanda Trautt)

**Notice will be electronically mailed to:**

Mr. Michael S. Gordon, Assistant U.S. Attorney: Michael.Gordon@usdoj.gov, sonya.jeffords2@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Mr. George Gust Kouros, Assistant Federal Public Defender: George_Kouros@fd.org
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Morris H. Moon, Assistant Federal Public Defender: Morris_Moon@fd.org, moonmorris@aol.com
Mr. John Michael Pellettieri: john.pellettieri@usdoj.gov
Mr. Jonathan Dean Ross, Assistant U.S. Attorney: jonathan.d.ross@usdoj.gov
Honorable Lee P. Rudofsky, District Judge: Lee_Rudofsky@ared.uscourts.gov, Heather_Clark@ared.uscourts.gov
Ms. Shannon S. Smith, Assistant U.S. Attorney: Shannon.Smith@usdoj.gov


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/AmandaTrautt_202418_4939097_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/28/2020] [FileNumber=4939097-0]
[3f456e3acb8f2d3c53a48c256af24af3eb1485d58049dca8c54ad3b157882806b9f2d618a24740fd12a36b7f5f0d175eec361d3565cddf12d4abdec66e787842]]
**Recipients:**

- Mr. Michael S. Gordon, Assistant U.S. Attorney
- Mr. George Gust Kouros, Assistant Federal Public Defender
- Mr. Jim McCormack, Clerk of Court
- Mr. Morris H. Moon, Assistant Federal Public Defender
- Mr. John Michael Pellettieri
- Mr. Jonathan Dean Ross, Assistant U.S. Attorney
- Honorable Lee P. Rudofsky, District Judge
- Ms. Shannon S. Smith, Assistant U.S. Attorney

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4939097
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6580593